# EXHIBIT 2

## BRIEF IN SUPPORT OF PLAINTIFF'S INJURIES AND DAMAGES.

From October 2020 through December 2020, I released a series of briefs which culminated into the January 2021 "Global Risk Analysis" report which was submitted as "expert witness testimony" in a federal civil rights lawsuit docketed as 6:21-cv-00043 in the Western District of Texas. The Plaintiffs in the aforementioned lawsuit sought a Temporary Restraining Order, which to date has not been granted, or to my knowledge reviewed.

Due to this failure of the Federal Court to act in defense of the United States Citizenry, the sovereignty of the Republic, and the economic stability of the world, I have been asked 2 specific questions. The first being: **"What specific injuries have the 117th Congress and the Biden Administration inflicted upon the citizens of the United States to date?"** The answer to this question is complex, as well as inherently simple. The second question being: **"Is action before the federal court logically the only avenue to correct the issues, as you see them?"**.

### Introduction.

In formulating a review for this report in order to answer the first question parameters were set to analyze key economic factors related to the cost of energy, specifically oil, the use of governmental monies, the function of trade policies, and the impact of "mentality of leadership." Further, a quick examination of executive orders, proposed legislation in the Congress and the conduct of "leadership" since the assumption of power on January 3rd, 2021. This information was then balanced against a historic model of the same factors dating back to January 3rd 1923.

In answering the second question an analysis of historical similarity was conducted and then a review of organizations, both non-governmental and governmental was conducted to obtain an opinion. All data in this area was collected from publicly available sources and reviewed for policy and leadership variable.

In consideration of the first question:

### Implementation of Geopolitical policies which destabilize the United States.

a. <u>A brief history for relevance.</u>

In review, the energy policies of the Trump administration had dynamic geopolitical ramifications to them. At the assumption of office, President Trump took the reins of a nation that imported the majority of the oil it consumed, was deeply entrenched in a recession driven by eight years of irrational economic policy, and two international adversaries deeply investing in energy production, as well as, weapons creation in the economic and geopolitical space. Immediately, President Trump opened the Nation's oil reserves to private production, increased access to pipeline right ways, and fast-tracked American energy independence. At the moment President Trump assumed office, the office of Russian President Vladimir Putin realized Russia's $100 a barrel "break-even" price was targeted by an American president who had just executed an effective geopolitical retention policy.

Immediately, the Russian President implemented drastic spending cuts in all areas of government, including monies to Arab states which the Russian nation had been sponsoring for five decades. From August 30th 2013 through November 2015 the Russian government seeing oil prices fall from a high of 107.56 a barrel on August 30th 2013 to 45.20 a barrel on November 5th 2015 fought to offset its revenue

shortfalls[1] by selling weapons to Arab nations often taking oil in payment and short selling said oil product on the open market.

From the five year low of November 5th 2015 West Texas Intermediate (NYMEX) Crude Oil (WTI)[2] prices FELL further to $29.44 a Barrel on Feb. 12th 2016 the exact date President Trump announced his new policies on shale oil and his administration's policy on energy self-sufficiency. Due a determined energy policy, and the end of irrational governmental restrictions on business creation, production, as well as, a reduction in small business and corporate tax burdens the American Economy began to accelerate. During the eight years of the Obama Administration growth came predominantly from governmental spending but only achieved an annual average of 1.3 percent growth[3]. During the four years of the Trump administration the majority of growth came from private sector spending with an average annual growth of 2.4 percent[4]. Moreover, the cost of oil increased from $29.44 to $76.41 on October 3rd 2018 before stabilizing to an average trading price of $63.05 on January 3rd 2019, the time period in which the emergence of the Coronavirus as a national political talking point[5] first occurred. During this time Russia managed through drastic measures to cut its "break-even" barrel price to near $51 a barrel[6].

However, the net yield of Russia's aggressive spending cuts caused by President Trump's energy policies was the historic peace

---

[1] Revenue shortfalls due to the global economic slowdown resultant from poor economic policies of the Obama Administration which reduced the American Economic engine at a time when the Chinese economy was not capable of absorbing the investment / purchasing power vacuum created by such polices.
[2] All oil prices cited in this report were obtained from https://www.macrotrends.net/2516/wti-crude-oil-prices-10-year-daily-chart and referenced against date trade history available from various sources.
[3] https://www.statista.com/statistics/188165/annual-gdp-growth-of-the-united-states-since-1990/
[4] https://www.statista.com/statistics/188165/annual-gdp-growth-of-the-united-states-since-1990/
[5] https://www.who.int/news/item/27-04-2020-who-timeline---covid-19
[6] https://www.worldoil.com/news/2020/3/6/russias-stronger-economy-lets-putin-stare-down-opec

accords between Israel and several Arab Nations including the UAE[7]. Perhaps a component of these historic peace deals is the global economic collapse due to the Coronavirus itself as the cost of oil plunged from $63.05 to $12.78 a barrel on April 27th 2020 signaling to all geopolitical bad actors that oil was no longer the funding source of international terror. Due to Coronavirus "stimulus" and "relief" efforts oil rebounded to $43.21 a Barrel on August 21st, 2020, stabilizing on a daily trading norm of $37.00 a barrel on September 4th 2020. **This number is still far below Russia's projected gross new "break even" target of $42.00 a barrel and should be considered a bench mark target for global peace**[8].

    b.    <u>Illegitimacy and the reemergence of terror funding.</u>

Now, to address the policies of the illegitimately operating Congress and Office of Joseph Biden. Prior to the election both Biden and his allies in Congress stated "the need to reverse Trump's policies" which started movement within the speculation space. On Election day the WTI price stood at $36.81, well within the Trump policy window. However, as the contested election legal battles worked their way through the state and federal courts WTI prices skyrocketed to $49.03 a Barrel (a 75% increase) as speculators saw opportunities to profit due to a "return to Obama era energy policies". What is the most disturbing is the post assumption of office increase due to the facilitation of these "policies" as the WTI price was $49.93 on January 5th 2021 as the electoral college met to count votes <u>and merely 33 days later the WTI price on February 9th 2021 was $58.36 which places the closing price well within the **"terrorism funding reserve" range.**</u>

---

[7] https://www.cfr.org/in-brief/whats-behind-new-israel-uae-peace-deal
[8] This comment is based upon the historical knowledge Soviet Russia engaged in funding terror directly from 1947 until the effective fall of communism in 1991. Thereafter, the FSB engaged in intelligence agency funding of terror regimes as documented in funding the Iranian Quds forces and Syrian based terror organizations since 1995.

Due to this we should expect a sudden and graphic return of global terrorism events within the next six months as funding has become available. What is left for the re-emergence of terror is now training of recruits, field survey of targets, and execution of plans of terror. All of this a direct result of the fraudulent American Federal Election and the Federal Court's failure to act in defense of the American Republic and in Defense of the Civil Rights of American Plaintiffs. The unfortunate truth here is the rationale behind these "policies" are environmental protection and climate change neither of which are superior arguments to the assurance of a peaceful community.

### Implementation of social engineering policies

As previously stated, the economic "growth" praised by those who advocate governmental spending as "the prime driver" of economic activity is once again the center piece of Mr. Joseph Biden's desire to return to a 1 percent growth economy. Mr. Biden hailed his "Made in America" as a superior plan to President Trump's "Make America Great Again" Plan[9] which incentivized businesses to grow instead of paying them directly using the power of the purse strings to influence control over American businesses.

At first glance Mr. Biden's plan seems rational as the U.S. Federal government spends more than $600 Billion in federal contracts annually. It is more than reasonable to expect those TAXPAYER dollars to be spent within America, to American businesses rather than sent overseas, or to multinational corporations who take the profits from said dollars overseas to tax haven states. HOWEVER, a

---

[9] https://www.nbcnews.com/politics/meet-the-press/blog/meet-press-blog-latest-news-analysis-data-driving-political-discussion-n988541/ncrd1239610#blogHeader

closer look at Mr. Biden's unlawful executive order[10] reveals a much darker truth to the "Made in America" policy[11] signed January 25th 2021.

The Made in America plan requires the creation of a new governmental office called the "Made in America Office" with the acronym "MAO", which will be housed in the Office of the Management and Budget. MAO is tasked with implementing policies and assuring the vast federal bureaucracy spends its resources on "American" product and services, as well as, issuing "exemptions" when appropriate. This is where concerns should start to arise as Mr. Biden himself has stated "the plan" will not merely require federal agencies to buy from "American" businesses but also will mandate the federal government will "ONLY" buy from businesses that the "administration" considers to be "green companies" linked to solar and wind energy in order to "help America's workers thrive" and mandates "union jobs" and promotes "racial equity" as key factors to obtaining governmental contracts.

When applied to "everyday" workings of the federal government, these "policies" are little more than a social engineering exercise executed on countless businesses and industries in the United States. Coupled with Mr. Biden's other Coronavirus shut-down mandates which strangle businesses income streams, increase operational costs, and the impending explosion in energy costs resultant from irrational energy policies there is little doubt this conduct is little more than an unlawful seizure of American businesses designed to destroy the middle class.

---

[10] Based on the premise the Federal Ballot was unconstitutionally presented, the federal election for all offices failed to comply with Federal law, and Mr. Biden failed to obtain the necessary electoral college votes, as well as, the electoral college itself was unlawful due to the fraudulent election processes undertaken by those who inhabit the 117th Congress.

[11] https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/25/executive-order-on-ensuring-the-future-is-made-in-all-of-america-by-all-of-americas-workers/

By example and in reality, MAO can reject a company for employing "too few" workers of one or more racial groups, mandate the formation of "unions" as a condition of contract, or even purchase "lesser quality / capability" goods with taxpayer dollars in order to promote a political or social agenda. This at the very least is an example of unlawful use of federal dollars and more likely a path to defrauding the federal government of goods and services under the auspices of "lawful" conduct of administration of government.

The largest issue of concern here is Mr. Biden's promise to "spend more money each year" trough MAO. Personally, I find MAO a fitting name for the office as a tribute to the Communist Chairman himself, for even Mr. Mao[12] could not have crafted a more diabolical way to conduct a societal shift using the resources of those he sought to encircle in the web of tyranny.

### The Illegitimate Congress: Malfeasant Conduct and the Introduction of rights eliminating legislation

While this report seemingly focuses solely on Mr. Biden it must be stated for the first time in U.S. History, policy emanates from the "body politick" of the central committee and administration of central committee edicts comes from the administrative branch[13]. I make this statement due to the fact that effectively 85 percent of our "government" is not lawfully elected and therefore not a

---

[12] http://www.bbc.co.uk/history/historic_figures/mao_zedong.shtml
[13] Perhaps no greater reversal Mr. Biden could undertake from his position to 'protect gun-ownership' on the campaign trail is to call for "more" gun laws inhibiting gun ownership and possession: https://www.theepochtimes.com/biden-calls-on-congress-to-restrict-gun-ownership_3696206.html?utm_source=newsnoe&utm_medium=email&utm_campaign=breaking-2021-02-14-2. This 'reversal' itself was scripted by the leaders of the conspiracy within the two partisan enterprises and is an extension of 'self-protectionism' as the American people are finally 'on to' the façade.

"republican form of government"[14] but in fact run by "old apparatchiks" ingrained in the decade's long apparat[15], which evidenced by elders in the partisan enterprise's "apparatus" itself. While it is shocking there seems to be no integrity within the members of Congress themselves, as it would seem that at least one member who with knowledge of the SAFE Act[16], and the violations of Federal law within the 2020 election would have the courage to raise a motion before Congress for investigations into allegations of fraud at a minimum. This has not happened.

Clearly, the "grand plan" of removing "the people" as the "sovereigns of government" is being executed from within what should now be called the "Politburo"[17] and not "congress". These seemingly scathing remarks are made due to a series of irrevocable truths. The first of which is nearly every member of the 117th House of Representatives elected knew of election integrity issues in 2019 as stated into the Congressional record in the deliberations of the SAFE ACT (H.R. 2722). Second, more than 50 members of the Senate have direct knowledge of these election integrity issues in review of the CARES ACT (S. 3548)[18]. And all members of the 117th Congress knew they took NO EFFORT to pair the SAFE ACT to the CARES ACT to defend the people's civil rights and they did so to remove the ability to have 'a republican government' from the hands of three hundred and twenty-eight million Americans[19].

---

[14] Meaning "Republic" from Britannica literally: "Republic, form of government in which a state is ruled by representatives of the citizen body. Modern republics are founded on the idea that sovereignty rests with the people, through who is included and excluded from the category of the people has varied across history. Because citizens do not govern the state themselves but through representatives, republics may be distinguished from direct democracy."
[15] Russian, from German, literally "apparatus"
[16] https://www.congress.gov/bill/116th-congress/house-bill/2722/all-info
[17] Principal policymaking committee of a communist party.
[18] https://www.congress.gov/bill/116th-congress/senate-bill/3548/text?q=product+update
[19] US Census Bureau.

What has occurred since is H.R. 1 filed January 4th 2020[20] which is laughably titled the "For the People Act of 2021". The act literally removes every element of election integrity from the people themselves and places EVERY ASPECT of the election process behind closed doors and in the hands of "two political parties". Never has there been a more brazen attempt to legitimize a crime AFTER it was committed than this act brought by Democratic Party member, and illegitimate congressman John P. Sarbanes[21] of Maryland.

This shocking conduct is further extended to the conduct of the Politburo, the congress body, itself in the central committee's decision to impeach an American citizen and Coup-d-tat deposed President Donald J. Trump. The conspirators in this charade of "constitutionality" deemed "Trump" to be an "inciter" when in fact the comments made by President Trump are first amendment protected acts of free speech. The accused commentary from President Trump is more akin to "the emperor's new clothes" than the end of the "*Ancien Regime*"[22] which allies of the "apparatchiks" have touted President Trumps commentary to be.

However, in finding themselves to be "judge, jury and executioner" the conduct of the central committee[23] itself attempted to spark a new "reign of terror" more reminiscent of the 1st French Revolution's numerous public executions, anticlerical sentiment, and accusations of treason by the Committee of Public Safety[24]. The

---

[20] https://www.congress.gov/bill/117th-congress/house-bill/1/text

[21] https://msa.maryland.gov/msa/mdmanual/39fed/06ushse/html/msa14642.html

[22] https://www.britannica.com/event/ancien-regime : Used here in reference to the 'three estates' or branches of government, which the author would argue no longer exists due to the illegal election, and conduct of the conspirators. The Author would state the current governmental 'body' of the united States is more of an oligarchy, which would be closely tied to the Ancien Regime reference due to the "rights flowed from social institutions" more than a rule of law due to the abdication of duty within offices designed to protect the Constitution rather than ignore it.

[23] Those in the illegitimate 117th Congress, led by Defendants in the Civil Rights Lawsuit in the Western District of Texas.

[24] https://www.britannica.com/topic/Committee-of-Public-Safety : (political body of the French revolution that gained near dictatorial control over France during the Reign of Terror (September 1793 to July 1794) it controlled France,

media, at the behest of the central committee itself, has actively demonized Americans for simple expressions protected within the Constitution as this conduct has been determined to be "wrong" by the "cancel culture" itself. Upon merit there is little difference between the Committee for Public Safety and the "politburo" led cancel-culture[25] narrative presented by the conspirators themselves within the complacent propaganda mill which represents today's media empires.

**Answering Question 1:** To directly answer the question:

1. Joseph P. Biden, acting unlawfully as the illegitimate President of the United States has provided the exact mechanism for "state sponsored terrorism" to reemerge.

    This element injures the Plaintiffs by the removal of "safety" which is a protected "liberty" interest tied to the pursuit of "happiness".

2. Joseph P. Biden, acting unlawfully as the illegitimate President of the United States has caused nearly irreparable harm to hundreds of thousands of Americans working within the energy sectors of the nation and has started a wave of poverty with the sole goal of empowering persons of interest who bare the citizens of the United States malice.

    This element effectively in term denies Plaintiffs rights to "property" by acts of fraud.

---

dominating the National Convention and relying on the support of the Jacobins (radical democrats). Under its direction, harsh measures were taken against the alleged enemies of the Revolution, the economy was placed on a wartime basis, and mass conscription was undertaken.

[25] https://en.wikipedia.org/wiki/Cancel_culture

3. Joseph P. Biden, acting unlawfully as the illegitimate President of the United States has illegally issued racial profiling and social engineering systems designed to destroy commercial activity.

This element effectively denies all Plaintiffs the opportunities tied to "pursuit of happiness".

4. Joseph P. Biden, acting unlawfully as the illegitimate President of the United States has under the façade of "purchasing" stated his intent to reshape American industry without a method of redress for grievances.

This element effectively and unlawfully denies the Plaintiffs right to "redress" as the courts have determined governmental contracts and bidding are sovereign acts of government.

5. Members of the Conspiracy have taken action to unlawfully instigate law without the authority of the people in a manner which falsely legitimizes their previous criminal and unlawful conduct which are activities denied under current federal laws and in many areas deemed to be federal felony crimes.

This element is troubling as the entire aspect of the conduct is unlawful, fruit of the poisonous tree, and eradicates all integrity of the rule of law. The entire aspect destroys the people's right to self-governance.

Only an immediate reversal of all policies, filed acts, and signed regulations enacted from the federal bench will stop the injuries already inflicted upon this great nation, and all of the

yet unnamed Plaintiffs in the Civil Rights Case. The unrestricted conduct of an illegitimate United States federal government is the greatest clear and present danger that has ever existed in world history. Any damages resultant at this stage can be mitigated, although some damages suffered by individuals are irreversible, those examples (persons) have civil recourse within the state and federal civil court systems. Left unchecked, the damages are unrecoverable.

**In consideration of question 2:**

First it must be recognized it is highly unlikely those who have unlawfully anointed themselves as "the leaders" of the United States to voluntarily leave office as they had previous knowledge of the illegal conduct used to acquire such powers, by fraud. It remains that the only legitimate and peaceful manner in which the illegitimate parties holding physical possession of the houses of the people is through the court system itself.

Secondarily, the court must recognize that in all aspects of litigation "the people" inherently pay for the expenses of "both" sides of the matter argued before the Court. Perhaps the NAACP has the best analysis for costs (in time, money and burden) for voter's rights litigation available[26] in the public space. From this report arises my greatest concern as reported:

"In Shelby County, Alabama v. Holder, the U.S. Supreme Court immobilized a core provision of the Voting Rights Act, Section 5, which had, for nearly 50 years, protected millions of voters of color from racial discrimination in voting. The Supreme Court rendered Section 5 inoperable by striking down as unconstitutional Section 4(b) of the Voting Rights Act, which identified the places in our country where Section 5 applied. Section 5 required those states and localities covered by Section 4(b)— for example, Alabama, Florida, Georgia, Louisiana, North Carolina, and Mississippi—to receive approval from the federal government before implementing a voting change. Section 5

---

[26] https://www.naacpldf.org/wp-content/uploads/Section-2-costs-08.13.18_1.pdf

*protected Black, Latino, Asian, American Indian, and Alaskan Native voters from racial discrimination in voting in the parts of our country with the most entrenched and adaptive forms of discrimination. Striking Section 4(b) and, therefore, gutting Section 5, was like taking away your car keys (Section 4(b)), but letting you keep your car (Section 5)."*

This section is of concern for two reasons, it shows a necessary history of bad conduct and the known requirement to protect voters from discrimination from "parts of the country with the most entrenched and adaptive forms of discrimination". Logically as Plaintiffs allegations cover all "53" voting districts a focus on "known" and "adaptative" areas is required. By averaging legal expenses derived from the report and other sources it appears the AVERAGE cost to litigate per county is approximately $ 2 million per county.

As there are 4000 or so counties in the 53 voting districts of concern in the Civil Rights lawsuit, this would place a one-sided cost or burden on the taxpayers of $ 8 Billion dollars. Logically, the cost of discovery and other ancillary investigative costs associated with prosecution of EACH of the county cases would be an additional cost to any single or multiple legal teams bringing cases on behalf of the Plaintiffs. Simply a one and a half times multiplier of the Defendant's costs would be a rational estimate for each case filed by the Plaintiffs cumulatively speaking this cost could be conservatively estimated at 12 Billion US dollars. The total liability of the civil rights cases upon the taxpayers, who are all potential plaintiffs in the matter, if the burden were placed upon the Plaintiffs to try the case in 4000 counties could total more than $20 billion!

Rationally, there does not exist a single unified entity with the financial capabilities, nor the taxpayer derived budget from which the costs of $12 Billion could be derived. Logically, there

is a requirement for multiple organizations to join forces under a uniform banner to obtain the monies just to bring the single civil rights case already filed before this Honorable Court. Limitedly, it appears the best estimate of costs upon the Plaintiffs within the matter before the Western District of Texas to be approximately $30 Million.

**Answer to Question 2:** Logically, based upon a cost basis analysis, the most viable venue for the matter to be determined within would be the Western District of Texas only. It is an unreasonable burden upon the Plaintiffs, who are by ever definition the "source of funds" for every aspect of this litigation to be further damaged by the very "system" that exists to allegedly serve and protect their interests.

<u>Personal Commentary and Warning.</u>

After I was asked to review these questions, the media reported the "Biden administration" asked the Congress to impose "new and tougher gun legislation" specifically targeting "assault weapons". Upon a simple review this seems to be nothing more than standard political rhetoric. However, closer review of the proposals being offered by illegitimate members of Congress show more of an attempt to eradicate the 2nd Amendment by persons who obtained "office" by fraud, collusion and conspiracy. The second issue reported in the media regarded "Biden's 1.9 Trillion-dollar Coronavirus relief". The second report was, for an investor more terrifying.

From review the "Biden plan" seeks to enforce a $15-dollar national minimum wage on all employers by 2025. This will effectively end the employment of or end emerging employment opportunities for more than 15 Million American workers, many of whom are just emerging

into the workforce as young workers[27]. The second aspect of this "plan" shows the absolute lack of business acumen normally associated with career academics, or ideological college students whose bills are paid by well-meaning, as well as, hard working parents. The "plan" fails to recognize the "covid" economy in its truest nature which is an artificial economy which is moderately functioning. But functioning only due to the infusion of government derived fiat monies that only contribute to the further debasing of the United States Dollar.

In short, the "Biden Plan" further reduces the value of the dollar, raises inflation, erodes the value of American's properties and destroys the quality and stability of the American economy. It is illogical to attack a symptom rather than the illness itself. <u>In my professional opinion if these illegitimate actors are not immediately prohibited from their conduct, the US. Dollar will no longer be the world reserve currency by no later than March 2022, if not earlier.</u>

## In Conclusion.

What is the most terrifying is the absolute dereliction of duty and abdication of power by those in the Department of Justice and the Federal Judiciary. The authority of the government to bring actions against Defendants is codified and the federal government has rational resources to protect the rights of the people itself. However, due to political wrangling of the partisan enterprises this mechanism of protection, paid for by the people, failed to render services as contracted and paid for.

I believe that it is by God's own grace alone that our nation has yet to devolve into a second civil war and exit as a third world

---

[27] Workers who are teenagers, high-school students, college students and low skill first time workers.

nation. But it is with great surety that I can forecast with immediate effect the "policies" of the central committee which include the absolute destruction of our border sovereignty as evidenced by the construction of "tent cities" and their "catch and release" policies allowing illegal entries to "stay without consequence", the end of the United States as we know it is at hand. Should the Western District fail to act immediately in granting the American citizen, who has been deposed as the leader of the "republican form of government", a restraining order then the downfall of the greatest nation in world history will only accelerate.

Unfortunately, in the age of Covid19 travel restricts there is no place to run to although the fall will affect everywhere eventually. While this language may seem inciteful, the reader should review this document and its use of language as "insightful", as the statements are factual and filtered through a historical model for relevance to outcome. The last chance to gasp a full lung of air before entering the sleepy netherworld of drowning has already been denied.

_____
John S. Vanderbol III