# EXHIBIT 3

# JOHN S. VANDERBOL III.

8575 Jacobs Street, Frisco, Tx. 75034:  Cell: 972 624 9270:  Steve@3pmg.net

## Summary

More than 28 years senior managerial experience including: Chairman of the Board of Directors, Chief Executive Officer, Chief Operations Officer, and Director of Strategic Planning of multi-national corporations. Highly skilled in international business operations with expertise in finance, international trade and service, global information technology operations and geo-political relations. Skilled in educating "at responsibility" audiences regarding dynamic, intricate, and complex projects / subjects in "every-person" level terminology allowing the audience to possess a "sense of ownership" to topic subjects and operational responsibilities.

## Critical Skills

| | |
|---|---|
| Holding Company operations / management | Compliance – international law |
| Negotiations – equity / venture capital investments | Contract – rights / responsibilities |
| Technology – Policy / legislative | Technology – Operations / Mgmt. |
| Mergers / Acquisitions | Turn-around-specialist |
| Critical path expert | Procedural conduct expert |
| Intellectual Property Management | Venture operations |
| Entrepreneurial experience +10 yrs | Start-Up Expert |
| Corporate Structure Expert + 20 yrs | Governmental Policy Expert +10 yrs |
| Non-Profit operations | Philanthropic "rain maker" |

## Experience (For Profit) – *not reflective of entire professional experience*

Founder – Managing Director.
**9 Ten Holdings Inc**                                              Jan. 2017 – Present.

9-Ten Holdings operates as a parent for intellectual property companies, as well as ventures relating to the Vanderbol Family Trust. Its holdings include intellectual property (network / communications), broad spectrum technology assets, and interests in foreign legacy companies. The company is completely privately held.

Founder – Director
**3P Media Group Inc.**                                             Mar 2016 – Present.

3P Media Group incorporates varying forms of mass media using A.I. technologies to provide high value response to its clients. The company conducts research and development operations expanding information distribution technologies while introducing relational platforms for messaging expansion.

**Chairman of the Board / Chief Executive Officer**
**Zfere Holdings Inc.**                                    Jun. 2010-August 2014

(Medically retired) Directed establishment of international holding company, conducted daily management of operations holding 18 companies in 14 companies globally. Worked diligently with held company senior officers to increase productivity, profitability and ensure compliance with Holding company guidelines and regional / international law. Devised and implemented comprehensive business strategies while targeting opportunity companies.

**Chief Executive Office / Member of Board of Directors**
**IMN Communications / Ariya Networks**                    Mar 1997 – Dec. 2010.

Company originated as "proof of concept" special purpose vehicle for just-in-time/commerce hybrid based solely within the emerging "ecommerce / e-manufacturing" space. Original Special Purpose Vehicle divested and "spun-off" to major international corporation to move its production infrastructure into modern "e" era. Restructured remaining assets of company into ISP/Global communications venture, which included the construction of communication networks for international corporations, international agencies, state, local, and federal governmental agencies within the US, Europe and Asia Pacific Region.

**Director – Turn-around Specialist**
**ICS**                                                    Aug 1995 – Feb. 1997

Hired to restructure investment vehicle reinventing energy services consulting firm to information technology consulting firm with focus in communications and energy industries. By direct management without senior management team turned revenues from negative to position within 3 months with total first year revenues exceeding $24m. Within 18 months company was valued in excess of $150 m. Left company to start new project.

**Founder / President**
**Bear Athletic Ware**                                     Feb. 1992 – June 1995

Founded cutting edge sports orthopedic business. Designed product, negotiated sub-contract manufacturing plan for construction of product servicing professional and high-achieving "extreme" athletes. Expanded $. 5,000.00 investment to company valued at $35 M during first three years of operation. Negotiated sale of company to major international shoe company.

**Military Service** – United States Marine Corps. (Honorable Discharge)

**Education** – Provided upon request.