# EXHIBIT 5

## LIST OF NOTABLE HAVA VIOLATIONS

State official Defendants used federal monies to violate the "minimum requirements"[1] of HAVA in many ways, including but not limited to: (1) failure to require the prerequisite copies or forms of identification be submitted with mail-in ballots and/or included with voter registration by mail,[2] (2) failure to require proper identification and information from first-time voters in federal elections,[3] (3) Failure to require proper execution of the required written affirmation for voters who vote by provisional ballot,[4] (4) failure to permit the voter to verify and/or correct the votes selected by the voter on the ballot in an electronic voting system through a print-out of the ballot before the ballot is cast,[5] (5) failures of the electronic voting systems to produce records with sufficient audit capacities,[6] (6) failure to conform to the error rate standards issued by the Federal Election Commission,[7] and (7) failure to implement provisions to ensure the voter registration records are accurate and updated regularly, which must include a "reasonable effort" to remove ineligible voters, and other violations.[8]

---

[1] *See* 52 U.S.C. § 21084 (subchapter III contains the "minimum requirements")
[2] *See* § 21083 (specific minimum requirements).
[3] *Id.*
[4] *See* § 21082.
[5] *See* § 21081.
[6] *Id.*
[7] *Id.*
[8] *See* § 21083.