# EXHIBIT 6

| ESTIMATED CARES Act Expenditures As Reported in 20 Day Post Primary Reports | | | | | | | |
|---|---|---|---|---|---|---|---|
| State | Amount Requested | Required State Match (20%) | Estimated Federal Expenditure | Federal Expenditure (%) | Estimated State Match Expenditure | State Match Expenditure (%) | Total Estimated Expenditure |
| Alabama | $6,473,612 | $1,294,722 | $1,775,536 | 27% | $443,884 | 34% | $2,219,421 |
| Alaska | $3,000,000 | $600,000 | $850,356 | 28% | $140,587 | 23% | $990,943 |
| American Samoa | $600,000 | No Match | Not Due | | X | X | |
| Arizona | $7,842,119 | $1,568,424 | $7,559,853 | 96% | $1,889,963 | 121% | $9,449,817 |
| Arkansas | $4,703,886 | $940,777 | Not Due | | | | |
| California | $36,293,345 | $7,258,669 | Not Due | | | | |
| Colorado | $6,691,472 | $1,338,294 | $1,034,737 | 15% | $13,242 | 1% | $1,047,980 |
| Connecticut | $5,381,732 | $1,076,346 | $4,717,115 | 88% | | | $4,717,116 |
| Delaware | $3,000,000 | $600,000 | $153,940 | 5% | $733,141 | 122% | $887,081 |
| District of Columbia | $3,000,000 | $600,000 | $1,340,290 | 45% | | | $1,340,290 |
| Florida | $20,253,853 | $4,050,771 | $8,699,198 | 43% | $1,583,790 | 39% | $10,282,989 |
| Georgia | $10,875,912 | $2,175,182 | $10,448,741 | 96% | | | $10,448,742 |
| Guam | $600,000 | No Match | Not Due | | X | X | |
| Hawaii | $3,295,842 | $659,168 | $673,551 | 20% | $699,750 | 106% | $1,373,301 |
| Idaho | $3,396,453 | $679,291 | $511,706 | 15% | | | $511,706 |
| Illinois | $13,899,434 | $2,779,887 | Not Due | | | | |
| Indiana | $8,013,610 | $1,602,722 | $3,446,567 | 43% | | | $3,446,567 |
| Iowa | $4,843,615 | $968,723 | $865,548 | 18% | $173,110 | 18% | $1,038,658 |
| Kansas | $4,607,890 | $921,578 | $1,907,186 | 41% | | | $1,907,186 |
| Kentucky | $6,067,275 | $1,213,455 | $4,061,909 | 67% | $690,651 | 57% | $4,752,561 |
| Louisiana | $6,189,147 | $1,237,829 | $2,516,532 | 41% | $1,237,829 | 100% | $3,754,361 |
| Maine | $3,292,585 | $658,517 | $325,471 | 10% | $205,272 | 31% | $530,743 |
| Maryland | $7,422,125 | $1,484,425 | $3,460,970 | 47% | $581,485 | 39% | $4,042,456 |
| Massachusetts | $8,290,676 | $1,658,135 | $2,642,413 | 32% | $1,298,000 | 78% | $3,940,413 |
| Michigan | $11,247,753 | $2,249,551 | $6,635,745 | 59% | $185,647 | 8% | $6,821,392 |
| Minnesota | $6,930,610 | $1,386,122 | $363,867 | 5% | | | $363,867 |
| Mississippi | $4,712,839 | $942,568 | $0 | | | | |
| Missouri | $7,597,405 | $1,519,481 | $3,801,059 | 50% | $760,213 | 50% | $4,561,272 |
| Montana | $3,000,000 | $600,000 | Not Due | | | | |
| Nebraska | $3,676,857 | $735,371 | $700,942 | 19% | | | $700,942 |
| Nevada | $4,496,720 | $899,344 | $1,765,577 | 39% | | | $1,765,577 |

LAST UPDATED 9/22/20

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| New Hampshire | $3,262,422 | $652,484 | $713,805 | 22% | $178,451 | 27% | $892,256 |
| New Jersey | $10,250,690 | $2,050,138 | $1,913,931 | 19% | | | $1,913,931 |
| New Mexico | $3,889,527 | $777,905 | $3,745,797 | 96% | $584,584 | 75% | $4,330,382 |
| New York | $20,463,651 | $4,092,730 | $20,567,087 | 101% | $4,113,422 | 101% | $24,680,510 |
| North Carolina | $10,897,295 | $2,179,459 | Not Due | | | | |
| North Dakota | $3,000,000 | $600,000 | $920,603 | 31% | $314,395 | 52% | $1,234,998 |
| Northern Mariana Islands | $600,000 | No Match | Not Due | | X | X | |
| Ohio | $12,800,802 | $2,560,160 | $0 | | $2,585,040 | 101% | $2,585,040 |
| Oklahoma | $2,730,486 | $546,097 | $352,036 | 13% | $490,168 | 90% | $842,204 |
| Oregon | $5,636,292 | $1,127,258 | $0 | | | | |
| Pennsylvania | $14,155,505 | $2,831,101 | $3,421,078 | 24% | $90,447 | 3% | $3,511,526 |
| Puerto Rico | $3,881,359 | $776,272 | Not Due | | | | |
| Rhode Island | $3,016,343 | $603,269 | $2,946,148 | 98% | | | $2,946,149 |
| South Carolina | $6,348,028 | $1,269,606 | $2,045,168 | 32% | $454,825 | 36% | $2,499,993 |
| South Dakota | $3,000,000 | $600,000 | $331,911 | 11% | | | $331,911 |
| Tennessee | $7,948,953 | $1,589,791 | $5,772,244 | 73% | $1,154,476 | 73% | $6,926,721 |
| Texas | $24,421,231 | $4,884,246 | $6,946,276 | 28% | $1,389,344 | 28% | $8,335,620 |
| U.S. Virgin Islands | $600,000 | No Match | Not Due | | X | X | |
| Utah | $2,000,000 | $400,000 | $966,390 | 48% | $300,000 | 75% | $1,266,390 |
| Vermont | $3,000,000 | $600,000 | $594,204 | 20% | | | $594,204 |
| Virginia | $9,582,344 | $1,916,469 | $972,847 | 10% | | | $972,847 |
| Washington | $8,308,437 | $1,661,687 | $1,671,614 | 20% | $334,323 | 20% | $2,005,936 |
| West Virginia | $3,797,620 | $759,524 | $60,456 | 2% | $15,114 | 2% | $75,570 |
| Wisconsin | $7,362,345 | $1,472,469 | $2,637,007 | 36% | $591,477 | 40% | $3,228,484 |
| Wyoming | $3,000,000 | $600,000 | $801,084 | 27% | $68,553 | 11% | $869,637 |
| **Total** | **$393,650,097** | **$78,730,019** | **$127,638,493** | | **$23,301,183** | | **$150,939,676** |
| **Total Percentage** | | | | **32.42%** | | **29.60%** | |

LAST UPDATED 9/22/20