# EXHIBIT 7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISON

| | | |
|---|---|---|
| JEREMY BRAVO, LINDSEY NGUYEN, "P.P.," "D.D.," FOR THEMSELVES AND AS CLASS REPRESENTATIVES, | § § § § § | |
| Plaintiffs. | § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

### DECLARATION OF JEREMY BRAVO

"My name is JEREMY BRAVO.  I am competent to make this Declaration and declare under penalty of perjury that the statements contained in this Declaration are true and correct."

"I currently live in a severe state of fear and mental anguish because it is apparent to me, given the facts and laws described in this lawsuit, that our so-called Congress, President and Vice President were not elected according to the Constitution and laws of the United States."

"This realization causes me to live in constant fear and mental anguish because I believe Congress and the President are no longer accountable to the citizens of the United States, and therefore, can violate my constitutional rights at any time without consequence."

"I feel terrified of imminent and irreparable harm to me because the unconstitutional Congress and President have enacted policies, executive orders, and intend to pass legislation that will permanently deprive me of my constitutional rights as an American citizen, including but not limited to: (1) being able to cast a legal vote in a federal election that will not be diluted by ballot box stuffing schemes and other illegal election manipulation, (2) my right to free speech, (3) my right to freely practice the religion of my choice, (4) my right to peaceably assemble in protest, (5) my right to petition the government, (6) my right to defend myself by bearing arms, (7) my right to not be deprived of my life, liberty, or property without due process of law, (8) my right to privacy and to not be subject to unreasonable searches and seizures, and most importantly, (9) my right to a "Republican Form of Government," which I understand to mean my right be governed by officials elected by the people."

"I live in fear that I will suffer imminent and irreparable economic and physical harm due to various policies, executive orders, and planned legislation by Mr. Biden and Congress, which seems likely to result in such things as rapidly spiking oil prices, rapid decline of the value of the dollar, and resulting funding for terrorism and the foreign enemies of the United States.  I feel afraid that Mr. Biden and Congress will not only fund terrorism through their energy policies, but that their expressed intent not to enforce our borders or restrict travel from countries known to harbor terrorist groups will result in terrorist attacks inside our borders."

"Due to my position of being a former democratic candidate for Congress, the activities I witnessed have made me feel afraid for years that something like this current scenario would occur, and now it has.  I am mentally and emotionally exhausted from feeling the way I have described in this Declaration.  It needs to end, and I implore the Court to do it's constitutional duty to restrain this unconstitutional regime of Mr. Biden and Congress."

"There is no amount of monetary damages that could compensate me for the mental anguish that I will continue to suffer, for the deprivation of my constitutional rights, and for the economic and physical harm that I am likely to suffer if the Court does not enter Plaintiffs' proposed Temporary Restraining Order."

Signed this 26th day of February, 2021."

/s/ *Jeremy Bravo*

Jeremy Bravo

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISON**

| | | |
|---|---|---|
| JEREMY BRAVO, LINDSEY | § | |
| NGUYEN, "P.P.," "D.D.," | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:21-CV-162 |
| | § | |
| NANCY PELOSI, MITCH | § | |
| McCONNELL, CHUCK SCHUMER, | § | |
| MARK ZUCKERBERG, et al. | § | |
| | § | |
| Defendants. | § | JURY TRIAL REQUESTED |

## <u>DECLARATION OF LINDSEY NGUYEN</u>

"My name is LINDSEY NGUYEN.  I am competent to make this Declaration and declare under penalty of perjury that the statements contained in this Declaration are true and correct."

"I currently live in a severe state of fear and mental anguish because it is apparent to me, given the facts and laws described in this lawsuit, that our so-called Congress, President and Vice President were not elected according to the Constitution and laws of the United States."

"This realization causes me to live in constant fear and mental anguish because I believe Congress and the President are no longer accountable to the citizens of the United States, and therefore, can violate my constitutional rights at any time without consequence."

"I feel terrified of imminent and irreparable harm to me because the unconstitutional Congress and President have enacted policies, executive orders, and intend to pass legislation that will permanently deprive me of my constitutional rights as an American citizen, including but not limited to: (1) being able to cast a legal vote in a federal election that will not be diluted by ballot box stuffing schemes and other illegal election manipulation, (2) my right to free speech, (3) my right to freely practice the religion of my choice, (4) my right to peaceably assemble in protest, (5) my right to petition the government, (6) my right to defend myself by bearing arms, (7) my right to not be deprived of my life, liberty, or property without due process of law, (8) my right to privacy and to not be subject to unreasonable searches and seizures, and most importantly, (9) my right to a "Republican Form of Government," which I understand to mean my right be governed by officials elected by the people."

"I live in fear that I will suffer imminent and irreparable economic and physical harm due to various policies, executive orders, and planned legislation by Mr. Biden and Congress, which seems likely to result in such things as rapidly spiking oil prices, rapid decline of the value of the dollar, and funding for terrorism and the foreign enemies of the United States.  I feel afraid that Mr. Biden and Congress will not only fund terrorism through their energy policies, but that their expressed intent not to enforce our borders or restrict travel from countries known to harbor terrorist groups will result in terrorist attacks inside our borders."

"There is no amount of monetary damages that could compensate me for the mental anguish that I will continue to suffer, for the deprivation of my constitutional rights, and for the economic and physical harm that I am likely to suffer if the Court does not enter Plaintiffs' proposed Temporary Restraining Order.  I have even suffered from depression as a result of the foregoing.

Signed this 26th day of February, 2021."


/s/ *Lindsey Nguyen*
Lindsey Nguyen

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISON**

| | | |
|---|---|---|
| JEREMY BRAVO, LINDSEY | § | |
| NGUYEN, "P.P.," "D.D.," | § | |
| | § | |
|     Plaintiffs. | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:21-CV-162 |
| | § | |
| NANCY PELOSI, MITCH | § | |
| McCONNELL, CHUCK SCHUMER, | § | |
| MARK ZUCKERBERG, et al. | § | |
| | § | |
|     Defendants. | § | JURY TRIAL REQUESTED |

## DECLARATION OF JENNILYN K. SALINAS

"My name is JENNILYN K. SALINAS.  I am competent to make this Declaration and declare under penalty of perjury that the statements contained in this Declaration are true and correct."

"I have indicated my intent to Paul Davis to join this lawsuit as a Plaintiff. However, I understand that the local rules require a traditional rather than an electronic filing of an amended complaint to add parties, which I understand will be filed in the near future.  Nonetheless, as an American Citizen, I believe the relief requested in Plaintiffs' Motion for Temporary Restraining (the "Motion") is extremely important to protected me and others like me from imminent and irreparable harm. So, I wanted to make the following statements known to the Court in support of the Motion."

"I currently live in a severe state of fear and mental anguish because it is apparent to me, given the facts and laws described in this lawsuit, that our so-called Congress, President and Vice President were not elected according to the Constitution and laws of the United States."

"This realization causes me to live in constant fear and mental anguish because I believe Congress and the President are no longer accountable to the citizens of the United States, and therefore, can violate my constitutional rights at any time without consequence."

"I feel terrified of imminent and irreparable harm to me because the unconstitutional Congress and President have enacted policies, executive orders, and intend to pass legislation that will permanently deprive me of my constitutional rights as an American citizen, including but not limited to: (1) being able to cast a legal vote in a federal election that will not be diluted by ballot box stuffing schemes and other illegal election manipulation, (2) my right to free speech, (3) my right to freely practice the religion of my choice, (4) my right to peaceably assemble in protest, (5) my right to petition the government, (6) my right to defend myself by bearing arms, (7) my right to not be deprived of my life, liberty, or property without due process of law, (8) my right to privacy and to not be subject to unreasonable searches and seizures, and most importantly, (9) my right to a "Republican Form of Government," which I understand to mean my right be governed by officials elected by the people."

"I live in fear that I will suffer imminent and irreparable economic and physical harm due to various policies, executive orders, and planned legislation by Mr. Biden and Congress, which seems likely to result in such things as rapidly spiking oil prices, rapid decline of the value of the dollar, and funding for terrorism and the foreign enemies of the United States.  I feel afraid that Mr. Biden and Congress will not only fund terrorism through their energy policies, but that their expressed intent not to enforce our borders or restrict travel from countries known to harbor terrorist groups will result in terrorist attacks inside our borders."

"There is no amount of monetary damages that could compensate me for the mental anguish that I will continue to suffer, for the deprivation of my constitutional rights, and for the economic and physical harm that I am likely to suffer if the Court does not enter Plaintiffs' proposed Temporary Restraining Order.

Signed this 25th day of February, 2021."

/s/ *Jennilyn K. Salinas*
Jennilyn K. Salinas