# EXHIBIT 2

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Jerry Moran | U.S. Senate Kansas | 2011-01-05 | Republican Party |
| Roger Marshall | U.S. Senate Kansas | 2021-01-03 | Republican Party |
| Gary Peters | U.S. Senate Michigan | 2015-01-06 | Democratic Party |
| Debbie Stabenow | U.S. Senate Michigan | 2001-01-03 | Democratic Party |
| Tim Kaine | U.S. Senate Virginia | 2013-01-03 | Democratic Party |
| Mark Warner | U.S. Senate Virginia | 2009-01-06 | Democratic Party |
| Chris Van Hollen | U.S. Senate Maryland | 2017-01-03 | Democratic Party |
| Ben Cardin | U.S. Senate Maryland | 2007-01-04 | Democratic Party |
| Dianne Feinstein | U.S. Senate California | 1993 | Democratic Party |
| Mike Braun | U.S. Senate Indiana | 2019-01-03 | Republican Party |
| Todd C. Young | U.S. Senate Indiana | 2017-01-03 | Republican Party |
| Joni Ernst | U.S. Senate Iowa | 2015-01-03 | Republican Party |
| Chuck Grassley | U.S. Senate Iowa | 1981 | Republican Party |
| John Barrasso | U.S. Senate Wyoming | 2007-01-04 | Republican Party |
| Cynthia Lummis | U.S. Senate Wyoming | 2021-01-03 | Republican Party |
| Mike Crapo | U.S. Senate Idaho | 1999-01-06 | Republican Party |
| Jim Risch | U.S. Senate Idaho | 2009 | Republican Party |
| Tammy Duckworth | U.S. Senate Illinois | 2017-01-03 | Democratic Party |
| Dick Durbin | U.S. Senate Illinois | 1997-01-07 | Democratic Party |
| Maria Cantwell | U.S. Senate Washington | 2001 | Democratic Party |
| Patty Murray | U.S. Senate Washington | 1993 | Democratic Party |
| Jeff Merkley | U.S. Senate Oregon | 2009 | Democratic Party |
| Ron Wyden | U.S. Senate Oregon | 1996-01-30 | Democratic Party |
| Ronald Harold Johnson | U.S. Senate Wisconsin | 2010 | Republican Party |
| Tammy Baldwin | U.S. Senate Wisconsin | 2013-01-03 | Democratic Party |
| Chuck Schumer | U.S. Senate New York | 1999-01-06 | Democratic Party |
| Kirsten Gillibrand | U.S. Senate New York | 2009-01-26 | Democratic Party |
| Tom Cotton | U.S. Senate Arkansas | 2015-01-06 | Republican Party |
| John Boozman | U.S. Senate Arkansas | 2011-01-05 | Republican Party |
| Tina Smith | U.S. Senate Minnesota | 2018-01-03 | Democratic Party |
| Amy Klobuchar | U.S. Senate Minnesota | 2007-01-04 | Democratic Party |
| Ted Cruz | U.S. Senate Texas | 2013-01-03 | Republican Party |
| John Cornyn | U.S. Senate Texas | 2002-12-02 | Republican Party |
| Mitch McConnell | U.S. Senate Kentucky | 1985 | Republican Party |
| Rand Paul | U.S. Senate Kentucky | 2011-01-05 | Republican Party |
| Rob Portman | U.S. Senate Ohio | 2011-01-05 | Republican Party |
| Sherrod Brown | U.S. Senate Ohio | 2007-01-04 | Democratic Party |

1/19/2021
Case 6:21-cv-00162-ADA-JCM   Document 24-2   Filed 03/24/21   Page 3 of 24
List of current members of the U.S. Congress - Ballotpedia

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Kyrsten Sinema | U.S. Senate Arizona | 2019-01-03 | Democratic Party |
| Mark Kelly | U.S. Senate Arizona | 2020-12-02 | Democratic Party |
| Joe Manchin III | U.S. Senate West Virginia | 2010-11-15 | Democratic Party |
| Shelley Moore Capito | U.S. Senate West Virginia | 2015-01-06 | Republican Party |
| Tom Carper | U.S. Senate Delaware | 2001-01-03 | Democratic Party |
| Chris Coons | U.S. Senate Delaware | 2010-11-15 | Democratic Party |
| Steve Daines | U.S. Senate Montana | 2015-01-06 | Republican Party |
| Jon Tester | U.S. Senate Montana | 2007-01-04 | Democratic Party |
| Kelly Loeffler | U.S. Senate Georgia | 2020-01-06 | Republican Party |
| Elizabeth Warren | U.S. Senate Massachusetts | 2013-01-03 | Democratic Party |
| Edward J. Markey | U.S. Senate Massachusetts | 2013-07-16 | Democratic Party |
| Bernie Sanders | U.S. Senate Vermont | 2007-01-04 | Independent |
| Patrick Leahy | U.S. Senate Vermont | 1975-01-03 | Democratic Party |
| Michael Bennet | U.S. Senate Colorado | 2009 | Democratic Party |
| John Hickenlooper | U.S. Senate Colorado | 2021-01-03 | Democratic Party |
| Richard Shelby | U.S. Senate Alabama | 1987 | Republican Party |
| Tommy Tuberville | U.S. Senate Alabama | 2021-01-03 | Republican Party |
| Catherine Cortez Masto | U.S. Senate Nevada | 2017-01-03 | Democratic Party |
| Jacky Rosen | U.S. Senate Nevada | 2019-01-03 | Democratic Party |
| Martin Heinrich | U.S. Senate New Mexico | 2013-01-03 | Democratic Party |
| Ben Ray Luján | U.S. Senate New Mexico | 2021-01-03 | Democratic Party |
| Marsha Blackburn | U.S. Senate Tennessee | 2019-01-03 | Republican Party |
| Bill Hagerty | U.S. Senate Tennessee | 2021-01-03 | Republican Party |
| John Hoeven | U.S. Senate North Dakota | 2011-01-05 | Republican Party |
| Kevin Cramer | U.S. Senate North Dakota | 2019-01-03 | Republican Party |
| Richard Burr | U.S. Senate North Carolina | 2005-01-04 | Republican Party |
| Thom Tillis | U.S. Senate North Carolina | 2015-01-06 | Republican Party |
| Bill Cassidy | U.S. Senate Louisiana | 2015-01-06 | Republican Party |
| John Neely Kennedy | U.S. Senate Louisiana | 2017-01-03 | Republican Party |
| Maggie Hassan | U.S. Senate New Hampshire | 2017-01-03 | Democratic Party |
| Jeanne Shaheen | U.S. Senate New Hampshire | 2009-01-06 | Democratic Party |
| Angus King | U.S. Senate Maine | 2013-01-03 | Independent |
| Susan Collins | U.S. Senate Maine | 1997-01-07 | Republican Party |
| Rick Scott | U.S. Senate Florida | 2019-01-03 | Republican Party |
| Marco Rubio | U.S. Senate Florida | 2011-01-05 | Republican Party |
| John Thune | U.S. Senate South Dakota | 2005-01-04 | Republican Party |
| Mike Rounds | U.S. Senate South Dakota | 2015-01-06 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Sheldon Whitehouse | U.S. Senate Rhode Island | 2007-01-04 | Democratic Party |
| Jack Reed | U.S. Senate Rhode Island | 1997-01-07 | Democratic Party |
| Bob Menendez | U.S. Senate New Jersey | 2006-01-18 | Democratic Party |
| Cory Booker | U.S. Senate New Jersey | 2013-10-31 | Democratic Party |
| Lindsey Graham | U.S. Senate South Carolina | 2003-01-07 | Republican Party |
| Tim Scott | U.S. Senate South Carolina | 2013-01-02 | Republican Party |
| Brian E. Schatz | U.S. Senate Hawaii | 2012-12-27 | Democratic Party |
| Mazie K. Hirono | U.S. Senate Hawaii | 2013-01-03 | Democratic Party |
| Daniel S. Sullivan | U.S. Senate Alaska | 2015-01-06 | Republican Party |
| Lisa Murkowski | U.S. Senate Alaska | 2002-12-20 | Republican Party |
| James Lankford | U.S. Senate Oklahoma | 2015-01-06 | Republican Party |
| Jim Inhofe | U.S. Senate Oklahoma | 1994-11-17 | Republican Party |
| Ben Sasse | U.S. Senate Nebraska | 2015-01-06 | Republican Party |
| Deb Fischer | U.S. Senate Nebraska | 2013-01-03 | Republican Party |
| Christopher S. Murphy | U.S. Senate Connecticut | 2013-01-03 | Democratic Party |
| Richard Blumenthal | U.S. Senate Connecticut | 2011-01-05 | Democratic Party |
| Roger Wicker | U.S. Senate Mississippi | 2007-12-31 | Republican Party |
| Cindy Hyde-Smith | U.S. Senate Mississippi | 2018 | Republican Party |
| Roy Blunt | U.S. Senate Missouri | 2011-01-05 | Republican Party |
| Josh Hawley | U.S. Senate Missouri | 2019-01-03 | Republican Party |
| Pat Toomey | U.S. Senate Pennsylvania | 2011-01-05 | Republican Party |
| Bob Casey Jr. | U.S. Senate Pennsylvania | 2007-01-04 | Democratic Party |
| Mike Lee | U.S. Senate Utah | 2011-01-05 | Republican Party |
| Mitt Romney | U.S. Senate Utah | 2019-01-03 | Republican Party |

# U.S. House

## Leadership and partisan balance

Case 6:21-cv-00162-ADA-JCM   Document 24-2   Filed 03/24/21   Page 5 of 24

| Position | Representative | Party |
|---|---|---|
| Speaker of the House | Nancy Pelosi | 🔵 Democratic |
| House Majority Leadership | | |
| House Majority Leader | Steny Hoyer | 🔵 Democratic |
| House Majority Whip | Jim Clyburn | 🔵 Democratic |
| House Minority Leadership | | |
| House Minority Leader | Kevin McCarthy | 🔴 Republican |
| House Minority Whip | Steve Scalise | 🔴 Republican |

| House Partisan Balance | |
|---|---|
| **Party** | **117th Congress** |
| Democratic | **221** |
| Republican | 211 |
| Vacancies | 3 |
| **Total** | **435** |

# List of current U.S. House members

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Jennifer Wexton | U.S. House Virginia District 10 | 2019-01-03 | Democratic Party |
| Michael F.Q. San Nicolas | U.S. House Guam At-large District | 2019-01-03 | Democratic Party |
| Nanette Barragán | U.S. House California District 44 | 2017-01-03 | Democratic Party |
| Andy Biggs | U.S. House Arizona District 5 | 2017-01-03 | Republican Party |
| Elise Stefanik | U.S. House New York District 21 | 2015-01-06 | Republican Party |
| Brett Guthrie | U.S. House Kentucky District 2 | 2009-01-06 | Republican Party |
| Jim Cooper | U.S. House Tennessee District 5 | 2003-01-07 | Democratic Party |
| Hank Johnson | U.S. House Georgia District 4 | 2007-01-04 | Democratic Party |
| John Curtis | U.S. House Utah District 3 | 2017-11-13 | Republican Party |
| Jackie Walorski | U.S. House Indiana District 2 | 2013-01-03 | Republican Party |
| Henry Cuellar | U.S. House Texas District 28 | 2005-01-04 | Democratic Party |
| Andrew Harris | U.S. House Maryland District 1 | 2011-01-05 | Republican Party |
| Lizzie Pannill Fletcher | U.S. House Texas District 7 | 2019-01-03 | Democratic Party |
| Barry Loudermilk | U.S. House Georgia District 11 | 2015-01-06 | Republican Party |
| Anthony G. Brown | U.S. House Maryland District 4 | 2017-01-03 | Democratic Party |
| Trey Hollingsworth | U.S. House Indiana District 9 | 2017-01-03 | Republican Party |
| Dina Titus | U.S. House Nevada District 1 | 2013-01-03 | Democratic Party |
| Troy Nehls | U.S. House Texas District 22 | 2021-01-03 | Republican Party |
| Dean Phillips | U.S. House Minnesota District 3 | 2019-01-03 | Democratic Party |
| Tom Rice | U.S. House South Carolina District 7 | 2013-01-03 | Republican Party |
| Billy Long | U.S. House Missouri District 7 | 2011-01-05 | Republican Party |
| Aston Donald McEachin | U.S. House Virginia District 4 | 2017-01-03 | Democratic Party |
| Mark Takano | U.S. House California District 41 | 2013-01-03 | Democratic Party |
| Ed Perlmutter | U.S. House Colorado District 7 | 2007-01-04 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Marcia Fudge | U.S. House Ohio District 11 | 2009-01-06 | Democratic Party |
| Lori Trahan | U.S. House Massachusetts District 3 | 2019-01-03 | Democratic Party |
| Donald Payne Jr. | U.S. House New Jersey District 10 | 2013-01-03 | Democratic Party |
| Jaime Herrera Beutler | U.S. House Washington District 3 | 2011-01-05 | Republican Party |
| Jared Golden | U.S. House Maine District 2 | 2019-01-03 | Democratic Party |
| Thomas Massie | U.S. House Kentucky District 4 | 2012-11-13 | Republican Party |
| Peter Meijer | U.S. House Michigan District 3 | 2021-01-03 | Republican Party |
| Blaine Luetkemeyer | U.S. House Missouri District 3 | 2009-01-06 | Republican Party |
| Tom Emmer | U.S. House Minnesota District 6 | 2015-01-06 | Republican Party |
| Ted Budd | U.S. House North Carolina District 13 | 2017-01-03 | Republican Party |
| Deborah Ross | U.S. House North Carolina District 2 | 2021-01-03 | Democratic Party |
| Dan Bishop | U.S. House North Carolina District 9 | 2019-09-17 | Republican Party |
| Ron Estes | U.S. House Kansas District 4 | 2017-04-25 | Republican Party |
| Adrian Smith | U.S. House Nebraska District 3 | 2007-01-04 | Republican Party |
| Bill Huizenga | U.S. House Michigan District 2 | 2011-01-05 | Republican Party |
| Marie Newman | U.S. House Illinois District 3 | 2021-01-03 | Democratic Party |
| Michael Waltz | U.S. House Florida District 6 | 2019-01-03 | Republican Party |
| Frederica S. Wilson | U.S. House Florida District 24 | 2011-01-05 | Democratic Party |
| Carlos Gimenez | U.S. House Florida District 26 | 2021-01-03 | Republican Party |
| Gus M. Bilirakis | U.S. House Florida District 12 | 2007-01-04 | Republican Party |
| Kay Granger | U.S. House Texas District 12 | 1997-01-07 | Republican Party |
| James Comer Jr. | U.S. House Kentucky District 1 | 2016-11-14 | Republican Party |
| Jahana Hayes | U.S. House Connecticut District 5 | 2019-01-03 | Democratic Party |
| Brian Higgins | U.S. House New York District 26 | 2013-01-03 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Pete Sessions | U.S. House Texas District 17 | 2021-01-03 | Republican Party |
| Jesus Garcia | U.S. House Illinois District 4 | 2019-01-03 | Democratic Party |
| Seth Moulton | U.S. House Massachusetts District 6 | 2015-01-06 | Democratic Party |
| Nydia Velazquez | U.S. House New York District 7 | 2013-01-03 | Democratic Party |
| Mike Bost | U.S. House Illinois District 12 | 2015-01-06 | Republican Party |
| Debbie Dingell | U.S. House Michigan District 12 | 2015-01-06 | Democratic Party |
| Susan Wild | U.S. House Pennsylvania District 7 | 2019-01-03 | Democratic Party |
| Tony Cárdenas | U.S. House California District 29 | 2013-01-03 | Democratic Party |
| Tony Gonzales | U.S. House Texas District 23 | 2021-01-03 | Republican Party |
| Vicente Gonzalez Jr. | U.S. House Texas District 15 | 2017-01-03 | Democratic Party |
| James Clyburn | U.S. House South Carolina District 6 | 1993 | Democratic Party |
| Marc Veasey | U.S. House Texas District 33 | 2013-01-03 | Democratic Party |
| Ilhan Omar | U.S. House Minnesota District 5 | 2019-01-03 | Democratic Party |
| Andrew Kim | U.S. House New Jersey District 3 | 2019-01-03 | Democratic Party |
| John Larson | U.S. House Connecticut District 1 | 1999-01-06 | Democratic Party |
| Greg Stanton | U.S. House Arizona District 9 | 2019-01-03 | Democratic Party |
| Ronald Wright | U.S. House Texas District 6 | 2019-01-03 | Republican Party |
| Chrissy Houlahan | U.S. House Pennsylvania District 6 | 2019-01-03 | Democratic Party |
| Lloyd Smucker | U.S. House Pennsylvania District 11 | 2019-01-03 | Republican Party |
| Mary Gay Scanlon | U.S. House Pennsylvania District 5 | 2019-01-03 | Democratic Party |
| Nancy Mace | U.S. House South Carolina District 1 | 2021-01-03 | Republican Party |
| Tracey Mann | U.S. House Kansas District 1 | 2021-01-03 | Republican Party |
| Fred Keller | U.S. House Pennsylvania District 12 | 2019-06-03 | Republican Party |
| Young Kim | U.S. House California District 39 | 2021-01-03 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Michael C. Burgess | U.S. House Texas District 26 | 2003-01-07 | Republican Party |
| Grace Meng | U.S. House New York District 6 | 2013-01-03 | Democratic Party |
| Brendan Boyle | U.S. House Pennsylvania District 2 | 2019-01-03 | Democratic Party |
| Adriano Espaillat | U.S. House New York District 13 | 2017-01-03 | Democratic Party |
| Lucy McBath | U.S. House Georgia District 6 | 2019-01-03 | Democratic Party |
| Joe Neguse | U.S. House Colorado District 2 | 2019-01-03 | Democratic Party |
| Stephanie Murphy | U.S. House Florida District 7 | 2017-01-03 | Democratic Party |
| Van Taylor | U.S. House Texas District 3 | 2019-01-03 | Republican Party |
| Jim Himes | U.S. House Connecticut District 4 | 2009-01-06 | Democratic Party |
| Ken Calvert | U.S. House California District 42 | 1993 | Republican Party |
| Jeff Duncan | U.S. House South Carolina District 3 | 2011-01-05 | Republican Party |
| Gary Palmer | U.S. House Alabama District 6 | 2015-01-06 | Republican Party |
| Al Green | U.S. House Texas District 9 | 2005-01-04 | Democratic Party |
| Byron Donalds | U.S. House Florida District 19 | 2021-01-03 | Republican Party |
| Mark Pocan | U.S. House Wisconsin District 2 | 2013-01-03 | Democratic Party |
| Blake Moore | U.S. House Utah District 1 | 2021-01-03 | Republican Party |
| Bill Posey | U.S. House Florida District 8 | 2009-01-06 | Republican Party |
| John Sarbanes | U.S. House Maryland District 3 | 2007-01-04 | Democratic Party |
| Katie Porter | U.S. House California District 45 | 2019-01-03 | Democratic Party |
| Ritchie Torres | U.S. House New York District 15 | 2021-01-03 | Democratic Party |
| Jamaal Bowman | U.S. House New York District 16 | 2021-01-03 | Democratic Party |
| Glenn Thompson | U.S. House Pennsylvania District 15 | 2019-01-03 | Republican Party |
| Mo Brooks | U.S. House Alabama District 5 | 2011-01-05 | Republican Party |
| Bill Johnson | U.S. House Ohio District 6 | 2011-01-05 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Andy Levin | U.S. House Michigan District 9 | 2019-01-03 | Democratic Party |
| Val Demings | U.S. House Florida District 10 | 2017-01-03 | Democratic Party |
| Mark Amodei | U.S. House Nevada District 2 | 2011-01-05 | Republican Party |
| Drew Ferguson | U.S. House Georgia District 3 | 2017-01-03 | Republican Party |
| David Rouzer | U.S. House North Carolina District 7 | 2015-01-06 | Republican Party |
| Bill Foster | U.S. House Illinois District 11 | 2013 | Democratic Party |
| Karen Bass | U.S. House California District 37 | 2011-01-05 | Democratic Party |
| Jacob LaTurner | U.S. House Kansas District 2 | 2021-01-03 | Republican Party |
| William Timmons | U.S. House South Carolina District 4 | 2019-01-03 | Republican Party |
| Jim Hagedorn | U.S. House Minnesota District 1 | 2019-01-03 | Republican Party |
| Bennie Thompson | U.S. House Mississippi District 2 | 1993-04-20 | Democratic Party |
| Randy Feenstra | U.S. House Iowa District 4 | 2021-01-03 | Republican Party |
| Yvette D. Clarke | U.S. House New York District 9 | 2013 | Democratic Party |
| Diana Harshbarger | U.S. House Tennessee District 1 | 2021-01-03 | Republican Party |
| Marcy Kaptur | U.S. House Ohio District 9 | 1983 | Democratic Party |
| Julia Brownley | U.S. House California District 26 | 2013-01-03 | Democratic Party |
| Scott Franklin | U.S. House Florida District 15 | 2021-01-03 | Republican Party |
| Richard Hudson | U.S. House North Carolina District 8 | 2013-01-03 | Republican Party |
| David N. Cicilline | U.S. House Rhode Island District 1 | 2011-01-05 | Democratic Party |
| Jim Langevin | U.S. House Rhode Island District 2 | 2001 | Democratic Party |
| Guy Reschenthaler | U.S. House Pennsylvania District 14 | 2019-01-03 | Republican Party |
| Anna Eshoo | U.S. House California District 18 | 1993 | Democratic Party |
| Nicole Malliotakis | U.S. House New York District 11 | 2021-01-03 | Republican Party |
| Carol Miller | U.S. House West Virginia District 3 | 2019-01-03 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Jim Costa | U.S. House California District 16 | 2005-01-04 | Democratic Party |
| Cathy McMorris Rodgers | U.S. House Washington District 5 | 2005-01-04 | Republican Party |
| Paul Gosar | U.S. House Arizona District 4 | 2011-01-05 | Republican Party |
| Michelle Steel | U.S. House California District 48 | 2021-01-03 | Republican Party |
| André Carson | U.S. House Indiana District 7 | 2008-03-13 | Democratic Party |
| Nancy Pelosi | U.S. House California District 12 | 1987 | Democratic Party |
| Daniel Webster | U.S. House Florida District 11 | 2011-01-05 | Republican Party |
| Brad Schneider | U.S. House Illinois District 10 | 2017-01-03 | Democratic Party |
| Bobby Rush | U.S. House Illinois District 1 | 1993-01-03 | Democratic Party |
| Steven Palazzo | U.S. House Mississippi District 4 | 2011-01-05 | Republican Party |
| David Price | U.S. House North Carolina District 4 | 1997-01-07 | Democratic Party |
| Joseph Morelle | U.S. House New York District 25 | 2018-11-13 | Democratic Party |
| Warren Davidson | U.S. House Ohio District 8 | 2016-06-09 | Republican Party |
| Kweisi Mfume | U.S. House Maryland District 7 | 2020-05-05 | Democratic Party |
| Trent Kelly | U.S. House Mississippi District 1 | 2015-06-09 | Republican Party |
| Tom Malinowski | U.S. House New Jersey District 7 | 2019-01-03 | Democratic Party |
| Pramila Jayapal | U.S. House Washington District 7 | 2017-01-03 | Democratic Party |
| Adam Schiff | U.S. House California District 28 | 2001 | Democratic Party |
| David Joyce | U.S. House Ohio District 14 | 2013-01-03 | Republican Party |
| Jack Bergman | U.S. House Michigan District 1 | 2017-01-03 | Republican Party |
| Markwayne Mullin | U.S. House Oklahoma District 2 | 2013-01-03 | Republican Party |
| Lisa McClain | U.S. House Michigan District 10 | 2021-01-03 | Republican Party |
| Brian Mast | U.S. House Florida District 18 | 2017-01-03 | Republican Party |
| Mariannette Miller-Meeks | U.S. House Iowa District 2 | 2021-01-03 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Cheri Bustos | U.S. House Illinois District 17 | 2013 | Democratic Party |
| Dwight Evans | U.S. House Pennsylvania District 3 | 2019-01-03 | Democratic Party |
| Bob Gibbs | U.S. House Ohio District 7 | 2013-01-04 | Republican Party |
| Matt Rosendale | U.S. House Montana At-large District | 2021-01-03 | Republican Party |
| Juan Vargas | U.S. House California District 51 | 2013-01-03 | Democratic Party |
| Kevin Hern | U.S. House Oklahoma District 1 | 2018-11-13 | Republican Party |
| Judy Chu | U.S. House California District 27 | 2009-01-06 | Democratic Party |
| Jim McGovern | U.S. House Massachusetts District 2 | 1997-01-07 | Democratic Party |
| David G. Valadao | U.S. House California District 21 | 2021-01-03 | Republican Party |
| Don Young | U.S. House Alaska At-large District | 1973-03-06 | Republican Party |
| Jeffrey Fortenberry | U.S. House Nebraska District 1 | 2005-01-04 | Republican Party |
| Ed Case | U.S. House Hawaii District 1 | 2019-01-03 | Democratic Party |
| Dan Meuser | U.S. House Pennsylvania District 9 | 2019-01-03 | Republican Party |
| Chris Pappas | U.S. House New Hampshire District 1 | 2019-01-03 | Democratic Party |
| Rick Crawford | U.S. House Arkansas District 1 | 2011-01-05 | Republican Party |
| Jason Crow | U.S. House Colorado District 6 | 2019-01-03 | Democratic Party |
| Lauren Underwood | U.S. House Illinois District 14 | 2019-01-03 | Democratic Party |
| Steve Stivers | U.S. House Ohio District 15 | 2011-01-05 | Republican Party |
| Sharice Davids | U.S. House Kansas District 3 | 2019-01-03 | Democratic Party |
| Patrick T. McHenry | U.S. House North Carolina District 10 | 2005-01-04 | Republican Party |
| Ted Lieu | U.S. House California District 33 | 2015-01-06 | Democratic Party |
| Frank Lucas | U.S. House Oklahoma District 3 | 2003-01-07 | Republican Party |
| Sara Jacobs | U.S. House California District 53 | 2021-01-03 | Democratic Party |
| Cindy Axne | U.S. House Iowa District 3 | 2019-01-03 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Anthony Gonzalez | U.S. House Ohio District 16 | 2019-01-03 | Republican Party |
| Christopher Jacobs | U.S. House New York District 27 | 2020-07-21 | Republican Party |
| Steny Hoyer | U.S. House Maryland District 5 | 1981-05-19 | Democratic Party |
| Don Bacon | U.S. House Nebraska District 2 | 2017-01-03 | Republican Party |
| Tom McClintock | U.S. House California District 4 | 2009-01-06 | Republican Party |
| Jerry McNerney | U.S. House California District 9 | 2007-01-04 | Democratic Party |
| H. Morgan Griffith | U.S. House Virginia District 9 | 2011-01-05 | Republican Party |
| Grace Napolitano | U.S. House California District 32 | 1999-01-06 | Democratic Party |
| August Pfluger | U.S. House Texas District 11 | 2021-01-03 | Republican Party |
| Conor Lamb | U.S. House Pennsylvania District 17 | 2019-01-03 | Democratic Party |
| Jason Smith | U.S. House Missouri District 8 | 2013-06-05 | Republican Party |
| Brad Wenstrup | U.S. House Ohio District 2 | 2013-01-03 | Republican Party |
| Mario Diaz-Balart | U.S. House Florida District 25 | 2003-01-07 | Republican Party |
| Jake Auchincloss | U.S. House Massachusetts District 4 | 2021-01-03 | Democratic Party |
| Debbie Wasserman Schultz | U.S. House Florida District 23 | 2005-01-04 | Democratic Party |
| Lauren Boebert | U.S. House Colorado District 3 | 2021-01-03 | Republican Party |
| Stacey Plaskett | U.S. House Virgin Islands At-large District | 2015-01-03 | Democratic Party |
| David Schweikert | U.S. House Arizona District 6 | 2011-01-05 | Republican Party |
| Darrell Issa | U.S. House California District 50 | 2021-01-03 | Republican Party |
| Donald Norcross | U.S. House New Jersey District 1 | 2014-11-12 | Democratic Party |
| Jerrold Nadler | U.S. House New York District 10 | 2013-01-03 | Democratic Party |
| Nikema Williams | U.S. House Georgia District 5 | 2021-01-03 | Democratic Party |
| Josh Harder | U.S. House California District 10 | 2019-01-03 | Democratic Party |
| Kaiali'i Kahele | U.S. House Hawaii District 2 | 2021-01-03 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| John Carter | U.S. House Texas District 31 | 2003-01-07 | Republican Party |
| Stephanie Bice | U.S. House Oklahoma District 5 | 2021-01-03 | Republican Party |
| Benjamin Lee Cline | U.S. House Virginia District 6 | 2019-01-03 | Republican Party |
| Marjorie Taylor Greene | U.S. House Georgia District 14 | 2021-01-03 | Republican Party |
| Rodney Davis | U.S. House Illinois District 13 | 2013 | Republican Party |
| Kathy Castor | U.S. House Florida District 14 | 2007-01-04 | Democratic Party |
| Susie Lee | U.S. House Nevada District 3 | 2019-01-03 | Democratic Party |
| Charlie Crist | U.S. House Florida District 13 | 2017-01-03 | Democratic Party |
| Scott Peters | U.S. House California District 52 | 2013-01-03 | Democratic Party |
| Danny K. Davis | U.S. House Illinois District 7 | 1997-01-07 | Democratic Party |
| Zoe Lofgren | U.S. House California District 19 | 1995-01-04 | Democratic Party |
| Peter DeFazio | U.S. House Oregon District 4 | 1987 | Democratic Party |
| Lee Zeldin | U.S. House New York District 1 | 2015-01-06 | Republican Party |
| Suzanne Bonamici | U.S. House Oregon District 1 | 2012-02-07 | Democratic Party |
| Bonnie Watson Coleman | U.S. House New Jersey District 12 | 2015-01-06 | Democratic Party |
| Bruce Westerman | U.S. House Arkansas District 4 | 2015-01-06 | Republican Party |
| Salud Carbajal | U.S. House California District 24 | 2017-01-03 | Democratic Party |
| Madeleine Dean | U.S. House Pennsylvania District 4 | 2019-01-03 | Democratic Party |
| Roger Williams | U.S. House Texas District 25 | 2013-01-03 | Republican Party |
| Gregorio Kilili Camacho Sablan | U.S. House Northern Mariana Islands At-large District | 2009-01-06 | Independent |
| G.K. Butterfield | U.S. House North Carolina District 1 | 2004-07-20 | Democratic Party |
| Bill Pascrell | U.S. House New Jersey District 9 | 2013 | Democratic Party |
| Robert J. Wittman | U.S. House Virginia District 1 | 2007-01-04 | Republican Party |
| Beth Van Duyne | U.S. House Texas District 24 | 2021-01-03 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Carolyn B. Maloney | U.S. House New York District 12 | 2013-01-03 | Democratic Party |
| Alcee Hastings | U.S. House Florida District 20 | 1993-01-03 | Democratic Party |
| Ronny L. Jackson | U.S. House Texas District 13 | 2021-01-03 | Republican Party |
| Pete Stauber | U.S. House Minnesota District 8 | 2019-01-03 | Republican Party |
| Teresa Leger Fernandez | U.S. House New Mexico District 3 | 2021-01-03 | Democratic Party |
| Mike Gallagher | U.S. House Wisconsin District 8 | 2017-01-03 | Republican Party |
| Gerald Edward Connolly | U.S. House Virginia District 11 | 2009-01-06 | Democratic Party |
| Rick Allen | U.S. House Georgia District 12 | 2015 | Republican Party |
| Terri Sewell | U.S. House Alabama District 7 | 2011-01-05 | Democratic Party |
| Jenniffer González-Colón | U.S. House Resident Commissioner | 2017-01-03 | New Progressive Party |
| Mike Johnson | U.S. House Louisiana District 4 | 2017-01-03 | Republican Party |
| Daniel Crenshaw | U.S. House Texas District 2 | 2019-01-03 | Republican Party |
| Kim Schrier | U.S. House Washington District 8 | 2019-01-03 | Democratic Party |
| Doris Matsui | U.S. House California District 6 | 2005-01-04 | Democratic Party |
| Hakeem Jeffries | U.S. House New York District 8 | 2013-01-03 | Democratic Party |
| Matt Cartwright | U.S. House Pennsylvania District 8 | 2019-01-03 | Democratic Party |
| Scott Fitzgerald | U.S. House Wisconsin District 5 | 2021-01-03 | Republican Party |
| Mike Rogers | U.S. House Alabama District 3 | 2003-01-07 | Republican Party |
| Alfred Lawson | U.S. House Florida District 5 | 2017-01-03 | Democratic Party |
| Michelle Fischbach | U.S. House Minnesota District 7 | 2021-01-03 | Republican Party |
| Sean Casten | U.S. House Illinois District 6 | 2019-01-03 | Democratic Party |
| Jimmy Panetta | U.S. House California District 20 | 2017-01-03 | Democratic Party |
| Eddie Bernice Johnson | U.S. House Texas District 30 | 1993-01-03 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Norma Torres | U.S. House California District 35 | 2015-01-06 | Democratic Party |
| Michael Turner | U.S. House Ohio District 10 | 2013-01-03 | Republican Party |
| Betty McCollum | U.S. House Minnesota District 4 | 2001-01-03 | Democratic Party |
| David McKinley | U.S. House West Virginia District 1 | 2011-01-05 | Republican Party |
| Scott Perry | U.S. House Pennsylvania District 10 | 2019-01-03 | Republican Party |
| Paul Tonko | U.S. House New York District 20 | 2013-01-03 | Democratic Party |
| Lucille Roybal-Allard | U.S. House California District 40 | 1993 | Democratic Party |
| Darin LaHood | U.S. House Illinois District 18 | 2015-09-17 | Republican Party |
| Eleanor Holmes Norton | U.S. House Non-Voting Delegate District of Columbia | 1991 | Democratic Party |
| Jackie Speier | U.S. House California District 14 | 2008 | Democratic Party |
| Charles J. Fleischmann | U.S. House Tennessee District 3 | 2011-01-05 | Republican Party |
| Sheila Jackson Lee | U.S. House Texas District 18 | 1995-01-04 | Democratic Party |
| Jan Schakowsky | U.S. House Illinois District 9 | 1999-01-06 | Democratic Party |
| Aumua Amata Radewagen | U.S. House American Samoa At-large District | 2015-01-03 | Republican Party |
| Sam Graves | U.S. House Missouri District 6 | 2001-01-03 | Republican Party |
| Chip Roy | U.S. House Texas District 21 | 2019-01-03 | Republican Party |
| Cori Bush | U.S. House Missouri District 1 | 2021-01-03 | Democratic Party |
| David Scott | U.S. House Georgia District 13 | 2003-01-07 | Democratic Party |
| Victoria Spartz | U.S. House Indiana District 5 | 2021-01-03 | Republican Party |
| Greg Steube | U.S. House Florida District 17 | 2019-01-03 | Republican Party |
| Carolyn Bourdeaux | U.S. House Georgia District 7 | 2021-01-03 | Democratic Party |
| Raul Ruiz | U.S. House California District 36 | 2013-01-03 | Democratic Party |
| Suzan DelBene | U.S. House Washington District 1 | 2012-11-13 | Democratic Party |
| Louis B. Gohmert Jr. | U.S. House Texas District 1 | 2005-01-04 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Lois Frankel | U.S. House Florida District 21 | 2013-01-03 | Democratic Party |
| Mondaire Jones | U.S. House New York District 17 | 2021-01-03 | Democratic Party |
| Marilyn Strickland | U.S. House Washington District 10 | 2021-01-03 | Democratic Party |
| Elaine Luria | U.S. House Virginia District 2 | 2019-01-03 | Democratic Party |
| Adam Kinzinger | U.S. House Illinois District 16 | 2013 | Republican Party |
| Tim Ryan | U.S. House Ohio District 13 | 2013-01-03 | Democratic Party |
| Randy Weber | U.S. House Texas District 14 | 2013-01-03 | Republican Party |
| Alexandria Ocasio-Cortez | U.S. House New York District 14 | 2019-01-03 | Democratic Party |
| Jim Jordan | U.S. House Ohio District 4 | 2007-01-04 | Republican Party |
| Gregory W. Meeks | U.S. House New York District 5 | 2013-01-03 | Democratic Party |
| Theodore E. Deutch | U.S. House Florida District 22 | 2010-04-15 | Democratic Party |
| Gregory Murphy | U.S. House North Carolina District 3 | 2019-09-17 | Republican Party |
| Ruben Gallego | U.S. House Arizona District 7 | 2015-01-06 | Democratic Party |
| Abigail Spanberger | U.S. House Virginia District 7 | 2019-01-03 | Democratic Party |
| Neal Dunn | U.S. House Florida District 2 | 2017-01-03 | Republican Party |
| D. Adam Smith | U.S. House Washington District 9 | 1997-01-07 | Democratic Party |
| Colin Allred | U.S. House Texas District 32 | 2019-01-03 | Democratic Party |
| Raul Grijalva | U.S. House Arizona District 3 | 2003-01-07 | Democratic Party |
| Steve Cohen | U.S. House Tennessee District 9 | 2007-01-04 | Democratic Party |
| Emanuel Cleaver | U.S. House Missouri District 5 | 2005-01-04 | Democratic Party |
| Bryan Steil | U.S. House Wisconsin District 1 | 2019-01-03 | Republican Party |
| Austin Scott | U.S. House Georgia District 8 | 2011-01-05 | Republican Party |
| Garret Graves | U.S. House Louisiana District 6 | 2015-01-06 | Republican Party |
| John Garamendi | U.S. House California District 3 | 2009 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Debbie Lesko | U.S. House Arizona District 8 | 2018-05-07 | Republican Party |
| Tom O'Halleran | U.S. House Arizona District 1 | 2017-01-03 | Democratic Party |
| Troy Balderson | U.S. House Ohio District 12 | 2018 | Republican Party |
| Rashida Tlaib | U.S. House Michigan District 13 | 2019-01-03 | Democratic Party |
| Katherine Clark | U.S. House Massachusetts District 5 | 2013-12-12 | Democratic Party |
| Pat Fallon | U.S. House Texas District 4 | 2021-01-03 | Republican Party |
| Steve Chabot | U.S. House Ohio District 1 | 2011-01-05 | Republican Party |
| Madison Cawthorn | U.S. House North Carolina District 11 | 2021-01-03 | Republican Party |
| Maria Elvira Salazar | U.S. House Florida District 27 | 2021-01-03 | Republican Party |
| Mikie Sherrill | U.S. House New Jersey District 11 | 2019-01-03 | Democratic Party |
| Stephen Lynch | U.S. House Massachusetts District 8 | 2001-10-16 | Democratic Party |
| Earl Carter | U.S. House Georgia District 1 | 2015-01-06 | Republican Party |
| Mike Quigley | U.S. House Illinois District 5 | 2009-04-07 | Democratic Party |
| Kevin McCarthy | U.S. House California District 23 | 2007-01-04 | Republican Party |
| Michael Doyle | U.S. House Pennsylvania District 18 | 2019-01-03 | Democratic Party |
| Ann Wagner | U.S. House Missouri District 2 | 2013-01-03 | Republican Party |
| Chellie Pingree | U.S. House Maine District 1 | 2009-01-06 | Democratic Party |
| John Rutherford | U.S. House Florida District 4 | 2017-01-03 | Republican Party |
| Kevin Brady | U.S. House Texas District 8 | 1997-01-07 | Republican Party |
| Robin Kelly | U.S. House Illinois District 2 | 2013-04-11 | Democratic Party |
| Richard Neal | U.S. House Massachusetts District 1 | 1989-01-03 | Democratic Party |
| Barry Moore | U.S. House Alabama District 2 | 2021-01-03 | Republican Party |
| Steve Scalise | U.S. House Louisiana District 1 | 2008-05-03 | Republican Party |
| Jay Obernolte | U.S. House California District 8 | 2021-01-03 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Glenn Grothman | U.S. House Wisconsin District 6 | 2015-01-06 | Republican Party |
| Kathleen Rice | U.S. House New York District 4 | 2015-01-06 | Democratic Party |
| John Rose | U.S. House Tennessee District 6 | 2019-01-03 | Republican Party |
| Antonio Delgado | U.S. House New York District 19 | 2019-01-03 | Democratic Party |
| Brian Fitzpatrick | U.S. House Pennsylvania District 1 | 2019-01-03 | Republican Party |
| Doug LaMalfa | U.S. House California District 1 | 2013-01-03 | Republican Party |
| Clay Higgins | U.S. House Louisiana District 3 | 2017-01-03 | Republican Party |
| Donald Sternoff Beyer Jr. | U.S. House Virginia District 8 | 2015-01-06 | Democratic Party |
| Dan Newhouse | U.S. House Washington District 4 | 2015-01-06 | Republican Party |
| Hal Rogers | U.S. House Kentucky District 5 | 1981-01-03 | Republican Party |
| Maxine Waters | U.S. House California District 43 | 1991 | Democratic Party |
| John A. Yarmuth | U.S. House Kentucky District 3 | 2007-01-04 | Democratic Party |
| Russ Fulcher | U.S. House Idaho District 1 | 2019-01-03 | Republican Party |
| Raja Krishnamoorthi | U.S. House Illinois District 8 | 2017-01-03 | Democratic Party |
| Greg Pence | U.S. House Indiana District 6 | 2019-01-03 | Republican Party |
| Sylvia Garcia | U.S. House Texas District 29 | 2019-01-03 | Democratic Party |
| Robert C. Scott | U.S. House Virginia District 3 | 1993-01-03 | Democratic Party |
| Tim Burchett | U.S. House Tennessee District 2 | 2019-01-03 | Republican Party |
| Sanford Bishop Jr. | U.S. House Georgia District 2 | 1993-01-03 | Democratic Party |
| Gwen Moore | U.S. House Wisconsin District 4 | 2005-01-04 | Democratic Party |
| Alma Adams | U.S. House North Carolina District 12 | 2014-11-12 | Democratic Party |
| Annie Kuster | U.S. House New Hampshire District 2 | 2013-01-03 | Democratic Party |
| Derek Kilmer | U.S. House Washington District 6 | 2013-01-03 | Democratic Party |
| Yvette Herrell | U.S. House New Mexico District 2 | 2021-01-03 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Tom Suozzi | U.S. House New York District 3 | 2017-01-03 | Democratic Party |
| Alan Lowenthal | U.S. House California District 47 | 2013-01-03 | Democratic Party |
| Joe Wilson | U.S. House South Carolina District 2 | 2001 | Republican Party |
| Rosa L. DeLauro | U.S. House Connecticut District 3 | 1991-01-03 | Democratic Party |
| David Trone | U.S. House Maryland District 6 | 2019-01-03 | Democratic Party |
| Vicky Hartzler | U.S. House Missouri District 4 | 2011-01-05 | Republican Party |
| Dan Kildee | U.S. House Michigan District 5 | 2013-01-03 | Democratic Party |
| Mary Miller | U.S. House Illinois District 15 | 2021-01-03 | Republican Party |
| Ann Kirkpatrick | U.S. House Arizona District 2 | 2019-01-03 | Democratic Party |
| Scott DesJarlais | U.S. House Tennessee District 4 | 2011-01-05 | Republican Party |
| Bob Latta | U.S. House Ohio District 5 | 2007-01-04 | Republican Party |
| Jimmy Gomez | U.S. House California District 34 | 2017-07-11 | Democratic Party |
| Kat Cammack | U.S. House Florida District 3 | 2021-01-03 | Republican Party |
| Doug Lamborn | U.S. House Colorado District 5 | 2007-01-03 | Republican Party |
| Vern Buchanan | U.S. House Florida District 16 | 2007-01-04 | Republican Party |
| Mark Green | U.S. House Tennessee District 7 | 2019-01-03 | Republican Party |
| Kelly Armstrong | U.S. House North Dakota At-large District | 2019-01-03 | Republican Party |
| Bill Keating | U.S. House Massachusetts District 9 | 2011-01-05 | Democratic Party |
| Ami Bera | U.S. House California District 7 | 2013-01-03 | Democratic Party |
| Fred Upton | U.S. House Michigan District 6 | 1987-01-03 | Republican Party |
| Frank Pallone | U.S. House New Jersey District 6 | 1993-01-03 | Democratic Party |
| Jim Banks | U.S. House Indiana District 3 | 2017-01-03 | Republican Party |
| Kathy Manning | U.S. House North Carolina District 6 | 2021-01-03 | Democratic Party |
| Albio Sires | U.S. House New Jersey District 8 | 2013 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Elissa Slotkin | U.S. House Michigan District 8 | 2019-01-03 | Democratic Party |
| Peter Welch | U.S. House Vermont At-large District | 2007-01-04 | Democratic Party |
| Tom Tiffany | U.S. House Wisconsin District 7 | 2020-05-19 | Republican Party |
| Eric Swalwell | U.S. House California District 15 | 2013-01-03 | Democratic Party |
| Burgess Owens | U.S. House Utah District 4 | 2021-01-03 | Republican Party |
| Ayanna Pressley | U.S. House Massachusetts District 7 | 2019-01-03 | Democratic Party |
| Michael K. Simpson | U.S. House Idaho District 2 | 1999-01-06 | Republican Party |
| Filemon Vela | U.S. House Texas District 34 | 2013-01-03 | Democratic Party |
| Joyce Beatty | U.S. House Ohio District 3 | 2013-01-03 | Democratic Party |
| Steven Horsford | U.S. House Nevada District 4 | 2019-01-03 | Democratic Party |
| Ro Khanna | U.S. House California District 17 | 2017-01-03 | Democratic Party |
| Haley Stevens | U.S. House Michigan District 11 | 2019-01-03 | Democratic Party |
| Angie Craig | U.S. House Minnesota District 2 | 2019-01-03 | Democratic Party |
| Debra Haaland | U.S. House New Mexico District 1 | 2019-01-03 | Democratic Party |
| Jamie Raskin | U.S. House Maryland District 8 | 2017-01-03 | Democratic Party |
| Brad Sherman | U.S. House California District 30 | 1997-01-07 | Democratic Party |
| Jodey Arrington | U.S. House Texas District 19 | 2017-01-03 | Republican Party |
| Joaquin Castro | U.S. House Texas District 20 | 2013-01-03 | Democratic Party |
| Mike Kelly | U.S. House Pennsylvania District 16 | 2019-01-03 | Republican Party |
| Rick Larsen | U.S. House Washington District 2 | 2001-01-03 | Democratic Party |
| Andrew Clyde | U.S. House Georgia District 9 | 2021-01-03 | Republican Party |
| Jody Hice | U.S. House Georgia District 10 | 2015-01-06 | Republican Party |
| Lou Correa | U.S. House California District 46 | 2017-01-03 | Democratic Party |
| Veronica Escobar | U.S. House Texas District 16 | 2019-01-03 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Earl Blumenauer | U.S. House Oregon District 3 | 1996-05-21 | Democratic Party |
| John Moolenaar | U.S. House Michigan District 4 | 2015-01-06 | Republican Party |
| Virginia Foxx | U.S. House North Carolina District 5 | 2005-01-04 | Republican Party |
| Ken Buck | U.S. House Colorado District 4 | 2015-01-06 | Republican Party |
| Mark DeSaulnier | U.S. House California District 11 | 2015-01-06 | Democratic Party |
| Liz Cheney | U.S. House Wyoming At-large District | 2017-01-03 | Republican Party |
| Ronald James Kind | U.S. House Wisconsin District 3 | 1997-01-07 | Democratic Party |
| Diana DeGette | U.S. House Colorado District 1 | 1997-01-07 | Democratic Party |
| Mike Thompson | U.S. House California District 5 | 1999-01-06 | Democratic Party |
| Chris Stewart | U.S. House Utah District 2 | 2013-01-03 | Republican Party |
| Cliff Bentz | U.S. House Oregon District 2 | 2021-01-03 | Republican Party |
| Jared Huffman | U.S. House California District 2 | 2013-01-03 | Democratic Party |
| Barbara Lee | U.S. House California District 13 | 1998-04-21 | Democratic Party |
| Frank Mrvan | U.S. House Indiana District 1 | 2021-01-03 | Democratic Party |
| Andrew Garbarino | U.S. House New York District 2 | 2021-01-03 | Republican Party |
| Larry Bucshon | U.S. House Indiana District 8 | 2011-01-05 | Republican Party |
| Lloyd Doggett | U.S. House Texas District 35 | 2013 | Democratic Party |
| Chris Smith | U.S. House New Jersey District 4 | 1981-01-03 | Republican Party |
| Pete Aguilar | U.S. House California District 31 | 2015-01-06 | Democratic Party |
| Jerry Carl | U.S. House Alabama District 1 | 2021-01-03 | Republican Party |
| Lance Gooden | U.S. House Texas District 5 | 2019-01-03 | Republican Party |
| Michael Guest | U.S. House Mississippi District 3 | 2019-01-03 | Republican Party |
| Devin Nunes | U.S. House California District 22 | 2003-01-07 | Republican Party |
| John Katko | U.S. House New York District 24 | 2015-01-06 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Sean Maloney | U.S. House New York District 18 | 2013-01-03 | Democratic Party |
| Dusty Johnson | U.S. House South Dakota At-large District | 2019-01-03 | Republican Party |
| Andy Barr | U.S. House Kentucky District 6 | 2013-01-03 | Republican Party |
| Bob Good | U.S. House Virginia District 5 | 2021-01-03 | Republican Party |
| Ashley Hinson | U.S. House Iowa District 1 | 2021-01-03 | Republican Party |
| Joe Courtney | U.S. House Connecticut District 2 | 2007-01-04 | Democratic Party |
| Brian Babin | U.S. House Texas District 36 | 2015-01-06 | Republican Party |
| Kurt Schrader | U.S. House Oregon District 5 | 2009-01-06 | Democratic Party |
| Linda Sánchez | U.S. House California District 38 | 2003-01-07 | Democratic Party |
| Jim Baird | U.S. House Indiana District 4 | 2019-01-03 | Republican Party |
| John Joyce | U.S. House Pennsylvania District 13 | 2019-01-03 | Republican Party |
| Darren Soto | U.S. House Florida District 9 | 2017-01-03 | Democratic Party |
| Alexander Mooney | U.S. House West Virginia District 2 | 2015-01-06 | Republican Party |
| Michael McCaul | U.S. House Texas District 10 | 2005-01-04 | Republican Party |
| Dutch Ruppersberger | U.S. House Maryland District 2 | 2003-01-07 | Democratic Party |
| Mike Levin | U.S. House California District 49 | 2019-01-03 | Democratic Party |
| Mike Garcia | U.S. House California District 25 | 2020-05-19 | Republican Party |
| Lisa Blunt Rochester | U.S. House Delaware At-large District | 2017-01-03 | Democratic Party |
| Tom Cole | U.S. House Oklahoma District 4 | 2003-01-07 | Republican Party |
| David Kustoff | U.S. House Tennessee District 8 | 2017-01-03 | Republican Party |
| Josh Gottheimer | U.S. House New Jersey District 5 | 2017-01-03 | Democratic Party |
| Robert Aderholt | U.S. House Alabama District 4 | 1997-01-07 | Republican Party |
| Matt Gaetz | U.S. House Florida District 1 | 2017-01-03 | Republican Party |
| Tim Walberg | U.S. House Michigan District 7 | 2011-01-05 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Ralph Norman | U.S. House South Carolina District 5 | 2017-06-26 | Republican Party |
| Brenda Lawrence | U.S. House Michigan District 14 | 2015-01-06 | Democratic Party |
| Tom Reed | U.S. House New York District 23 | 2013-01-03 | Republican Party |
| French Hill | U.S. House Arkansas District 2 | 2015-01-06 | Republican Party |
| Steve Womack | U.S. House Arkansas District 3 | 2011-01-05 | Republican Party |
| Michael Cloud | U.S. House Texas District 27 | 2018 | Republican Party |
| Jeff Van Drew | U.S. House New Jersey District 2 | 2019-01-03 | Republican Party |

# Congressional delegations by state

*Click on the map below to see congressional delegations by state.*



# See also

- United States Congress
- United States House of Representatives
- United States Senate

### Did you know?

Did you know that Ballotpedia is a nonprofit organization? Yep. We've been able to publish over a quarter million articles that are read by millions of people every month solely because of the generosity of our supporters. It costs us approximately $68 per year to write and maintain each of our encyclopedic articles—like the one you just read.