AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas ▼

District of

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES,<br><br>*Plaintiff(s)*<br><br>v.<br><br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   6:21-CV-162<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Gov. Brian P. Kemp
206 Washington Street
Suite 203, State Capitol
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: ___April 1, 2021___     *B. Winter*
                                        _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

☐  I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

Print     Save As...     Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas  ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES, | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL., | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   6:21-CV-162

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Sec. Brad Raffensperger
        Secretary of State
        214 State Capitol
        Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        PAUL M. DAVIS
        PAUL M. DAVIS & ASSOCIATES, P.C.
        3245 MAIN ST., SUITE 235, #377
        FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   April 1, 2021

B. Winter

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❑  I personally served the summons on the individual at *(place)*

on *(date)* ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❑  I returned the summons unexecuted because ; or

❑  Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

Print     Save As...     Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas  ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES, <br><br> *Plaintiff(s)* <br><br> v. <br><br> NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  6:21-CV-162 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sen. Jon Ossoff
825 B&C Hart Senate Office Building
Washington DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: April 1, 2021



_B. Winter_

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❑  I personally served the summons on the individual at *(place)*

on *(date)* ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❑  I returned the summons unexecuted because ; or

❑  Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

Print     Save As...     Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES, <br><br> *Plaintiff(s)* <br><br> v. <br><br> NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  6:21-CV-162 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sen. Raphael G. Warnock
B40D Dirksen Senate Office Building
Washington DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  April 1, 2021

*B. Winter*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

❏  I personally served the summons on the individual at *(place)*

                                                on *(date)*                    ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

                                , a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)*                                , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                on *(date)*                    ; or

❏  I returned the summons unexecuted because                                      ; or

❏  Other *(specify):*

My fees are $                    for travel and $                    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

| Print | Save As... | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas  ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES,<br><br>*Plaintiff(s)*<br>v.<br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.  6:21-CV-162 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cong. Buddy Carter
2432 Rayburn House Office Building
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  April 1, 2021                                                  B. Winter

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❑  I personally served the summons on the individual at *(plac e)*

on *(date)* ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❑  I returned the summons unexecuted because ; or

❑  Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

Print     Save As...     Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas   ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES,<br><br>*Plaintiff(s)*<br><br>v.<br><br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  6:21-CV-162 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cong. Sanford D. Bishop Jr.
2407 Rayburn House Office Building
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  April 1, 2021



*B. Winter*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* [                    ]

was received by me on *(date)* [                    ] .

☐  I personally served the summons on the individual at *(place)* [                    ]

[                    ] on *(date)* [                    ] ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* [                    ]

[                    ] , a person of suitable age and discretion who resides there,

on *(date)* [                    ] , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* [                    ] , who is

designated by law to accept service of process on behalf of *(name of organization)* [                    ]

[                    ] on *(date)* [                    ] ; or

☐  I returned the summons unexecuted because [                    ] ; or

☐  Other *(specify):* [                    ]

My fees are $ [                    ] for travel and $ [                    ] for services, for a total of $ [ 0.00 ] .

I declare under penalty of perjury that this information is true.

Date: [                    ]

[                    ]
*Server's signature*

[                    ]
*Printed name and title*

[                    ]
*Server's address*

Additional information regarding attempted service, etc

[                    ]

| Print | Save As... | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL., | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Cong. A. Drew Ferguson
1032 Longworth House Office Building,
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  April 1, 2021                          *B. Winter*

                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                .

❑  I personally served the summons on the individual at *(place)*

on *(date)*           ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*           , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)*           , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*           ; or

❑  I returned the summons unexecuted because           ; or

❑  Other *(specify):*

My fees are $           for travel and $           for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

Print        Save As...        Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES, <br><br> *Plaintiff(s)* <br><br> v. <br><br> NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.  6:21-CV-162 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cong. Henry C. "Hank" Jr. Johnson
2240 Rayburn House Office Building
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  April 1, 2021

*B. Winter*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

☐  I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

Print          Save As...          Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas ▼

JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA
LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L."
FOR THEMSELVES AND AS PUTATIVE CLASS
REPRESENTATIVES,

*Plaintiff(s)*

v.

NANCY PELOSI, MITCH McCONNELL, CHUCK
SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN,
KAMALA HARRIS, BRAD RAFFENSPERGER, ALL
MEMBERS OF THE 117TH U.S. CONGRESS, ET
AL.,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   6:21-CV-162

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cong. Nikema Williams
1406 Longworth House Office Building,
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



CLERK OF COURT

Date:   April 1, 2021

*B. Winter*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

| Print | Save As... | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas ▼

JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA
LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L."
FOR THEMSELVES AND AS PUTATIVE CLASS
REPRESENTATIVES,

<em>Plaintiff(s)</em>

v.

NANCY PELOSI, MITCH McCONNELL, CHUCK
SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN,
KAMALA HARRIS, BRAD RAFFENSPERGER, ALL
MEMBERS OF THE 117TH U.S. CONGRESS, ET
AL.,

<em>Defendant(s)</em>

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   6:21-CV-162

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cong. Lucy McBath
1513 Longworth House Office Building,
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  April 1, 2021                    B. Winter

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❑  I personally served the summons on the individual at *(place)*

on *(date)* ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❑  I returned the summons unexecuted because ; or

❑  Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

Print     Save As...     Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES,<br><br>*Plaintiff(s)*<br>v.<br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  6:21-CV-162 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Cong. Carolyn Bourdeaux
    1319 Longworth House Office Building,
    Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    PAUL M. DAVIS
    PAUL M. DAVIS & ASSOCIATES, P.C.
    3245 MAIN ST., SUITE 235, #377
    FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  April 1, 2021                    *B. Winter*
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

☐  I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

Print     Save As...     Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas   ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL., | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   6:21-CV-162

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cong. Austin Scott
2417 Rayburn House Office Building
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   April 1, 2021

B. Winter

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

❑  I personally served the summons on the individual at *(place)*

on *(date)*                ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)*                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                ; or

❑  I returned the summons unexecuted because                              ; or

❑  Other *(specify):*

My fees are $                for travel and $                for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

| Print | Save As... | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES,<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL.,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  6:21-CV-162<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cong. Andrew S. Clyde
521 Cannon House Office Building
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  April 1, 2021

*B. Winter*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

☐  I personally served the summons on the individual at *(place)*

on *(date)*                        ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                        , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)*                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                        ; or

☐  I returned the summons unexecuted because                              ; or

☐  Other *(specify):*

My fees are $                   for travel and $                   for services, for a total of $  0.00   .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

Print      Save As...      Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES, <br><br> *Plaintiff(s)* <br> v. <br> NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL., <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   6:21-CV-162

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cong. Jody Hice
404 Cannon House Office Building
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   April 1, 2021



*B. Winter*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc

| Print | Save As... | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL., | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        Cong. Barry Loudermilk
        2133 Rayburn House Office Building
        Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        PAUL M. DAVIS
        PAUL M. DAVIS & ASSOCIATES, P.C.
        3245 MAIN ST., SUITE 235, #377
        FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: April 1, 2021          *B. Winter*

                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❑  I personally served the summons on the individual at *(place)*

on *(date)* ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❑  I returned the summons unexecuted because ; or

❑  Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

| Print | Save As... | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES,<br><br>*Plaintiff(s)*<br><br>v.<br><br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  6:21-CV-162 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cong. Rick Allen
570 Cannon House Office Building
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   April 1, 2021

*B. Winter*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

☐  I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐  I returned the summons unexecuted because                    ; or

☐  Other *(specify):*

My fees are $                    for travel and $                    for services, for a total of $ 0.00    .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

Print        Save As...        Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL., | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cong. David Scott
468 Cannon House Office Building
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: April 1, 2021



*B. Winter*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❑  I personally served the summons on the individual at *(place)*

on *(date)* ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❑  I returned the summons unexecuted because ; or

❑  Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

| Print | Save As... | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

~~District of~~ Western District of Texas ▼

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES,<br><br>*Plaintiff(s)*<br>v.<br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ET AL.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   6:21-CV-162<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cong. Marjorie Taylor Greene
1023 Longworth House Office Building,
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  April 1, 2021

B. Winter

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❑  I personally served the summons on the individual at *(place)*

on *(date)* ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❑  I returned the summons unexecuted because ; or

❑  Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc

Print        Save As...        Reset