AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.", "T.M.", "S.M.", AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES,

*Plaintiff(s)*

v.

NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ALL STATE GOVERNORS, ET AL.

*Defendant(s)*

Civil Action No. 6:21-CV-162

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ashley Hoff
U.S. Attorneys Office, Western District of Texas
800 Franklin Ave., Suite 280
Waco, TX 76701

[A COMPLETE LIST OF THE DEFENDANTS AND SERVICE ADDRESSES IS ATTACHED ON THE FOLLOWING PAGES PER INSTRUCTION FROM CLERK]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: 

PAUL M. DAVIS
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 MAIN ST., SUITE 235, #377
FRISCO, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-162

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

| Name | Office Address |
| --- | --- |
| Kay Ivey | 600 Dexter Ave., Mongomery, AL 36130 |
| John H. Merrill | State Capitol Buidling, Suite S-105, Montogomery, AL 36130 |
| Richard Shelby | 304 Russell Senate Office Building, Washington DC 20510 |
| Tommy Tuberville | 142 Russell Senate Office Building, Washington DC 20510 |
| Jerry L. Carl | 1330 Longworth House Office Building, Washington, DC  20515 |
| Barry Moore | 1504 Longworth House Office Building, Washington, DC 20515 |
| Mike Rogers | 2469 Rayburn House Office Building, Washington, DC 20515 |
| Robert B. Aderholt | 266 Cannon House Office Building, Washington, DC 20515 |
| Mo Brooks | 2185 Rayburn House Office Building, Washington, DC 20515 |
| Gary Palmer | 170 Cannon House Office Building, Washington, DC 20515 |
| Terri A. Sewell | 2201 Rayburn House Office Building, Washington, DC 20515 |
| Mike Dunleavy | Office of the Governor, P.O. Box 110001, Juneau, AK 99811-0001 |
| Lisa Murkowski | 522 Hart Senate Office Building, Washington DC 20510 |
| Dan Sullivan | 302 Hart Senate Office Building, Washington DC 20510 |
| Don Young | 314 Rayburn House Office Building, Washington, DC 20515 |
| Doug Ducey | 1700 West Washington Street, Phoenix, Arizona 85007 |
| Katie Hobbs | 1700 W. Washington St, Fl7, Phoenix, AZ 85007 |
| Mark Kelly | 516 Hart Senate Office Building, Washington, DC 20510 |
| Kyrsten Sinema | 317 Hart Senate Office Building, Washington, DC 20510 |
| Tom O'Halleran | 318 Cannon House Office Building, Washington, DC 20515 |
| Ann Kirkpatrick | 309 Cannon House Office Building, Washington, DC 20515 |
| Raul Grijalva | 1511 Longworth House Office Building, Washington, DC 20515 |
| Paul A. Gosar | 2057 Rayburn House Office Building, Washington, DC 20515 |
| Andy Biggs | 171 Cannon House Office Building,Washington, DC 20515 |
| David Schweikert | 304 Cannon House Office Building, Washington, DC 20515 |
| Ruben Gallego | 1131 Longworth House Office Building,Washington, DC 20515 |
| Debbie Lesko | 1214 Longworth House Office Building, Washington, DC 20515 |
| Greg Stanton | 207 Cannon House Office Building, Washington, DC 20515 |
| Asa Hutchinson | State Capitol, Room 250, 500 Woodlane Ave., Little Rock, AR 72201 |
| John Thurston | 500 Woodlane Ave. Ste 256, Little Rock, AR 72201 |
| John Boozman | 141 Hart Senate Office Building, Washington DC 20510 |
| Tom Cotton | 326 Russell Senate Office Building, Washington DC 20510 |
| Rick Crawford | 2422 Rayburn House Office Building, Washington, DC 20515 |
| French Hill | 1533 Longworth House Office Building, Washington, DC 20515 |
| Steve Womack | 2412 Rayburn House Office Building, Washington, DC 20515 |
| Bruce Westerman | 202 Cannon House Office Building, Washington, DC 20515 |
| Gavin Newsom | 1303 10th Street, Suite 1173, Sacramento, CA 95814 |
| Alex Padilla | 1500 11th Street, Sacramento, CA 95814 |
| Dianne Feinstein | 331 Hart Senate Office Building, Washington, DC 20510 |
| Alex Padilla | 112 Hart Senate Office Building, Washington DC 20510 |
| Doug LaMalfa | 408 Cannon House Office Building, Washington, DC 20515 |
| Jared Huffman | 1527 Longworth House Office Building, Washington, DC 20515 |
| John Garamendi | 2368 Rayburn House Office Building, Washington, DC 20515 |
| Tom McClintock | 2312 Rayburn House Office Building, Washington, DC 20515 |
| Mike Thompson | 268 Cannon House Office Building, Washington, DC 20515 |
| Doris O. Matsui | 2311 Rayburn House Office Building, Washington, DC 20515 |
| Ami Bera | 172 Cannon House Office Building, Washington, DC 20515 |
| Jay Obernolte | 1029 Longworth House Office Building, Washington, DC 20515 |
| Jerry McNerney | 2265 Rayburn House Office Building, Washington, DC 20515 |
| Josh Harder | 209 Cannon House Office Building, Washington, DC 20515 |
| Mark DeSaulnier | 503 Cannon House Office Building, Washington, DC 20515 |
| Nancy Pelosi | 1236 Longworth House Office Building, Washington, DC 20515 |
| Barbara Lee | 2470 Rayburn House Office Building, Washington, DC 20515 |
| Jackie Speier | 2465 Rayburn House Office Building, Washington, DC 20515 |
| Eric Swalwell | 174 Cannon House Office Building, Washington, DC 20515 |
| Jim Costa | 2081 Rayburn House Office Building, Washington, DC 20515 |
| Ro Khanna | 306 Cannon House Office Building, Washington, DC 20515 |
| Anna G. Eshoo | 272 Cannon House Office Building, Washington, DC 20515 |
| Zoe Lofgren | 1401 Longworth House Office Building, Washington, DC 20515 |

| | |
|---|---|
| Jimmy Panetta | 406 Cannon House Office Building, Washington, DC 20515 |
| David G. Valadao | 1728 Longworth House Office Building, Washington, DC 20515 |
| Devin Nunes | 1013 Longworth House Office Building, Washington, DC 20515 |
| Kevin McCarthy | 2468 Rayburn House Office Building, Washington, DC 20515 |
| Salud Carbajal | 2331 Rayburn House Office Building, Washington, DC 20515 |
| Mike Garcia | 1535 Longworth House Office Building, Washington, DC 20515 |
| Julia Brownley | 2262 Rayburn House Office Building, Washington, DC 20515 |
| Judy Chu | 2423 Rayburn House Office Building, Washington, DC 20515 |
| Adam Schiff | 2309 Rayburn House Office Building, Washington, DC 20515 |
| Tony Cárdenas | 2438 Rayburn House Office Building, Washington, DC 20515 |
| Brad Sherman | 2181 Rayburn House Office Building, Washington, DC 20515 |
| Pete Aguilar | 109 Cannon House Office Building, Washington, DC 20515 |
| Grace Napolitano | 1610 Longworth House Office Building, Washington, DC 20515 |
| Ted Lieu | 403 Cannon House Office Building, Washington, DC 20515 |
| Jimmy Gomez | 1530 Longworth House Office Building, Washington, DC 20515 |
| Norma Torres | 2227 Rayburn House Office Building, Washington, DC 20515 |
| Raul Ruiz | 2342 Rayburn House Office Building, Washington, DC 20515 |
| Karen Bass | 2021 Rayburn House Office Building, Washington, DC 20515 |
| Linda Sánchez | 2329 Rayburn House Office Building, Washington, DC 20515 |
| Young Kim | 1306 Longworth House Office Building, Washington, DC 20515 |
| Lucille Roybal-Allard | 2083 Rayburn House Office Building, Washington, DC 20515 |
| Mark Takano | 420 Cannon House Office Building, Washington, DC 20515 |
| Ken Calvert | 2205 Rayburn House Office Building, Washington, DC 20515 |
| Maxine Waters | 2221 Rayburn House Office Building, Washington, DC 20515 |
| Nanette Barragán | 2246 Longworth House Office Building, Washington, DC 20515 |
| Katie Porter | 1117 Longworth House Office Building, Washington, DC 20515 |
| J. Luis Correa | 2301 Rayburn House Office Building, Washington, DC 20515 |
| Alan Lowenthal | 108 Cannon House Office Building, Washington, DC 20515 |
| Michelle Steel | 1113 Longworth House Office Building, Washington, DC 20515 |
| Mike Levin | 1030 Longworth House Office Building, Washington, DC 20515 |
| Darrell Issa | 2300 Rayburn House Office Building, Washington, DC 20515 |
| Juan Vargas | 2244 Rayburn House Office Building, Washington, DC 20515 |
| Scott Peters | 1201 Longworth House Office Building, Washington, DC 20515 |
| Sara Jacobs | 1232 Longworth House Office Building, Washington, DC 20515 |
| Jared Polis | State Capitol Building, 200 E. Colfax Ave., Rm. 136, Denver, CO 80203 |
| Jena Griswold | 1700 Broadway, suite 550, Denver, CO 80290 |
| Michael F. Bennet | 261 Russell Senate Office Building, Washington DC 20510 |
| John W. Hickenlooper | B85 Russell Senate Office Building, Washington DC 20510 |
| Diana DeGette | 2111 Rayburn House Office Building, Washington, DC 20515 |
| Joe Neguse | 1419 Longworth House Office Building, Washington, DC 20515 |
| Lauren Boebert | 1609 Longworth House Office Building, Washington, DC 20515 |
| Ken Buck | 2455 Rayburn House Office Building, Washington, DC 20515 |
| Doug Lamborn | 2371 Rayburn House Office Building, Washington, DC 20515 |
| Jason Crow | 1229 Longworth House Office Building, Washington, DC 20515 |
| Ed Perlmutter | 1226 Longworth House Office Building, Washington, DC 20515 |
| Ned Lamont | Office of Governor Ned Lamont, State Capitol, 210 Capitol Avenue, Hartford, CT 06106 |
| Denise W. Merrill | 165 Capitol Avenue Harfor, CT 06106 |
| Richard Blumenthal | 706 Hart Senate Office Building, Washington DC 20510 |
| Christopher Murphy | 136 Hart Senate Office Building, Washington DC 20510 |
| John B. Larson | 1501 Longworth House Office Building, Washington, DC 20515 |
| Joe Courtney | 2449 Rayburn House Office Building, Washington, DC 20515 |
| Rosa L. DeLauro | 2413 Rayburn House Office Building, Washington, DC 20515 |
| Jim Himes | 2137 Rayburn House Office Building, Washington, DC 20515 |
| Jahana Hayes | 1415 Longworth House Office Building, Washington, DC 20515 |
| John Carney | 150 Martin Luther King Jr Blvd South, Dover, DE 19901 |
| Jeffrey W. Bullock | 401 Federal Street Dover, DE 19901 |
| Thomas R. Carper | 513 Hart Senate Office Building, Washington DC 20510 |
| Christopher A. Coons | 218 Russell Senate Office Building, Washington DC 20510 |
| Lisa Blunt Rochester | 1724 Longworth House Office Building, Washington, DC 20515 |
| Ron DeSantis | Office of Governor Ron DeSantis, The Capitol, 400 S. Monroe St., Tallahassee, FL 32399-0001 |

| | |
|---|---|
| Laurel M. Lee | Department of State, The Centre of Tallahassee, 2415 N Monroe Street, Suite 810, Tallahassee, FL 32303 |
| Marco Rubio | 284 Russell Senate Office Bldg, Washington, DC 20510 |
| Rick Scott | 716 Hart Senate Office Building, Washington DC 20510 |
| Matt Gaetz | 1721 Longworth House Office Building, Washington, DC 20515 |
| Neal Dunn | 316 Cannon House Office Building, Washington, DC 20515 |
| Kat Cammack | 1626 Longworth House Office Building, Washington, DC 20515 |
| John Rutherford | 1711 Longworth House Office Building, Washington, DC 20515 |
| Al Lawson | 2437 Rayburn House Office Building, Washington, DC 20515 |
| Michael Waltz | 213 Cannon House Office Building, Washington, DC 20515 |
| Stephanie Murphy | 1710 Longworth House Office Building, Washington, DC 20515 |
| Bill Posey | 2150 Rayburn House Office Building, Washington, DC 20515 |
| Darren Soto | 2353 Rayburn House Office Building, Washington, DC 20515 |
| Val Demings | 217 Cannon House Office Building, Washington, DC 20515 |
| Daniel Webster | 2184 Rayburn House Office Building, Washington, DC 20515 |
| Gus M. Bilirakis | 2354 Rayburn House Office Building, Washington, DC 20515 |
| Charlie Crist | 215 Cannon House Office Building, Washington, DC 20515 |
| Kathy Castor | 2052 Rayburn House Office Building, Washington, DC 20515 |
| C. Scott Franklin | 1517 Longworth House Office Building, Washington, DC 20515 |
| Vern Buchanan | 2110 Rayburn House Office Building, Washington, DC 20515 |
| W. Gregory Steube | 2457 Rayburn House Office Building, Washington, DC 20515 |
| Brian Mast | 2182 Rayburn House Office Building, Washington, DC 20515 |
| Byron Donalds | 523 Cannon House Office Building, Washington, DC 20515 |
| Alcee L. Hastings | 2365 Rayburn House Office Building, Washington, DC 20515 |
| Lois Frankel | 2305 Rayburn House Office Building, Washington, DC 20515 |
| Ted Deutch | 2323 Rayburn House Office Building, Washington, DC 20515 |
| Debbie Wasserman Schultz | 1114 Longworth House Office Building, Washington, DC 20515 |
| Frederica Wilson | 2445 Rayburn House Office Building, Washington, DC 20515 |
| Mario Diaz-Balart | 374 Cannon House Office Building, Washington, DC 20515 |
| Carlos A. Gimenez | 419 Cannon House Office Building, Washington, DC 20515 |
| Maria Elvira Salazar | 1616 Longworth House Office Building, Washington, DC 20515 |
| Brian P. Kemp | State Capitol, 206 Washington Street, Suite 203, Atlanta, GA 30334 |
| Brad Raffensperger | Secretary of State, 214 State Capitol, Atlanta, GA 30334 |
| Jon Ossoff | 825 B&C Hart Senate Office Building, Washington DC 20510 |
| Raphael G. Warnock | B40D Dirksen Senate Office Building, Washington DC 20510 |
| Buddy Carter | 2432 Rayburn House Office Building, Washington, DC 20515 |
| Sanford D. Bishop Jr. | 2407 Rayburn House Office Building, Washington, DC 20515 |
| A. Drew Ferguson | 1032 Longworth House Office Building, Washington, DC 20515 |
| Henry C. "Hank" Jr. Johnson | 2240 Rayburn House Office Building, Washington, DC 20515 |
| Nikema Williams | 1406 Longworth House Office Building, Washington, DC 20515 |
| Lucy McBath | 1513 Longworth House Office Building, Washington, DC 20515 |
| Carolyn Bourdeaux | 1319 Longworth House Office Building, Washington, DC 20515 |
| Austin Scott | 2417 Rayburn House Office Building, Washington, DC 20515 |
| Andrew S. Clyde | 521 Cannon House Office Building, Washington, DC 20515 |
| Jody Hice | 404 Cannon House Office Building, Washington, DC 20515 |
| Barry Loudermilk | 2133 Rayburn House Office Building, Washington, DC 20515 |
| Rick Allen | 570 Cannon House Office Building, Washington, DC 20515 |
| David Scott | 468 Cannon House Office Building, Washington, DC 20515 |
| Marjorie Taylor Greene | 1023 Longworth House Office Building, Washington, DC 20515 |
| David Y. Ige | The Honorable David Y. Ige, Governor, Executive Chambers, State Capitol, Honolulu, Hawaii 96813 |
| Josh Green | Hawaii Secretary of State, Honolulu, Hawaii 96810 |
| Mazie K. Hirono | 109 Hart Senate Office Building, Washington DC 20510 |
| Brian Schatz | 722 Hart Senate Office Building, Washington DC 20510 |
| Ed Case | 2210 Rayburn House Office Building, Washington, DC 20515 |
| Kaiali'i Kahele | 1205 Longworth House Office Building, Washington, DC 20515 |
| Brad Little | Office of the Governor, State Capitol, PO Box 83720, Boise, ID 83720 |
| Lawerence Denney | 450 N 4th Street, Boise, ID 83702 |
| Mike Crapo | 239 Dirksen Senate Office Building, Washington DC 20510 |
| James E. Risch | 483 Russell Senate Office Building, Washington DC 20510 |
| Russ Fulcher | 1520 Longworth House Office Building, Washington, DC 20515 |
| Mike Simpson | 2084 Rayburn House Office Building, Washington, DC 20515 |

| | |
|---|---|
| JB Pritzker | Office of the Governor, 207 State House, Springfield, IL 62706 |
| Jesse White | 213 State Capitol, Springfield, Illinois, 62756 |
| Tammy Duckworth | 524 Hart Senate Office Building, Washington DC 20510 |
| Richard J. Durbin | 711 Hart Senate Office Building, Washington DC 20510 |
| Bobby L. Rush | 2188 Rayburn House Office Building, Washington, DC 20515 |
| Robin Kelly | 2416 Rayburn House Office Building, Washington, DC 20515 |
| Marie Newman | 1022 Longworth House Office Building, Washington, DC 20515 |
| Jesús "Chuy" García | 1519 Longworth House Office Building, Washington, DC 20515 |
| Mike Quigley | 2078 Rayburn House Office Building, Washington, DC 20515 |
| Sean Casten | 2440 Rayburn House Office Building, Washington, DC 20515 |
| Danny K. Davis | 2159 Rayburn House Office Building, Washington, DC 20515 |
| Raja Krishnamoorthi | 115 Cannon House Office Building, Washington, DC 20515 |
| Jan Schakowsky | 2367 Rayburn House Office Building, Washington, DC 20515 |
| Bradley Schneider | 300 Cannon House Office Building, Washington, DC 20515 |
| Bill Foster | 2366 Rayburn House Office Building, Washington, DC 20515 |
| Mike Bost | 1211 Longworth House Office Building, Washington, DC 20515 |
| Rodney Davis | 2079 Rayburn House Office Building, Washington, DC 20515 |
| Lauren Underwood | 1130 Longworth House Office Building, Washington, DC 20515 |
| Mary E. Miller | 1529 Longworth House Office Building, Washington, DC 20515 |
| Adam Kinzinger | 2245 Rayburn House Office Building, Washington, DC 20515 |
| Cheri Bustos | 1233 Longworth House Office Building, Washington, DC 20515 |
| Darin LaHood | 1424 Longworth House Office Building, Washington, DC 20515 |
| Eric Holcomb | 200 W. Washington St., Rm. 206, Indianapolis, IN 46204 |
| Holli Suillivan | 200 West Washington St, Room 201, Indianapolis, IN 46204 |
| Mike Braun | 404 Russell Senate Office Building, Washington DC 20510 |
| Todd Young | 185 Dirksen Senate Office Building, Washington DC 20510 |
| Frank J. Mrvan | 1607 Longworth House Office Building, Washington, DC 20515 |
| Jackie Walorski | 466 Cannon House Office Building, Washington, DC 20515 |
| Jim Banks | 1713 Longworth House Office Building, Washington, DC 20515 |
| James Baird | 1314 Longworth House Office Building, Washington, DC 20515 |
| Victoria Spartz | 1523 Longworth House Office Building, Washington, DC 20515 |
| Greg Pence | 211 Cannon House Office Building, Washington, DC 20515 |
| André Carson | 2135 Rayburn House Office Building, Washington, DC 20515 |
| Larry Bucshon | 2313 Rayburn House Office Building, Washington, DC 20515 |
| Trey Hollingsworth | 1641 Longworth House Office Building, Washington, DC 20515 |
| Kim Reynolds | Office of the Governor, State Capitol, 1007 East Grand Ave., Des Moines, IA 50319 |
| Paul D. Pate | 321 East 12th Street, Des Moines, IA 50319 |
| Joni Ernst | 730 Hart Senate Office Building, Washington, DC 20510 |
| Chuck Grassley | 135 Hart Senate Office Building, Washington, DC 20510 |
| Ashley Hinson | 1429 Longworth House Office Building, Washington, DC 20515 |
| Mariannette Miller-Meeks | 1716 Longworth House Office Building, Washington, DC 20515 |
| Cynthia Axne | 1034 Longworth House Office Building, Washington, DC 20515 |
| Randy Feenstra | 1440 Longworth House Office Building, Washington, DC 20515 |
| Laura Kelly | Office of the Governor, Capitol, 300 SW 10th Ave., Ste. 241S, Topeka, KS 66612-1590 |
| Scott Schwab | Memorial Hall, 1st Floor, 120 SW 10th Ave., Topeka, KS 66612-1594 |
| Roger Marshall | B33 Russell Senate Office Building, Washington, DC 20510 |
| Jerry Moran | 521 Dirksen Senate Office Building, Washington, DC 20510 |
| Tracey Mann | 522 Cannon House Office Building, Washington, DC 20515 |
| Jake LaTurner | 1630 Longworth House Office Building, Washington, DC 20515 |
| Sharice Davids | 1541 Longworth House Office Building, Washington, DC 20515 |
| Ron Estes | 2411 Rayburn House Office Building, Washington, DC 20515 |
| Andy Beshear | 700 Capitol Avenue, Suite 100, Frankfort, Kentucky 40601 |
| Sara W. Mahan | 700 Capital Avenue, Suite 152, Frankfort, KY 40601 |
| Mitch McConnell | 317 Russell Senate Office Building, Washington DC 20510 |
| Rand Paul | 167 Russell Senate Office Building, Washington DC 20510 |
| James Comer | 2410 Rayburn House Office Building, Washington, DC 20515 |
| S. Brett Guthrie | 2434 Rayburn House Office Building, Washington, DC 20515 |
| John A. Yarmuth | 402 Cannon House Office Building, Washington, DC 20515 |
| Thomas Massie | 2453 Rayburn House Office Building, Doshington, DC 20515 |
| Harold Rogers | 2406 Rayburn House Office Building, Washington, DC 20515 |

| | |
|---|---|
| Andy Barr | 2430 Rayburn House Office Building, Washington, DC 20515 |
| John Bel Edwards | Office of the Governor, PO Box 94004, Baton Rouge, LA 70804 |
| R. Kyle Ardoin | 8585 Archives Avenue, Baton Rouge, LA 70809 |
| Bill Cassidy | 520 Hart Senate Office Building, Washington DC 20510 |
| John Kennedy | 416 Russell Senate Office Building, Washington DC 20510 |
| Steve Scalise | 2049 Rayburn House Office Building, Washington, DC 20515 |
| Clay Higgins | 572 Cannon House Office Building, Washington, DC 20515 |
| Mike Johnson | 568 Cannon House Office Building, Washington, DC 20515 |
| Garret Graves | 2402 Rayburn House Office Building, Washington, DC 20515 |
| Janet T. Mills | Governor Janet Mills, 1 State House Station, Augusta, ME 04333 |
| Shenna Bellows | 148 State House Station, Augustus, Maine 04333-0148 |
| Susan M. Collins | 413 Dirksen Senate Office Building, Washington DC 20510 |
| Angus S. King, Jr. | 133 Hart Senate Office Building, Washington DC 20510 |
| Chellie Pingree | 2162 Rayburn House Office Building, Washington, DC 20515 |
| Jared Golden | 1222 Longworth House Office Building, Washington, DC 20515 |
| Larry Hogan | 100 State Circle, Annapolis, MD 21401 |
| John C. Wobensmith | 16 Francis Street, Annapolis, MD 21401 |
| Benjamin L. Cardin | 509 Hart Senate Office Building, Washington DC 20510 |
| Chris Van Hollen | 110 Hart Senate Office Building, Washington DC 20510 |
| Andy Harris | 2334 Rayburn House Office Building, Washington, DC 20515 |
| C. A. Dutch Ruppersberger | 2206 Rayburn House Office Building, Washington, DC 20515 |
| John P. Sarbanes | 2370 Rayburn House Office Building, Washington, DC 20515 |
| Anthony Brown | 1323 Longworth House Office Building, Washington, DC 20515 |
| Steny H. Hoyer | 1705 Longworth House Office Building, Washington, DC 20515 |
| David Trone | 1110 Longworth House Office Building, Washington, DC 20515 |
| Kweisi Mfume | 2263 Rayburn House Office Building, Washington, DC 20515 |
| Jamie Raskin | 2242 Rayburn House Office Building, Washington, DC 20515 |
| Charlie Baker | Massachusetts State House, 24 Beacon St., Office of the Governor, Room 280, Boston, MA 02133 |
| William Francis Galvin | Secretary of the Commonwealth of Massachusetts, McCormack Building, One Ashburton Place, Room 1611, Boston, MA 02108-1512 |
| Edward J. Markey | 255 Dirksen Senate Office Building, Washington DC 20510 |
| Elizabeth Warren | 309 Hart Senate Office Building, Washington DC 20510 |
| Richard E. Neal | 372 Cannon House Office Building, Washington, DC 20515 |
| James McGovern | 370 Cannon House Office Building, Washington, DC 20515 |
| Lori Trahan | 2439 Rayburn House Office Building, Washington, DC 20515 |
| Jake Auchincloss | 1524 Longworth House Office Building, Washington, DC 20515 |
| Katherine Clark | 2448 Rayburn House Office Building, Washington, DC 20515 |
| Seth Moulton | 1127 Longworth House Office Building, Washington, DC 20515 |
| Ayanna Pressley | 1108 Longworth House Office Building, Washington, DC 20515 |
| Stephen F. Lynch | 2109 Rayburn House Office Building, Washington, DC 20515 |
| William Keating | 2351 Rayburn House Office Building, Washington, DC 20515 |
| Gretchen Whitmer | P.O. Box 30013, Lansing, Michigan 48909 |
| Jocelyn Benson | 430 W. Allegan Street, Richard H. Austin Bldg -4th floor, Lansing, MI 48918 |
| Gary C. Peters | 724 Hart Senate Office Building, Washington DC 20510 |
| Debbie Stabenow | 731 Hart Senate Office Building, Washington DC 20510 |
| Jack Bergman | 566 Cannon House Office Building, Washington, DC 20515 |
| Bill Huizenga | 2232 Rayburn House Office Building, Washington, DC 20515 |
| Peter Meijer | 1508 Longworth House Office Building, Washington, DC 20515 |
| John Moolenaar | 117 Cannon House Office Building, Washington, DC 20515 |
| Daniel Kildee | 200 Cannon House Office Building, Washington, DC 20515 |
| Fred Upton | 2183 Rayburn House Office Building, Washington, DC 20515 |
| Tim Walberg | 2266 Rayburn House Office Building, Washington, DC 20515 |
| Elissa Slotkin | 1210 Longworth House Office Building, Washington, DC 20515 |
| Andy Levin | 312 Cannon House Office Building, Washington, DC 20515 |
| Lisa C. McClain | 218 Cannon House Office Building, Washington, DC 20515 |
| Haley Stevens | 1510 Longworth House Office Building, Washington, DC 20515 |
| Debbie Dingell | 116 Cannon House Office Building, Washington, DC 20515 |
| Rashida Tlaib | 1628 Longworth House Office Building, Washington, DC 20515 |
| Brenda Lawrence | 2463 Rayburn House Office Building, Washington, DC 20515 |
| Tim Walz | 130 State Capitol, 75 Rev Dr. Martin Luther King Jr. Blvd., St. Paul, MN 55155 |
| Steve Simon | Office of the Secretary of State, Retirement Systems of Minnesota Bldg, 60 Empire Drive, Suite 100, St.. Paul, MN 55103 |

| | |
|---|---|
| Amy Klobuchar | 425 Dirksen Senate Office Building, Washington DC 20510 |
| Tina Smith | 720 Hart Senate Office Building, Washington DC 20510 |
| Jim Hagedorn | 1433 Longworth House Office Building, Washington, DC 20515 |
| Angie Craig | 2442 Rayburn House Office Building, Washington, DC 20515 |
| Dean Phillips | 2452 Rayburn House Office Building, Washington, DC 20515 |
| Betty McCollum | 2256 Rayburn House Office Building, Washington, DC 20515 |
| Ilhan Omar | 1730 Longworth House Office Building, Washington, DC 20515 |
| Tom Emmer | 315 Cannon House Office Building, Washington, DC 20515 |
| Michelle Fischbach | 1237 Longworth House Office Building, Washington, DC 20515 |
| Pete Stauber | 461 Cannon House Office Building, Washington, DC 20515 |
| Tate Reeves | P.O. Box 139, Jackson, MS 39205 |
| Michael Watson | 400 High Street, Room 105, New Capitol Bldg, Jackson, MS 39201 |
| Cindy Hyde-Smith | 702 Hart Senate Office Building, Washington, DC 20510 |
| Roger F. Wicker | 555 Dirksen Senate Office Building, Washington, DC 20510 |
| Trent Kelly | 2243 Rayburn House Office Building, Washington, DC 20515 |
| Bennie G. Thompson | 2466 Rayburn House Office Building, Washington, DC 20515 |
| Michael Guest | 418 Cannon House Office Building, Washington, DC 20515 |
| Steven Palazzo | 2349 Rayburn House Office Building, Washington, DC 20515 |
| Michael L. Parson | Office of Governor Michael L. Parson, P.O. Box 720, Jefferson City, MO 65102 |
| John R Ashcroft | 600 West Main Street, Room 322, Jefferson City, MO 65101 |
| Roy Blunt | 260 Russell Senate Office Building, Washington DC 20510 |
| Josh Hawley | 212 Russell Senate Office Building, Washington DC 20510 |
| Cori Bush | 563 Cannon House Office Building, Washington, DC 20515 |
| Ann Wagner | 2350 Rayburn House Office Building, Washington, DC 20515 |
| Blaine Luetkemeyer | 2230 Rayburn House Office Building, Washington, DC 20515 |
| Vicky Hartzler | 2235 Rayburn House Office Building, Washington, DC 20515 |
| Emanuel Cleaver | 2335 Rayburn House Office Building, Washington, DC 20515 |
| Sam Graves | 1135 Longworth House Office Building, Washington, DC 20515 |
| Billy Long | 2454 Rayburn House Office Building, Washington, DC 20515 |
| Jason Smith | 2418 Rayburn House Office Building, Washington, DC 20515 |
| Greg Gianforte | Office of the Governor, PO Box 200801, Helena, MT 59620-0801 |
| Christi Jacobsen | Secretary of State, Capitol Bldg Room 260, Helena, MT 59620-2801 |
| Steve Daines | 320 Hart Senate Office Building, Washington, DC 20510 |
| Jon Tester | 311 Hart Senate Office Building, Washington, DC 20510 |
| Matthew M. Rosendale | 1037 Longworth House Office Building, Washington, DC 20515 |
| Pete Ricketts | P.O. Box 94848, Lincoln, NE 68509-4848 |
| John A. Gale | Capitol Office,1445 K Street, Suite 2300, Lincoln, NE 68509 |
| Deb Fischer | 454 Russell Senate Office Building, Washington, DC 20510 |
| Ben Sasse | 107 Russell Senate Office Building, Washington, DC 20510 |
| Jeff Fortenberry | 1514 Longworth House Office Building, Washington, DC 20515 |
| Don Bacon | 1024 Longworth House Office Building, Washington, DC 20515 |
| Adrian Smith | 502 Cannon House Office Building, Washington, DC 20515 |
| Steve Sisolak | State Capitol Building, 101 N. Carson Street, Carson City, NV 89701 |
| Barbara K. Cegavske | State Capitol Building, 101 N. Carson Street, Suite 3, Carson City, NV 89701 |
| Catherine Cortez Masto | 313 Hart Senate Office Building, Washington, DC 20510 |
| Jacky Rosen | 713 Hart Senate Office Building, Washington, DC 20510 |
| Dina Titus | 2464 Rayburn House Office Building, Washington, DC 20515 |
| Mark Amodei | 104 Cannon House Office Building, Washington, DC 20515 |
| Susie Lee | 365 Cannon House Office Building, Washington, DC 20515 |
| Steven Horsford | 562 Cannon House Office Building, Washington, DC 20515 |
| Chris Sununu | Office of the Governor, State House, 107 North Main Street, Concord, NH 03301 |
| William M. Gardner | Secretary of State, 25 Capitol Street, 3rd floor, Concord, NH  03301-6312 |
| Margaret Wood Hassan | 324 Hart Senate Office Building, Washington, DC 20510 |
| Jeanne Shaheen | 506 Hart Senate Office Building, Washington DC 20510 |
| Chris Pappas | 319 Cannon House Office Building, Washington, DC 20515 |
| Ann Kuster | 320 Cannon House Office Building, Washington, DC 20515 |
| Phil Murphy | Office of Governor, PO Box 001, Trenton, NJ 08625 |
| Tahesha Way | 225 West State Street, 2nd Floor, Trenton, NJ 08625 |
| Cory A. Booker | 717 Hart Senate Office Building, Washington, DC 20510 |
| Robert Menendez | 528 Hart Senate Office Building, Washington, DC 20510 |

| | |
|---|---|
| Donald Norcross | 2427 Rayburn House Office Building, Washington, DC 20515 |
| Jefferson Van Drew | 2447 Rayburn House Office Building, Washington, DC 20515 |
| Andy Kim | 2444 Rayburn House Office Building, Washington, DC 20515 |
| Chris Smith | 2373 Rayburn House Office Building, Washington, DC 20515 |
| Josh Gottheimer | 203 Cannon House Office Building, Washington, DC 20515 |
| Frank Pallone Jr. | 2107 Rayburn House Office Building, Washington, DC 20515 |
| Tom Malinowski | 1318 Longworth House Office Building, Washington, DC 20515 |
| Albio Sires | 2268 Rayburn House Office Building, Washington, DC 20515 |
| Bill Pascrell Jr. | 2409 Rayburn House Office Building, Washington, DC 20515 |
| Donald Payne Jr. | 106 Cannon House Office Building, Washington, DC 20515 |
| Mikie Sherrill | 1414 Longworth House Office Building, Washington, DC 20515 |
| Bonnie Watson Coleman | 168 Cannon House Office Building, Washington, DC 20515 |
| Michelle Lujan Grisham | 490 Old Santa Fe Trail, Room 400, Santa Fe, NM 87501 |
| Maggie Toulouse Oliver | 325 Don Gaspar, Suite 300, Santa Fe, NM 87501 |
| Martin Heinrich | 303 Hart Senate Office Building, Washington, DC 20510 |
| Ben Ray Luján | B40C Dirksen Senate Office Building, Washington, DC 20510 |
| Yvette Herrell | 1305 Longworth House Office Building, Washington, DC 20515 |
| Teresa Leger Fernandez | 1432 Longworth House Office Building, Washington, DC 20515 |
| Andrew M. Cuomo | Governor of New York State, NYS State Capitol Building, Albany, NY 12224 |
| Rossana Rosado | One Commerce Plaza, 99 Washington Ave, New Albany, NY 12231-0001 |
| Kirsten E. Gillibrand | 478 Russell Senate Office Building, Washington, DC 20510 |
| Charles E. Schumer | 322 Hart Senate Office Building, Washington, DC 20510 |
| Lee Zeldin | 2441 Rayburn House Office Building, Washington, DC 20515 |
| Andrew R. Garbarino | 1516 Longworth House Office Building, Washington, DC 20515 |
| Thomas Suozzi | 407 Cannon House Office Building, Washington, DC 20515 |
| Kathleen Rice | 2435 Rayburn House Office Building, Washington, DC 20515 |
| Gregory W. Meeks | 2310 Rayburn House Office Building, Washington, DC 20515 |
| Grace Meng | 2209 Rayburn House Office Building, Washington, DC 20515 |
| Nydia M. Velázquez | 2302 Rayburn House Office Building, Washington, DC 20515 |
| Hakeem Jeffries | 2433 Rayburn House Office Building, Washington, DC 20515 |
| Yvette D. Clarke | 2058 Rayburn House Office Building, Washington, DC 20515 |
| Jerrold Nadler | 2132 Rayburn House Office Building, Washington, DC 20515 |
| Nicole Malliotakis | 417 Cannon House Office Building, Washington, DC 20515 |
| Carolyn Maloney | 2308 Rayburn House Office Building, Washington, DC 20515 |
| Adriano Espaillat | 2332 Rayburn House Office Building, Washington, DC 20515 |
| Alexandria Ocasio-Cortez | 216 Cannon House Office Building, Washington, DC 20515 |
| Ritchie Torres | 317 Cannon House Office Building, Washington, DC 20515 |
| Jamaal Bowman | 1605 Longworth House Office Building, Washington, DC 20515 |
| Mondaire Jones | 1017 Longworth House Office Building, Washington, DC 20515 |
| Sean Patrick Maloney | 464 Cannon House Office Building, Washington, DC 20515 |
| Antonio Delgado | 1007 Longworth House Office Building, Washington, DC 20515 |
| Paul D. Tonko | 2369 Rayburn House Office Building, Washington, DC 20515 |
| Elise Stefanik | 2211 Rayburn House Office Building, Washington, DC 20515 |
| Claudia Tenney | 1410 Longworth House Office Building, Washington, DC 20515 |
| Tom Reed | 1203 Longworth House Office Building, Washington, DC 20515 |
| John Katko | 2428 Rayburn House Office Building, Washington, DC 20515 |
| Joseph Morelle | 1317 Longworth House Office Building, Washington, DC 20515 |
| Brian Higgins | 2459 Rayburn House Office Building, Washington, DC 20515 |
| Chris Jacobs | 214 Cannon House Office Building, Washington, DC 20515 |
| Roy Cooper | 20301 Mail Service Center, Raleigh, NC 27699-0301 |
| Elaine F. Marshall | 2 South Salisbury Steet, Raleigh, NC 27601-2903 |
| Richard Burr | 217 Russell Senate Office Building, Washington DC 20510 |
| Thom Tillis | 113 Dirksen Senate Office Building, Washington DC 20510 |
| G.K. Butterfield | 2080 Rayburn House Office Building, Washington, DC 20515 |
| Deborah K. Ross | 1208 Longworth House Office Building, Washington, DC 20515 |
| Gregory Francis Murphy | 313 Cannon House Office Building, Washington, DC 20515 |
| David Price | 2108 Rayburn House Office Building, Washington, DC 20515 |
| Virginia Foxx | 2462 Rayburn House Office Building, Washington, DC 20515 |
| Kathy E. Manning | 415 Cannon House Office Building, Washington, DC 20515 |
| David Rouzer | 2333 Rayburn House Office Building, Washington, DC 20515 |

| | |
|---|---|
| Richard Hudson | 2112 Rayburn House Office Building, Washington, DC 20515 |
| Dan Bishop | 1207 Longworth House Office Building, Washington, DC 20515 |
| Patrick T. McHenry | 2004 Rayburn House Office Building, Washington, DC 20515 |
| Madison Cawthorn | 102 Cannon House Office Building, Washington, DC 20515 |
| Alma Adams | 2436 Rayburn House Office Building, Washington, DC 20515 |
| Ted Budd | 103 Cannon House Office Building, Washington, DC 20515 |
| Doug Burgum | 600 East Boulevard Avenue Bismarck, ND 58505-0100 |
| Al Jaeger | 600 East Boulevard Ave, Dept 108, Bismarck, ND 58505-0500 |
| Kevin Cramer | 330 Hart Senate Office Building, Washington, DC 20510 |
| John Hoeven | 338 Russell Senate Office Building, Washington, DC 20510 |
| Kelly Armstrong | 1740 Longworth House Office Building, Washington, DC 20515 |
| Mike DeWine | Riffe Center, 30th Floor, 77 South High Street, Columbus, OH 43215-6117 |
| Frank LaRose | 22 N. Fourth St. Columbus, OH 43215 |
| Sherrod Brown | 503 Hart Senate Office Building, Washington, DC 20510 |
| Rob Portman | 448 Russell Senate Office Building, Washington, DC 20510 |
| Steve Chabot | 2408 Rayburn House Office Building, Washington, DC 20515 |
| Brad Wenstrup | 2419 Rayburn House Office Building, Washington, DC 20515 |
| Joyce Beatty | 2303 Rayburn House Office Building, Washington, DC 20515 |
| Jim Jordan | 2056 Rayburn House Office Building, Washington, DC 20515 |
| Robert E. Latta | 2467 Rayburn House Office Building, Washington, DC 20515 |
| Bill Johnson | 2336 Rayburn House Office Building, Washington, DC 20515 |
| Bob Gibbs | 2217 Rayburn House Office Building, Washington, DC 20515 |
| Warren Davidson | 2113 Rayburn House Office Building, Washington, DC 20515 |
| Marcy Kaptur | 2186 Rayburn House Office Building, Washington, DC 20515 |
| Michael Turner | 2082 Rayburn House Office Building, Washington, DC 20515 |
| Troy Balderson | 2429 Rayburn House Office Building, Washington, DC 20515 |
| Tim Ryan | 1126 Longworth House Office Building, Washington, DC 20515 |
| David Joyce | 2065 Rayburn House Office Building, Washington, DC 20515 |
| Steve Stivers | 2234 Rayburn House Office Building, Washington, DC 20515 |
| Anthony Gonzalez | 2458 Rayburn House Office Building, Washington, DC 20515 |
| Kevin Stitt | The Honorable J. Kevin Stitt, Governor, Oklahoma State Capitol, 2300 N Lincoln Blvd., Oklahoma City, Oklahoma 73105 |
| Brian Bingman | 421 NW 13th St, Suite 210/220, Oklahoma City, OK 73103 |
| James M. Inhofe | 205 Russell Senate Office Building Washington, DC 20510 |
| James Lankford | 316 Hart Senate Office Building, Washington, DC 20510 |
| Kevin Hern | 1019 Longworth House Office Building, Washington, DC 20515 |
| Markwayne Mullin | 2421 Rayburn House Office Building, Washington, DC 20515 |
| Frank Lucas | 2405 Rayburn House Office Building, Washington, DC 20515 |
| Tom Cole | 2207 Rayburn House Office Building, Washington, DC 20515 |
| Stephanie I. Bice | 1223 Longworth House Office Building, Washington, DC 20515 |
| Kate Brown | Office of the Governor, 900 Court Street, Suite 254, Salem, OR 97301-4047 |
| Shemia Fagan | 900 Court St NE Capitol, Room 136 Salem, OR 97310 |
| Jeff Merkley | 531 Hart Senate Office Building, Washington DC 20510 |
| Ron Wyden | 221 Dirksen Senate Office Building, Washington DC 20510 |
| Suzanne Bonamici | 2231 Rayburn House Office Building, Washington, DC 20515 |
| Cliff Bentz | 1239 Longworth House Office Building, Washington, DC 20515 |
| Earl Blumenauer | 1111 Longworth House Office Building, Washington, DC 20515 |
| Peter DeFazio | 2134 Rayburn House Office Building, Washington, DC 20515 |
| Kurt Schrader | 2431 Rayburn House Office Building, Washington, DC 20515 |
| Tom Wolf | Office of the Governor, 508 Main Capitol Building, Harrisburg, PA 17120 |
| Veronica Degraffenreid | 302 North Office Building, 401 North St. Harrisburg, PA 17120 |
| Robert P. Casey, Jr | 393 Russell Senate Office Building, Washington DC 20510 |
| Patrick J. Toomey | 455 Dirksen Senate Office Building, Washington DC 20510 |
| Brian Fitzpatrick | 271 Cannon House Office Building, Washington, DC 20515 |
| Brendan Boyle | 1133 Longworth House Office Building, Washington, DC 20515 |
| Dwight Evans | 1105 Longworth House Office Building, Washington, DC 20515 |
| Madeleine Dean | 120 Cannon House Office Building, Washington, DC 20515 |
| Mary Gay Scanlon | 1227 Longworth House Office Building, Washington, DC 20515 |
| Chrissy Houlahan | 1218 Longworth House Office Building, Washington, DC 20515 |
| Susan Wild | 1027 Longworth House Office Building, Washington, DC 20515 |
| Matt Cartwright | 2102 Rayburn House Office Building, Washington, DC 20515 |

| | |
|---|---|
| Daniel Meuser | 414 Cannon House Office Building, Washington, DC 20515 |
| Scott Perry | 2160 Rayburn House Office Building, Washington, DC 20515 |
| Lloyd Smucker | 302 Cannon House Office Building, Washington, DC 20515 |
| Fred Keller | 1717 Longworth House Office Building, Washington, DC 20515 |
| John Joyce | 1221 Longworth House Office Building, Washington, DC 20515 |
| Guy Reschenthaler | 409 Cannon House Office Building, Washington, DC 20515 |
| Glenn Thompson | 400 Cannon House Office Building, Washington, DC 20515 |
| Mike Kelly | 1707 Longworth House Office Building, Washington, DC 20515 |
| Conor Lamb | 1224 Longworth House Office Building, Washington, DC 20515 |
| Michael Doyle | 270 Cannon House Office Building, Washington, DC 20515 |
| Daniel J. McKee | Office of the Governor, 82 Smith Street, Providence, RI 02903 |
| Nellie M. Gorbea | 148 West River Street Providence, RI 02904 |
| Jack Reed | 728 Hart Senate Office Building Washington DC 20510 |
| Sheldon Whitehouse | 530 Hart Senate Office Building Washington DC 20510 |
| David Cicilline | 2233 Rayburn House Office Building Washington, DC 20515 |
| Jim Langevin | 2077 Rayburn House Office Building Washington, DC 20515 |
| Henry McMaster | State House, 1100 Gervais Street, Columbia, South Carolina 29201 |
| Mark Hammond | 1205 Pendleton Street Suite 525 Columbia, SC 29201 |
| Lindsey Graham | 290 Russell Senate Office Building, Washington DC 20510 |
| Tim Scott | 104 Hart Senate Office Building, Washington DC 20510 |
| Nancy Mace | 212 Cannon House Office Building, Washington, DC 20515 |
| Joe Wilson | 1436 Longworth House Office Building, Washington, DC 20515 |
| Jeff Duncan | 2229 Rayburn House Office Building, Washington, DC 20515 |
| William Timmons | 267 Cannon House Office Building, Washington, DC 20515 |
| Ralph Norman | 569 Cannon House Office Building, Washington, DC 20515 |
| James E. Clyburn | 274 Cannon House Office Building, Washington, DC 20515 |
| Tom Rice | 460 Cannon House Office Building, Washington, DC 20515 |
| Kristi Noem | 500 East Capitol Avenue, Pierre, SD 57501 |
| Steve Barnett | 500 East Capitol Avenue, Ste 204 Pierre, SD 57501 |
| Mike Rounds | 502 Hart Senate Office Building, Washington DC 20510 |
| John Thune | 511 Dirksen Senate Office Building, Washington DC 20510 |
| Dusty Johnson | 1714 Longworth House Office Building, Washington, DC 20515 |
| Bill Lee | State Capitol, 1st Floor, 600 Dr. Martin L. King, Jr. Blvd., Nashville, TN 37243 |
| Tre Hargett | State Capitol, Nashville, TN 37243 |
| Marsha Blackburn | 357 Dirksen Senate Office Building, Washington DC 20510 |
| Bill Hagerty | B11 Russell Senate Office Building, Washington DC 20510 |
| Diana Harshbarger | 167 Cannon House Office Building, Washington, DC 20515 |
| Tim Burchett | 1122 Longworth House Office Building, Washington, DC 20515 |
| Chuck Fleischmann | 462 Cannon House Office Building, Washington, DC 20515 |
| Scott DesJarlais | 2304 Rayburn House Office Building, Washington, DC 20515 |
| Jim Cooper | 1536 Longworth House Office Building, Washington, DC 20515 |
| John W. Rose | 1124 Longworth House Office Building, Washington, DC 20515 |
| Mark Green | 2446 Rayburn House Office Building, Washington, DC 20515 |
| David Kustoff | 560 Cannon House Office Building, Washington, DC 20515 |
| Steve Cohen | 2104 Rayburn House Office Building, Washington, DC 20515 |
| Greg Abbott | P.O. Box 12428, Austin Texas 78711 |
| Ruth Hughs | 1100 Congress Capitol Bldg., Room 1E 8 Austin, TX 78701 |
| John Cornyn | 517 Hart Senate Office Building, Washington DC 20510 |
| Ted Cruz | 127A Russell Senate Office Building, Washington DC 20510 |
| Louie Gohmert | 2269 Rayburn House Office Building, Washington, DC 20515 |
| Dan Crenshaw | 413 Cannon House Office Building, Washington, DC 20515 |
| Van Taylor | 1404 Longworth House Office Building, Washington, DC 20515 |
| Pat Fallon | 1118 Longworth House Office Building, Washington, DC 20515 |
| Lance Gooden | 1722 Longworth House Office Building, Washington, DC 20515 |
| Vacant | 1725 Longworth House Office Building, Washington, DC 20515 |
| Lizzie Fletcher | 119 Cannon House Office Building, Washington, DC 20515 |
| Kevin Brady | 1011 Longworth House Office Building, Washington, DC 20515 |
| Al Green | 2347 Rayburn House Office Building, Washington, DC 20515 |
| Michael T. McCaul | 2001 Rayburn House Office Building, Doshington, DC 20515 |
| August Pfluger | 1531 Longworth House Office Building, Washington, DC 20515 |

| | |
|---|---|
| Kay Granger | 1026 Longworth House Office Building, Washington, DC 20515 |
| Ronny Jackson | 118 Cannon House Office Building, Washington, DC 20515 |
| Randy Weber | 107 Cannon House Office Building, Washington, DC 20515 |
| Vicente Gonzalez | 113 Cannon House Office Building, Washington, DC 20515 |
| Veronica Escobar | 1505 Longworth House Office Building, Washington, DC 20515 |
| Pete Sessions | 2204 Rayburn House Office Building, Washington, DC 20515 |
| Sheila Jackson Lee | 2426 Rayburn House Office Building, Washington, DC 20515 |
| Jodey Arrington | 1107 Longworth House Office Building, Washington, DC 20515 |
| Joaquin Castro | 2241 Rayburn House Office Building, Washington, DC 20515 |
| Chip Roy | 1005 Longworth House Office Building, Washington, DC 20515 |
| Troy E. Nehls | 1104 Longworth House Office Building, Washington, DC 20515 |
| Tony Gonzales | 1009 Longworth House Office Building, Washington, DC 20515 |
| Beth Van Duyne | 1337 Longworth House Office Building, Washington, DC 20515 |
| Roger Williams | 1708 Longworth House Office Building, Washington, DC 20515 |
| Michael Burgess | 2161 Rayburn House Office Building, Washington, DC 20515 |
| Michael Cloud | 512 Cannon House Office Building, Washington, DC 20515 |
| Henry Cuellar | 2372 Rayburn House Office Building, Washington, DC 20515 |
| Sylvia Garcia | 1620 Longworth House Office Building, Washington, DC 20515 |
| Eddie Bernice Johnson | 2306 Rayburn House Office Building, Washington, DC 20515 |
| John Carter | 2208 Rayburn House Office Building, Washington, DC 20515 |
| Colin Allred | 114 Cannon House Office Building, Washington, DC 20515 |
| Marc Veasey | 2348 Rayburn House Office Building, Washington, DC 20515 |
| Filemon Vela | 307 Cannon House Office Building, Washington, DC 20515 |
| Lloyd Doggett | 2307 Rayburn House Office Building, Washington, DC 20515 |
| Brian Babin | 2236 Rayburn House Office Building, Washington, DC 20515 |
| Spencer J. Cox | The Office of Gov. Spencer J. Cox, 350 N. State Street, Suite 200, P.O. Box 142220,Salt Lake City, UT 84114-2220 |
| Mike Lee | 361A Russell Senate Office Building, Washington DC 20510 |
| Mitt Romney | 354 Russell Senate Office Building, Washington DC 20510 |
| Blake D. Moore | 1320 Longworth House Office Building, Washington, DC 20515 |
| Chris Stewart | 166 Cannon House Office Building, Washington, DC 20515 |
| John R. Curtis | 2400 Rayburn House Office Building, Washington, DC 20515 |
| Burgess Owens | 1039 Longworth House Office Building, Washington, DC 20515 |
| Phil Scott | Office of Governor Phil Scott, 109 State Street Pavilion, Montpelier, VT 05609 |
| James C Condos | 128 State Street, Montpelier, VT 05633 |
| Patrick J. Leahy | 437 Russell Senate Office Building, Washington DC 20510 |
| Bernard Sanders | 332 Dirksen Senate Office Building, Washington DC 20510 |
| Peter Welch | 2187 Rayburn House Office Building, Washington, DC 20515 |
| Ralph S. Northam | P.O. Box 1475, Richmond, VA 23218 |
| Kelly Thomasson | 1111 East Broad Street, 4th Floor Richmond, VA 23219 |
| Tim Kaine | 231 Russell Senate Office Building, Washington DC 20510 |
| Mark R. Warner | 703 Hart Senate Office Building, Washington DC 20510 |
| Robert J. Wittman | 2055 Rayburn House Office Building, Washington, DC 20515 |
| Elaine Luria | 412 Cannon House Office Building, Washington, DC 20515 |
| Robert C. Scott | 2328 Rayburn House Office Building, Washington, DC 20515 |
| A. Donald McEachin | 314 Cannon House Office Building, Washington, DC 20515 |
| Bob Good | 1213 Longworth House Office Building, Washington, DC 20515 |
| Ben Cline | 2443 Rayburn House Office Building, Washington, DC 20515 |
| Abigail Spanberger | 1431 Longworth House Office Building, Washington, DC 20515 |
| Don Beyer | 1119 Longworth House Office Building, Washington, DC 20515 |
| Morgan Griffith | 2202 Rayburn House Office Building, Washington, DC 20515 |
| Jennifer Wexton | 1217 Longworth House Office Building, Washington, DC 20515 |
| Gerald E. "Gerry" Connolly | 2238 Rayburn House Office Building, Washington, DC 20515 |
| Jay Inslee | Office of the Governor, PO Box 40002, Olympia, WA 98504-0002 |
| Km Wyman | Washington SOS Legislative Building, PO Box 40220, Olympia, WA 98540 |
| Maria Cantwell | 511 Hart Senate Office Building, Washington, DC 20510 |
| Patty Murray | 154 Russell Senate Office Building, Washington DC 20510 |
| Suzan DelBene | 2330 Rayburn House Office Building, Washington, DC 20515 |
| Rick Larsen | 2163 Rayburn House Office Building, Washington, DC 20515 |
| Jaime Herrera Beutler | 2352 Rayburn House Office Building, Doshington, DC 20515 |
| Dan Newhouse | 504 Cannon House Office Building, Washington, DC 20515 |

| | |
|---|---|
| Cathy McMorris Rodgers | 1035 Longworth House Office Building, Washington, DC 20515 |
| Derek Kilmer | 2059 Rayburn House Office Building, Washington, DC 20515 |
| Pramila Jayapal | 2346 Rayburn House Office Building, Washington, DC 20515 |
| Kim Schrier | 1123 Longworth House Office Building, Washington, DC 20515 |
| Adam Smith | 2264 Rayburn House Office Building, Washington, DC 20515 |
| Marilyn Strickland | 1004 Longworth House Office Building, Washington, DC 20515 |
| Jim Justice | Office of the Governor, State Capitol, 1900 Kanawha Blvd. E, Charleston, WV 25305 |
| Mac Warner | Office of the SOS State Captitol Building, Charleston, WV 25305 |
| Shelley Moore Capito | 172 Russell Senate Office Building, Washington, DC 20510 |
| Joe Manchin, III | 306 Hart Senate Office Building, Washington, DC 20510 |
| David McKinley | 2239 Rayburn House Office Building, Washington, DC 20515 |
| Alex Mooney | 2228 Rayburn House Office Building, Washington, DC 20515 |
| Carol Miller | 465 Cannon House Office Building, Washington, DC 20515 |
| Tony Evers | P.O. Box 7863, Madison, WI 53707 |
| Doug La Follette | P.O. Box 7848, Madison, WI 53707-7848 |
| Tammy Baldwin | 709 Hart Senate Office Building, Washington DC 20510 |
| Ron Johnson | 328 Hart Senate Office Building, Washington DC 20510 |
| Bryan Steil | 1526 Longworth House Office Building, Washington, DC 20515 |
| Mark Pocan | 1727 Longworth House Office Building, Washington, DC 20515 |
| Ron Kind | 1502 Longworth House Office Building, Washington, DC 20515 |
| Gwen Moore | 2252 Rayburn House Office Building, Washington, DC 20515 |
| Scott Fitzgerald | 1507 Longworth House Office Building, Washington, DC 20515 |
| Glenn Grothman | 1427 Longworth House Office Building, Washington, DC 20515 |
| Thomas P. Tiffany | 1719 Longworth House Office Building, Washington, DC 20515 |
| Mike Gallagher | 1230 Longworth House Office Building, Washington, DC 20515 |
| Mark Gordon | Wyoming Governor Mark Gordon, State Capitol, 200 West 24th Street, Cheyenne, WY 82002 |
| Edward A. Buchanan | Herschler Building East, 122 West 25th Street, Suite 100, Cheyenne, WY 82002 |
| John Barrasso | 307 Dirksen Senate Office Building, Washington, DC 20510 |
| Cynthia M. Lummis | G12 Dirksen Senate Office Building, Washington, DC 20510 |
| Liz Cheney | 416 Cannon House Office Building, Washington, DC 20515 |
| Mark Zuckerberg | 1 Hacker Way, Menlo Park, CA 94025 |
| Jack Dorsey | 1355 Market St., Suite 900, San Francisco, CA 94103 |
| Mike Podhorzer | 1310 L St NW #500, Washington, DC 20005 |
| Democratic Congressional Campaign Committee | 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 |
| Democratic Senatorial Campaign Committee | 2000 Bryan St., Ste. 900 Dallas, TX 75201-3136 |
| Republican National Committee | 310 First St., S.E., Washington, D.C. 20003 |
| Joseph Biden | 1600 Pennsylvania Avenue, Washington, DC 20500 |
| Kamala Harris | 1651 Pennsylvania Avenue NW, Washington, D.C. 20503 |