# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS WHITMER AND BENSON TO RESPOND TO FIRST AMENDED COMPLAINT

Presently, defense counsel for Defendants Whitmer and Benson is in the process of completing the documents required for admission to the Federal Bar of Texas. However, that process will not be completed before Defendants' first responsive pleading is due on May 25, 2021. In consideration of the foregoing, the parties hereby stipulate to the following:

**IT IS ORDERED** that the time for Defendants Michigan Governor Gretchen Whitmer and Michigan Secretary of State Jocelyn Benson to file a response to the complaint is extended by 45 days to July 9, 2021.

Date: _____          _____
                                HON. ALAN D. ALBRIGHT
                                U.S. DISTRICT COURT JUDGE

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/Paul M. Davis*                                          Date:  May 17, 2021
Paul M. Davis (24078401)
Attorney for Plaintiffs
3245 Main Street, Suite 235, #377
Frisco, Texas 75023
469.850.2930

*s/Heather S. Meingast (w/consent)*        Date:  May 17, 2021
Heather S. Meingast (P55439)
Assistant Attorney General
Attorney for Defendant Benson
PO Box 30736
Lansing, Michigan 48909
517.335.7659

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the forgoing document on counsel for defendants Whitmer and Benson via email on May 17, 2021.

/s/ *Paul M. Davis*
Paul M. Davis