UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Jeremy Bravo, et al.

vs.

Nancy Pelosi, et al.

Case No.: 6:21-cv-00162-ADA-JCM

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Caitlyn Nestleroth Johnson, counsel for Ohio State Governor Mike DeWine and Ohio Secretary of State Frank LaRose, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Caitlyn Nestleroth Johnson may appear on behalf of Ohio State Governor Mike DeWine in the above case.

IT IS FURTHER ORDERED that Caitlyn Nestleroth Johnson, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _____, 20_____.

Please Choose Judge