FILED
May 18, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____IR_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

Jeremy Bravo, et al.

vs.

Nancy Pelosi, et al

Case No.: 6:21-cv-00162-ADA-JCM

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Andrew D. McCartney__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Gov. Mike DeWine & Sec. of State Frank LaRose__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Ohio Attorney General, Constitutional Offices Section__ with offices at:

   Mailing address: __30 E. Broad Street, 16th Floor__

   City, State, Zip Code: __Columbus, Ohio 43215__

   Telephone: __614-466-2872__   Facsimile: __614-728-7592__

2. Since __November 3, 2017__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Texas__. Applicant's bar license number is __24106269__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | District of Columbia Court of Appeals | 12/19/2019 |
   | U.S. Court of Appeals, Fifth Circuit | 8/15/2018 |
   | U.S. Court of Appeals, Ninth Circuit | 03/06/2020 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/a

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/a

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/a

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: W. Travis Garrison (0076757)

Mailing address: 30 E. Broad Street, 14th Floor

City, State, Zip Code: Columbus, Ohio 43215

Telephone: (614) 752-4730

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Andrew D. McCartney to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Andrew D. McCartney
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 17 day of May, 2021.

Andrew D. McCartney
[printed name of Applicant]

*[signature]*
[signature of Applicant]

UPS Worldwide Express®
UPS 2nd Day Air®

Insert shipping documents under window from the top.

Do not use this envelope for:

us.com® or call 1-800-PICK-UPS® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

### Shipments
ly for the Letter rate, UPS Express Envelopes may only contain ndence, urgent document, and/or electronic media, and must 1 oz. or less. UPS Express Envelopes containing items other than sted or weighing mo

### nal Shipments
s Express Envelope may be ertain countries consider t/importexport to verify if

ly for the Letter rate, the U ress Envelopes weighing o

ress Envelopes are not rec g sensitive personal inform quivalent.

'indow En
this envelope with st kjet printer on plain

---

1 OF 1    LTR

CATHY KIRBY
(614) 607-0768
OHIO ATTORNEY GENERAL
CONSTITUTIONAL OFFICES SECTION
COLUMBUS OH 43215

SHIP TO:
BRIANNA WINTER
254-750-1501
U.S. DISTRICT CLERKS OFFICE
ROOM 380
800 FRANKLIN AVENUE
**WACO TX 76701**

TX 767 0-12

UPS NEXT DAY AIR    1
TRACKING #: 1Z 474 833 01 9529 5543

BILLING: P/P

Reference #1: 451000
XOL 21.05.03    NV45 45.0A 04/2021



J.S. DISTRICT CLERKS OFFICE
800 FRANKLIN AVE
RM 380
WACO TX 76701

P: BLUE    S: AAAA
EARL - 1009    I: 215
1Z47483301952
                      1030

01019510301 4/14 PAC United Parcel Service