## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

Jeremy Bravo, et al.

vs.                                                  Case No.: 6:21-cv-00162-ADA-JCM

Nancy Pelosi, et al

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Andrew D. McCartney _____, counsel for

Gov. Mike DeWine & Sec. of State Frank LaRose , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Andrew D. McCartney _____ may appear on behalf of Gov. Mike DeWine & Sec. of State

in the above case.

IT IS FURTHER ORDERED that Andrew D. McCartney _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE