# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § | CIVIL ACTION NO. 6:21-CV-162 |
| | § | |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR EXTENSION OF TIME TO SERVE SUMMONS

Came on for consideration, Plaintiffs' Motion for Extension of Time to Serve Summons pursuant to Fed. R. Civ. P. 4(m). Upon review of the Motion, the Court finds that there is good cause to grant the motion, and the Motion is hereby GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiffs shall have an additional 30 days from May 24, 2021 to effect service of the Summons and Complaint. Accordingly, Plaintiffs' deadline to accomplish service pursuant to Fed. R Civ. P. 4(m) is extended to June 23, 2021.

FORM OF ORDERED RESPECTFULLY SUBMITTED BY:

<u>/s/ *Paul M. Davis*</u>
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlawyer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 Main St., Suite 235-377
Frisco, TX 75034
Phone: 469-850-2930

ATTORNEY FOR PLAINTIFFS