# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JEREMY BRAVO, LINDSEY NGUYEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANCY PELOSI, MITCH McCONNELL, *et al.*, <br><br> Defendants. | Case No.: 21-cv-162-ADA-JCM |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

Defendant, Oklahoma Governor Kevin Stitt, by and through Assistant Attorney General, Jennifer Lewis, and pursuant to Fed. R. Civ. P. 6(b), under which district courts have broad discretion to expand filing deadlines, and LCvR. 7(d)(2), respectfully requests an extension of sixty (60) days, until July 19, 2021, to file his responsive pleading to Plaintiffs' Complaint. [Doc. 1]. In support of this motion, Defendant Stitt states:

1. Plaintiffs filed their original Complaint on February 22, 2021, naming over 100 elected officials as defendants, including the governors of all fifty (50) states. [Doc. 1].

2. On March 24, 2021, Plaintiffs filed their First Amended Complaint. [Doc. 24].

3. Oklahoma Governor Kevin Stitt was served on April 30, 2021.

4. The current deadline for Governor Stitt's responsive pleading is May 20, 2021.

5. The undersigned counsel is in the process of conducting the appropriate and necessary analysis of the numerous allegations and legal issues presented in order to properly prepare a responsive pleading on behalf of Governor Stitt.

6. Counsel for Governor Stitt has reached out to Plaintiffs' counsel, but as of the time of filing this motion, has not heard whether Plaintiffs object to the requested relief.

WHEREFORE, Defendant Oklahoma Governor Kevin Stitt respectfully requests the Court grant an extension of sixty (60) days until July 19, 2021, to file his responsive pleading.

Respectfully submitted,

/s/Jennifer L. Lewis
**JENNIFER L. LEWIS, OBA#32819**
Assistant Attorney General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: jennifer.lewis.oag.ok.gov
*Attorney for Oklahoma Governor Kevin Stitt*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the Court's ECF System to all registered parties.

/s/ Jennifer L. Lewis
Jennifer L. Lewis