# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JEREMY BRAVO, LINDSEY NGUYEN, *et al.*,  Plaintiffs,  v.  NANCY PELOSI, MITCH McCONNELL, *et al.*,  Defendants. | **Case No.: 21-cv-162-ADA-JCM** |

## ORDER

NOW on this _____ day of May 2021, Defendant Oklahoma Governor Kevin Stitt's Motion for Extension of Time to File Responsive Pleading comes before the Court. The Court being fully advised and for good cause hereby grants Defendant's motion.

IT IS THEREFORE ORDERED, that the time for Defendant Oklahoma Governor Kevin Stitt to file a responsive pleading is extended by 60 days to July 19, 2021.

Date: _____

_____
UNITED STATES DISTRICT JUDGE