UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al.,<br><br>    Defendants. | CIVIL ACTION NO: 6:21-CV-162<br><br><br>STIPULATED ORDER EXTENDING TIME FOR DEFENDANT RICKETTS TO RESPOND TO FIRST AMENDED COMPLAINT<br><br><br>JURY TRIAL REQUESTED |

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT RICKETTS TO RESPOND TO FIRST AMENDED COMPLAINT**

Presently, the Nebraska Attorney General's Office, counsel for Defendant Pete Ricketts, is in the process of either preparing the documents required for admission to the Federal Bar of Texas, or in the alternative, securing an appointed Special Assistant Attorney General for Defendant Ricketts. This process will not be completed before Defendant's first responsive pleading is due on May 21, 2021. In consideration of the foregoing, the parties hereby stipulate to the following:

    **IT IS ORDERED** that the time for Defendant Pete Ricketts to file a response to the complaint is extended by 45 days to July 6, 2021 (July 5th, 2021 having been identified as Independence Day, observed).

Date: _____   _____
                              HON. JEFFREY C. MANSKE
                              U.S. MAGISTRATE JUDGE

The parties, through their respective counsel, stipulate to the entry of the above order.

_s/ Paul M. Davis_            Date: May 20, 2020
Paul M. Davis (24078401)
Attorney for Plaintiffs
3245 Main Street, Suite 235, #377
Frisco, TX 75023
469.850.2930


_s/ Jennifer A. Huxoll (w/consent)_   Date: May 20, 2020
Jennifer A. Huxoll, #20406
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
P.O. Box 98920
Lincoln, Nebraska 68509
(402) 471-2682
Jennifer.Huxoll@Nebraska.gov
Attorneys for Defendant Ricketts


**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the forgoing document on counsel for Defendant Ricketts via email on May 20, 2021.

                              _s/ Paul M. Davis_
                              Paul M. Davis