# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

## AGREED MOTION EXTENDING TIME FOR DEFENDANT PETE RICKETTS TO RESPOND TO FIRST AMENDED COMPLAINT

Presently, the Nebraska Attorney General's Office, counsel for Defendant Pete Ricketts, is in the process of either preparing the documents required for admission to the Federal Bar of Texas, or in the alternative, securing an appointed Special Assistant Attorney General for Defendant Ricketts. This process will not be completed before Defendant's first responsive pleading is due on May 21, 2021. In consideration of the foregoing, the parties hereby stipulate that the time for Defendant Nebraska Gov. Pete Ricketts to file a response to the complaint is extended by 45 days to July 6, 2021 (July 5th, 2021 having been identified as Independence Day, observed).

/s/ *Paul M. Davis*             Date: May 20, 2021
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlawyer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 Main St., Suite 235-377
Frisco, TX 75034
Phone: 469-850-2930

ATTORNEY FOR PLAINTIFFS


s/ *Jennifer A. Huxoll (w/consent)*     Date: May 20, 20201
Jennifer A. Huxoll, #20406
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
P.O. Box 98920
Lincoln, Nebraska 68509
(402) 471-2682
Jennifer.Huxoll@Nebraska.gov
Attorneys for Defendant Ricketts


CERTIFICATE OF SERVICE

     I hereby certify that I served a copy of the forgoing document on counsel for defendant Pete Rickets via email on May 20, 2021.

                                             /s/ *Paul M. Davis*
                                             Paul M. Davis