## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

## AGREED ORDER EXTENDING TIME FOR DEFENDANT PETE RICKETTS TO RESPOND TO FIRST AMENDED COMPLAINT

Pursuant to the stipulation of the parties **IT IS ORDERED** that the time for Defendant Pete Ricketts to file a response to the complaint is extended by 45 days to July 6, 2021 (July 5th, 2021 having been identified as Independence Day, observed).

_____

U.S. MAGISTRATE JUDGE
JEFFREY S. MANSKE

The parties, through their respective counsel, stipulate to the entry of the above order.

/s/ *Paul M. Davis*                             Date: May 20, 2021
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlawyer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 Main St., Suite 235-377
Frisco, TX 75034
Phone: 469-850-2930

ATTORNEY FOR PLAINTIFFS


s/ *Jennifer A. Huxoll (w/consent)*             Date: May 20, 20201
Jennifer A. Huxoll, #20406
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
P.O. Box 98920
Lincoln, Nebraska 68509
(402) 471-2682
Jennifer.Huxoll@Nebraska.gov
Attorneys for Defendant Ricketts