UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JENNILYN SALINAS, et al., | § | |
|     *Plaintiffs,* | § | |
| | § | |
| v. | § | No. 6:21-CV-162-ADA-JCM |
| | § | |
| NANCY PELOSI, et al. | § | |
|     *Defendants.* | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT

Christopher T. Sununu, Governor of the State of New Hampshire, by and through the undersigned counsel, moves for an extension of time to respond to the Plaintiffs' First Amended Class Action Complaint (Document #24).

1. Governor Sununu requests an extension through and including June 21, 2021, due to the voluminous nature of the complaint and counsel's significant litigation docket.

2. This motion is made in the interests of justice and not strictly for purposes of delay.

3. The undersigned has conferred with Plaintiff's counsel, who indicates he has no opposition to the relief here requested.

4. A proposed order is being submitted contemporaneously with this motion.

Respectfully Submitted,

JOHN M. FORMELLA, NEW
HAMPSHIRE ATTORNEY GENERAL

By:  /s/ Jennifer Ramsey
      Jennifer S. Ramsey
      Texas Bar #16519300
      New Hampshire Bar #268964
      Assistant Attorney General

Civil Bureau
Department of Justice
33 Capitol Street
Concord, NH 03301
(603) 271-3650
jennifer.ramsey@doj.nh.gov

*Attorney for Christopher T. Sununu*

## CERTIFICATE OF SERVICE

 I certify that a true and correct copy of the foregoing motion is being served upon all parties of record or their counsel, via the Court's electronic filing system on this the 21st day of May, 2021.

/s/ Jennifer Ramsey
Jennifer S. Ramsey

UNOPPOSED:

*/s/ Paul M. Davis (w/ consent)*
Paul M. Davis (24078401)
Attorney for Plaintiffs
3245 Main Street, Suite 235, #377
Frisco, Texas 75203
469.850.2930