UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

**NOTICE OF STIPULATION FOR EXTENSION OF TIME TO ANSWER FOR DEFENDANTS TOM WOLF AND VERONICA DEGRAFFENREID**

Presently, the Pennsylvania Attorney General's Office, counsel for Defendants Tom Wolf and Veronica Degraffenreid, is in the process of preparing the documents required for admission to the Bar of this Court. This process will not be completed before Defendants' first responsive pleading is due on May 24, 2021. In consideration of the foregoing, the parties hereby stipulate that the time for Defendants Tom Wolf and Veronica Degraffenreid to file a response to the complaint is extended by 45 days to July 8, 2021.

| | |
|---|---|
| /s/ *Paul M. Davis* | /s/ *Michael J. Fischer* |
| Paul M. Davis | Michael J. Fischer (PA 322311) |
| Texas Bar Number 24078401 | Chief Deputy Attorney General |
| paul@fireduptxlawyer.com | Pennsylvania Office of Attorney |
| PAUL M. DAVIS & ASSOCIATES, P.C. | General |
| 5720 Frisco Square Blvd., #2066 | 1600 Arch Street, Suite 300 |
| Frisco, TX 75034 | Philadelphia, PA 19103 |
| Phone: 469-850-2930 | (215) 560-2171 |
| | mfischer@attorneygeneral.gov |
| ATTORNEY FOR PLAINTIFFS | |
| | ATTORNEY FOR DEFENDANTS TOM WOLF AND VERONICA DEGRAFFENFIELD |

CERTIFICATE OF SERVICE

I certify that I have served the foregoing notice on all counsel of record who have made appearances in this action to date via the court's ECF notification system and to counsel for Defendants Wolf and Degraffenreid via email on May 24, 2021.

/s/ *Paul M. Davis*
Paul M. Davis