## AFFIDAVIT OF SERVICE
Case No.: 6:21-CV-162

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSAY NGUYEN, & DEANNA LORRAINE | § | UNITED STATES DISTRICT COURT |
| V. | | for the |
| NANCY PELOSI, MARK ZUCKERBURG JOSEPH BIDEN, KAMALA HARRIS, JACK DORSEY, ALL MEMBERS OF CONGRESS/ SENATE, ALL STATE GOVERNORS, ET AL. | § § | WESTERN DISTRICT OF TEXAS |

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Alexandria Ocasio Cortez_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _May 3_ , 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, _**Casey Littlejohn**_, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_____, 2021

Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7


**UNITED STATES**
**POSTAL SERVICE**

May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 0640 0002 0225 0475**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | May 3, 2021, 6:37 am |
| **Location:** | WASHINGTON, DC 20515 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 3.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | Signature X E Williams  Printed Name |
| Address of Recipient: | Delivery Address 20540 20515 20559 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004