## AFFIDAVIT OF SERVICE
Case No.: 6:21-CV-162

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSAY NGUYEN, & DEANNA LORRAINE | § | UNITED STATES DISTRICT COURT |
| V. | | for the |
| NANCY PELOSI, MARK ZUCKERBURG JOSEPH BIDEN, KAMALA HARRIS, JACK DORSEY, ALL MEMBERS OF CONGRESS/ SENATE, ALL STATE GOVERNORS, ET AL. | § § § | WESTERN DISTRICT OF TEXAS |

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for *Andrew Cuomo* was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on *April 30*, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ____05/13____, 2020

_____
Casey Littlejohn, PSC 15635 exp:08/22
National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this *13th* of *May*_____, 2021

_____
Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



April 30, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 0640 0002 0225 2288**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | April 30, 2021, 10:42 am |
| **Location:** | ALBANY, NY 12224 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 3.0oz |

| Recipient Signature | |
|---|---|

| | |
|---|---|
| Signature of Recipient: | *Shawn Voland* |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## AFFIDAVIT OF SERVICE
### Case No.: 6:21-CV-162

JENNILYN SALINAS, LINDSAY NGUYEN,          §          UNITED STATES DISTRICT COURT
& DEANNA LORRAINE

          V.                                                                          for the

NANCY PELOSI, MARK ZUCKERBURG          §
JOSEPH BIDEN, KAMALA HARRIS, JACK                        WESTERN DISTRICT OF TEXAS
DORSEY, ALL MEMBERS OF CONGRESS/          §
SENATE, ALL STATE GOVERNORS, ET AL.

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for *Brian Kemp* was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on *April 20th*, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ____05/13____, 2020

                                    Casey Littlejohn, PSC-15635 exp:08/22
                                    National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_____, 2021

                                       Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



**UNITED STATES**
**POSTAL SERVICE**

April 30, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 0640 0002 0225 2592**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 30, 2021, 7:59 am |
| **Location:** | ATLANTA, GA 30334 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 3.0oz |

| Destination Delivery Address | |
| --- | --- |
| **Street Address:** | 206 WASHINGTON ST SW |
| **City, State ZIP Code:** | ATLANTA, GA 30334-9007 |

| Recipient Signature |
| --- |

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## AFFIDAVIT OF SERVICE
Case No.: 6:21-CV-162

JENNILYN SALINAS, LINDSAY NGUYEN,     §     UNITED STATES DISTRICT COURT
& DEANNA LORRAINE

V.                                                                   for the

NANCY PELOSI, MARK ZUCKERBURG     §
JOSEPH BIDEN, KAMALA HARRIS, JACK           WESTERN DISTRICT OF TEXAS
DORSEY, ALL MEMBERS OF CONGRESS/     §
SENATE, ALL STATE GOVERNORS, ET AL.

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Democratic Congressional_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _April 30th_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_, 2021

Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7


**UNITED STATES**
**POSTAL SERVICE**

May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 0640 0002 0225 2820**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | April 30, 2021, 10:13 am |
| **Location:** | DALLAS, TX 75202 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 3.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**AFFIDAVIT OF SERVICE**
Case No.: 6:21-CV-162

JENNILYN SALINAS, LINDSAY NGUYEN,       §       UNITED STATES DISTRICT COURT
& DEANNA LORRAINE

V.                                                                             for the

NANCY PELOSI, MARK ZUCKERBURG       §
JOSEPH BIDEN, KAMALA HARRIS, JACK
DORSEY, ALL MEMBERS OF CONGRESS/       §       WESTERN DISTRICT OF TEXAS
SENATE, ALL STATE GOVERNORS, ET AL.       §

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Democratic Senate Cmte_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _April 30th_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

_____
Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_, 2021

_____
Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 0640 0002 0225 2837**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | April 30, 2021, 10:13 am |
| **Location:** | DALLAS, TX 75202 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 3.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**AFFIDAVIT OF SERVICE**
Case No.: 6:21-CV-162

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSAY NGUYEN, & DEANNA LORRAINE | § | UNITED STATES DISTRICT COURT |
| V. | | for the |
| NANCY PELOSI, MARK ZUCKERBURG JOSEPH BIDEN, KAMALA HARRIS, JACK DORSEY, ALL MEMBERS OF CONGRESS/ SENATE, ALL STATE GOVERNORS, ET AL. | § § | WESTERN DISTRICT OF TEXAS |

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Corey Lichtate_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _April 30th_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

_____
Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_____, 2021

_____
Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 0640 0002 0225 2424**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | April 30, 2021, 10:07 am |
| **Location:** | HELENA, MT 59620 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 3.0oz |

| Destination Delivery Address | |
| --- | --- |
| **Street Address:** | PO BOX 200801 |
| **City, State ZIP Code:** | HELENA, MT 59620-0801 |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**AFFIDAVIT OF SERVICE**
Case No.: 6:21-CV-162

JENNILYN SALINAS, LINDSAY NGUYEN,    §    UNITED STATES DISTRICT COURT
& DEANNA LORRAINE

      V.                           for the

NANCY PELOSI, MARK ZUCKERBURG   §
JOSEPH BIDEN, KAMALA HARRIS, JACK   §    WESTERN DISTRICT OF TEXAS
DORSEY, ALL MEMBERS OF CONGRESS/   §
SENATE, ALL STATE GOVERNORS, ET AL.

     BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

     "My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

     This summons for _Henry McMaster_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _Apr 30 th_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

     SIGNED on ____05/13____, 2020

                                Casey Littlejohn, PSC-15635 exp:08/22
                                National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_ , 2021

                                      Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 0640 0002 0225 2783**.

| Item Details | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | April 30, 2021, 11:27 am |
| **Location:** | COLUMBIA, SC 29201 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 3.0oz |

**Recipient Signature**

Signature of Recipient:
(Authorized Agent)

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**AFFIDAVIT OF SERVICE**
Case No.: 6:21-CV-162

JENNILYN SALINAS, LINDSAY NGUYEN,     §     UNITED STATES DISTRICT COURT
& DEANNA LORRAINE

V.                                                              for the

NANCY PELOSI, MARK ZUCKERBURG     §
JOSEPH BIDEN, KAMALA HARRIS, JACK
DORSEY, ALL MEMBERS OF CONGRESS/     §     WESTERN DISTRICT OF TEXAS
SENATE, ALL STATE GOVERNORS, ET AL.     §

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Jared Polis_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _April 30th_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_, 2021

Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7


**UNITED STATES**
**POSTAL SERVICE**

May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7018 0680 0001 5261 2142**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 30, 2021, 10:12 am |
| **Location:** | DENVER, CO 80218 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 3.0oz |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**AFFIDAVIT OF SERVICE**
Case No.: 6:21-CV-162

JENNILYN SALINAS, LINDSAY NGUYEN,          §          UNITED STATES DISTRICT COURT
& DEANNA LORRAINE

V.                                                                                    for the

NANCY PELOSI, MARK ZUCKERBURG          §
JOSEPH BIDEN, KAMALA HARRIS, JACK                    WESTERN DISTRICT OF TEXAS
DORSEY, ALL MEMBERS OF CONGRESS/          §
SENATE, ALL STATE GOVERNORS, ET AL.          §

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _JB Pritker_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _April 30th_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

_Casey Littlejohn, PSC-15635 exp:08/22_
National Process Service

On this day, **_Casey Littlejohn,_** known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_____, 2021

_____
Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7018 0680 0001 5261 2067**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | April 30, 2021, 9:10 am |
| **Location:** | SPRINGFIELD, IL 62706 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 3.0oz |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## AFFIDAVIT OF SERVICE
### Case No.: 6:21-CV-162

JENNILYN SALINAS, LINDSAY NGUYEN,           §          UNITED STATES DISTRICT COURT
& DEANNA LORRAINE

V.                                                                          for the

NANCY PELOSI, MARK ZUCKERBURG           §
JOSEPH BIDEN, KAMALA HARRIS, JACK           WESTERN DISTRICT OF TEXAS
DORSEY, ALL MEMBERS OF CONGRESS/           §
SENATE, ALL STATE GOVERNORS, ET AL.

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Key Ivey_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _April 30th_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_____, 2021

Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 0640 0002 0225 5012**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | April 30, 2021, 9:32 am |
| **Location:** | MONTGOMERY, AL 36119 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 3.0oz |

| Recipient Signature |
| --- |

Note: There is no delivery signature on file for this item.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**AFFIDAVIT OF SERVICE**
Case No.: 6:21-CV-162

JENNILYN SALINAS, LINDSAY NGUYEN,          §          UNITED STATES DISTRICT COURT
& DEANNA LORRAINE

    V.                                              for the

NANCY PELOSI, MARK ZUCKERBERG          §
JOSEPH BIDEN, KAMALA HARRIS, JACK                    WESTERN DISTRICT OF TEXAS
DORSEY, ALL MEMBERS OF CONGRESS/          §
SENATE, ALL STATE GOVERNORS, ET AL.          §

   BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

   "My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

   This summons for _Kristi Noem_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _April 30ᵗʰ_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

   SIGNED on ____05/13____, 2020

            Casey Littlejohn, PSC-15635 exp:08/22
            National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13ᵗʰ_ of _May_, 2021

                  Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 0640 0002 0225 2790**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | April 30, 2021, 9:28 am |
| **Location:** | PIERRE, SD 57501 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 3.0oz |

**Recipient Signature**

| | |
| --- | --- |
| Signature of Recipient: (Authorized Agent) |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**AFFIDAVIT OF SERVICE**
Case No.: 6:21-CV-162

JENNILYN SALINAS, LINDSAY NGUYEN,          §          UNITED STATES DISTRICT COURT
& DEANNA LORRAINE

     V.                                                                              for the

NANCY PELOSI, MARK ZUCKERBURG          §
JOSEPH BIDEN, KAMALA HARRIS, JACK                   WESTERN DISTRICT OF TEXAS
DORSEY, ALL MEMBERS OF CONGRESS/          §
SENATE, ALL STATE GOVERNORS, ET AL.          §

    BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

    "My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

    This summons for _Michael Parson_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _April 30th_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

    SIGNED on ____05/13____, 2020

              Casey Littlejohn, PSC-15635 exp:08/22
              National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_____, 2021

                 Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7


**UNITED STATES**
**POSTAL SERVICE**

May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 0640 0002 0225 2417**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | April 30, 2021, 8:54 am |
| **Location:** | JEFFERSON CITY, MO 65101 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 3.0oz |

| Recipient Signature | |
| --- | --- |

Signature of Recipient:    *Kevin Pleus*

PO BOX 720
JEFFERSON CITY, MO 65102-0720

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**AFFIDAVIT OF SERVICE**
Case No.: 6:21-CV-162

JENNILYN SALINAS, LINDSAY NGUYEN,          §          UNITED STATES DISTRICT COURT
& DEANNA LORRAINE

    V.                                                                 for the

NANCY PELOSI, MARK ZUCKERBURG          §
JOSEPH BIDEN, KAMALA HARRIS, JACK                    WESTERN DISTRICT OF TEXAS
DORSEY, ALL MEMBERS OF CONGRESS/       §
SENATE, ALL STATE GOVERNORS, ET AL.

   BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

   "My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

   This summons for _Ned Lamont_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _April 30th_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

   SIGNED on ___05/13___, 2020

              Casey Littlejohn, PSC-15635 exp:08/22
              National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_____, 2021

                    Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 0680 0001 5261 2159**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 30, 2021, 11:14 am |
| **Location:** | HARTFORD, CT 06106 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 3.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**AFFIDAVIT OF SERVICE**
Case No.: 6:21-CV-162

JENNILYN SALINAS, LINDSAY NGUYEN,      §      UNITED STATES DISTRICT COURT
& DEANNA LORRAINE

V.                                                                    for the

NANCY PELOSI, MARK ZUCKERBURG         §
JOSEPH BIDEN, KAMALA HARRIS, JACK
DORSEY, ALL MEMBERS OF CONGRESS/      §      WESTERN DISTRICT OF TEXAS
SENATE, ALL STATE GOVERNORS, ET AL.   §

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Phil Scott_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _April 30th_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

_____
Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, **_Casey Littlejohn_**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _may_, 2021

_____
Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7


**UNITED STATES**
**POSTAL SERVICE**

May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7018 0680 0001 5261 2210**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | April 30, 2021, 9:16 am |
| **Location:** | MONTPELIER, VT 05601 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 3.0oz |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004