# AFFIDAVIT OF SERVICE
Case No.: 6:21-CV-162

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSAY NGUYEN, & DEANNA LORRAINE | § | UNITED STATES DISTRICT COURT |
| V. | | for the |
| NANCY PELOSI, MARK ZUCKERBURG JOSEPH BIDEN, KAMALA HARRIS, JACK DORSEY, ALL MEMBERS OF CONGRESS/ SENATE, ALL STATE GOVERNORS, ET AL. | § § § | WESTERN DISTRICT OF TEXAS |

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Andy Beshear_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _May 2nd_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, **Casey Littlejohn**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_, 2021

Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 0680 0001 5261 2098**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | May 3, 2021, 8:18 am |
| Location: | FRANKFORT, KY 40601 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 3.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# AFFIDAVIT OF SERVICE
## Case No.: 6:21-CV-162

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSAY NGUYEN, & DEANNA LORRAINE | § | UNITED STATES DISTRICT COURT |
| V. | | for the |
| NANCY PELOSI, MARK ZUCKERBURG JOSEPH BIDEN, KAMALA HARRIS, JACK DORSEY, ALL MEMBERS OF CONGRESS/ SENATE, ALL STATE GOVERNORS, ET AL. | § § § | WESTERN DISTRICT OF TEXAS |

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _David Ige_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _May 3rd_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, *Casey Littlejohn*, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_, 2021

Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 0680 0001 5261 2043**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | May 3, 2021, 7:23 am |
| Location: | HONOLULU, HI 96813 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 3.0oz |

**Recipient Signature**

Signature of Recipient: *[handwritten signature]*

Address of Recipient: 415 S BERETANIA ST, HONOLULU, HI 96813-2477

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## AFFIDAVIT OF SERVICE
Case No.: 6:21-CV-162

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSAY NGUYEN, & DEANNA LORRAINE | § | UNITED STATES DISTRICT COURT |
| V. | | for the |
| NANCY PELOSI, MARK ZUCKERBURG JOSEPH BIDEN, KAMALA HARRIS, JACK DORSEY, ALL MEMBERS OF CONGRESS/ SENATE, ALL STATE GOVERNORS, ET AL. | § § | WESTERN DISTRICT OF TEXAS |

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _John Carney_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _May 3rd_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, _Casey Littlejohn_, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_, 2021

Notary Public



IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 0680 0001 5261 2180**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | May 3, 2021, 8:18 am |
| Location: | DOVER, DE 19901 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 3.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## AFFIDAVIT OF SERVICE
Case No.: 6:21-CV-162

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSAY NGUYEN, & DEANNA LORRAINE | § | UNITED STATES DISTRICT COURT |
| V. | | for the |
| NANCY PELOSI, MARK ZUCKERBURG JOSEPH BIDEN, KAMALA HARRIS, JACK DORSEY, ALL MEMBERS OF CONGRESS/ SENATE, ALL STATE GOVERNORS, ET AL. | § § § | WESTERN DISTRICT OF TEXAS |

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Mark Lurden_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _May 3rd_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, **Casey Littlejohn**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _may_, 2021

Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 0640 0002 0225 2813**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | May 3, 2021, 11:49 am |
| **Location:** | CHEYENNE, WY 82002 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 3.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *[signature image]* |
| Address of Recipient: | *[address image]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# AFFIDAVIT OF SERVICE
Case No.: 6:21-CV-162

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSAY NGUYEN, & DEANNA LORRAINE | § | UNITED STATES DISTRICT COURT |
| V. | | for the |
| NANCY PELOSI, MARK ZUCKERBURG JOSEPH BIDEN, KAMALA HARRIS, JACK DORSEY, ALL MEMBERS OF CONGRESS/ SENATE, ALL STATE GOVERNORS, ET AL. | § § § | WESTERN DISTRICT OF TEXAS |

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Ralph Northam_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _May 3rd_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, *Casey Littlejohn*, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_, 2021

Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



**UNITED STATES POSTAL SERVICE**

May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 0640 0002 0225 2721**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | May 3, 2021, 11:15 am |
| Location: | RICHMOND, VA 23218 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
|  | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 3.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | PO BOX 1475 |
| City, State ZIP Code: | RICHMOND, VA 23218-1475 |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# AFFIDAVIT OF SERVICE
Case No.: 6:21-CV-162

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSAY NGUYEN, & DEANNA LORRAINE | § | UNITED STATES DISTRICT COURT |
| V. | | for the |
| NANCY PELOSI, MARK ZUCKERBURG JOSEPH BIDEN, KAMALA HARRIS, JACK DORSEY, ALL MEMBERS OF CONGRESS/ SENATE, ALL STATE GOVERNORS, ET AL. | § § § | WESTERN DISTRICT OF TEXAS |

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Spencer Cox_ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _May 3rd_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, *Casey Littlejohn*, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _my_, 2021

Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7



May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 0680 0001 5261 2203**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | May 3, 2021, 6:08 am |
| Location: | SALT LAKE CITY, UT 84114 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 3.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004