## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

### AGREED ORDER EXTENDING TIME FOR
### DEFENDANTS BRIAN KEMP AND BRAD RAFFENSPERGER

Pursuant to the stipulation of the parties **IT IS ORDERED** that the time for

Defendants Brian Kemp and Brad Raffensperger to file a response to the complaint

is extended by 45 days to July 6, 2021 (July 5th, 2021 having been identified as

Independence Day, observed).

_____

U.S. MAGISTRATE JUDGE
JEFFREY S. MANSKE

The parties, through their respective counsel, stipulate to the entry of the above order.

/s/ *Paul M. Davis*
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlawyer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
5720 Frisco Square Blvd., #2066
Frisco, TX 75034
Phone: 469-850-2930

ATTORNEY FOR PLAINTIFFS

/s/ *Lee M. Stoy, Jr.*
Lee M. Stoy, Jr.
Georgia Bar Number 884654
Assistant Attorney General
Georgia Office of Attorney General
40 Capitol Square SW
Atlanta, Ga 30334
(404) 458-3661
lstoy@law.ga.gov

ATTORNEY FOR DEFENDANTS
BRIAN KEMP AND BRAD
RAFFENSPERGER