# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

## AGREED MOTION EXTENDING TIME FOR DEFENDANTS BRIAN KEMP AND BRAD RAFFENSPERGER TO RESPOND TO FIRST AMENDED COMPLAINT

Presently, the Georgia Attorney General's Office, counsel for Defendants Georgia Governor Brian Kemp and Brad Raffensperger, is in the process of preparing the documents required for admission to the Bar of this Court. This process will not be completed before Defendants' first responsive pleading is due on May 21, 2021. In consideration of the foregoing, the parties hereby agree that the time for Defendants Brian Kemp and Brad Raffensperger to file a response to the complaint should be extended by 45 days to July 6, 2021 (July 5th, 2021 having been identified as Independence Day, observed).

/s/ *Paul M. Davis*  
Paul M. Davis  
Texas Bar Number 24078401  
paul@fireduptxlawyer.com  
PAUL M. DAVIS & ASSOCIATES, P.C.  
5720 Frisco Square Blvd., #2066  
Frisco, TX 75034  
Phone: 469-850-2930  

ATTORNEY FOR PLAINTIFFS

/s/ *Lee M. Stoy, Jr.*  
Lee M. Stoy, Jr.  
Georgia Bar Number 884654  
Assistant Attorney General  
Georgia Office of Attorney General  
40 Capitol Square SW  
Atlanta, Ga 30334  
(404) 458-3661  
lstoy@law.ga.gov  

ATTORNEY FOR DEFENDANTS  
BRIAN KEMP AND BRAD  
RAFFENSPERGER  

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the forgoing document on counsel for defendants Brian Kemp and Brad Raffensperger via email on May 25, 2021.

/s/ *Paul M. Davis*  
Paul M. Davis