# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § | CIVIL ACTION NO. 6:21-CV-162 |
| | § | |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

## AGREED ORDER EXTENDING TIME FOR
## DEFENDANTS BRIAN KEMP AND BRAD RAFFENSPERGER

Pursuant to the stipulation of the parties **IT IS ORDERED** that the time for Defendants Brian Kemp and Brad Raffensperger to file a response to the complaint is extended by 45 days to July 6, 2021 (July 5th, 2021 having been identified as Independence Day, observed).

_____
U.S. MAGISTRATE JUDGE
JEFFREY S. MANSKE

The parties, through their respective counsel, stipulate to the entry of the above order.

| | |
|---|---|
| /s/ *Paul M. Davis* | /s/ *Lee M. Stoy, Jr.* |
| Paul M. Davis | Lee M. Stoy, Jr. |
| Texas Bar Number 24078401 | Georgia Bar Number 884654 |
| paul@fireduptxlawyer.com | Assistant Attorney General |
| PAUL M. DAVIS & ASSOCIATES, P.C. | Georgia Office of Attorney General |
| 5720 Frisco Square Blvd., #2066 | 40 Capitol Square SW |
| Frisco, TX 75034 | Atlanta, Ga 30334 |
| Phone: 469-850-2930 | (404) 458-3661 |
| | lstoy@law.ga.gov |
| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR DEFENDANTS BRIAN KEMP AND BRAD RAFFENSPERGER |