UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

**AGREED MOTION EXTENDING TIME FOR DEFENDANTS
TOM WOLF AND VERONICA DEGRAFFENREID
TO RESPOND TO FIRST AMENDED COMPLAINT**

Presently, the Pennsylvania Attorney General's Office, counsel for Defendants Tom Wolf and Veronica Degraffenreid, is in the process of preparing the documents required for admission to the Bar of this Court. This process will not be completed before Defendants' first responsive pleading is due on May 24, 2021. In consideration of the foregoing, the parties hereby agree that the time for Defendants Tom Wolf and Veronica Degraffenreid to file a response to the complaint should be extended by 45 days to July 8, 2021.

| | |
|---|---|
| /s/ *Paul M. Davis* | /s/ *Michael J. Fischer* |
| Paul M. Davis | Michael J. Fischer (PA 322311) |
| Texas Bar Number 24078401 | Chief Deputy Attorney General |
| paul@fireduptxlawyer.com | Pennsylvania Office of Attorney |
| PAUL M. DAVIS & ASSOCIATES, P.C. | General |
| 5720 Frisco Square Blvd., #2066 | 1600 Arch Street, Suite 300 |

| | |
|---|---|
| Frisco, TX 75034<br>Phone: 469-850-2930<br><br>ATTORNEY FOR PLAINTIFFS | Philadelphia, PA 19103<br>(215) 560-2171<br>mfischer@attorneygeneral.gov<br><br>ATTORNEY FOR DEFENDANTS TOM WOLF AND VERONICA DEGRAFFENFIELD |

CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the forgoing document on counsel for defendants Tom Wolf and Veronica Degraffenreid via email on May 25, 2021.

                                      /s/ *Paul M. Davis*
                                      Paul M. Davis