UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

**AGREED ORDER EXTENDING TIME FOR**
**DEFENDANTS TOM WOLF AND VERONICA DEGRAFFENREID**
**TO RESPOND TO FIRST AMENDED COMPLAINT**

Pursuant to the stipulation of the parties **IT IS ORDERED** that the time for Defendants Tom Wolf and Veronica Degraffenreid to file a response to the complaint is extended by 45 days to July 8, 202.

_____
U.S. MAGISTRATE JUDGE
JEFFREY S. MANSKE

The parties, through their respective counsel, stipulate to the entry of the above order.

/s/ *Paul M. Davis*
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlawyer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
5720 Frisco Square Blvd., #2066
Frisco, TX 75034
Phone: 469-850-2930

ATTORNEY FOR PLAINTIFFS

/s/ *Michael J. Fischer*
Michael J. Fischer (PA 322311)
Chief Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 560-2171
mfischer@attorneygeneral.gov

ATTORNEY FOR DEFENDANTS TOM WOLF AND VERONICA DEGRAFFENFIELD