**FROM:**
NATIONAL PROCESS SERVICE
Attn: Casey Littlejohn
P.O. Box 2145
Kyle Texas 78640

**TO:**
Mike DeWine
Riffe Center 30th Floor
77 South High St.
Columbus Ohio 43215

Office of the Governor
RECEIVED
APR 30 2021

U.S. POSTAGE PAID
PM 2-Day
BUDA, TX
78610
APR 27, 21
AMOUNT
$13.60
R2305E123678-08

PRIORITY MAIL
UNITED STATES POSTAL SERVICE

Date specified for domestic use.
Shipments include up to $50 of insurance (restrictions apply).*
Intended for domestic and many international destinations.
Customs declaration form is required.
Visit usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

INSURED

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5