# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **JENNILYN SALINAS, et al.,** | : |
| | : Case No. 6:21-cv-00162 |
| Plaintiffs, | : |
| | : JUDGE ALAN D. ALBRIGHT |
| v. | : |
| | : MAG. JUDGE JEFFREY MANSKE |
| **NANCY PELOSI, et al,** | : |
| | : |
| Defendants. | : |

## ORDER GRANTING DEFENDANT OHIO GOVERNOR MIKE DeWINE'S UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER*

Defendant Ohio Governor Mike DeWine has filed an Unopposed Motion for Leave to File his Motion to Dismiss (Doc. 88) *Instanter*.

After consideration of the Motion and the arguments stated therein, it is the opinion of the Court that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED and the Defendant's Motion to Dismiss is considered timely filed on May 21, 2021.

Entered this _____ day of _____, 2021.

_____
JEFFREY C. MANSKE