UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Jeremy Bravo, et al.

vs.

Nancy Pelosi, et al.

Case No.: 6:21-cv-00162-ADA-JCM

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Vincent P. France, counsel for Asa Hutchinson and John Thurston, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Vincent P. France may appear on behalf of Asa Hutchinson and John Thurston in the above case.

IT IS FURTHER ORDERED that Vincent P. France, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE