# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § § | |
| Defendants. | § | |

# ENTRY OF DEFAULT AGAINST MARK ZUCKERBERG

Whereas the First Amended Complaint was filed in this case on March 24, 2021; that the summons and complaint were duly served upon Defendant Mark Zuckerberg, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiffs, default is hereby entered against Defendant Mark Zuckerberg, as provided in Fed. R. Civ. P. 55(a).

_____
U.S. DISTRICT CLERK