# EXHIBIT A

## AFFIDAVIT OF SERVICE
### Case No.: 6:21-CV-162

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSAY NGUYEN, & DEANNA LORRAINE | § | UNITED STATES DISTRICT COURT |
| V. | | for the |
| NANCY PELOSI, MARK ZUCKERBURG JOSEPH BIDEN, KAMALA HARRIS, JACK DORSEY, ALL MEMBERS OF CONGRESS/ SENATE, ALL STATE GOVERNORS, ET AL. | § § § | WESTERN DISTRICT OF TEXAS |

BEFORE ME, the undersigned authority personally appeared Casey Littlejohn, who, after being by me duly sworn stated the following under oath:

"My name is Casey Littlejohn. I am over the age of eighteen (18) years, and I am competent to make this affidavit and am of sound mind. I have read the attached motion for service, and the facts stated in this affidavit are within my personal knowledge and are true and correct. I am not a party hereto and am authorized by the Texas Supreme Court to serve citations and petitions in the State of Texas.

This summons for _Democratic Congressional Comm._ was received on April 23, 2021 and was served under Texas Rules of Civil Procedure (TRCP) 106 (A)(2) by Certified Mail and Return Receipt Requested. Certified Mail was accepted on _April 30th_, 2021 and signed for under TRCP 108 Service in Another State. Return Receipt attached to Affidavit as described under TRCP 107(C).

SIGNED on ___05/13___, 2020

Casey Littlejohn, PSC-15635 exp:08/22
National Process Service

On this day, **Casey Littlejohn**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

Sworn to and subscribed before me on this _13th_ of _May_, 2021

Notary Public

IRVING HUIDOBRO SANCHEZ
Notary Public, State of Texas
Comm. Expires 09-18-2023
Notary ID 13217743-7

**UNITED STATES POSTAL SERVICE**

May 13, 2021

Dear Casey Littlejohn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 0640 0002 0225 2820**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | April 30, 2021, 10:13 am |
| **Location:** | DALLAS, TX 75202 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 3.0oz |

## Recipient Signature

Signature of Recipient: *[illegible signature]*

Address of Recipient: *[illegible]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004