UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al.<br><br>Plaintiffs.<br><br>v.<br><br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al.<br><br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 6:21-CV-162 |

## ENTRY OF DEFAULT AGAINST
## DEMOCRAT SENATORIAL CAMPAIGN COMMITTEE

Whereas the First Amended Complaint was filed in this case on March 24, 2021; that the summons and complaint were duly served upon Defendant Democrat Senatorial Campaign Committee, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiffs, default is hereby entered against Defendant Democrat Senatorial Campaign Committee, as provided in Fed. R. Civ. P. 55(a).

_____
U.S. DISTRICT CLERK