# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al.<br><br>Plaintiffs.<br><br>v.<br><br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al.<br><br>Defendants. | §§§§§§§§§§§§§§ CIVIL ACTION NO. 6:21-CV-162 |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT REPUBLICAN NATIONAL COMMITTEE

I, Paul M. Davis, declare under penalty of perjury that the following facts are true and correct to the best of my knowledge:

1. I am the attorney for Plaintiffs in this action.

2. Plaintiff's filed their First Amended Complaint (the "Complaint") on March 24, 2021 against Defendant Republican National Committee ("Defendant").

3. Certified Process Server, Casey Littlejohn, served Defendant with a summons and the Complaint by U.S. Certified Mail, Return Receipt Requested, which Defendant accepted on May 5, 2021.

4. More than twenty-one days have elapsed since Defendant was served.

5. Defendant has failed to file a responsive pleading or otherwise defend the suit.

_____
Paul M. Davis

Sworn to and subscribed before me this 27 day of May, 2021.

_____
Notary Public

ANTHONY GUTIERREZ
Notary Public, State of Texas
Comm. Expires 03-24-2025
Notary ID 132994349