**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| Jeremy Bravo, et al., | * |
|     Plaintiffs | * |
| | * |
| v. | * |
| | *    Civil No. 6:21-cv-00162 |
| Nancy Pelosi, et al, | * |
|     Defendants | * |
| | * |

**CLERK'S ENTRY OF DEFAULT**

It appearing from the records in the above-entitled action that summons, issued on the Plaintiffs' Original Complaint, was served upon the Defendant named below on April 27, 2021, and it further appearing from the affidavit of counsel for Plaintiffs that Defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for Plaintiffs, the default of the following named Defendant is hereby entered:

**MARK ZUCKERBERG**

JEANNETTE J. CLACK, CLERK
UNITED STATES DISTRICT COURT

By: *Leigh anne Diaz*

Deputy Clerk
DATE: May 28, 2021