UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Jeremy Bravo, et al., | * | |
|     Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | Civil No. 6:21-cv-00162 |
| Nancy Pelosi, et al, | * | |
|     Defendants | * | |
| | * | |

## CLERK'S ENTRY OF DEFAULT

It appearing from the records in the above-entitled action that summons, issued on the Plaintiffs' Original Complaint, was served upon the Defendant named below on April 23, 2021, and it further appearing from the affidavit of counsel for Plaintiffs that Defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for Plaintiffs, the default of the following named Defendant is hereby entered:

### REPUBLICAN NATIONAL COMMITTEE

JEANNETTE J. CLACK, CLERK
UNITED STATES DISTRICT COURT

By: *Leigh Anne Diaz*
Deputy Clerk
DATE: May 28, 2021