# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Pursuant to the agreement of the parties, the Court finds there is good cause to grant Plaintiffs' Agreed Motion for Extension of Time to Respond to Motion to Dismiss (Doc. No. 126). It is, therefore, ORDERED, that Plaintiffs' deadline to response to the Motion to Dismiss (Doc. No. 88) filed by Ohio Governor Mike DeWine and Ohio Secretary of State Frank LaRose is extended by 7 days. Plaintiffs shall file their response by June 11, 2021.

_____
US MAGISTRATE JUDGE
JEFFREY S. MANSKE