IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Jennilyn Salinas, et al.,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| vs. | § | NO. 6:21-CV-162 |
| | § | |
| **Nancy Pelosi, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**APPENDIX IN SUPPORT OF DEFENDANTS DSCC AND DCCC'S MOTION TO SET ASIDE ENTRY OF DEFAULT**

| Exhibit | Document Description |
|---|---|
| A. | Declaration of Emily R. Brailey, dated June 1, 2021. |
| B. | Declaration of Jacqui Newman, Deputy Executive Director and Chief Operating Officer at Defendant DCCC, dated June 1, 2021. |
| C. | Declaration of Allison Wright, Treasurer and Comptroller at Defendant DSCC, dated June 1, 2021. |

Dated:  June 1, 2021                                                  Respectfully submitted,


  /s/ *John R. Hardin*

John R. Hardin
TX State Bar No. 24012784
PERKINS COIE LLP
500 N. Akard St., Suite 3300
Dallas, TX 75201
Telephone: (214) 965-7700
Facsimile: (214) 965-7793
JohnHardin@perkinscoie.com

Elisabeth C. Frost*
Emily R. Brailey *
EFrost@perkinscoie.com
EBrailey@perkinscoie.com
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C.  20005-3960

ATTORNEYS FOR DEFENDANTS
DCCC, DSCC

* *Pro hac vice applications forthcoming*