IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Jennilyn Salinas, et al.,** | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | NO. 6:21-CV-162 |
| **Nancy Pelosi, et al.,** | § § § | |
| Defendants. | § § | |

**DECLARATION OF EMILY R. BRAILEY IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**

I, Emily R. Brailey, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age and am competent to make this declaration.

2. I am an associate with the law firm of Perkins Coie LLP, located at 700 Thirteenth Street, NW, Suite 800, Washington, D.C. 20005. I submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Defendants DSCC and DCCC's Motion to Set Aside Entry of Default.

3. Attached as Exhibit A is a true and correct copy of a tracking receipt from the United States Postal Service for package number 70200640000202252820. This package number corresponds to the same tracking information provided in Plaintiffs' purported proof of service, ECF No. 105 at 6.

4. Attached as Exhibit B is a true and correct copy of a tracking receipt from the United States Postal Service for package number 70200640000202252837. This package number corresponds to the same tracking information provided in Plaintiffs' purported proof of service, ECF No. 105 at 8.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2021.                    /s/ *Emily R. Brailey*

                                                          Emily R. Brailey
                                                          EBrailey@perkinscoie.com
                                                          Perkins Coie LLP
                                                          700 Thirteenth Street, N.W., Suite 800
                                                          Washington, D.C. 20005-3960

# Exhibit A

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70200640000202252820

Your item has been delivered and is available at a PO Box at 10:13 am on April 30, 2021 in DALLAS, TX 75202.

## ✓ Delivered, PO Box

April 30, 2021 at 10:13 am
DALLAS, TX 75202

Feedback

Get Updates ∨

---

Text & Email Updates                                     ∨

---

Return Receipt Electronic                                ∨

---

Tracking History                                         ∧

April 30, 2021, 10:13 am
Delivered, PO Box
DALLAS, TX 75202
Your item has been delivered and is available at a PO Box at 10:13 am on April 30, 2021 in DALLAS, TX 75202.

---

April 30, 2021, 9:17 am
Arrived at Post Office
DALLAS, TX 75201

**April 29, 2021, 6:09 pm**
Available for Pickup
DALLAS, TX 75201

**April 29, 2021, 6:10 am**
Out for Delivery
DALLAS, TX 75201

**April 29, 2021, 1:53 am**
Arrived at USPS Facility
DALLAS, TX 75201

**April 29, 2021, 1:41 am**
Departed USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

**April 28, 2021, 8:07 am**
Arrived at USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

Feedback

**April 28, 2021, 4:07 am**
Departed USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

**April 27, 2021, 6:40 pm**
Arrived at USPS Regional Origin Facility
AUSTIN TX DISTRIBUTION CENTER

**April 27, 2021, 2:19 pm**
USPS in possession of item
BUDA, TX 78610

**Product Information** 

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# Exhibit B

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70200640000202252837

Your item was delivered at 1:26 pm on May 27, 2021 in KYLE, TX 78640.

## ⊘ Delivered

May 27, 2021 at 1:26 pm
KYLE, TX 78640

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Return Receipt Electronic** ⌄

---

**Tracking History** ⌃

**May 27, 2021, 1:26 pm**
Delivered
KYLE, TX 78640
Your item was delivered at 1:26 pm on May 27, 2021 in KYLE, TX 78640.

**May 26, 2021, 9:38 am**
Available for Pickup
KYLE, TX 78640

**May 26, 2021, 12:57 am**
Departed USPS Regional Origin Facility
AUSTIN TX DISTRIBUTION CENTER

**May 25, 2021, 9:06 am**
Arrived at USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

**May 25, 2021, 4:52 am**
Departed USPS Facility
IRVING, TX 75059

**May 25, 2021, 3:29 am**
Arrived at USPS Facility
IRVING, TX 75059

**May 25, 2021, 2:45 am**
Departed USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

Feedback

**May 24, 2021, 4:56 pm**
Arrived at USPS Regional Destination Facility
DALLAS TX DISTRIBUTION CENTER

**May 18, 2021, 12:02 pm**
Addressee Unknown
DALLAS, TX 75201

**May 15, 2021, 9:53 am**
No Such Number
DALLAS, TX 75201

**April 30, 2021, 10:13 am**
Delivered, PO Box
DALLAS, TX 75202

**April 29, 2021, 6:10 am**
Distribution to PO Box in Progress
DALLAS, TX 75201

**April 29, 2021, 1:53 am**
Arrived at USPS Facility
DALLAS, TX 75201

**April 28, 2021, 8:07 am**
Arrived at USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

**April 28, 2021, 4:07 am**
Departed USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

**April 27, 2021, 6:40 pm**
Arrived at USPS Regional Origin Facility
AUSTIN TX DISTRIBUTION CENTER

**April 27, 2021, 2:42 pm**
USPS in possession of item
BUDA, TX 78610

Feedback

**Product Information**

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**