**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **Jennilyn Salinas, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **NO. 6:21-CV-162** |
| | § | |
| **Nancy Pelosi, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**DECLARATION OF JACQUI NEWMAN IN SUPPORT OF DEFENDANTS' MOTION
TO SET ASIDE ENTRY OF DEFAULT**

Pursuant to 28 U.S.C. § 1746, I, Jacqui Newman, testify that:

1. I am over the age of 18, am competent to testify, and declare the following facts based on my own personal knowledge.

2. I am currently employed as the Deputy Executive Director and Chief Operating Officer of the DCCC, also known as the Democratic Congressional Campaign Committee.

3. DCCC does not have an office in Texas. CT Corporation System is authorized to serve a DCCC's registered agent in Texas, but DCCC has not received any notification that CT Corporation System received a summons in this case.

4. Upon learning of the entry of default, DCCC contacted CT Corporation System on May 28 to find out whether it received a summons in this case. As of the date of this filing, and after multiple calls, DCCC has not yet been able to reach anyone at CT Corporation and as a result cannot at this time confirm whether CT Corporation has in fact received a summons in connection with this matter or even maintains a post office box in the Dallas area.

5. DCCC does not own or operate a P.O. Box in Dallas, Texas at all, much less one where it accepts service of process.

6.      To the best of my knowledge, DCCC has not been served with the above-captioned lawsuit in Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2021.

DocuSigned by:

*Jacqui Newman*

09E0A542DF57477...

Jacqui Newman
Deputy Executive Director & Chief
Operating Officer
DCCC