**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **Jennilyn Salinas, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **NO. 6:21-CV-162** |
| | § | |
| **Nancy Pelosi, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**DECLARATION OF ALLISON WRIGHT IN SUPPORT OF DEFENDANTS' MOTION**
**TO SET ASIDE ENTRY OF DEFAULT**

Pursuant to 28 U.S.C. 1746, I, Allison Wright testify that:

1. I am over the age of 18, am competent to testify, and declare the following facts based on my own personal knowledge.

2. I am currently employed as the Treasurer and Comptroller at the DSCC, formerly known as the Democratic Senatorial Campaign Committee.

3. DSCC does not have an office in Texas.

4. CT Corporation System is not DSCC's registered agent for service of process in Texas and is not authorized to accept service for DSCC in Texas at all. And in any event, DSCC has not been notified by CT Corporation System that it received a summons in this case.

5. DSCC does not own or operate a P.O. Box in Dallas, Texas at all, and certainly does not accept service of process from any P.O. Box in Dallas, Texas.

6. To the best of my knowledge, DSCC has not been served with the above-captioned lawsuit in Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2021.

_____

Allison Wright
Treasurer and Comptroller
DSCC