UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Jennilyn Salinas, et al.

vs.                                         Case No.: 6:21-CV-162

Nancy Pelosi, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Emily R. Brailey, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent DSCC and DCCC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Perkins Coie LLP with offices at:

    Mailing address: 700 13th St. NW, Suite 800

    City, State, Zip Code: Washington, DC 20005

    Telephone: 202-654-6200    Facsimile: 202-654-6211

2. Since October 7, 2020, Applicant has been and presently is a member of and in good standing with the Bar of the State of Washington, DC. Applicant's bar license number is 1684650.

3. Applicant has been admitted to practice before the following courts:

    Court:                          Admission date:
    See attached

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 5:16-cv-00257 on the 20 day of December, 2016.

Number: 5:20-cv-00046 on the 20 day of December, 2019.

Number: 5:20-cv-00008 on the 7 day of January, 2020.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: John R. Hardin

Mailing address: Perkins Coie LLP, 500 N. Akard St., Suite 3300

City, State, Zip Code: Dallas, Texas 75201

Telephone: 214-965-7743

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Emily R. Brailey to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Emily R. Brailey
[printed name of Applicant]

*Emily Brailey*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 1st day of June, 2021.

Emily R. Brailey
[printed name of Applicant]

*Emily Brailey*
[signature of Applicant]

# EMILY BRAILEY

## COURT ADMISSIONS

| COURT | ADMISSION DATE |
|---|---|
| California | 12/1/2014 |
| Washington, DC | 10/7/2020 |
| U.S. Court of Appeals for the Fifth Circuit | 12/17/2020 |
| U.S. Court of Appeals for the Ninth Circuit | 9/12/2019 |
| U.S. District Court for the Central District of California | 1/7/2015 |
| U.S. District Court for the Western District of Michigan | 9/17/2020 |