UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
JUN 03 2021
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| JENNILYN SALINAS, et al. | |
| Plaintiffs, | |
| v. | Case No.: 6:21-cv-00162-ADA-JCM |
| NANCY PELOSI, et al. | |
| Defendants. | |

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Jonathan R. Bolton, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Maine State Governor Janet T. Mills and Maine Secretary of State Shenna Bellows, in this case, and would respectfully show the Court as follows:

1. Applicant is an Assistant Attorney General with the Office of the Maine Attorney General with its office at: 6 State House Station, Augusta, Maine 04333, telephone (207) 626-8551, Facsimile (207) 287-3145.

2. Since March 15, 2010, Applicant has been and presently is a member of and in good standing with the Bar of the State of Maine. Applicant's Maine bar license number is 4597.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| State of Maine (#4597) | March 2010 |

| | |
|---|---|
| State of New York (#4446126) | October 2006 |
| United States District Court for the District of Maine | November 2010 |
| United States Court of Appeals for the First Circuit | February 2012 |
| United States Court of Appeals for the Second Circuit | March 2010 |
| United States District Court for the Eastern District of New York | April 2008 |
| United States District Court for the Southern District of New York | April 2008 |

4. Applicant is presently a member in good standing of the bars of the courts listed above.

5. I have not previously applied to Appear Pro Hac Vice in this district court.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested. Applicant does not have co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

10. Applicant is an attorney employed by a government entity, that is The Office of the Maine Attorney General, and therefore, in accordance with Local Rule AT-1(G), is exempt from the $100.00 fee for admission to appear pro hac vice.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jonathan R. Bolton to the Western District of Texas pro hac vice for this case.

Respectfully submitted,

_____
Jonathan R. Bolton, Maine Bar No. 4597
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
jonathan.bolton@maine.gov
(207) 626-8551

*Attorney for Governor Janet T. Mills and Secretary of State Shenna Bellows*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2021, I have served the original and one copy of the Motion for Admission Pro Hac Vice and proposed order upon the Clerk of Court by UPS overnight mail. I further certify that I have served a true and correct copy of the motion and proposed order by U.S. First Class mail upon the following attorneys of record:

Paul M. Davis
Paul M. Davis & Associates, P.C.
5720 Maine St, #2066
Frisco, TX  75034

Vincent P. France
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR  72201

Jennifer L. Lewis
Oklahoma Office of Attorney General
313 NE 21st Street
Oklahoma City, OK  73105

Lee M. Stoy, Jr.
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA  30334

Andrew D. Mccartney
Caitlyn Nestleroth Johnson
William Travis Garrison
Ohio Attorney General
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, OH  43215

Jennifer S. Ramsey
NH Dept. of Justice, Civil Bureau
33 Capitol Street
Concord, NH  03301

_____
Jonathan R. Bolton, Maine Bar No. 4597
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME  04333
jonathan.bolton@maine.gov
(207) 626-8551

*Attorney for Governor Janet T. Mills and Secretary of State Shenna Bellows*

4



AARON M. FREY
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY USERS CALL MAINE RELAY 711

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

REGIONAL OFFICES
84 HARLOW ST. 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

125 PRESUMPSCOT ST., SUITE 26
PORTLAND, MAINE 04103
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

June 2, 2021

**VIA UPS OVERNIGHT MAIL**

U.S. District Clerk's Office
Attn: Attorney Admission
Western District of Texas – Waco Location
800 Franklin Ave., Room 380
Waco, TX 76701

Re: Jennilyn Salinas, et al. v. Nancy Pelosi, et al.
Case No 6:21-cv-00162-ADA-JCM

Dear Sir or Madam:

Enclosed for filing please find original and one copy of my Motion for Admission Pro Hac Vice and proposed Order. In accordance with Local Rule AT-1(G), my application is exempt from the $100.00 fee admission to appear pro hac vice. Please present this motion and proposed order to the presiding judge for his consideration.

Thank you for your attention to this matter.

Sincerely,

JONATHAN R. BOLTON
Assistant Attorney General

JRB/lsf
Enclosures

```
LAURA SOLIS
207-626-8840
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA ME 04330

                                          0.2 LBS LTR         1 OF 1

SHIP TO:
    WESTERN DISTRICT OF TEXAS
    (254) 750-1501
    U.S. DISTRICT CLERK-ATTY. ADMISSION
    ROOM 380
    800 FRANKLIN AVE.
    WACO TX 76701-1934

                        TX 767 0-12

UPS NEXT DAY AIR
TRACKING #: 1Z 026 301 24 9087 3535

BILLING: P/P
SIGNATURE REQUIRED

Agency Account Code: 01026A101101

CS 22.0.13        WNTNV50.45.0A 04/2021*
```

FOLD HERE

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

   UPS Access Point™          UPS Access Point™          UPS Access Point™
   CVS STORE # 4158           MICHAELS STORE # 8351      ADVANCE AUTO PARTS STORE 8455
   24 STONE ST                14 CROSSING WAY            308 CIVIC CENTER DR
   AUGUSTA, ME 04330          AUGUSTA, ME 04330          AUGUSTA, ME 04330