UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENNILYN SALINAS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NANCY PELOSI, et al.<br><br>Defendants. | Case No.: 6:21-cv-00162-ADA-JCM |

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac filed by Jonathan R. Bolton, counsel for Maine State Governor Janet T. Mills and Maine Secretary of State Shenna Bellows, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jonathan R. Bolton may appear on behalf of Maine State Governor Janet T. Mills and Maine Secretary of State Shenna Bellows in the above case.

IT IS FURTHER ORDERED that in compliance with Local Rule AT-1(G), Jonathan R. Bolton is exempt from the $100.00 fee for admission to appear pro hac vice for this case.

SIGNED this the _____ day of _____, 2021.

_____
Jeffrey C. Manske, Judge