## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Jenny Salinas, et al.

vs.                                      Case No.:  6:21-cv-162

Nancy Pelosi, et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now <u>Jacobus P. van der Ven</u>, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent <u>Mark Zuckerberg</u> in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

   <u>Munger, Tolles & Olson LLP</u> with offices at:

   Mailing address: <u>601 Massachusetts Ave. NW, Suite 500E</u>

   City, State, Zip Code: <u>Washington, DC 20001</u>

   Telephone: <u>(202) 220-1122</u>     Facsimile: <u>(213) 683-4086</u>

2.  Since <u>June 8, 2020</u>, Applicant has been and presently is a

   member of and in good standing with the Bar of the State of <u>District of Columbia</u>.

   Applicant's bar license number is <u>1644774</u>.

3.  Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Maine | October 23, 2017 |
   | U.S. D. Ct. for District of Columbia | July 7, 2019 |
   | Second Circuit Court of Appeals | February 2, 2021 |

4.      Applicant is presently a member in good standing of the bars of the courts listed above,

        except as provided below (list any court named in the preceding paragraph before which

        Applicant is no longer admitted to practice):

5.      I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district

        court in Case[s]:

        Number: _____ on the _____ day of _____, _____.

        Number: _____ on the _____ day of _____, _____.

        Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal

        proceedings while a member of the bar of any state or federal court, except as

        provided:

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

        except as provided below (omit minor traffic offenses):

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas

        and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  W. Ray Whitman

Mailing address:  BakerHostetler, 811 Main Street, Suite 110

City, State, Zip Code:  Houston, Texas 77002

Telephone:  (713) 646-1367

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Jacobus P. van der Ven _____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jacobus P. van der Ven
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the   4   day of   June           , 2021  .

Jacobus P. van der Ven
[printed name of Applicant]

[signature of Applicant]