# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

Jenny Salinas, et al.

vs.

Case No.: 6:21-cv-162

Nancy Pelosi, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jacobus P. van der Ven, counsel for Mark Zuckerberg, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jacobus P. van der Ven may appear on behalf of Mark Zuckerberg in the above case.

IT IS FURTHER ORDERED that Jacobus P. van der Ven, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June _____, 20_____.

_____
UNITED STATES MAGISTRATE JUDGE