UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JENNILYN SALINAS, | § | |
| LINDSEY NGUYEN, | § | |
| DEANNA LORRAINE, et al | § | |
| | § | |
| Plaintiffs. | § | |
| | § | CIVIL ACTION NO. 6:21-CV-162 |
| v. | § | |
| | § | |
| NANCY PELOSI, MITCH | § | |
| McCONNELL, CHUCK SCHUMER, | § | |
| MARK ZUCKERBERG, et al. | § | |
| | § | JURY TRIAL REQUESTED |
| Defendants. | § | |

**AGREED MOTION EXTENDING TIME FOR DEFENDANTS
MIKE PARSON AND JOHN "JAY" ASHCROFT
TO RESPOND TO FIRST AMENDED COMPLAINT**

Presently, the Missouri Attorney General's Office, counsel for Defendants Mike Parson, Governor of Missouri, and John "Jay" Ashcroft, Secretary of State of Missouri, is in the process of either preparing the documents required of admission to the Federal Bar of Texas, or in the alternative, securing an appointed Special Assistant Attorney General for Defendants Parson and Ashcroft. This process will not be completed before Defendant's first responsive pleading is due. In consideration of the foregoing, the parties hereby stipulate that the time for Defendants Mike Parson and John "Jay" Ashcroft to file a response to the complaint is extended by 45 days to July 6, 2021 (July 5, 2021 having been identified as Independence Day, observed).

*/s/ Paul M. Davis*  Date: June 7, 2021
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlayer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 Main St., Suite 235-377
Frisco, TX 75034
Tel: (469) 850-2930
ATTORNEY FOR PLAINTIFFS


*/s/ Christopher White*  Date: June 7, 2021
Christopher White
District of Columbia Bar #155939
Assistant Attorney General
OFFICE OF THE MISSOURI ATTORNEY GENERAL
815 Olive Street, Suite 200
St. Louis, Missouri 63101
Tel: (314) 340-3432
Fax: (314) 340-7029
Chris.White@ago.mo.gov
Attorney for Defendants Parson and Ashcroft


## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document on counsel for defendants Mike Parson and John "Jay" Ashcroft via email on June 7, 2021.

/s/ *Paul M. Davis*
Paul M. Davis