UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JENNILYN SALINAS, <br> LINDSEY NGUYEN, <br> DEANNA LORRAINE, et al <br><br> Plaintiffs. <br><br> v. <br><br> NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. <br><br> Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:21-CV-162 <br><br><br> JURY TRIAL REQUESTED |

**[PROPOSED] AGREED ORDER EXTENDING TIME FOR DEFENDANTS MIKE PARSON AND JOHN "JAY" ASHCROFT TO RESPOND TO FIRST AMENDED COMPLAINT**

Pursuant to the stipulation of the parties IT IS ORDERED that the time for Defendants Mike Parson and John "Jay" Ashcroft to file a response to the first amended complaint is extended by 45 days to July 6, 2021 (July 5th 2021 having been identified as Independence Day, observed).

_____
U.S. MAGISTRATE JUDGE
JEFFREY S. MANSKE

The parties, through their respective counsel, stipulate to the entry of the above order.

| | |
|---|---|
| */s/ Paul M. Davis* | Date: June 7, 2021 |

Paul M. Davis
Texas Bar Number _____
paul@fireduptxlayer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 Main St., Suite 235-377
Frisco, TX 75034
Tel: (469) 850-2930
ATTORNEY FOR PLAINTIFFS


| | |
|---|---|
| */s/ Christopher White* | Date: June 7, 2021 |

Christopher White
District of Columbia Bar #155939
Assistant Attorney General
OFFICE OF THE MISSOURI ATTORNEY GENERAL
815 Olive Street, Suite 200
St. Louis, Missouri 63101
Tel: (314) 340-3432
Fax: (314) 340-7029
Chris.White@ago.mo.gov
Attorney for Defendants Parson and Ashcroft