IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Jennilyn Salinas, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| vs. | § | NO. 6:21-CV-162 |
| | § | |
| **Nancy Pelosi, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT ADVISORY TO THE COURT**

Defendants DSCC and DCCC (the "Committees"), through their undersigned counsel, conferred with Plaintiffs through their undersigned counsel on June 6, 2021, regarding the pending motion to set aside the entry of default against the Committees (ECF No. 127). Plaintiffs' counsel advised that, provided that the Committees' would agree to an extension for Plaintiffs to file a response to any forthcoming motion to dismiss to be filed by the Committees, the Plaintiffs no longer oppose the Committees' motion to set aside the entry of default and agree to proceed to the merits of the lawsuit.

Plaintiffs and the Committees therefore respectfully request that the Court enter (1) an order setting aside the default entered against the Committees by the Clerk on May 28, 2021, *see* ECF Nos. 123, 124, and (2) enter an order approving the following responsive pleading schedule, which has been agreed to by the Committees and the Plaintiffs:

The Committees will file a motion to dismiss the amended complaint on June 11, 2021.

Plaintiffs' response to the Committees' motion to dismiss will be due on July 12, 2021.

The Committees' reply in support of their motion to dismiss will be due on July 19, 2021.

Counsel for the Committees will submit two proposed orders to effectuate this relief, should the Court choose to grant it.

Dated:  June 7, 2021							Respectfully submitted,


							/s/ *John R. Hardin*

							John R. Hardin
							TX State Bar No. 24012784
							PERKINS COIE LLP
							500 N. Akard St., Suite 3300
							Dallas, TX 75201
							Telephone: (214) 965-7700
							Facsimile: (214) 965-7793
							JohnHardin@perkinscoie.com

							Elisabeth C. Frost*
							Emily R. Brailey*
							EFrost@perkinscoie.com
							EBrailey@perkinscoie.com
							Perkins Coie LLP
							700 Thirteenth Street, N.W., Suite 800
							Washington, D.C.  20005-3960

							ATTORNEYS FOR DEFENDANTS
							DCCC, DSCC

							**Admitted pro hac vice*


							*/s/ Paul M. Davis*
							Paul M. Davis
							Texas Bar Number 24078401
							paul@fireduptxlawyer.com
							PAUL M. DAVIS & ASSOCIATES, P.C.
							5720 Frisco Square Blvd., # 2066
							Frisco, TX 75034
							Phone: 469-850-2930

## **Certificate of Service**

  A true and correct copy of this Motion was served on all parties through the court's e-filing system.

                     /s/ *John R. Hardin*
                     John R. Hardin