**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **Jennilyn Salinas, et al.,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **NO. 6:21-CV-162** |
| | § | |
| **Nancy Pelosi, et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**[PROPOSED] ORDER**

Having considered Defendants DSCC and DCCC's (the "Committees") and Plaintiffs' Joint Advisory to the Court, the Court GRANTS the parties' requested responsive pleading schedule. The Court therefore ORDERS the following:

The Committees shall file a motion to dismiss the amended complaint on June 11, 2021.

Plaintiffs' response to the Committees' motion to dismiss shall be due on July 12, 2021.

The Committees' reply in support of their motion to dismiss shall be due on July 19, 2021.

SIGNED this _____ day of June, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE