IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JENNILYN SALINAS, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | |
| NANCY PELOSI, et al., | § § | No. 6:21-cv-00162-ADA-JCM |
| Defendants. | § § § § § § § § | |

DECLARATION OF J. JUSTIN RIEMER IN SUPPORT OF THE
REPUBLICAN NATIONAL COMMITTEE'S
MOTION TO SET ASIDE DEFAULT

I, J. Justin Riemer, hereby declare as follows under 28 U.S.C. § 1746:

1. I am over 18 years of age and am competent to make this declaration.

2. I am currently employed as the Chief Counsel for the Republican National Committee ("RNC").

3. In my job as Chief Counsel, I have firsthand knowledge of how the RNC became informed of the default in this case and the RNC's response to that default.

4. To the best of my knowledge, nobody at the RNC was served with a summons or complaint in this case.

5. On June 2, 2021, I was notified by a former RNC employee of the entry of default in this case.

6. Before then, I had no knowledge of Plaintiffs' motion for entry of default, and I had no knowledge that the RNC had reportedly been served.

7. On June 2, 2021, the same day I learned about the entry of default, I contacted outside counsel for purposes of retaining representation in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2021

J. Justin Riemer
Chief Counsel
Republican National Committee