IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENNILYN SALINAS, et al., | § |
| Plaintiffs, | § |
| v. | § |
| NANCY PELOSI, et al., | § No. 6:21-cv-00162-ADA-JCM |
| Defendants. | § |

ORDER

Having considered the Republican National Committee's Unopposed Motion to Set Aside Entry of Default and having found good cause shown, the Court **GRANTS** the Motion and **ORDERS** the Clerk of the Court to set aside the Entry of Default against the Republican National Committee (Dkt. No. 125).

SIGNED this _____ day of June, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE