AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| Jennilyn Salinas, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:21-cv-00162-ADA-JCM |
| Nancy Pelosi, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Republican National Committee                                                                 .

Date:    06/08/2021                                                /s/ Todd Disher
                                                                  *Attorney's signature*

                                                     Todd Disher, Texas Bar No. 24081854
                                                        *Printed name and bar number*
                                                          LEHOTSKY KELLER L.L.P.
                                                          919 Congress Ave., Ste. 1100
                                                              Austin, TX 78701

                                                                   *Address*

                                                          todd@lehotskykeller.com
                                                               *E-mail address*

                                                                (512) 693-8350
                                                              *Telephone number*

                                                                (833) 233-2202
                                                                 *FAX number*