AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| Jennilyn Salinas, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    6:21-cv-00162-ADA-JCM |
| Nancy Pelosi, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Republican National Committee                                                                                .

Date:     06/08/2021                                           /s/ Mathew H. Frederick
                                                                           *Attorney's signature*


                                                                   Matthew H. Frederick, TX Bar No. 24040931
                                                                          *Printed name and bar number*

                                                                          LEHOTSKY KELLER L.L.P.
                                                                          919 Congress Ave., Ste. 1100
                                                                          Austin, TX 78701

                                                                                   *Address*


                                                                          scott@lehotskykeller.com
                                                                              *E-mail address*


                                                                              (512) 693-8350
                                                                            *Telephone number*


                                                                              (833) 233-2202
                                                                                *FAX number*