AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Jennilyn Salinas, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:21-cv-00162-ADA-JCM |
| Nancy Pelosi, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Republican National Committee                                                      .

Date:    06/08/2021

/s/ Scott A. Keller
*Attorney's signature*

Scott A. Keller, Texas Bar No. 24062822
*Printed name and bar number*

LEHOTSKY KELLER L.L.P.
919 Congress Ave., Ste. 1100
Austin, TX 78701

*Address*

scott@lehotskykeller.com
*E-mail address*

(512) 693-8350
*Telephone number*

(833) 233-2202
*FAX number*