UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al.,<br><br>Defendants. | CIVIL ACTION NO: 6:21-CV-162 |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Jennifer A. Huxoll, of the Nebraska Attorney General's Office, applicant herein, and moves this Court to grant her admission to the United States District Court for the Western District of Texas pro hac vice to represent Nebraska Governor Pete Ricketts and former Nebraska Secretary of State John Gale in this case, and would respectfully show the Court as follows:

1. Applicant is an Assistant Attorney General with the Office of the Nebraska Attorney General, with offices at:

    2115 State Capitol
    PO Box 98920
    Lincoln, NE 68509
    Telephone: (402) 471-2682
    Facsimile: (402) 471-4725
    Jennifer.Huxoll@Nebraska.gov

2. Since September 22, 1994, Applicant has been and presently is a member of and in good standing with the Bar of the State of Nebraska. Applicant's Nebraska bar license number is 20406.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| United States District Court for the District of Nebraska | September 22, 1994 |
| Nebraska Supreme Court | September 22, 1994 |
| Nebraska Court of Appeals | September 22, 1994 |

4. Applicant is presently a member in good standing of the bars of the courts listed above.

5. Applicant has not previously applied to Appear Pro Hac Vice in this District Court.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses (omitting minor traffic offenses).

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United

States District Court for the Western District of Texas, if so requested. Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas:

Co-Counsel:              David Austin Robert Nimocks

Mailing Address:         919 Congress Ave., Ste. 1325

City, State, Zip Code:   Austin, TX 78701

Telephone:               (512) 370-1800

10. Applicant is an attorney employed by a government entity, that is the Office of the Nebraska Attorney General, and therefore, in accordance with Local Court Rule AT- 1(G), is exempt from the $100.00 fee for admission to appear pro hac vice.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jennifer A. Huxoll to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

_____
Jennifer A. Huxoll, #20406
Assistant Attorney General
OFFICE OF THE NEBRASKA
ATTORNEY GENERAL
2115 State Capitol
P.O. Box 98920
Lincoln, Nebraska 68509
PH: (402) 471-2682
FAX: (402) 471-4725
Jennifer.Huxoll@Nebraska.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was served upon each attorney of record and the Clerk of Court using the CM/ECF system on this _____ of June 2021.

_____
Jennifer A. Huxoll, #20406
Assistant Attorney General