# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al.,<br><br>Defendants. | CIVIL ACTION NO: 6:21-CV-162 |

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jennifer A Huxoll, Counsel for Nebraska Governor Pete Ricketts and Nebraska Secretary of State John Gale, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jennifer A. Huxoll may appear on behalf of Nebraska Governor Pete Ricketts and Nebraska Secretary of State John Gale in the above case.

IT IS FURTHER ORDERED, that Local Court Rule AT-1(f)(2) authorizes the collection of a $100.00 fee for each application for admission pro hac vice that is granted by the Court, however Local Court Rule AT-1(g) further authorizes an exemption from payment of this fee to all attorneys who are full-time judicial officers or attorneys with any federal, state or other governmental entity.  Because Counsel meets the requirement for exception from the $100

fee, IT IS FURTHER ORDERED that no fee is required for the Applicant's application for admission pro hac vice.

    IT IS FURTHER ORDERED, pursuant to Administrative Policies and Procedures for Electronic Filing, the attorney hereby admitted to practice pro hac vice in this case must register for electronic filing with the Court within 10 days of this Order.

    SIGNED this _____ day of _____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE