United States District Court
Western District of Texas
Waco Division

| | |
|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, "P.P.", "D.D.," "T.M.," "S.M.," AND "M.L." FOR THEMSELVES AND AS PUTATIVE CLASS REPRESENTATIVES,<br><br>  Plaintiffs,<br><br>  v.<br><br>NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, JOSEPH BIDEN, KAMALA HARRIS, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ALL 50 STATE GOVERNORS AND SECRETARIES OF STATE, JACK DORSEY, MIKE PODHORZER, PETE SESSIONS, DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, DEMOCRATIC SENATE CAMPAIGN COMMITTEE, REPUBLICAN NATIONAL COMMITTEE,<br><br>  Defendants. | Case No. 6:21-CV-00162-ADA-JCM |

**NOTICE OF APPEARANCE**

Please take note that Assistant United States Attorney Faith Johnson Lowry will appear on behalf of Defendants Nancy Pelosi, Mitch McConnell, Chuck Schumer, and Pete Sessions. Please direct all notices, pleadings, orders, and other papers to the undersigned at the address listed below.

1

Faith Johnson Lowry
Assistant United States Attorney
Texas Bar No. 24099560
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7355 (phone)
(210) 384-7358 (fax)
faith.johnson@usdoj.gov

                                      Respectfully submitted,

                                      **Ashley C. Hoff**
                                      United States Attorney

By:   */s/ Faith Johnson Lowry*
                                      **FAITH JOHNSON LOWRY**
                                      Assistant United States Attorney
                                      Texas Bar No. 24099560
                                      601 N.W. Loop 410, Suite 600
                                      San Antonio, Texas  78216
                                      (210) 384-7355 (phone)
                                      (210) 384-7358 (fax)
                                      faith.johnson@usdoj.gov

                                      **ATTORNEYS FOR DEFENDANTS NANCY PELOSI, MITCH MCCONNELL, CHUCK SCHUMER, AND PETE SESSIONS**

## CERTIFICATE OF SERVICE

    I certify that on June 9, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this matter.

                                      */s/ Faith Johnson Lowry*
                                      **FAITH JOHNSON LOWRY**
                                      Assistant United States Attorney