FILED
JUN 10 2021
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Jennilyn Salinas, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| Nancy Pelosi, et al., | § § | |
| Defendants. | § § | |

**MOTION FOR ADMISSION PRO HAC VICE**

Comes now Arthur S. Chalmers, applicant herein, and moves the Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Kansas Governor Laura Kelly and Kansas Secretary of State Scott Schwab in this case, and would respectfully show the Court as follows:

1. Applicant is an assistant attorney general in the State of Kansas Office of the Attorney General Derek Schmidt, with offices at:

Mailing address: 120 SW 10th Avenue, Second Floor

City, State, Zip Code: Topeka, Kansas.

Telephone: (785) 368-6244     Facsimile: (785) 291-3767

Email: art.chalmers@ag.ks.gov

1

2. Since August 1, 1981, Applicant has been and presently is a member of and in good standing with the Bar of the State of Kansas. Applicant's bar license number is 11088.

3. Applicant has been admitted to practice before the following Courts:

| Court: | Admission date: |
|---|---|
| All Kansas courts | 8/1981, active |
| United States District Court for the District of Kansas | 8/1981, active |
| United States Tenth Circuit Court of Appeals | 1982, active |

4. Applicant is presently a member in good standing of the bars of the courts listed above.

5. I not have previously applied to Appear Pro Hac Vice in the Western District Court of Texas. I applied and was permitted, by order dated July 14, 2009, to appear Pro Hac Vice for the defendant in the Northern District Court of Texas in *Hartford Accident and Indem. Co. v. The Capella Group, Inc.*, No. 4:09-CV-295-A.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application to Practice before the United States District Court for the Western District of Texas, if so requested.

10. As an attorney employed by a governmental entity and pursuant to Local Court Rule AT-1(G), Applicant seeks pro hac vice admission in this case without the association of Texas counsel and payment of a pro hac vice fee.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Arthur S. Chalmers to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Arthur S. Chalmers

*[signature]*

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT
Assistant Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Ph: (785) 368-8426
Fax: (785) 291-3707
Email: art.chalmers@ag.ks.gov
Attorneys for Defendants Governor Kelly
and Secretary Schwab

*Certificate of Service*

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of the Court on this the 9th day of June, 2021.

Arthur S. Chalmers

_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Jennilyn Salinas, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| Nancy Pelosi, et al., | § § | |
| Defendants. | § § | |

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Arthur S. Chalmers, counsel for Kansas Governor Laura Kelly and Kansas Secretary of State Scott Schwab, and the Court, having reviewed the motion enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Arthur S. Chalmers may appear on behalf of Kansas Governor Laura Kelly and Kansas Secretary of State Scott Schwab in the above case.

IT IS FURTHER ORDERED that Arthur S. Chalmers, in accordance with Local Court Rule AT-1(G), is exempt from the $100.00 fee for admission to appear pro hac vice because he is employed by a governmental entity: State of Kansas, Office of the Kansas Attorney General Derek Schmidt.

SIGNED this the _____ day of _____, 2021.

_____
United States District Judge

1



**STATE OF KANSAS**
**OFFICE OF THE ATTORNEY GENERAL**

**DEREK SCHMIDT**
ATTORNEY GENERAL

MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597
(785) 296-2215 • FAX (785) 296-6296
WWW.AG.KS.GOV

June 9, 2021

Clerk of the Court
U.S. District Clerk's Office
800 Franklin Ave., Room 380
Waco, Texas 76701

     Re:    *Motion for Admission Pro Hac Vice, Salinas et al v. Pelosi et al, WD Tex., Waco Div., Case No. 6:21-CV-162*

Dear Clerk:

Please find the enclosed:

- Motion for Admission Pro Hac Vice
- Proposed Order concerning the motion
- Copies of each pleading.

Please file the motion and provide the copies to the Court for his attention.

Thank you for your assistance.

Sincerely,

Arthur S. Chalmers
Assistant Attorney General/Trial Counsel
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Ph: (785) 368-8426
Fax: (785) 291-3707
Email: *art.chalmers@ag.ks.gov*

ASC:cfd
Enclosures

ORIGIN ID:TOPA  (785) 296-2215
ARTHUR CHALMERS
ATTORNEY GENERAL
120 SW 10TH AVE

SHIP DATE: 09JUN21
ACTWGT: 1.00 LB
CAD: 7672692/INET4340

TOPEKA, KS 66612
UNITED STATES US

BILL SENDER

TO
**U.S. DISTRICT CLERK'S OFFICE**
**800 FRANKLIN AVE., ROOM 380**

**WACO TX 76701**
(254) 750-1501        REF: CV-21-000866
INV:
PO:                        DEPT:



FedEx Express
E

THU - 10 JUN 4:30P
TRK# 7739 5120 0900    STANDARD OVERNIGHT
0201

**XH ACTA**         76701
              TX-US  AUS



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**ATTORNEY GENERAL DEREK SCHMIDT**
MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597

Clerk of the Court
U.S. District Clerk's Office
800 Franklin Ave., Room 380
Waco, Texas 76701