# EXHIBIT 2

| Category | Name | State | Office Address |
|---|---|---|---|
| Governor | Kay Ivey | Alabama | 600 Dexter Ave., Mongomery, AL 36130 |
| Secretary of State | John H. Merrill | Alabama | State Capitol Budling - Suite S-105 Montogomery, AL 36130 |
| Senator 1 | Richard Shelby | Alabama | 304 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Tommy Tuberville | Alabama | 142 Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | Jerry L. Carl | Alabama | 1330 Longworth House Office Building, Washington, DC  20515 |
| Congressman 2 | Barry Moore | Alabama | 1504 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Mike Rogers | Alabama | 2469 Rayburn HOB Washington, DC 20515 |
| Congressman 4 | Robert B. Aderholt | Alabama | 266 Cannon House Office Building Washington, DC 20515 |
| Congressman 5 | Mo Brooks | Alabama | 2185 Rayburn HOB Washington, DC 20515 |
| Congressman 6 | Gary Palmer | Alabama | 170 Cannon House Office Building Washington, DC 20515 |
| Congressman 7 | Terri A. Sewell | Alabama | 2201 Rayburn HOBWashington, DC 20515 |
| Governor | Mike Dunleavy | Alaska | Office of the Governor P.O. Box 110001 Juneau, AK 99811-0001 |
| Secretary of State | None | | |
| Senator 1 | Lisa Murkowski | Alaska | 522 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Dan Sullivan | Alaska | 302 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Don Young | Alaska | 314 Rayburn House Office Building Washington, DC 20515 |
| Governor | Doug Ducey | Arizona | 1700 West Washington Street Phoenix, Arizona 85007 |
| Secretary of State | Katie Hobbs | Arizona | 1700 W. Washington St Fl7 Phoenix, AZ 85007 |
| Senator 1 | Mark Kelly | Arizona | 516 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Kyrsten Sinema | Arizona | 317 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Tom O'Halleran | Arizona | 318 Cannon House Office Building Washington, DC 20515 |
| Congressman 2 | Ann Kirkpatrick | Arizona | 309 Cannon HOB Washington, DC 20515 |
| Congressman 3 | Raul Grijalva | Arizona | 1511 Longworth HOB Washington, DC 20515 |
| Congressman 4 | Paul A. Gosar | Arizona | 2057 Rayburn HOB Washington, DC 20515 |
| Congressman 5 | Andy Biggs | Arizona | 171 Cannon House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Congressman 6 | David Schweikert | Arizona | 304 Cannon House Office Building Washington, DC 20515 |
| Congressman 7 | Ruben Gallego | Arizona | 1131 Longworth House Office Building Washington, DC 20515 |
| Congressman 8 | Debbie Lesko | Arizona | 1214 Longworth HOB Washington, DC 20515 |
| Congressman 9 | Greg Stanton | Arizona | 207 Cannon HOB Washington, DC 20515 |
| Governor | Asa Hutchinson | Arkansas | State Capitol Room 250 500 Woodlane Ave. Little Rock, AR 72201 |
| Secretary of State | John Thurston | Arkansas | 500 Woodlane Ave. Ste 256 Little Rock, AR 72201 |
| Senator 1 | John Boozman | Arkansas | 141 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Tom Cotton | Arkansas | 326 Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | Rick Crawford | Arkansas | 2422 Rayburn HOB Washington, DC 20515 |
| Congressman 2 | French Hill | Arkansas | 1533 Longworth HOB Washington, DC 20515 |
| Congressman 3 | Steve Womack | Arkansas | 2412 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | Bruce Westerman | Arkansas | 202 Cannon House Office Building Washington, DC 20515 |
| Governor | Gavin Newsom | California | 1303 10th Street, Suite 1173 Sacramento, CA 95814 |
| Secretary of State | Alex Padilla | California | 1500 11th Street Sacramento, CA 95814 |
| Senator 1 | Dianne Feinstein | California | 331 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Alex Padilla | California | 112 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Doug LaMalfa | California | 408 Cannon House Office Building Washington, DC 20515 |
| Congressman 2 | Jared Huffman | California | 1527 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | John Garamendi | California | 2368 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | Tom McClintock | California | 2312 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Mike Thompson | California | 268 Cannon House Office Building Washington, DC 20515 |
| Congressman 6 | Doris O. Matsui | California | 2311 Rayburn House Office Building Washington, DC 20515 |
| Congressman 7 | Ami Bera | California | 172 Cannon House Office Building Washington, DC 20515 |
| Congressman 8 | Jay Obernolte | California | 1029 Longworth House Office Building, Washington, DC 20515 |
| Congressman 9 | Jerry McNerney | California | 2265 Rayburn House Office Building Washington, DC 20515 |
| Congressman 10 | Josh Harder | California | 209 Cannon House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Congressman 11 | Mark DeSaulnier | California | 503 Cannon House Office Building Washington, DC 20515 |
| Congressman 12 | Nancy Pelosi | California | 1236 Longworth House Office Building, Washington, DC 20515 |
| Congressman 13 | Barbara Lee | California | 2470 Rayburn House Office Building Washington, DC 20515 |
| Congressman 14 | Jackie Speier | California | 2465 Rayburn House Office Building Washington, DC 20515 |
| Congressman 15 | Eric Swalwell | California | 174 Cannon House Office Building Washington, DC 20515 |
| Congressman 16 | Jim Costa | California | 2081 Rayburn House Office Building Washington, DC 20515 |
| Congressman 17 | Ro Khanna | California | 306 Cannon House Office Building Washington, DC 20515 |
| Congressman 18 | Anna G. Eshoo | California | 272 Cannon House Office Building Washington, DC 20515 |
| Congressman 19 | Zoe Lofgren | California | 1401 Longworth House Office Building, Washington, DC 20515 |
| Congressman 20 | Jimmy Panetta | California | 406 Cannon House Office Building Washington, DC 20515 |
| Congressman 21 | David G. Valadao | California | 1728 Longworth House Office Building, Washington, DC 20515 |
| Congressman 22 | Devin Nunes | California | 1013 Longworth House Office Building, Washington, DC 20515 |
| Congressman 23 | Kevin McCarthy | California | 2468 Rayburn House Office Building Washington, DC 20515 |
| Congressman 24 | Salud Carbajal | California | 2331 Rayburn House Office Building Washington, DC 20515 |
| Congressman 25 | Mike Garcia | California | 1535 Longworth House Office Building, Washington, DC 20515 |
| Congressman 26 | Julia Brownley | California | 2262 Rayburn House Office Building Washington, DC 20515 |
| Congressman 27 | Judy Chu | California | 2423 Rayburn House Office Building Washington, DC 20515 |
| Congressman 28 | Adam Schiff | California | 2309 Rayburn House Office Building Washington, DC 20515 |
| Congressman 29 | Tony Cárdenas | California | 2438 Rayburn House Office Building Washington, DC 20515 |
| Congressman 30 | Brad Sherman | California | 2181 Rayburn House Office Building Washington, DC 20515 |
| Congressman 31 | Pete Aguilar | California | 109 Cannon House Office Building Washington, DC 20515 |
| Congressman 32 | Grace Napolitano | California | 1610 Longworth House Office Building, Washington, DC 20515 |
| Congressman 33 | Ted Lieu | California | 403 Cannon House Office Building Washington, DC 20515 |
| Congressman 34 | Jimmy Gomez | California | 1530 Longworth House Office Building, Washington, DC 20515 |
| Congressman 35 | Norma Torres | California | 2227 Rayburn House Office Building Washington, DC 20515 |
| Congressman 36 | Raul Ruiz | California | 2342 Rayburn House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Congressman 37 | Karen Bass | California | 2021 Rayburn House Office Building Washington, DC 20515 |
| Congressman 38 | Linda Sánchez | California | 2329 Rayburn House Office Building Washington, DC 20515 |
| Congressman 39 | Young Kim | California | 1306 Longworth House Office Building, Washington, DC 20515 |
| Congressman 40 | Lucille Roybal-Allard | California | 2083 Rayburn House Office Building Washington, DC 20515 |
| Congressman 41 | Mark Takano | California | 420 Cannon House Office Building Washington, DC 20515 |
| Congressman 42 | Ken Calvert | California | 2205 Rayburn House Office Building Washington, DC 20515 |
| Congressman 43 | Maxine Waters | California | 2221 Rayburn House Office Building Washington, DC 20515 |
| Congressman 44 | Nanette Barragán | California | 2246 Longworth House Office Building, Washington, DC 20515 |
| Congressman 45 | Katie Porter | California | 1117 Longworth House Office Building, Washington, DC 20515 |
| Congressman 46 | J. Luis Correa | California | 2301 Rayburn House Office Building Washington, DC 20515 |
| Congressman 47 | Alan Lowenthal | California | 108 Cannon House Office Building Washington, DC 20515 |
| Congressman 48 | Michelle Steel | California | 1113 Longworth House Office Building, Washington, DC 20515 |
| Congressman 49 | Mike Levin | California | 1030 Longworth House Office Building, Washington, DC 20515 |
| Congressman 50 | Darrell Issa | California | 2300 Rayburn House Office Building Washington, DC 20515 |
| Congressman 51 | Juan Vargas | California | 2244 Rayburn House Office Building Washington, DC 20515 |
| Congressman 52 | Scott Peters | California | 1201 Longworth House Office Building, Washington, DC 20515 |
| Congressman 53 | Sara Jacobs | California | 1232 Longworth House Office Building, Washington, DC 20515 |
| Governor | Jared Polis | Colorado | State Capitol Building 200 E. Colfax Ave., Rm. 136 Denver, CO 80203 |
| Secretary of State | Jena Griswold | Colorado | 1700 Broadway suite 550 Denver, CO 80290 |
| Senator 1 | Michael F. Bennet | Colorado | 261 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | John W. Hickenlooper | Colorado | B85 Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | Diana DeGette | Colorado | 2111 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Joe Neguse | Colorado | 1419 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Lauren Boebert | Colorado | 1609 Longworth House Office Building, Washington, DC 20515 |
| Congressman 4 | Ken Buck | Colorado | 2455 Rayburn House Office Building Washington, DC 20515 |

| Congressman 5 | Doug Lamborn | Colorado | 2371 Rayburn House Office Building Washington, DC 20515 |
| Congressman 6 | Jason Crow | Colorado | 1229 Longworth House Office Building, Washington, DC 20515 |
| Congressman 7 | Ed Perlmutter | Colorado | 1226 Longworth House Office Building, Washington, DC 20515 |
| Governor | Ned Lamont | Connecticut | Office of Governor Ned Lamont State Capitol 210 Capitol Avenue Hartford, CT 06106 |
| Secretary of State | Denise W. Merrill | Connecticut | 165 Capitol Avenue Harfor, CT 06106 |
| Senator 1 | Richard Blumenthal | Connecticut | 706 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Christopher Murphy | Connecticut | 136 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | John B. Larson | Connecticut | 1501 Longworth House Office Building, Washington, DC 20515 |
| Congressman 2 | Joe Courtney | Connecticut | 2449 Rayburn House Office Building Washington, DC 20515 |
| Congressman 3 | Rosa L. DeLauro | Connecticut | 2413 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | Jim Himes | Connecticut | 2137 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Jahana Hayes | Connecticut | 1415 Longworth House Office Building, Washington, DC 20515 |
| Governor | John Carney | Delaware | 150 Martin Luther King Jr Blvd South Dover, DE 19901 |
| Secretary of State | Jeffrey W. Bullock | Delaware | 401 Federal Street Dover, DE 19901 |
| Senator 1 | Thomas R. Carper | Delaware | 513 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Christopher A. Coons | Delaware | 218 Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | Lisa Blunt Rochester | Delaware | 1724 Longworth House Office Building, Washington, DC 20515 |
| Governor | Ron DeSantis | Florida | Office of Governor Ron DeSantis State of Florida The Capitol 400 S. Monroe St. Tallahassee, FL 32399-0001 |
| Secretary of State | Laurel M. Lee | Florida | Department of State Division of Corporations The Centre of Tallahassee 2415 N Monroe Street, Suite 810 Tallahassee, FL 32303 |
| Senator 1 | Marco Rubio | Florida | 284 Russell Senate Office Bldg Washington, DC 20510 |
| Senator 2 | Rick Scott | Florida | 716 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Matt Gaetz | Florida | 1721 Longworth House Office Building, Washington, DC 20515 |
| Congressman 2 | Neal Dunn | Florida | 316 Cannon House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Congressman 3 | Kat Cammack | Florida | 1626 Longworth House Office Building, Washington, DC 20515 |
| Congressman 4 | John Rutherford | Florida | 1711 Longworth House Office Building, Washington, DC 20515 |
| Congressman 5 | Al Lawson | Florida | 2437 Rayburn House Office Building Washington, DC 20515 |
| Congressman 6 | Michael Waltz | Florida | 213 Cannon House Office Building Washington, DC 20515 |
| Congressman 7 | Stephanie Murphy | Florida | 1710 Longworth House Office Building, Washington, DC 20515 |
| Congressman 8 | Bill Posey | Florida | 2150 Rayburn House Office Building Washington, DC 20515 |
| Congressman 9 | Darren Soto | Florida | 2353 Rayburn House Office Building Washington, DC 20515 |
| Congressman 10 | Val Demings | Florida | 217 Cannon House Office Building Washington, DC 20515 |
| Congressman 11 | Daniel Webster | Florida | 2184 Rayburn House Office Building Washington, DC 20515 |
| Congressman 12 | Gus M. Bilirakis | Florida | 2354 Rayburn House Office Building Washington, DC 20515 |
| Congressman 13 | Charlie Crist | Florida | 215 Cannon House Office Building Washington, DC 20515 |
| Congressman 14 | Kathy Castor | Florida | 2052 Rayburn House Office Building Washington, DC 20515 |
| Congressman 15 | C. Scott Franklin | Florida | 1517 Longworth House Office Building, Washington, DC 20515 |
| Congressman 16 | Vern Buchanan | Florida | 2110 Rayburn House Office Building Washington, DC 20515 |
| Congressman 17 | W. Gregory Steube | Florida | 2457 Rayburn House Office Building Washington, DC 20515 |
| Congressman 18 | Brian Mast | Florida | 2182 Rayburn House Office Building Washington, DC 20515 |
| Congressman 19 | Byron Donalds | Florida | 523 Cannon House Office Building Washington, DC 20515 |
| Congressman 20 | Alcee L. Hastings | Florida | 2365 Rayburn House Office Building Washington, DC 20515 |
| Congressman 21 | Lois Frankel | Florida | 2305 Rayburn House Office Building Washington, DC 20515 |
| Congressman 22 | Ted Deutch | Florida | 2323 Rayburn House Office Building Washington, DC 20515 |
| Congressman 23 | Debbie Wasserman Schultz | Florida | 1114 Longworth House Office Building, Washington, DC 20515 |
| Congressman 24 | Frederica Wilson | Florida | 2445 Rayburn House Office Building Washington, DC 20515 |
| Congressman 25 | Mario Diaz-Balart | Florida | 374 Cannon House Office Building Washington, DC 20515 |
| Congressman 26 | Carlos A. Gimenez | Florida | 419 Cannon House Office Building Washington, DC 20515 |
| Congressman 27 | Maria Elvira Salazar | Florida | 1616 Longworth House Office Building, Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Governor | Brian P. Kemp | Georgia | 206 Washington Street<br>Suite 203, State Capitol<br>Atlanta, GA 30334 |
| Secretary of State | Brad Raffensperger | Georgia | Secretary of State<br>214 State Capitol<br>Atlanta, GA 30334 |
| Senator 1 | Jon Ossoff | Georgia | 825 B&C Hart Senate Office Building<br>Washington DC 20510 |
| Senator 2 | Raphael G. Warnock | Georgia | B40D Dirksen Senate Office Building<br>Washington DC 20510 |
| Congressman 1 | Buddy Carter | Georgia | 2432 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 2 | Sanford D. Bishop Jr. | Georgia | 2407 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 3 | A. Drew Ferguson | Georgia | 1032 Longworth House Office Building,<br>Washington, DC 20515 |
| Congressman 4 | Henry C. "Hank" Jr. Johnson | Georgia | 2240 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 5 | Nikema Williams | Georgia | 1406 Longworth House Office Building,<br>Washington, DC 20515 |
| Congressman 6 | Lucy McBath | Georgia | 1513 Longworth House Office Building,<br>Washington, DC 20515 |
| Congressman 7 | Carolyn Bourdeaux | Georgia | 1319 Longworth House Office Building,<br>Washington, DC 20515 |
| Congressman 8 | Austin Scott | Georgia | 2417 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 9 | Andrew S. Clyde | Georgia | 521 Cannon House Office Building<br>Washington, DC 20515 |
| Congressman 10 | Jody Hice | Georgia | 404 Cannon House Office Building<br>Washington, DC 20515 |
| Congressman 11 | Barry Loudermilk | Georgia | 2133 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 12 | Rick Allen | Georgia | 570 Cannon House Office Building<br>Washington, DC 20515 |
| Congressman 13 | David Scott | Georgia | 468 Cannon House Office Building<br>Washington, DC 20515 |
| Congressman 14 | Marjorie Taylor Greene | Georgia | 1023 Longworth House Office Building,<br>Washington, DC 20515 |
| Governor | David Y. Ige | Hawaii | The Honorable David Y. Ige<br>Governor, State of Hawaii<br>Executive Chambers<br>State Capitol<br>Honolulu, Hawaii 96813 |
| Secretary of State | Josh Green | Hawaii | Hawaii Secretary of State<br>Honolulu, Hawaii 96810 |
| Senator 1 | Mazie K. Hirono | Hawaii | 109 Hart Senate Office Building<br>Washington DC 20510 |
| Senator 2 | Brian Schatz | Hawaii | 722 Hart Senate Office Building<br>Washington DC 20510 |
| Congressman 1 | Ed Case | Hawaii | 2210 Rayburn House Office Building<br>Washington, DC 20515 |

| Congressman 2 | Kaiali'i Kahele | Hawaii | 1205 Longworth House Office Building, Washington, DC 20515 |
| Governor | Brad Little | Idaho | Office of the Governor<br>State Capitol<br>PO Box 83720<br>Boise, ID 83720 |
| Secretary of State | Lawerence Denney | Idaho | 450 N 4th Street<br>Boise, ID 83702 |
| Senator 1 | Mike Crapo | Idaho | 239 Dirksen Senate Office Building<br>Washington DC 20510 |
| Senator 2 | James E. Risch | Idaho | 483 Russell Senate Office Building<br>Washington DC 20510 |
| Congressman 1 | Russ Fulcher | Idaho | 1520 Longworth House Office Building, Washington, DC 20515 |
| Congressman 2 | Mike Simpson | Idaho | 2084 Rayburn House Office Building<br>Washington, DC 20515 |
| Governor | JB Pritzker | Illinois | Office of the Governor<br>207 State House<br>Springfield, IL 62706 |
| Secretary of State | Jesse White | Illinois | 213 State Capitol<br>Springfield, Illionois, 62756 |
| Senator 1 | Tammy Duckworth | Illinois | 524 Hart Senate Office Building<br>Washington DC 20510 |
| Senator 2 | Richard J. Durbin | Illinois | 711 Hart Senate Office Building<br>Washington DC 20510 |
| Congressman 1 | Bobby L. Rush | Illinois | 2188 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 2 | Robin Kelly | Illinois | 2416 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 3 | Marie Newman | Illinois | 1022 Longworth House Office Building, Washington, DC 20515 |
| Congressman 4 | Jesús "Chuy" García | Illinois | 1519 Longworth House Office Building, Washington, DC 20515 |
| Congressman 5 | Mike Quigley | Illinois | 2078 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 6 | Sean Casten | Illinois | 2440 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 7 | Danny K. Davis | Illinois | 2159 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 8 | Raja Krishnamoorthi | Illinois | 115 Cannon House Office Building<br>Washington, DC 20515 |
| Congressman 9 | Jan Schakowsky | Illinois | 2367 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 10 | Bradley Schneider | Illinois | 300 Cannon House Office Building<br>Washington, DC 20515 |
| Congressman 11 | Bill Foster | Illinois | 2366 Rayburn House Office Building<br>Washington, DC 20515 |
| Congressman 12 | Mike Bost | Illinois | 1211 Longworth House Office Building, Washington, DC 20515 |
| Congressman 13 | Rodney Davis | Illinois | 2079 Rayburn House Office Building<br>Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Congressman 14 | Lauren Underwood | Illinois | 1130 Longworth House Office Building, Washington, DC 20515 |
| Congressman 15 | Mary E. Miller | Illinois | 1529 Longworth House Office Building, Washington, DC 20515 |
| Congressman 16 | Adam Kinzinger | Illinois | 2245 Rayburn House Office Building Washington, DC 20515 |
| Congressman 17 | Cheri Bustos | Illinois | 1233 Longworth House Office Building, Washington, DC 20515 |
| Congressman 18 | Darin LaHood | Illinois | 1424 Longworth House Office Building, Washington, DC 20515 |
| Governor | Eric Holcomb | Indiana | 200 W. Washington St., Rm. 206, Indianapolis, IN 46204 |
| Secretary of State | Holli Suillivan | Indiana | 200 West Washington St Room 201 Indianapolis, IN 46204 |
| Senator 1 | Mike Braun | Indiana | 404 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Todd Young | Indiana | 185 Dirksen Senate Office Building Washington DC 20510 |
| Congressman 1 | Frank J. Mrvan | Indiana | 1607 Longworth House Office Building, Washington, DC 20515 |
| Congressman 2 | Jackie Walorski | Indiana | 466 Cannon House Office Building Washington, DC 20515 |
| Congressman 3 | Jim Banks | Indiana | 1713 Longworth House Office Building, Washington, DC 20515 |
| Congressman 4 | James Baird | Indiana | 1314 Longworth House Office Building, Washington, DC 20515 |
| Congressman 5 | Victoria Spartz | Indiana | 1523 Longworth House Office Building, Washington, DC 20515 |
| Congressman 6 | Greg Pence | Indiana | 211 Cannon House Office Building Washington, DC 20515 |
| Congressman 7 | André Carson | Indiana | 2135 Rayburn House Office Building Washington, DC 20515 |
| Congressman 8 | Larry Bucshon | Indiana | 2313 Rayburn House Office Building Washington, DC 20515 |
| Congressman 9 | Trey Hollingsworth | Indiana | 1641 Longworth House Office Building, Washington, DC 20515 |
| Governor | Kim Reynolds | Iowa | Office of the Governor State Capitol 1007 East Grand Ave. Des Moines, IA 50319 |
| Secretary of State | Paul D. Pate | Iowa | 321 East 12th Street Des Moines, IA 50319 |
| Senator 1 | Joni Ernst | Iowa | 730 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Chuck Grassley | Iowa | 135 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Ashley Hinson | Iowa | 1429 Longworth House Office Building, Washington, DC 20515 |
| Congressman 2 | Mariannette Miller-Meeks | Iowa | 1716 Longworth House Office Building, Washington, DC 20515 |

| Congressman 3 | Cynthia Axne | Iowa | 1034 Longworth House Office Building, Washington, DC 20515 |
| Congressman 4 | Randy Feenstra | Iowa | 1440 Longworth House Office Building, Washington, DC 20515 |
| Governor | Laura Kelly | Kansas | Office of the Governor<br>Capitol, 300 SW 10th Ave., Ste. 241S<br>Topeka, KS 66612-1590 |
| Secretary of State | Scott Schwab | Kansas | Memorial Hall, 1st Floor<br>120 SW 10th ave.<br>Topeka, KS 66612-1594 |
| Senator 1 | Roger Marshall | Kansas | B33 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Jerry Moran | Kansas | 521 Dirksen Senate Office Building Washington DC 20510 |
| Congressman 1 | Tracey Mann | Kansas | 522 Cannon House Office Building Washington, DC 20515 |
| Congressman 2 | Jake LaTurner | Kansas | 1630 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Sharice Davids | Kansas | 1541 Longworth House Office Building, Washington, DC 20515 |
| Congressman 4 | Ron Estes | Kansas | 2411 Rayburn House Office Building Washington, DC 20515 |
| Governor | Andy Beshear | Kentucky | 700 Capitol Avenue, Suite 100 Frankfort, Kentucky 40601 |
| Secretary of State | Sara W. Mahan | Kentucky | 700 Capital Avenue<br>Suite 152<br>Frankfort, KY 40601 |
| Senator 1 | Mitch McConnell | Kentucky | 317 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Rand Paul | Kentucky | 167 Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | James Comer | Kentucky | 2410 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | S. Brett Guthrie | Kentucky | 2434 Rayburn House Office Building Washington, DC 20515 |
| Congressman 3 | John A. Yarmuth | Kentucky | 402 Cannon House Office Building Washington, DC 20515 |
| Congressman 4 | Thomas Massie | Kentucky | 2453 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Harold Rogers | Kentucky | 2406 Rayburn House Office Building Washington, DC 20515 |
| Congressman 6 | Andy Barr | Kentucky | 2430 Rayburn House Office Building Washington, DC 20515 |
| Governor | John Bel Edwards | Louisiana | Office of the Governor<br>PO Box 94004<br>Baton Rouge, LA 70804 |
| Secretary of State | R. Kyle Ardoin | Louisiana | 8585 Archives Avenue Baton Rouge, LA 70809 |
| Senator 1 | Bill Cassidy | Louisiana | 520 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | John Kennedy | Louisiana | 416 Russell Senate Office Building Washington DC 20510 |

| | | | |
|---|---|---|---|
| Congressman 1 | Steve Scalise | Louisiana | 2049 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Vacant | Louisiana | |
| Congressman 3 | Clay Higgins | Louisiana | 572 Cannon House Office Building Washington, DC 20515 |
| Congressman 4 | Mike Johnson | Louisiana | 568 Cannon House Office Building Washington, DC 20515 |
| Congressman 5 | Vacant | Louisiana | |
| Congressman 6 | Garret Graves | Louisiana | 2402 Rayburn House Office Building Washington, DC 20515 |
| Governor | Janet T. Mills | Maine | Governor Janet Mills 1 State House Station Augusta, ME 04333 |
| Secretary of State | Shenna Bellows | Maine | 148 State House Station Augustus, Maine 04333-0148 |
| Senator 1 | Susan M. Collins | Maine | 413 Dirksen Senate Office Building Washington DC 20510 |
| Senator 2 | Angus S. King, Jr. | Maine | 133 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Chellie Pingree | Maine | 2162 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Jared Golden | Maine | 1222 Longworth House Office Building, Washington, DC 20515 |
| Governor | Larry Hogan | Maryland | 100 State Circle, Annapolis, MD 21401 |
| Secretary of State | John C. Wobensmith | Maryland | 16 Francis Street Annapolis, MD 21401 |
| Senator 1 | Benjamin L. Cardin | Maryland | 509 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Chris Van Hollen | Maryland | 110 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Andy Harris | Maryland | 2334 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | C. A. Dutch Ruppersberger | Maryland | 2206 Rayburn House Office Building Washington, DC 20515 |
| Congressman 3 | John P. Sarbanes | Maryland | 2370 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | Anthony Brown | Maryland | 1323 Longworth House Office Building, Washington, DC 20515 |
| Congressman 5 | Steny H. Hoyer | Maryland | 1705 Longworth House Office Building, Washington, DC 20515 |
| Congressman 6 | David Trone | Maryland | 1110 Longworth House Office Building, Washington, DC 20515 |
| Congressman 7 | Kweisi Mfume | Maryland | 2263 Rayburn House Office Building Washington, DC 20515 |
| Congressman 8 | Jamie Raskin | Maryland | 2242 Rayburn House Office Building Washington, DC 20515 |
| Governor | Charlie Baker | Massachusetts | Governor Charlie Baker's Office of Constituent Services Massachusetts State House, 24 Beacon St. Office of the Governor, Room 280 Boston, MA 02133 |

| | | | |
|---|---|---|---|
| Secretary of State | William Francis Galvin | Massachusetts | Secretary of the Commonwealth of Massachusetts                    Citizen Information Service McCormack Building One Ashburton Place, Room 1611 Boston, MA 02108-1512 |
| Senator 1 | Edward J. Markey | Massachusetts | 255 Dirksen Senate Office Building Washington DC 20510 |
| Senator 2 | Elizabeth Warren | Massachusetts | 309 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Richard E. Neal | Massachusetts | 372 Cannon House Office Building Washington, DC 20515 |
| Congressman 2 | James McGovern | Massachusetts | 370 Cannon House Office Building Washington, DC 20515 |
| Congressman 3 | Lori Trahan | Massachusetts | 2439 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | Jake Auchincloss | Massachusetts | 1524 Longworth House Office Building, Washington, DC 20515 |
| Congressman 5 | Katherine Clark | Massachusetts | 2448 Rayburn House Office Building Washington, DC 20515 |
| Congressman 6 | Seth Moulton | Massachusetts | 1127 Longworth House Office Building, Washington, DC 20515 |
| Congressman 7 | Ayanna Pressley | Massachusetts | 1108 Longworth House Office Building, Washington, DC 20515 |
| Congressman 8 | Stephen F. Lynch | Massachusetts | 2109 Rayburn House Office Building Washington, DC 20515 |
| Congressman 9 | William Keating | Massachusetts | 2351 Rayburn House Office Building Washington, DC 20515 |
| Governor | Gretchen Whitmer | Michigan | Governor Gretchen Whitmer P.O. Box 30013 Lansing, Michigan 48909 |
| Secretary of State | Jocelyn Benson | Michigan | 430 W. Allegan Street Richard H. Austin Bldg -4th floor Lansing, MI 48918 |
| Senator 1 | Gary C. Peters | Michigan | 724 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Debbie Stabenow | Michigan | 731 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Jack Bergman | Michigan | 566 Cannon House Office Building Washington, DC 20515 |
| Congressman 2 | Bill Huizenga | Michigan | 2232 Rayburn House Office Building Washington, DC 20515 |
| Congressman 3 | Peter Meijer | Michigan | 1508 Longworth House Office Building, Washington, DC 20515 |
| Congressman 4 | John Moolenaar | Michigan | 117 Cannon House Office Building Washington, DC 20515 |
| Congressman 5 | Daniel Kildee | Michigan | 200 Cannon House Office Building Washington, DC 20515 |
| Congressman 6 | Fred Upton | Michigan | 2183 Rayburn House Office Building Washington, DC 20515 |
| Congressman 7 | Tim Walberg | Michigan | 2266 Rayburn House Office Building Washington, DC 20515 |

| Congressman 8 | Elissa Slotkin | Michigan | 1210 Longworth House Office Building, Washington, DC 20515 |
| Congressman 9 | Andy Levin | Michigan | 312 Cannon House Office Building Washington, DC 20515 |
| Congressman 10 | Lisa C. McClain | Michigan | 218 Cannon House Office Building Washington, DC 20515 |
| Congressman 11 | Haley Stevens | Michigan | 1510 Longworth House Office Building, Washington, DC 20515 |
| Congressman 12 | Debbie Dingell | Michigan | 116 Cannon House Office Building Washington, DC 20515 |
| Congressman 13 | Rashida Tlaib | Michigan | 1628 Longworth House Office Building, Washington, DC 20515 |
| Congressman 14 | Brenda Lawrence | Michigan | 2463 Rayburn House Office Building Washington, DC 20515 |
| Governor | Tim Walz | Minnesota | 130 State Capitol 75 Rev Dr. Martin Luther King Jr. Blvd. St. Paul, MN 55155 |
| Secretary of State | Steve Simon | Minnesota | Office of the Secretary of State Retirement Systems of Minnesota Bldg 60 Empire Drive, Suite 100 St.. Paul, MN 55103 |
| Senator 1 | Amy Klobuchar | Minnesota | 425 Dirksen Senate Office Building Washington DC 20510 |
| Senator 2 | Tina Smith | Minnesota | 720 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Jim Hagedorn | Minnesota | 1433 Longworth House Office Building, Washington, DC 20515 |
| Congressman 2 | Angie Craig | Minnesota | 2442 Rayburn House Office Building Washington, DC 20515 |
| Congressman 3 | Dean Phillips | Minnesota | 2452 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | Betty McCollum | Minnesota | 2256 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Ilhan Omar | Minnesota | 1730 Longworth House Office Building, Washington, DC 20515 |
| Congressman 6 | Tom Emmer | Minnesota | 315 Cannon House Office Building Washington, DC 20515 |
| Congressman 7 | Michelle Fischbach | Minnesota | 1237 Longworth House Office Building, Washington, DC 20515 |
| Congressman 8 | Pete Stauber | Minnesota | 461 Cannon House Office Building Washington, DC 20515 |
| Governor | Tate Reeves | Mississippi | P.O. Box 139, Jackson, MS 39205 |
| Secretary of State | Michael Watson | Mississippi | 400 High Street, Room 105 New Capitol Bldg Jackson, MS 39201 |
| Senator 1 | Cindy Hyde-Smith | Mississippi | 702 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Roger F. Wicker | Mississippi | 555 Dirksen Senate Office Building Washington DC 20510 |
| Congressman 1 | Trent Kelly | Mississippi | 2243 Rayburn House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Congressman 2 | Bennie G. Thompson | Mississippi | 2466 Rayburn House Office Building Washington, DC 20515 |
| Congressman 3 | Michael Guest | Mississippi | 418 Cannon House Office Building Washington, DC 20515 |
| Congressman 4 | Steven Palazzo | Mississippi | 2349 Rayburn House Office Building Washington, DC 20515 |
| Governor | Michael L. Parson | Missouri | Office of Governor Michael L. Parson P.O. Box 720 Jefferson City, MO 65102 |
| Secretary of State | John R Ashcroft | Missouri | 600 West Main Street, Room 322 Jefferson City, MO 65101 |
| Senator 1 | Roy Blunt | Missouri | 260 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Josh Hawley | Missouri | 212 Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | Cori Bush | Missouri | 563 Cannon House Office Building Washington, DC 20515 |
| Congressman 2 | Ann Wagner | Missouri | 2350 Rayburn House Office Building Washington, DC 20515 |
| Congressman 3 | Blaine Luetkemeyer | Missouri | 2230 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | Vicky Hartzler | Missouri | 2235 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Emanuel Cleaver | Missouri | 2335 Rayburn House Office Building Washington, DC 20515 |
| Congressman 6 | Sam Graves | Missouri | 1135 Longworth House Office Building, Washington, DC 20515 |
| Congressman 7 | Billy Long | Missouri | 2454 Rayburn House Office Building Washington, DC 20515 |
| Congressman 8 | Jason Smith | Missouri | 2418 Rayburn House Office Building Washington, DC 20515 |
| Governor | Greg Gianforte | Montana | Office of the Governor PO Box 200801 Helena, MT 59620-0801 |
| Secretary of State | Christi Jacobsen | Montana | Secretary of State Capitol Bldg Room 260          Helena, MT 59620-2801 |
| Senator 1 | Steve Daines | Montana | 320 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Jon Tester | Montana | 311 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Matthew M. Rosendale | Montana | 1037 Longworth House Office Building, Washington, DC 20515 |
| Governor | Pete Ricketts | Nebraska | P.O. Box 94848 Lincoln, NE 68509-4848 |
| Secretary of State | John A. Gale | Nebraska | Capitol Office 1445 K Street, Suite 2300 Lincoln, NE 68509 |
| Senator 1 | Deb Fischer | Nebraska | 454 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Ben Sasse | Nebraska | 107 Russell Senate Office Building Washington DC 20510 |

| | | | |
|---|---|---|---|
| Congressman 1 | Jeff Fortenberry | Nebraska | 1514 Longworth House Office Building, Washington, DC 20515 |
| Congressman 2 | Don Bacon | Nebraska | 1024 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Adrian Smith | Nebraska | 502 Cannon House Office Building Washington, DC 20515 |
| Governor | Steve Sisolak | Nevada | State Capitol Building 101 N. Carson Street Carson City, NV 89701 |
| Secretary of State | Barbara K. Cegavske | Nevada | State Capitol Building 101 N. Carson Street, Suite 3 Carson City, NV 89701 |
| Senator 1 | Catherine Cortez Masto | Nevada | 313 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Jacky Rosen | Nevada | 713 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Dina Titus | Nevada | 2464 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Mark Amodei | Nevada | 104 Cannon House Office Building Washington, DC 20515 |
| Congressman 3 | Susie Lee | Nevada | 365 Cannon House Office Building Washington, DC 20515 |
| Congressman 4 | Steven Horsford | Nevada | 562 Cannon House Office Building Washington, DC 20515 |
| Governor | Chris Sununu | New Hampshire | Office of the Governor State House 107 North Main Street Concord, NH 03301 |
| Secretary of State | William M. Gardner | New Hampshire | Secretary of State Corporate Division 25 Capitol Street, 3rd floor Concord, NH  03301-6312 |
| Senator 1 | Margaret Wood Hassan | New Hampshire | 324 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Jeanne Shaheen | New Hampshire | 506 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Chris Pappas | New Hampshire | 319 Cannon House Office Building Washington, DC 20515 |
| Congressman 2 | Ann Kuster | New Hampshire | 320 Cannon House Office Building Washington, DC 20515 |
| Governor | Phil Murphy | New Jersey | Office of Governor PO Box 001 Trenton, NJ 08625 |
| Secretary of State | Tahesha Way | New Jersey | 225 West State Street, 2nd Floor Trenton, NJ 08625 |
| Senator 1 | Cory A. Booker | New Jersey | 717 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Robert Menendez | New Jersey | 528 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Donald Norcross | New Jersey | 2427 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Jefferson Van Drew | New Jersey | 2447 Rayburn House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Congressman 3 | Andy Kim | New Jersey | 2444 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | Chris Smith | New Jersey | 2373 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Josh Gottheimer | New Jersey | 203 Cannon House Office Building Washington, DC 20515 |
| Congressman 6 | Frank Pallone Jr. | New Jersey | 2107 Rayburn House Office Building Washington, DC 20515 |
| Congressman 7 | Tom Malinowski | New Jersey | 1318 Longworth House Office Building, Washington, DC 20515 |
| Congressman 8 | Albio Sires | New Jersey | 2268 Rayburn House Office Building Washington, DC 20515 |
| Congressman 9 | Bill Pascrell Jr. | New Jersey | 2409 Rayburn House Office Building Washington, DC 20515 |
| Congressman 10 | Donald Payne Jr. | New Jersey | 106 Cannon House Office Building Washington, DC 20515 |
| Congressman 11 | Mikie Sherrill | New Jersey | 1414 Longworth House Office Building, Washington, DC 20515 |
| Congressman 12 | Bonnie Watson Coleman | New Jersey | 168 Cannon House Office Building Washington, DC 20515 |
| Governor | Michelle Lujan Grisham | New Mexico | 490 Old Santa Fe Trail Room 400 Santa Fe, NM 87501 |
| Secretary of State | Maggie Toulouse Oliver | New Mexico | 325 Don Gaspar, Suite 300 Santa Fe, NM 87501 |
| Senator 1 | Martin Heinrich | New Mexico | 303 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Ben Ray Luján | New Mexico | B40C Dirksen Senate Office Building Washington DC 20510 |
| Congressman 1 | Vacant | New Mexico | |
| Congressman 2 | Yvette Herrell | New Mexico | 1305 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Teresa Leger Fernandez | New Mexico | 1432 Longworth House Office Building, Washington, DC 20515 |
| Governor | Andrew M. Cuomo | New York | The Honorable Andrew M. Cuomo Governor of New York State NYS State Capitol Building Albany, NY 12224 |
| Secretary of State | Rossana Rosado | New York | One Commerce Plaza 99 Washington Ave New Albany, NY 12231-0001 |
| Senator 1 | Kirsten E. Gillibrand | New York | 478 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Charles E. Schumer | New York | 322 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Lee Zeldin | New York | 2441 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Andrew R. Garbarino | New York | 1516 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Thomas Suozzi | New York | 407 Cannon House Office Building Washington, DC 20515 |
| Congressman 4 | Kathleen Rice | New York | 2435 Rayburn House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Congressman 5 | Gregory W. Meeks | New York | 2310 Rayburn House Office Building Washington, DC 20515 |
| Congressman 6 | Grace Meng | New York | 2209 Rayburn House Office Building Washington, DC 20515 |
| Congressman 7 | Nydia M. Velázquez | New York | 2302 Rayburn House Office Building Washington, DC 20515 |
| Congressman 8 | Hakeem Jeffries | New York | 2433 Rayburn House Office Building Washington, DC 20515 |
| Congressman 9 | Yvette D. Clarke | New York | 2058 Rayburn House Office Building Washington, DC 20515 |
| Congressman 10 | Jerrold Nadler | New York | 2132 Rayburn House Office Building Washington, DC 20515 |
| Congressman 11 | Nicole Malliotakis | New York | 417 Cannon House Office Building Washington, DC 20515 |
| Congressman 12 | Carolyn Maloney | New York | 2308 Rayburn House Office Building Washington, DC 20515 |
| Congressman 13 | Adriano Espaillat | New York | 2332 Rayburn House Office Building Washington, DC 20515 |
| Congressman 14 | Alexandria Ocasio-Cortez | New York | 216 Cannon House Office Building Washington, DC 20515 |
| Congressman 15 | Ritchie Torres | New York | 317 Cannon House Office Building Washington, DC 20515 |
| Congressman 16 | Jamaal Bowman | New York | 1605 Longworth House Office Building, Washington, DC 20515 |
| Congressman 17 | Mondaire Jones | New York | 1017 Longworth House Office Building, Washington, DC 20515 |
| Congressman 18 | Sean Patrick Maloney | New York | 464 Cannon House Office Building Washington, DC 20515 |
| Congressman 19 | Antonio Delgado | New York | 1007 Longworth House Office Building, Washington, DC 20515 |
| Congressman 20 | Paul D. Tonko | New York | 2369 Rayburn House Office Building Washington, DC 20515 |
| Congressman 21 | Elise Stefanik | New York | 2211 Rayburn House Office Building Washington, DC 20515 |
| Congressman 22 | Claudia Tenney | New York | 1410 Longworth House Office Building, Washington, DC 20515 |
| Congressman 23 | Tom Reed | New York | 1203 Longworth House Office Building, Washington, DC 20515 |
| Congressman 24 | John Katko | New York | 2428 Rayburn House Office Building Washington, DC 20515 |
| Congressman 25 | Joseph Morelle | New York | 1317 Longworth House Office Building, Washington, DC 20515 |
| Congressman 26 | Brian Higgins | New York | 2459 Rayburn House Office Building Washington, DC 20515 |
| Congressman 27 | Chris Jacobs | New York | 214 Cannon House Office Building Washington, DC 20515 |
| Governor | Roy Cooper | North Carolina | 20301 Mail Service Center Raleigh, NC 27699-0301 |
| Secretary of State | Elaine F. Marshall | North Carolina | 2 South Salisbury Street Raleigh, NC 27601-2903 |
| Senator 1 | Richard Burr | North Carolina | 217 Russell Senate Office Building Washington DC 20510 |

| | | | |
|---|---|---|---|
| Senator 2 | Thom Tillis | North Carolina | 113 Dirksen Senate Office Building Washington DC 20510 |
| Congressman 1 | G.K. Butterfield | North Carolina | 2080 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Deborah K. Ross | North Carolina | 1208 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Gregory Francis Murphy | North Carolina | 313 Cannon House Office Building Washington, DC 20515 |
| Congressman 4 | David Price | North Carolina | 2108 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Virginia Foxx | North Carolina | 2462 Rayburn House Office Building Washington, DC 20515 |
| Congressman 6 | Kathy E. Manning | North Carolina | 415 Cannon House Office Building Washington, DC 20515 |
| Congressman 7 | David Rouzer | North Carolina | 2333 Rayburn House Office Building Washington, DC 20515 |
| Congressman 8 | Richard Hudson | North Carolina | 2112 Rayburn House Office Building Washington, DC 20515 |
| Congressman 9 | Dan Bishop | North Carolina | 1207 Longworth House Office Building, Washington, DC 20515 |
| Congressman 10 | Patrick T. McHenry | North Carolina | 2004 Rayburn House Office Building Washington, DC 20515 |
| Congressman 11 | Madison Cawthorn | North Carolina | 102 Cannon House Office Building Washington, DC 20515 |
| Congressman 12 | Alma Adams | North Carolina | 2436 Rayburn House Office Building Washington, DC 20515 |
| Congressman 13 | Ted Budd | North Carolina | 103 Cannon House Office Building Washington, DC 20515 |
| Governor | Doug Burgum | North Dakota | 600 East Boulevard Avenue Bismarck, ND 58505-0100 |
| Secretary of State | Al Jaeger | North Dakota | 600 East Boulevard Ave, Dept 108 Bismarck, ND 58505=0500 |
| Senator 1 | Kevin Cramer | North Dakota | 330 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | John Hoeven | North Dakota | 338 Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | Kelly Armstrong | North Dakota | 1740 Longworth House Office Building, Washington, DC 20515 |
| Governor | Mike DeWine | Ohio | Riffe Center, 30th Floor, 77 South High Street, Columbus, OH 43215-6117 |
| Secretary of State | Frank LaRose | Ohio | 22 N. Fourth St. Columbus, OH 43215 |
| Senator 1 | Sherrod Brown | Ohio | 503 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Rob Portman | Ohio | 448 Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | Steve Chabot | Ohio | 2408 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Brad Wenstrup | Ohio | 2419 Rayburn House Office Building Washington, DC 20515 |
| Congressman 3 | Joyce Beatty | Ohio | 2303 Rayburn House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Congressman 4 | Jim Jordan | Ohio | 2056 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Robert E. Latta | Ohio | 2467 Rayburn House Office Building Washington, DC 20515 |
| Congressman 6 | Bill Johnson | Ohio | 2336 Rayburn House Office Building Washington, DC 20515 |
| Congressman 7 | Bob Gibbs | Ohio | 2217 Rayburn House Office Building Washington, DC 20515 |
| Congressman 8 | Warren Davidson | Ohio | 2113 Rayburn House Office Building Washington, DC 20515 |
| Congressman 9 | Marcy Kaptur | Ohio | 2186 Rayburn House Office Building Washington, DC 20515 |
| Congressman 10 | Michael Turner | Ohio | 2082 Rayburn House Office Building Washington, DC 20515 |
| Congressman 11 | Vacant | Ohio | |
| Congressman 12 | Troy Balderson | Ohio | 2429 Rayburn House Office Building Washington, DC 20515 |
| Congressman 13 | Tim Ryan | Ohio | 1126 Longworth House Office Building, Washington, DC 20515 |
| Congressman 14 | David Joyce | Ohio | 2065 Rayburn House Office Building Washington, DC 20515 |
| Congressman 15 | Steve Stivers | Ohio | 2234 Rayburn House Office Building Washington, DC 20515 |
| Congressman 16 | Anthony Gonzalez | Ohio | 2458 Rayburn House Office Building Washington, DC 20515 |
| Governor | Kevin Stitt | Oklahoma | The Honorable J. Kevin Stitt Governor, State of Oklahoma Oklahoma State Capitol 2300 N Lincoln Blvd. Oklahoma City, Oklahoma 73105 |
| Secretary of State | Brian Bingman | Oaklahoma | 421 NW 13th St, Suite 210/220 Oklahoma City, OK 73103 |
| Senator 1 | James M. Inhofe | Oklahoma | 205 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | James Lankford | Oklahoma | 316 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Kevin Hern | Oklahoma | 1019 Longworth House Office Building, Washington, DC 20515 |
| Congressman 2 | Markwayne Mullin | Oklahoma | 2421 Rayburn House Office Building Washington, DC 20515 |
| Congressman 3 | Frank Lucas | Oklahoma | 2405 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | Tom Cole | Oklahoma | 2207 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Stephanie I. Bice | Oklahoma | 1223 Longworth House Office Building, Washington, DC 20515 |
| Governor | Kate Brown | Oregon | Office of the Governor 900 Court Street, Suite 254 Salem, OR 97301-4047 |
| Secretary of State | Shemia Fagan | Oregon | 900 Court St NE Capirtol Room 136 Salem, OR 97310 |

| | | | |
|---|---|---|---|
| Senator 1 | Jeff Merkley | Oregon | 531 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Ron Wyden | Oregon | 221 Dirksen Senate Office Building Washington DC 20510 |
| Congressman 1 | Suzanne Bonamici | Oregon | 2231 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Cliff Bentz | Oregon | 1239 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Earl Blumenauer | Oregon | 1111 Longworth House Office Building, Washington, DC 20515 |
| Congressman 4 | Peter DeFazio | Oregon | 2134 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Kurt Schrader | Oregon | 2431 Rayburn House Office Building Washington, DC 20515 |
| Governor | Tom Wolf | Pennsylvania | Office of the Governor 508 Main Capitol Building Harrisburg, PA 17120 |
| Secretary of State | Veronica Degraffenreid | Pennsylvania | 302 North Office Building, 401 North St. Harrisburg, PA 17120 |
| Senator 1 | Robert P. Casey, Jr | Pennsylvania | 393 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Patrick J. Toomey | Pennsylvania | 455 Dirksen Senate Office Building Washington DC 20510 |
| Congressman 1 | Brian Fitzpatrick | Pennsylvania | 271 Cannon House Office Building Washington, DC 20515 |
| Congressman 2 | Brendan Boyle | Pennsylvania | 1133 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Dwight Evans | Pennsylvania | 1105 Longworth House Office Building, Washington, DC 20515 |
| Congressman 4 | Madeleine Dean | Pennsylvania | 120 Cannon House Office Building Washington, DC 20515 |
| Congressman 5 | Mary Gay Scanlon | Pennsylvania | 1227 Longworth House Office Building, Washington, DC 20515 |
| Congressman 6 | Chrissy Houlahan | Pennsylvania | 1218 Longworth House Office Building, Washington, DC 20515 |
| Congressman 7 | Susan Wild | Pennsylvania | 1027 Longworth House Office Building, Washington, DC 20515 |
| Congressman 8 | Matt Cartwright | Pennsylvania | 2102 Rayburn House Office Building Washington, DC 20515 |
| Congressman 9 | Daniel Meuser | Pennsylvania | 414 Cannon House Office Building Washington, DC 20515 |
| Congressman 10 | Scott Perry | Pennsylvania | 2160 Rayburn House Office Building Washington, DC 20515 |
| Congressman 11 | Lloyd Smucker | Pennsylvania | 302 Cannon House Office Building Washington, DC 20515 |
| Congressman 12 | Fred Keller | Pennsylvania | 1717 Longworth House Office Building, Washington, DC 20515 |
| Congressman 13 | John Joyce | Pennsylvania | 1221 Longworth House Office Building, Washington, DC 20515 |
| Congressman 14 | Guy Reschenthaler | Pennsylvania | 409 Cannon House Office Building Washington, DC 20515 |

| Congressman 15 | Glenn Thompson | Pennsylvania | 400 Cannon House Office Building Washington, DC 20515 |
| Congressman 16 | Mike Kelly | Pennsylvania | 1707 Longworth House Office Building, Washington, DC 20515 |
| Congressman 17 | Conor Lamb | Pennsylvania | 1224 Longworth House Office Building, Washington, DC 20515 |
| Congressman 18 | Michael Doyle | Pennsylvania | 270 Cannon House Office Building Washington, DC 20515 |
| Governor | Daniel J. McKee | Rhode Island | Office of the Governor 82 Smith Street Providence, RI 02903 |
| Secretary of State | Nellie M. Gorbea | Rhode Island | 148 West River Street Providence, RI 02904 |
| Senator 1 | Jack Reed | Rhode Island | 728 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Sheldon Whitehouse | Rhode Island | 530 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | David Cicilline | Rhode Island | 2233 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Jim Langevin | Rhode Island | 2077 Rayburn House Office Building Washington, DC 20515 |
| Governor | Henry McMaster | South Carolina | The Honorable Henry McMaster State House 1100 Gervais Street Columbia, South Carolina 29201 |
| Secretary of State | Mark Hammond | South Carolina | 1205 Pendleton Street Suite 525 Columbia, SC 29201 |
| Senator 1 | Lindsey Graham | South Carolina | 290 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Tim Scott | South Carolina | 104 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Nancy Mace | South Carolina | 212 Cannon House Office Building Washington, DC 20515 |
| Congressman 2 | Joe Wilson | South Carolina | 1436 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Jeff Duncan | South Carolina | 2229 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | William Timmons | South Carolina | 267 Cannon House Office Building Washington, DC 20515 |
| Congressman 5 | Ralph Norman | South Carolina | 569 Cannon House Office Building Washington, DC 20515 |
| Congressman 6 | James E. Clyburn | South Carolina | 274 Cannon House Office Building Washington, DC 20515 |
| Congressman 7 | Tom Rice | South Carolina | 460 Cannon House Office Building Washington, DC 20515 |
| Governor | Kristi Noem | South Dakota | 500 East Capitol Avenue Pierre, SD 57501 |
| Secretary of State | Steve Barnett | South Dakota | 500 East Capitol Avenue Ste 204 Pierre, SD 57501 |
| Senator 1 | Mike Rounds | South Dakota | 502 Hart Senate Office Building Washington DC 20510 |

| | | | |
|---|---|---|---|
| Senator 2 | John Thune | South Dakota | 511 Dirksen Senate Office Building Washington DC 20510 |
| Congressman 1 | Dusty Johnson | South Dakota | 1714 Longworth House Office Building, Washington, DC 20515 |
| Governor | Bill Lee | Tennessee | State Capitol, 1st Floor 600 Dr. Martin L. King, Jr. Blvd. Nashville, TN 37243 |
| Secretary of State | Tre Hargett | Tennessee | State Capitol, Nashville, TN 37243 |
| Senator 1 | Marsha Blackburn | Tennessee | 357 Dirksen Senate Office Building Washington DC 20510 |
| Senator 2 | Bill Hagerty | Tennessee | B11 Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | Diana Harshbarger | Tennessee | 167 Cannon House Office Building Washington, DC 20515 |
| Congressman 2 | Tim Burchett | Tennessee | 1122 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Chuck Fleischmann | Tennessee | 462 Cannon House Office Building Washington, DC 20515 |
| Congressman 4 | Scott DesJarlais | Tennessee | 2304 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Jim Cooper | Tennessee | 1536 Longworth House Office Building, Washington, DC 20515 |
| Congressman 6 | John W. Rose | Tennessee | 1124 Longworth House Office Building, Washington, DC 20515 |
| Congressman 7 | Mark Green | Tennessee | 2446 Rayburn House Office Building Washington, DC 20515 |
| Congressman 8 | David Kustoff | Tennessee | 560 Cannon House Office Building Washington, DC 20515 |
| Congressman 9 | Steve Cohen | Tennessee | 2104 Rayburn House Office Building Washington, DC 20515 |
| Governor | Greg Abbott | Texas | P.O. Box 12428 Austin Texas 78711 |
| Secretary of State | Ruth Hughs | Texas | 1100 Congress Capitol Bldg., Room 1E 8 Austin, TX 78701 |
| Senator 1 | John Cornyn | Texas | 517 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Ted Cruz | Texas | 127A Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | Louie Gohmert | Texas | 2269 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Dan Crenshaw | Texas | 413 Cannon House Office Building Washington, DC 20515 |
| Congressman 3 | Van Taylor | Texas | 1404 Longworth House Office Building, Washington, DC 20515 |
| Congressman 4 | Pat Fallon | Texas | 1118 Longworth House Office Building, Washington, DC 20515 |
| Congressman 5 | Lance Gooden | Texas | 1722 Longworth House Office Building, Washington, DC 20515 |
| Congressman 6 | Vacant | Texas | 1725 Longworth House Office Building, Washington, DC 20515 |
| Congressman 7 | Lizzie Fletcher | Texas | 119 Cannon House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Congressman 8 | Kevin Brady | Texas | 1011 Longworth House Office Building, Washington, DC 20515 |
| Congressman 9 | Al Green | Texas | 2347 Rayburn House Office Building Washington, DC 20515 |
| Congressman 10 | Michael T. McCaul | Texas | 2001 Rayburn House Office Building Washington, DC 20515 |
| Congressman 11 | August Pfluger | Texas | 1531 Longworth House Office Building, Washington, DC 20515 |
| Congressman 12 | Kay Granger | Texas | 1026 Longworth House Office Building, Washington, DC 20515 |
| Congressman 13 | Ronny Jackson | Texas | 118 Cannon House Office Building Washington, DC 20515 |
| Congressman 14 | Randy Weber | Texas | 107 Cannon House Office Building Washington, DC 20515 |
| Congressman 15 | Vicente Gonzalez | Texas | 113 Cannon House Office Building Washington, DC 20515 |
| Congressman 16 | Veronica Escobar | Texas | 1505 Longworth House Office Building, Washington, DC 20515 |
| Congressman 17 | Pete Sessions | Texas | 2204 Rayburn House Office Building Washington, DC 20515 |
| Congressman 18 | Sheila Jackson Lee | Texas | 2426 Rayburn House Office Building Washington, DC 20515 |
| Congressman 19 | Jodey Arrington | Texas | 1107 Longworth House Office Building, Washington, DC 20515 |
| Congressman 20 | Joaquin Castro | Texas | 2241 Rayburn House Office Building Washington, DC 20515 |
| Congressman 21 | Chip Roy | Texas | 1005 Longworth House Office Building, Washington, DC 20515 |
| Congressman 22 | Troy E. Nehls | Texas | 1104 Longworth House Office Building, Washington, DC 20515 |
| Congressman 23 | Tony Gonzales | Texas | 1009 Longworth House Office Building, Washington, DC 20515 |
| Congressman 24 | Beth Van Duyne | Texas | 1337 Longworth House Office Building, Washington, DC 20515 |
| Congressman 25 | Roger Williams | Texas | 1708 Longworth House Office Building, Washington, DC 20515 |
| Congressman 26 | Michael Burgess | Texas | 2161 Rayburn House Office Building Washington, DC 20515 |
| Congressman 27 | Michael Cloud | Texas | 512 Cannon House Office Building Washington, DC 20515 |
| Congressman 28 | Henry Cuellar | Texas | 2372 Rayburn House Office Building Washington, DC 20515 |
| Congressman 29 | Sylvia Garcia | Texas | 1620 Longworth House Office Building, Washington, DC 20515 |
| Congressman 30 | Eddie Bernice Johnson | Texas | 2306 Rayburn House Office Building Washington, DC 20515 |
| Congressman 31 | John Carter | Texas | 2208 Rayburn House Office Building Washington, DC 20515 |
| Congressman 32 | Colin Allred | Texas | 114 Cannon House Office Building Washington, DC 20515 |
| Congressman 33 | Marc Veasey | Texas | 2348 Rayburn House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Congressman 34 | Filemon Vela | Texas | 307 Cannon House Office Building Washington, DC 20515 |
| Congressman 35 | Lloyd Doggett | Texas | 2307 Rayburn House Office Building Washington, DC 20515 |
| Congressman 36 | Brian Babin | Texas | 2236 Rayburn House Office Building Washington, DC 20515 |
| Governor | Spencer J. Cox | Utah | The Office of Gov. Spencer J. Cox 350 N. State Street, Suite 200 P.O. Box 142220 Salt Lake City, UT 84114-2220 |
| Secretary of State | NONE | | |
| Senator 1 | Mike Lee | Utah | 361A Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Mitt Romney | Utah | 354 Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | Blake D. Moore | Utah | 1320 Longworth House Office Building, Washington, DC 20515 |
| Congressman 2 | Chris Stewart | Utah | 166 Cannon House Office Building Washington, DC 20515 |
| Congressman 3 | John R. Curtis | Utah | 2400 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | Burgess Owens | Utah | 1039 Longworth House Office Building, Washington, DC 20515 |
| Governor | Phil Scott | Vermont | Office of Governor Phil Scott 109 State Street, Pavilion Montpelier, VT 05609 |
| Secretary of State | James C Condos | Vermont | 128 State Street Montpelier, VT 05633 |
| Senator 1 | Patrick J. Leahy | Vermont | 437 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Bernard Sanders | Vermont | 332 Dirksen Senate Office Building Washington DC 20510 |
| Congressman 1 | Peter Welch | Vermont | 2187 Rayburn House Office Building Washington, DC 20515 |
| Governor | Ralph S. Northam | Virginia | P.O. Box 1475 Richmond, VA 23218 |
| Secretary of State | Kelly Thomasson | Virginia | 1111 East Broad Street, 4th Floor Richmond, VA 23219 |
| Senator 1 | Tim Kaine | Virginia | 231 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Mark R. Warner | Virginia | 703 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Robert J. Wittman | Virginia | 2055 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Elaine Luria | Virginia | 412 Cannon House Office Building Washington, DC 20515 |
| Congressman 3 | Robert C. Scott | Virginia | 2328 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | A. Donald McEachin | Virginia | 314 Cannon House Office Building Washington, DC 20515 |
| Congressman 5 | Bob Good | Virginia | 1213 Longworth House Office Building, Washington, DC 20515 |

| Congressman 6 | Ben Cline | Virginia | 2443 Rayburn House Office Building Washington, DC 20515 |
| Congressman 7 | Abigail Spanberger | Virginia | 1431 Longworth House Office Building, Washington, DC 20515 |
| Congressman 8 | Don Beyer | Virginia | 1119 Longworth House Office Building, Washington, DC 20515 |
| Congressman 9 | Morgan Griffith | Virginia | 2202 Rayburn House Office Building Washington, DC 20515 |
| Congressman 10 | Jennifer Wexton | Virginia | 1217 Longworth House Office Building, Washington, DC 20515 |
| Congressman 11 | Gerald E. "Gerry" Connolly | Virginia | 2238 Rayburn House Office Building Washington, DC 20515 |
| Governor | Jay Inslee | Washington | Governor Jay Inslee Office of the Governor PO Box 40002 Olympia, WA 98504-0002 |
| Secretary of State | Km Wyman | Washington | Washington SOS Legislative Building PO Box 40220 Olympia, WA 98540 |
| Senator 1 | Maria Cantwell | Washington | 511 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Patty Murray | Washington | 154 Russell Senate Office Building Washington DC 20510 |
| Congressman 1 | Suzan DelBene | Washington | 2330 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Rick Larsen | Washington | 2163 Rayburn House Office Building Washington, DC 20515 |
| Congressman 3 | Jaime Herrera Beutler | Washington | 2352 Rayburn House Office Building Washington, DC 20515 |
| Congressman 4 | Dan Newhouse | Washington | 504 Cannon House Office Building Washington, DC 20515 |
| Congressman 5 | Cathy McMorris Rodgers | Washington | 1035 Longworth House Office Building, Washington, DC 20515 |
| Congressman 6 | Derek Kilmer | Washington | 2059 Rayburn House Office Building Washington, DC 20515 |
| Congressman 7 | Pramila Jayapal | Washington | 2346 Rayburn House Office Building Washington, DC 20515 |
| Congressman 8 | Kim Schrier | Washington | 1123 Longworth House Office Building, Washington, DC 20515 |
| Congressman 9 | Adam Smith | Washington | 2264 Rayburn House Office Building Washington, DC 20515 |
| Congressman 10 | Marilyn Strickland | Washington | 1004 Longworth House Office Building, Washington, DC 20515 |
| Governor | Jim Justice | West Virginia | Office of the Governor State Capitol, 1900 Kanawha Blvd. E Charleston, WV 25305 |
| Secretary of State | Mac Warner | West Virginia | Office of the SOS State Captitol Building Charleston, WV 25305 |
| Senator 1 | Shelley Moore Capito | West Virginia | 172 Russell Senate Office Building Washington DC 20510 |
| Senator 2 | Joe Manchin, III | West Virginia | 306 Hart Senate Office Building Washington DC 20510 |

| | | | |
|---|---|---|---|
| Congressman 1 | David McKinley | West Virginia | 2239 Rayburn House Office Building Washington, DC 20515 |
| Congressman 2 | Alex Mooney | West Virginia | 2228 Rayburn House Office Building Washington, DC 20515 |
| Congressman 3 | Carol Miller | West Virginia | 465 Cannon House Office Building Washington, DC 20515 |
| Governor | Tony Evers | Wisconsin | P.O. Box 7863 Madison, WI 53707 |
| Secretary of State | Doug La Follette | Wisconsin | P.O. Box 7848, Madison, WI 53707-7848 |
| Senator 1 | Tammy Baldwin | Wisconsin | 709 Hart Senate Office Building Washington DC 20510 |
| Senator 2 | Ron Johnson | Wisconsin | 328 Hart Senate Office Building Washington DC 20510 |
| Congressman 1 | Bryan Steil | Wisconsin | 1526 Longworth House Office Building, Washington, DC 20515 |
| Congressman 2 | Mark Pocan | Wisconsin | 1727 Longworth House Office Building, Washington, DC 20515 |
| Congressman 3 | Ron Kind | Wisconsin | 1502 Longworth House Office Building, Washington, DC 20515 |
| Congressman 4 | Gwen Moore | Wisconsin | 2252 Rayburn House Office Building Washington, DC 20515 |
| Congressman 5 | Scott Fitzgerald | Wisconsin | 1507 Longworth House Office Building, Washington, DC 20515 |
| Congressman 6 | Glenn Grothman | Wisconsin | 1427 Longworth House Office Building, Washington, DC 20515 |
| Congressman 7 | Thomas P. Tiffany | Wisconsin | 1719 Longworth House Office Building, Washington, DC 20515 |
| Congressman 8 | Mike Gallagher | Wisconsin | 1230 Longworth House Office Building, Washington, DC 20515 |
| Governor | Mark Gordon | Wyoming | Wyoming Governor Mark Gordon State Capitol 200 West 24th Street Cheyenne, WY 82002 |
| Secretary of State | Edward A. Buchanan | Wyoming | Herschler Building East 122 West 25th Street Suite 100 Cheyenne, WY 82002 |
| Senator 1 | John Barrasso | Wyoming | 307 Dirksen Senate Office Building Washington DC 20510 |
| Senator 2 | Cynthia M. Lummis | Wyoming | G12 Dirksen Senate Office Building Washington DC 20510 |
| Congressman 1 | Liz Cheney | Wyoming | 416 Cannon House Office Building Washington, DC 20515 |