IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **Jennilyn Salinas, et al.,**  §<br>§<br>**Plaintiffs**  §<br>§<br>**vs.**  §<br>§<br>**Nancy Pelosi, et al.,**  §<br>§<br>**Defendants.**  § | NO. 6:21-CV-162 |

**[PROPOSED] ORDER**

Having considered Defendants DSCC and DCCC's Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 24), the Court GRANTS the Motion. The Court dismisses this matter with prejudice.

SIGNED this _____ day of June, 2021.      _____

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE