IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENNILYN SALINAS, et al.,<br><br>　*Plaintiffs*,<br>v.<br><br>NANCY PELOSI, et al.,<br><br>　*Defendants*. | Case No. 6:21-cv-00162-ADA-JCM |

**[PROPOSED] ORDER**

Having considered Defendant Mark Zuckerberg's Motion to Set Aside Entry of Default, the Court GRANTS the Motion and ORDERS that the Clerk of Court set aside the Entry of Default against Defendant Mark Zuckerberg entered on May 28, 2021, at ECF No. 121.

SIGNED this __36ÿ__ day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE