IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENNILYN SALINAS, et al., § § Plaintiffs, § § v. § § NANCY PELOSI, et al., § § Defendants. § | § § § § § § § § No. 6:21-cv-00162-ADA-JCM § § § § § § § |

**ORDER**

Having considered the Republican National Committee's Unopposed Motion to Set Aside Entry of Default and having found good cause shown, the Court **GRANTS** the Motion and **ORDERS** the Clerk of the Court to set aside the Entry of Default against the Republican National Committee (Dkt. No. 125).

SIGNED this __14th__ day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE