IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Jennilyn Salinas, et al.,** | § § § § | |
| **Plaintiffs** | § | |
| vs. | § § | NO. 6:21-CV-162 |
| **Nancy Pelosi, et al.,** | § § § | |
| **Defendants.** | § | |

## [PROPOSED] ORDER

Having considered Defendants DSCC and DCCC's (the "Committees") and Plaintiffs' Joint Advisory to the Court, the Court GRANTS the Committees' Motion to Set Aside Entry of Default, ECF No. 127. The Court orders the Clerk of Court to set aside the Entry of Default against Defendants DSCC and DCCC, ECF Nos. 123, 124.

SIGNED this __14th__ day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE