Case 6:21-cv-00162-ADA-JCM Document 154 Filed 06/15/21 Page 1 of 3

FILED
June 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____BW_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JEREMY BRAVO, LINDSEY NGUYEN, *et al.*,<br><br>  Plaintiffs,<br>v.<br><br>NANCY PELOSI, MITCH McCONNELL, *et al.*,<br><br>  Defendants. | Case No.: 21-cv-162-ADA-JCM |

## MOTION FOR ADMISSION PRO HAC VICE

Lauren Ray, applicant herein, moves this Court to grant admission to the United Stated District Court for the Western District of Texas *pro hac vice* to represent Oklahoma Governor Kevin Stitt in this case and would respectfully show the Court as follows:

1. The undersigned is an Assistant Attorney General in the State of Oklahoma with offices at:

| | |
|---|---|
| Mailing Address: | Office of Attorney General<br>313 NE 21st St.<br>Oklahoma City, OK 74105 |
| Telephone: | 405.521.3921 |
| Facsimile: | 405.521.4518 |
| Email: | lauren.ray@oag.ok.gov |

2. Since September 22, 2009, the undersigned has been and presently is a member in good standing with the Oklahoma Bar Association. My Oklahoma Bar Number is #22694.

3. The undersigned has been admitted to practice before the following Courts:

| Court | Admission Date |
|---|---|
| All Oklahoma State Courts | September 2009/Active |

| | |
|---|---|
| United States District Court for the Western District of Oklahoma | November 2009/Active |
| United States District Court for the Eastern District of Oklahoma | November 2009/Active |
| United States District Court for the Northern District of Oklahoma | November 2009/Active |
| United States Tenth Circuit Court of Appeals | November 2009/Active |

4. The undersigned is presently a member in good standing of the bars of the Courts listed above.

5. The undersigned has not previously applied to appear *pro hac vice* in the Western District of Texas. The undersigned did submit an Application for Admission to this Court on June 15, 2021 as a member of the Texas State Bar since 2012, but due to the need to file a responsive pleading in this matter on or before June 24, 2021, the undersigned submits the instant motion.

6. The undersigned has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. The undersigned has not been charged, arrested, or convicted of a criminal offense or offenses.

8. The undersigned has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. As an attorney employed by a governmental entity and pursuant to Local Court Rule AT-1(G), the undersigned seeks *pro hac vice* admission in this case without association of Texas counsel and payment of the fee for said admission.

WHEREFORE, the undersigned prays this Court enter an order permitting her admission to the Western District of Texas *pro hac vice*.

Respectfully submitted,

*[signature]*

**LAUREN RAY, OBA#22694**
Assistant Attorney General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:   (405) 521-3921
Facsimile:   (405) 521-4518
Email: laurn.ray@oag.ok.gov
*Attorney for Oklahoma Governor Kevin Stitt*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the Court's ECF System to all registered parties.

*[signature]*
Lauren Ray