# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JEREMY BRAVO, LINDSEY NGUYEN, *et al.*, | |
| Plaintiffs, | Case No.: 21-cv-162-ADA-JCM |
| v. | |
| NANCY PELOSI, MITCH McCONNELL, *et al.*, | |
| Defendants. | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **Defendant: Oklahoma Governor Kevin Stitt.** I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

/s/Lauren Ray
**LAUREN RAY, OBA# 22694**
Assistant Attorney General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:   (405) 521-3921
Facsimile:   (405) 521-4518
Email: lauren.ray@oag.ok.gov
*Attorney for Oklahoma Governor Kevin Stitt*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of June 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the Court's ECF System to all registered parties.

                                        /s/Lauren Ray
                                        Lauren Ray