IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JENNILYN SALINAS, et al., | : |
| | : Case No. 6:21-cv-00162 |
| Plaintiffs, | : |
| | : JUDGE ALAN D. ALBRIGHT |
| v. | : |
| | : MAG. JUDGE JEFFREY MANSKE |
| NANCY PELOSI, et al, | : |
| | : |
| Defendants. | : |

**OHIO DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants Ohio Governor Mike DeWine and Ohio Secretary of State Frank LaRose (together, the "Ohio Defendants") move this Court for a seven-day extension of time, until July 1, 2021, to answer or otherwise respond to Plaintiff's Second Amended Complaint (Doc. 145). The Ohio Defendants filed their Motion to Dismiss on May 21, 2021. (Doc. 88). Plaintiffs obtained a seven-day extension, until June 11, 2021, to oppose that Motion. (Doc. 126 and corresponding text order). The day before Plaintiffs' response deadline, Plaintiffs filed their Second Amended Complaint. (Doc. 145).

Pursuant to Fed. R. Civ. P. 15(a)(3), the Ohio Defendants' deadline to respond to Plaintiff's Second Amended Complaint is June 24, 2021. Plaintiffs' Second Amended Complaint contains new allegations, new causes of action, and new exhibits that the Ohio Defendants must review and investigate. The Ohio Defendants require additional time to fully consider and prepare their response to Plaintiffs' Second Amended Complaint. This Motion is made in the interests of justice and is not made strictly for purposes of delay, and other defendants have also obtained extensions of time until July to answer.

As required by Local Rule CV-7, undersigned conferred via telephone with Plaintiffs' counsel Paul M. Davis on June 15, 2021, and he does not oppose this Motion or the requested extension.

For the foregoing reasons, the Ohio Defendants request that their deadline to respond to Plaintiffs' Second Amended Complaint (Doc. 145) be extended until July 1, 2021.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Caitlyn Nestleroth Johnson*
W. TRAVIS GARRISON (0076757)
CAITLYN NESTLEROTH JOHNSON* (0087724)
ANDREW D. MCCARTNEY* (0099853)
   **Admitted pro hac vice*
Assistant Attorneys General
Ohio Attorney General's Office
30 E. Broad Street, 14th Floor
Columbus, Ohio 43215
Tel: 614-752-4730 | Fax: 614-728-1172
Travis.Garrison@OhioAGO.gov
Caitlyn.Johnson@OhioAGO.gov
Andrew.McCartney@OhioAGO.gov

*Counsel for the Ohio Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*/s/ Caitlyn Nestleroth Johnson*
CAITLYN NESTLEROTH JOHNSON (0087724)
Senior Assistant Attorney General