IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JENNILYN SALINAS, et al., | : |
| | : Case No. 6:21-cv-00162 |
| Plaintiffs, | : |
| | : JUDGE ALAN D. ALBRIGHT |
| v. | : |
| | : MAG. JUDGE JEFFREY MANSKE |
| NANCY PELOSI, et al, | : |
| | : |
| Defendants. | : |

## ORDER GRANTING OHIO DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Ohio Governor Mike DeWine and Ohio Secretary of State Frank LaRose have filed an Unopposed Motion for Extension of Time to respond to Plaintiffs' Second Amended Complaint (Doc. No. 145).

After consideration of the Motion and the arguments stated therein, it is the opinion of the Court that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED.  Defendants Mike DeWine and Frank LaRose's deadline to respond to Plaintiff's Second Amended Complaint (Doc. No. 145) is extended by 7 days.  Defendants shall file their response by July 1, 2021.

Entered this _____ day of June, 2021.

_____
JEFFREY C. MANSKE