UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
June 21, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Brianna Winter
DEPUTY

Jennilyn Salinas, et al

vs.

Nancy Pelosi, et al

Case No.: 6:21-cv-162

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Heather S. Meingast, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent MI Gov Whitmer & MI SOS Benson in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Michigan Department of Attorney General, CLEE Divi with offices at:

   Mailing address: PO Box 30736

   City, State, Zip Code: Lansing, Michigan, 48909

   Telephone: 517.335.7659      Facsimile: 517.335.7640

2. Since November 30, 1998, Applicant has been and presently is a member of and in good standing with the Bar of the State of Michigan. Applicant's bar license number is P55439.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Michigan Supreme Court | November, 1998 |
   | USDC-ED/USDC-WD | March, 2000 |
   | Sixth Circuit Court of Appeals | November, 2000 |

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Heather S. Meingast to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Heather S. Meingast
[printed name of Applicant]

*Heather S. Meingast* (signature)
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 18th day of June, 2021.

Heather S. Meingast
[printed name of Applicant]

*Heather S. Meingast* (signature)
[signature of Applicant]