# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JEREMY BRAVO, LINDSEY NGUYEN, *et al.*, | |
| Plaintiffs, | Case No.: 21-cv-162-ADA-JCM |
| v. | |
| NANCY PELOSI, MITCH McCONNELL, *et al.*, | |
| Defendants. | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant, Oklahoma Governor Kevin Stitt, by and through Assistant Attorney General, Jennifer Lewis, and pursuant to Fed. R. Civ. P. 6(b), under which district courts have broad discretion to expand filing deadlines, and LCvR. 7(d)(2), respectfully requests an extension of thirty (30) from June 24, 2021 until July 26, 2021, to file his responsive pleading to Plaintiffs' Second Amended Complaint. [Doc. 145]. In support of this motion, Defendant Stitt states:

1. Plaintiffs filed their original Complaint on February 22, 2021, naming over 100 elected officials as defendants, including the governors of all fifty (50) states. [Doc. 1].

2. On March 24, 2021, Plaintiffs filed their First Amended Complaint. [Doc. 24].

3. Oklahoma Governor Kevin Stitt was served on April 30, 2021.

4. Governor Stitt file his Motion for Extension to respond to Plaintiff's First Amended Complaint on May 20, 2021. [Doc. 84].

5. This Court granted Defendant Stitt's motion on May 21, 2021, wherein making his responsive pleadings due July 19, 2021.

6. On June 10, 2021, Plaintiffs filed their Second Amended Complaint adding new claims.

7. Defendant Stitt's deadline to respond to Plaintiff's Second Amended Complaint is June 24, 2021.

8. The undersigned counsel is in the process of conducting the appropriate and necessary analysis of the numerous allegations and legal issues presented in order to properly prepare a responsive pleading on behalf of Governor Stitt.

9. Counsel for Governor Stitt has reached out to Plaintiffs' counsel and he has no objection to the requested extension.

WHEREFORE, Defendant Oklahoma Governor Kevin Stitt respectfully requests the Court grant an extension of thirty (30) from June 24, 2021, until July 26, 2021, to file his responsive pleading.

Respectfully submitted,

/s/Lauren Ray
**LAUREN RAY, OBA#22694**
**JENNIFER LEWIS, OBA#32819**
Assistant Attorney General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: lauren.ray@oag.ok.gov
jennifer.lewis.oag.ok.gov
*Attorney for Oklahoma Governor Kevin Stitt*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 23rd day of June 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the Court's ECF System to all registered parties.

       /s/ Lauren Ray
       Lauren Ray