United States District Court
Western District of Texas
Waco Division

| | |
|---|---|
| Jennilyn Salinas, Maurice Lynnette, Lindsey Nguyen, Deanna Lorraine, J. Cann, "P.P.", "D.D.," "T.M.," "S.M.," and "M.L." For Themselves and as Putative Class Representatives,<br><br>    Plaintiffs,<br><br>    v.<br><br>Nancy Pelosi, Mitch Mcconnell, Chuck Schumer, Mark Zuckerberg, Joseph Biden, Kamala Harris, Brad Raffensperger, All Members of The 117th U.S. Congress, All 50 State Governors And Secretaries of State, 1 Jack Dorsey, Mike Podhorzer, Pete Sessions, Democratic Congressional Campaign Committee, Democratic Senate Campaign Committee, Republican National Committee, et al.,<br><br>    Defendants. | Case No. 6:21-CV-00162-ADA-JCM |

**Notice of Defective Service**

The federal defendants and the United States hereby give notice that Plaintiffs have not effectuated service upon the federal defendants in accordance with Federal Rules of Civil Procedure, as further explained in the Rule 4 letter attached hereto as Exhibit A. Because they have not been served, the federal defendants are not subject to a deadline to file a responsive pleading to either Plaintiffs' First or Second Amended Complaint, and no default may be taken against them. *See*, *e.g.*, ECF Nos. 93–100.

Respectfully submitted,

Ashley C. Hoff
United States Attorney

By:   */s/ Faith Johnson Lowry*
      Faith Johnson Lowry

Assistant United States Attorney
Texas Bar No. 24099560
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7355 (phone)
(210) 384-7358 (fax)
faith.johnson@usdoj.gov


**Certificate of Service**

I certify that on June 24, 2021, a true and correct copy of the foregoing Notice of Defective Service was electronically filed via the Court's CM/ECF system which will send notice to all counsel of record.

*/s/Faith Johnson Lowry*
FAITH JOHNSON LOWRY
Assistant United States Attorney