# EXHIBIT A

# Re: My Decision

From:

To: paul@fireduptxlawyer.com <paul@fireduptxlawyer.com>

Date: Tuesday, June 22nd, 2021 at 8:44 PM

Paul..



Also, I haver told        to dump all data regarding any component of the Waco lawsuit from the M90 website and will purge all working files that I have in my possession pertaining to work that was needed to assist your arguments at trial.   This does not mean that I am dumping evidence that I obtained from many sources other than       and       .   Be advised, you have a few missing pieces in your second amended due to my departure and failure to obtain elements from your source (me) prior to attacking my character.

With regards