UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, MAURICE LYNNETTE, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

**PLAINTIFFS' NOTICE OF DISMISSAL
OF VARIOUS NON-RESIDENT DEFENDANTS
THAT HAVE NOT YET RESPONDED TO THIS ACTION**

COME NOW, Jennilyn Salinas, Lindsey Nguyen, Deanna Lorraine, "P.P.," "D.D.," "T.M.," "S.M.," and "M.L." (collectively, "Plaintiffs"), by and through their attorney, Paul M. Davis, to Notice of Dismissal of Various Non-Resident Defendants in case and respectfully represent the following:

1. As described in Exhibit B to Plaintiff's Response to the Motion to Strike (Doc. No. 168-2), Plaintiffs have experienced recent severe setbacks regarding their resources to litigate this lawsuit. Specifically, Plaintiffs had been expecting an influx of financial resources, co-counsel, and staff to litigate this case, which did not materialize. Moreover, one of their own staff has now represented that he has destroyed evidence Plaintiffs intended to use to establish personal jurisdiction over various non-resident Defendants.

2. After further consideration of the matter, it seem unlikely that Plaintiffs will be able to muster the resources they need and recover much of the evidence they lost within a reasonable amount of time. Accordingly, Plaintiffs have decided to dramatically reduce the scope of this lawsuit to address only the Texas resident Defendants, the DSCC, the DCCC, Mr. Zuckerberg, and Mr. Dorsey for actions specifically directed at Texas, and will leave it to citizens in the other forty-nine states to hold their own officials accountable.

3. Plaintiffs are still waiting to confirm stipulations to voluntarily dismiss certain Defendants who have already responded to the lawsuit, but are filing this notice of dismissal to voluntarily dismiss those Defendants who have not yet responded to the lawsuit.

4. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses every governor, secretary of state, and member of congress that is not a resident of the state of Texas. A list of these Defendants that are voluntarily dismissed is attached hereto as **Exhibit A.**

Respectfully submitted this June 27, 2021.

/s/ *Paul M. Davis*
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlawyer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
5720 Frisco Square Blvd., # 2066
Frisco, TX 75034
Phone: 469-850-2930

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing motion on all counsel of record who have made appearances in this action to date via the court's ECF notification system.

/s/ <i>Paul M. Davis</i><br>
Paul M. Davis