# EXHIBIT A

| State | Category | Name | Office Address |
|---|---|---|---|
| Alabama | Governor | Kay Ivey | 600 Dexter Ave., Mongomery, AL 36130 |
| Alabama | Secretary of State | John H. Merrill | State Capitol Budling - Suite S-105 Montogomery, AL 36130 |
| Alabama | Senator 1 | Richard Shelby | 304 Russell Senate Office Building Washington DC 20510 |
| Alabama | Senator 2 | Tommy Tuberville | 142 Russell Senate Office Building Washington DC 20510 |
| Alabama | Congressman 1 | Jerry L. Carl | 1330 Longworth House Office Building, Washington, DC  20515 |
| Alabama | Congressman 2 | Barry Moore | 1504 Longworth House Office Building, Washington, DC 20515 |
| Alabama | Congressman 3 | Mike Rogers | 2469 Rayburn HOB Washington, DC 20515 |
| Alabama | Congressman 4 | Robert B. Aderholt | 266 Cannon House Office Building Washington, DC 20515 |
| Alabama | Congressman 5 | Mo Brooks | 2185 Rayburn HOB Washington, DC 20515 |
| Alabama | Congressman 6 | Gary Palmer | 170 Cannon House Office Building Washington, DC 20515 |
| Alabama | Congressman 7 | Terri A. Sewell | 2201 Rayburn HOBWashington, DC 20515 |
| Alaska | Governor | Mike Dunleavy | Office of the Governor P.O. Box 110001 Juneau, AK 99811-0001 |
|  | Secretary of State | None |  |
| Alaska | Senator 1 | Lisa Murkowski | 522 Hart Senate Office Building Washington DC 20510 |
| Alaska | Senator 2 | Dan Sullivan | 302 Hart Senate Office Building Washington DC 20510 |
| Alaska | Congressman 1 | Don Young | 314 Rayburn House Office Building Washington, DC 20515 |
| Arizona | Governor | Doug Ducey | 1700 West Washington Street Phoenix, Arizona 85007 |
| Arizona | Secretary of State | Katie Hobbs | 1700 W. Washington St Fl7 Phoenix, AZ 85007 |
| Arizona | Senator 1 | Mark Kelly | 516 Hart Senate Office Building Washington DC 20510 |
| Arizona | Senator 2 | Kyrsten Sinema | 317 Hart Senate Office Building Washington DC 20510 |
| Arizona | Congressman 1 | Tom O'Halleran | 318 Cannon House Office Building Washington, DC 20515 |
| Arizona | Congressman 2 | Ann Kirkpatrick | 309 Cannon HOB Washington, DC 20515 |
| Arizona | Congressman 3 | Raul Grijalva | 1511 Longworth HOB Washington, DC 20515 |
| Arizona | Congressman 4 | Paul A. Gosar | 2057 Rayburn HOB Washington, DC 20515 |
| Arizona | Congressman 5 | Andy Biggs | 171 Cannon House Office Building Washington, DC 20515 |

| Arizona | Congressman 6 | David Schweikert | 304 Cannon House Office Building Washington, DC 20515 |
|---------|---------------|------------------|------------------------------------------------------|
| Arizona | Congressman 7 | Ruben Gallego | 1131 Longworth House Office Building Washington, DC 20515 |
| Arizona | Congressman 8 | Debbie Lesko | 1214 Longworth HOB Washington, DC 20515 |
| Arizona | Congressman 9 | Greg Stanton | 207 Cannon HOB Washington, DC 20515 |
| Arkansas | Senator 1 | John Boozman | 141 Hart Senate Office Building Washington DC 20510 |
| Arkansas | Senator 2 | Tom Cotton | 326 Russell Senate Office Building Washington DC 20510 |
| Arkansas | Congressman 1 | Rick Crawford | 2422 Rayburn HOB Washington, DC 20515 |
| Arkansas | Congressman 2 | French Hill | 1533 Longworth HOB Washington, DC 20515 |
| Arkansas | Congressman 3 | Steve Womack | 2412 Rayburn House Office Building Washington, DC 20515 |
| Arkansas | Congressman 4 | Bruce Westerman | 202 Cannon House Office Building Washington, DC 20515 |
| California | Governor | Gavin Newsom | 1303 10th Street, Suite 1173 Sacramento, CA 95814 |
| California | Secretary of State | Alex Padilla | 1500 11th Street Sacramento, CA 95814 |
| California | Senator 1 | Dianne Feinstein | 331 Hart Senate Office Building Washington DC 20510 |
| California | Senator 2 | Alex Padilla | 112 Hart Senate Office Building Washington DC 20510 |
| California | Congressman 1 | Doug LaMalfa | 408 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 2 | Jared Huffman | 1527 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 3 | John Garamendi | 2368 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 4 | Tom McClintock | 2312 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 5 | Mike Thompson | 268 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 6 | Doris O. Matsui | 2311 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 7 | Ami Bera | 172 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 8 | Jay Obernolte | 1029 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 9 | Jerry McNerney | 2265 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 10 | Josh Harder | 209 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 11 | Mark DeSaulnier | 503 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 12 | Nancy Pelosi | 1236 Longworth House Office Building, Washington, DC 20515 |

| California | Congressman 13 | Barbara Lee | 2470 Rayburn House Office Building Washington, DC 20515 |
|---|---|---|---|
| California | Congressman 14 | Jackie Speier | 2465 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 15 | Eric Swalwell | 174 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 16 | Jim Costa | 2081 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 17 | Ro Khanna | 306 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 18 | Anna G. Eshoo | 272 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 19 | Zoe Lofgren | 1401 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 20 | Jimmy Panetta | 406 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 21 | David G. Valadao | 1728 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 22 | Devin Nunes | 1013 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 23 | Kevin McCarthy | 2468 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 24 | Salud Carbajal | 2331 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 25 | Mike Garcia | 1535 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 26 | Julia Brownley | 2262 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 27 | Judy Chu | 2423 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 28 | Adam Schiff | 2309 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 29 | Tony Cárdenas | 2438 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 30 | Brad Sherman | 2181 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 31 | Pete Aguilar | 109 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 32 | Grace Napolitano | 1610 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 33 | Ted Lieu | 403 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 34 | Jimmy Gomez | 1530 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 35 | Norma Torres | 2227 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 36 | Raul Ruiz | 2342 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 37 | Karen Bass | 2021 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 38 | Linda Sánchez | 2329 Rayburn House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| California | Congressman 39 | Young Kim | 1306 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 40 | Lucille Roybal-Allard | 2083 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 41 | Mark Takano | 420 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 42 | Ken Calvert | 2205 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 43 | Maxine Waters | 2221 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 44 | Nanette Barragán | 2246 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 45 | Katie Porter | 1117 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 46 | J. Luis Correa | 2301 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 47 | Alan Lowenthal | 108 Cannon House Office Building Washington, DC 20515 |
| California | Congressman 48 | Michelle Steel | 1113 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 49 | Mike Levin | 1030 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 50 | Darrell Issa | 2300 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 51 | Juan Vargas | 2244 Rayburn House Office Building Washington, DC 20515 |
| California | Congressman 52 | Scott Peters | 1201 Longworth House Office Building, Washington, DC 20515 |
| California | Congressman 53 | Sara Jacobs | 1232 Longworth House Office Building, Washington, DC 20515 |
| Colorado | Governor | Jared Polis | State Capitol Building 200 E. Colfax Ave., Rm. 136 Denver, CO 80203 |
| Colorado | Secretary of State | Jena Griswold | 1700 Broadway suite 550 Denver, CO 80290 |
| Colorado | Senator 1 | Michael F. Bennet | 261 Russell Senate Office Building Washington DC 20510 |
| Colorado | Senator 2 | John W. Hickenlooper | B85 Russell Senate Office Building Washington DC 20510 |
| Colorado | Congressman 1 | Diana DeGette | 2111 Rayburn House Office Building Washington, DC 20515 |
| Colorado | Congressman 2 | Joe Neguse | 1419 Longworth House Office Building, Washington, DC 20515 |
| Colorado | Congressman 3 | Lauren Boebert | 1609 Longworth House Office Building, Washington, DC 20515 |
| Colorado | Congressman 4 | Ken Buck | 2455 Rayburn House Office Building Washington, DC 20515 |
| Colorado | Congressman 5 | Doug Lamborn | 2371 Rayburn House Office Building Washington, DC 20515 |
| Colorado | Congressman 6 | Jason Crow | 1229 Longworth House Office Building, Washington, DC 20515 |

| Colorado | Congressman 7 | Ed Perlmutter | 1226 Longworth House Office Building, Washington, DC 20515 |
|---|---|---|---|
| Connecticut | Governor | Ned Lamont | Office of Governor Ned Lamont<br>State Capitol<br>210 Capitol Avenue<br>Hartford, CT 06106 |
| Connecticut | Secretary of State | Denise W. Merrill | 165 Capitol Avenue Harfor, CT 06106 |
| Connecticut | Senator 1 | Richard Blumenthal | 706 Hart Senate Office Building Washington DC 20510 |
| Connecticut | Senator 2 | Christopher Murphy | 136 Hart Senate Office Building Washington DC 20510 |
| Connecticut | Congressman 1 | John B. Larson | 1501 Longworth House Office Building, Washington, DC 20515 |
| Connecticut | Congressman 2 | Joe Courtney | 2449 Rayburn House Office Building Washington, DC 20515 |
| Connecticut | Congressman 3 | Rosa L. DeLauro | 2413 Rayburn House Office Building Washington, DC 20515 |
| Connecticut | Congressman 4 | Jim Himes | 2137 Rayburn House Office Building Washington, DC 20515 |
| Connecticut | Congressman 5 | Jahana Hayes | 1415 Longworth House Office Building, Washington, DC 20515 |
| Delaware | Governor | John Carney | 150 Martin Luther King Jr Blvd South Dover, DE 19901 |
| Delaware | Secretary of State | Jeffrey W. Bullock | 401 Federal Street Dover, DE 19901 |
| Delaware | Senator 1 | Thomas R. Carper | 513 Hart Senate Office Building Washington DC 20510 |
| Delaware | Senator 2 | Christopher A. Coons | 218 Russell Senate Office Building Washington DC 20510 |
| Delaware | Congressman 1 | Lisa Blunt Rochester | 1724 Longworth House Office Building, Washington, DC 20515 |
| Florida | Governor | Ron DeSantis | Office of Governor Ron DeSantis<br>State of Florida<br>The Capitol<br>400 S. Monroe St.<br>Tallahassee, FL 32399-0001 |
| Florida | Secretary of State | Laurel M. Lee | Department of State<br>Division of Corporations<br>The Centre of Tallahassee<br>2415 N Monroe Street, Suite 810<br>Tallahassee, FL 32303 |
| Florida | Senator 1 | Marco Rubio | 284 Russell Senate Office Bldg Washington, DC 20510 |
| Florida | Senator 2 | Rick Scott | 716 Hart Senate Office Building Washington DC 20510 |
| Florida | Congressman 1 | Matt Gaetz | 1721 Longworth House Office Building, Washington, DC 20515 |
| Florida | Congressman 2 | Neal Dunn | 316 Cannon House Office Building Washington, DC 20515 |

| Florida | Congressman 3 | Kat Cammack | 1626 Longworth House Office Building, Washington, DC 20515 |
| Florida | Congressman 4 | John Rutherford | 1711 Longworth House Office Building, Washington, DC 20515 |
| Florida | Congressman 5 | Al Lawson | 2437 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 6 | Michael Waltz | 213 Cannon House Office Building Washington, DC 20515 |
| Florida | Congressman 7 | Stephanie Murphy | 1710 Longworth House Office Building, Washington, DC 20515 |
| Florida | Congressman 8 | Bill Posey | 2150 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 9 | Darren Soto | 2353 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 10 | Val Demings | 217 Cannon House Office Building Washington, DC 20515 |
| Florida | Congressman 11 | Daniel Webster | 2184 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 12 | Gus M. Bilirakis | 2354 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 13 | Charlie Crist | 215 Cannon House Office Building Washington, DC 20515 |
| Florida | Congressman 14 | Kathy Castor | 2052 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 15 | C. Scott Franklin | 1517 Longworth House Office Building, Washington, DC 20515 |
| Florida | Congressman 16 | Vern Buchanan | 2110 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 17 | W. Gregory Steube | 2457 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 18 | Brian Mast | 2182 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 19 | Byron Donalds | 523 Cannon House Office Building Washington, DC 20515 |
| Florida | Congressman 20 | Alcee L. Hastings | 2365 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 21 | Lois Frankel | 2305 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 22 | Ted Deutch | 2323 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 23 | Debbie Wasserman Schultz | 1114 Longworth House Office Building, Washington, DC 20515 |
| Florida | Congressman 24 | Frederica Wilson | 2445 Rayburn House Office Building Washington, DC 20515 |
| Florida | Congressman 25 | Mario Diaz-Balart | 374 Cannon House Office Building Washington, DC 20515 |
| Florida | Congressman 26 | Carlos A. Gimenez | 419 Cannon House Office Building Washington, DC 20515 |
| Florida | Congressman 27 | Maria Elvira Salazar | 1616 Longworth House Office Building, Washington, DC 20515 |
| Georgia | Senator 1 | Jon Ossoff | 825 B&C Hart Senate Office Building Washington DC 20510 |

| | | | |
|---|---|---|---|
| Georgia | Senator 2 | Raphael G. Warnock | B40D Dirksen Senate Office Building Washington DC 20510 |
| Georgia | Congressman 1 | Buddy Carter | 2432 Rayburn House Office Building Washington, DC 20515 |
| Georgia | Congressman 2 | Sanford D. Bishop Jr. | 2407 Rayburn House Office Building Washington, DC 20515 |
| Georgia | Congressman 3 | A. Drew Ferguson | 1032 Longworth House Office Building, Washington, DC 20515 |
| Georgia | Congressman 4 | Henry C. "Hank" Jr. Johnson | 2240 Rayburn House Office Building Washington, DC 20515 |
| Georgia | Congressman 5 | Nikema Williams | 1406 Longworth House Office Building, Washington, DC 20515 |
| Georgia | Congressman 6 | Lucy McBath | 1513 Longworth House Office Building, Washington, DC 20515 |
| Georgia | Congressman 7 | Carolyn Bourdeaux | 1319 Longworth House Office Building, Washington, DC 20515 |
| Georgia | Congressman 8 | Austin Scott | 2417 Rayburn House Office Building Washington, DC 20515 |
| Georgia | Congressman 9 | Andrew S. Clyde | 521 Cannon House Office Building Washington, DC 20515 |
| Georgia | Congressman 10 | Jody Hice | 404 Cannon House Office Building Washington, DC 20515 |
| Georgia | Congressman 11 | Barry Loudermilk | 2133 Rayburn House Office Building Washington, DC 20515 |
| Georgia | Congressman 12 | Rick Allen | 570 Cannon House Office Building Washington, DC 20515 |
| Georgia | Congressman 13 | David Scott | 468 Cannon House Office Building Washington, DC 20515 |
| Georgia | Congressman 14 | Marjorie Taylor Greene | 1023 Longworth House Office Building, Washington, DC 20515 |
| Hawaii | Governor | David Y. Ige | The Honorable David Y. Ige Governor, State of Hawaii Executive Chambers State Capitol Honolulu, Hawaii 96813 |
| Hawaii | Secretary of State | Josh Green | Hawaii Secretary of State Honolulu, Hawaii 96810 |
| Hawaii | Senator 1 | Mazie K. Hirono | 109 Hart Senate Office Building Washington DC 20510 |
| Hawaii | Senator 2 | Brian Schatz | 722 Hart Senate Office Building Washington DC 20510 |
| Hawaii | Congressman 1 | Ed Case | 2210 Rayburn House Office Building Washington, DC 20515 |
| Hawaii | Congressman 2 | Kaiali'i Kahele | 1205 Longworth House Office Building, Washington, DC 20515 |
| Idaho | Governor | Brad Little | Office of the Governor State Capitol PO Box 83720 Boise, ID 83720 |
| Idaho | Secretary of State | Lawerence Denney | 450 N 4th Street Boise, ID 83702 |

| Idaho | Senator 1 | Mike Crapo | 239 Dirksen Senate Office Building Washington DC 20510 |
|---|---|---|---|
| Idaho | Senator 2 | James E. Risch | 483 Russell Senate Office Building Washington DC 20510 |
| Idaho | Congressman 1 | Russ Fulcher | 1520 Longworth House Office Building, Washington, DC 20515 |
| Idaho | Congressman 2 | Mike Simpson | 2084 Rayburn House Office Building Washington, DC 20515 |
| Illinois | Governor | JB Pritzker | Office of the Governor 207 State House Springfield, IL 62706 |
| Illinois | Secretary of State | Jesse White | 213 State Capitol Springfield, Illionois, 62756 |
| Illinois | Senator 1 | Tammy Duckworth | 524 Hart Senate Office Building Washington DC 20510 |
| Illinois | Senator 2 | Richard J. Durbin | 711 Hart Senate Office Building Washington DC 20510 |
| Illinois | Congressman 1 | Bobby L. Rush | 2188 Rayburn House Office Building Washington, DC 20515 |
| Illinois | Congressman 2 | Robin Kelly | 2416 Rayburn House Office Building Washington, DC 20515 |
| Illinois | Congressman 3 | Marie Newman | 1022 Longworth House Office Building, Washington, DC 20515 |
| Illinois | Congressman 4 | Jesús "Chuy" García | 1519 Longworth House Office Building, Washington, DC 20515 |
| Illinois | Congressman 5 | Mike Quigley | 2078 Rayburn House Office Building Washington, DC 20515 |
| Illinois | Congressman 6 | Sean Casten | 2440 Rayburn House Office Building Washington, DC 20515 |
| Illinois | Congressman 7 | Danny K. Davis | 2159 Rayburn House Office Building Washington, DC 20515 |
| Illinois | Congressman 8 | Raja Krishnamoorthi | 115 Cannon House Office Building Washington, DC 20515 |
| Illinois | Congressman 9 | Jan Schakowsky | 2367 Rayburn House Office Building Washington, DC 20515 |
| Illinois | Congressman 10 | Bradley Schneider | 300 Cannon House Office Building Washington, DC 20515 |
| Illinois | Congressman 11 | Bill Foster | 2366 Rayburn House Office Building Washington, DC 20515 |
| Illinois | Congressman 12 | Mike Bost | 1211 Longworth House Office Building, Washington, DC 20515 |
| Illinois | Congressman 13 | Rodney Davis | 2079 Rayburn House Office Building Washington, DC 20515 |
| Illinois | Congressman 14 | Lauren Underwood | 1130 Longworth House Office Building, Washington, DC 20515 |
| Illinois | Congressman 15 | Mary E. Miller | 1529 Longworth House Office Building, Washington, DC 20515 |
| Illinois | Congressman 16 | Adam Kinzinger | 2245 Rayburn House Office Building Washington, DC 20515 |
| Illinois | Congressman 17 | Cheri Bustos | 1233 Longworth House Office Building, Washington, DC 20515 |

| Illinois | Congressman 18 | Darin LaHood | 1424 Longworth House Office Building, Washington, DC 20515 |
|---|---|---|---|
| Indiana | Governor | Eric Holcomb | 200 W. Washington St., Rm. 206, Indianapolis, IN 46204 |
| Indiana | Secretary of State | Holli Suillivan | 200 West Washington St<br>Room 201<br>Indianapolis, IN 46204 |
| Indiana | Senator 1 | Mike Braun | 404 Russell Senate Office Building Washington DC 20510 |
| Indiana | Senator 2 | Todd Young | 185 Dirksen Senate Office Building Washington DC 20510 |
| Indiana | Congressman 1 | Frank J. Mrvan | 1607 Longworth House Office Building, Washington, DC 20515 |
| Indiana | Congressman 2 | Jackie Walorski | 466 Cannon House Office Building Washington, DC 20515 |
| Indiana | Congressman 3 | Jim Banks | 1713 Longworth House Office Building, Washington, DC 20515 |
| Indiana | Congressman 4 | James Baird | 1314 Longworth House Office Building, Washington, DC 20515 |
| Indiana | Congressman 5 | Victoria Spartz | 1523 Longworth House Office Building, Washington, DC 20515 |
| Indiana | Congressman 6 | Greg Pence | 211 Cannon House Office Building Washington, DC 20515 |
| Indiana | Congressman 7 | André Carson | 2135 Rayburn House Office Building Washington, DC 20515 |
| Indiana | Congressman 8 | Larry Bucshon | 2313 Rayburn House Office Building Washington, DC 20515 |
| Indiana | Congressman 9 | Trey Hollingsworth | 1641 Longworth House Office Building, Washington, DC 20515 |
| Iowa | Governor | Kim Reynolds | Office of the Governor<br>State Capitol<br>1007 East Grand Ave.<br>Des Moines, IA 50319 |
| Iowa | Secretary of State | Paul D. Pate | 321 East 12th Street Des Moines, IA 50319 |
| Iowa | Senator 1 | Joni Ernst | 730 Hart Senate Office Building Washington DC 20510 |
| Iowa | Senator 2 | Chuck Grassley | 135 Hart Senate Office Building Washington DC 20510 |
| Iowa | Congressman 1 | Ashley Hinson | 1429 Longworth House Office Building, Washington, DC 20515 |
| Iowa | Congressman 2 | Mariannette Miller-Meeks | 1716 Longworth House Office Building, Washington, DC 20515 |
| Iowa | Congressman 3 | Cynthia Axne | 1034 Longworth House Office Building, Washington, DC 20515 |
| Iowa | Congressman 4 | Randy Feenstra | 1440 Longworth House Office Building, Washington, DC 20515 |
| Kansas | Senator 1 | Roger Marshall | B33 Russell Senate Office Building Washington DC 20510 |
| Kansas | Senator 2 | Jerry Moran | 521 Dirksen Senate Office Building Washington DC 20510 |

| Kansas | Congressman 1 | Tracey Mann | 522 Cannon House Office Building Washington, DC 20515 |
|---|---|---|---|
| Kansas | Congressman 2 | Jake LaTurner | 1630 Longworth House Office Building, Washington, DC 20515 |
| Kansas | Congressman 3 | Sharice Davids | 1541 Longworth House Office Building, Washington, DC 20515 |
| Kansas | Congressman 4 | Ron Estes | 2411 Rayburn House Office Building Washington, DC 20515 |
| Kentucky | Governor | Andy Beshear | 700 Capitol Avenue, Suite 100 Frankfort, Kentucky 40601 |
| Kentucky | Secretary of State | Sara W. Mahan | 700 Capital Avenue Suite 152 Frankfort, KY 40601 |
| Kentucky | Senator 1 | Mitch McConnell | 317 Russell Senate Office Building Washington DC 20510 |
| Kentucky | Senator 2 | Rand Paul | 167 Russell Senate Office Building Washington DC 20510 |
| Kentucky | Congressman 1 | James Comer | 2410 Rayburn House Office Building Washington, DC 20515 |
| Kentucky | Congressman 2 | S. Brett Guthrie | 2434 Rayburn House Office Building Washington, DC 20515 |
| Kentucky | Congressman 3 | John A. Yarmuth | 402 Cannon House Office Building Washington, DC 20515 |
| Kentucky | Congressman 4 | Thomas Massie | 2453 Rayburn House Office Building Washington, DC 20515 |
| Kentucky | Congressman 5 | Harold Rogers | 2406 Rayburn House Office Building Washington, DC 20515 |
| Kentucky | Congressman 6 | Andy Barr | 2430 Rayburn House Office Building Washington, DC 20515 |
| Louisiana | Governor | John Bel Edwards | Office of the Governor PO Box 94004 Baton Rouge, LA 70804 |
| Louisiana | Secretary of State | R. Kyle Ardoin | 8585 Archives Avenue Baton Rouge, LA 70809 |
| Louisiana | Senator 1 | Bill Cassidy | 520 Hart Senate Office Building Washington DC 20510 |
| Louisiana | Senator 2 | John Kennedy | 416 Russell Senate Office Building Washington DC 20510 |
| Louisiana | Congressman 1 | Steve Scalise | 2049 Rayburn House Office Building Washington, DC 20515 |
| Louisiana | Congressman 2 | Vacant | |
| Louisiana | Congressman 3 | Clay Higgins | 572 Cannon House Office Building Washington, DC 20515 |
| Louisiana | Congressman 4 | Mike Johnson | 568 Cannon House Office Building Washington, DC 20515 |
| Louisiana | Congressman 5 | Vacant | |
| Louisiana | Congressman 6 | Garret Graves | 2402 Rayburn House Office Building Washington, DC 20515 |
| Maine | Governor | Janet T. Mills | Governor Janet Mills 1 State House Station Augusta, ME 04333 |

| | | | |
|---|---|---|---|
| Maine | Secretary of State | Shenna Bellows | 148 State House Station<br>Augustus, Maine 04333-0148 |
| Maine | Senator 1 | Susan M. Collins | 413 Dirksen Senate Office Building<br>Washington DC 20510 |
| Maine | Senator 2 | Angus S. King, Jr. | 133 Hart Senate Office Building<br>Washington DC 20510 |
| Maine | Congressman 1 | Chellie Pingree | 2162 Rayburn House Office Building<br>Washington, DC 20515 |
| Maine | Congressman 2 | Jared Golden | 1222 Longworth House Office Building,<br>Washington, DC 20515 |
| Maryland | Governor | Larry Hogan | 100 State Circle, Annapolis, MD 21401 |
| Maryland | Secretary of State | John C. Wobensmith | 16 Francis Street<br>Annapolis, MD 21401 |
| Maryland | Senator 1 | Benjamin L. Cardin | 509 Hart Senate Office Building<br>Washington DC 20510 |
| Maryland | Senator 2 | Chris Van Hollen | 110 Hart Senate Office Building<br>Washington DC 20510 |
| Maryland | Congressman 1 | Andy Harris | 2334 Rayburn House Office Building<br>Washington, DC 20515 |
| Maryland | Congressman 2 | C. A. Dutch Ruppersberger | 2206 Rayburn House Office Building<br>Washington, DC 20515 |
| Maryland | Congressman 3 | John P. Sarbanes | 2370 Rayburn House Office Building<br>Washington, DC 20515 |
| Maryland | Congressman 4 | Anthony Brown | 1323 Longworth House Office Building,<br>Washington, DC 20515 |
| Maryland | Congressman 5 | Steny H. Hoyer | 1705 Longworth House Office Building,<br>Washington, DC 20515 |
| Maryland | Congressman 6 | David Trone | 1110 Longworth House Office Building,<br>Washington, DC 20515 |
| Maryland | Congressman 7 | Kweisi Mfume | 2263 Rayburn House Office Building<br>Washington, DC 20515 |
| Maryland | Congressman 8 | Jamie Raskin | 2242 Rayburn House Office Building<br>Washington, DC 20515 |
| Massachusetts | Governor | Charlie Baker | Governor Charlie Baker's Office of<br>Constituent Services<br>Massachusetts State House, 24 Beacon St.<br>Office of the Governor, Room 280<br>Boston, MA 02133 |
| Massachusetts | Secretary of State | William Francis Galvin | Secretary of the Commonwealth of<br>Massachusetts                    Citizen<br>Information Service<br>McCormack Building<br>One Ashburton Place, Room 1611<br>Boston, MA 02108-1512 |
| Massachusetts | Senator 1 | Edward J. Markey | 255 Dirksen Senate Office Building<br>Washington DC 20510 |
| Massachusetts | Senator 2 | Elizabeth Warren | 309 Hart Senate Office Building<br>Washington DC 20510 |
| Massachusetts | Congressman 1 | Richard E. Neal | 372 Cannon House Office Building<br>Washington, DC 20515 |
| Massachusetts | Congressman 2 | James McGovern | 370 Cannon House Office Building<br>Washington, DC 20515 |

| Massachusetts | Congressman 3 | Lori Trahan | 2439 Rayburn House Office Building Washington, DC 20515 |
|---|---|---|---|
| Massachusetts | Congressman 4 | Jake Auchincloss | 1524 Longworth House Office Building, Washington, DC 20515 |
| Massachusetts | Congressman 5 | Katherine Clark | 2448 Rayburn House Office Building Washington, DC 20515 |
| Massachusetts | Congressman 6 | Seth Moulton | 1127 Longworth House Office Building, Washington, DC 20515 |
| Massachusetts | Congressman 7 | Ayanna Pressley | 1108 Longworth House Office Building, Washington, DC 20515 |
| Massachusetts | Congressman 8 | Stephen F. Lynch | 2109 Rayburn House Office Building Washington, DC 20515 |
| Massachusetts | Congressman 9 | William Keating | 2351 Rayburn House Office Building Washington, DC 20515 |
| Michigan | Governor | Gretchen Whitmer | Governor Gretchen Whitmer P.O. Box 30013 Lansing, Michigan 48909 |
| Michigan | Secretary of State | Jocelyn Benson | 430 W. Allegan Street Richard H. Austin Bldg -4th floor Lansing, MI 48918 |
| Michigan | Senator 1 | Gary C. Peters | 724 Hart Senate Office Building Washington DC 20510 |
| Michigan | Senator 2 | Debbie Stabenow | 731 Hart Senate Office Building Washington DC 20510 |
| Michigan | Congressman 1 | Jack Bergman | 566 Cannon House Office Building Washington, DC 20515 |
| Michigan | Congressman 2 | Bill Huizenga | 2232 Rayburn House Office Building Washington, DC 20515 |
| Michigan | Congressman 3 | Peter Meijer | 1508 Longworth House Office Building, Washington, DC 20515 |
| Michigan | Congressman 4 | John Moolenaar | 117 Cannon House Office Building Washington, DC 20515 |
| Michigan | Congressman 5 | Daniel Kildee | 200 Cannon House Office Building Washington, DC 20515 |
| Michigan | Congressman 6 | Fred Upton | 2183 Rayburn House Office Building Washington, DC 20515 |
| Michigan | Congressman 7 | Tim Walberg | 2266 Rayburn House Office Building Washington, DC 20515 |
| Michigan | Congressman 8 | Elissa Slotkin | 1210 Longworth House Office Building, Washington, DC 20515 |
| Michigan | Congressman 9 | Andy Levin | 312 Cannon House Office Building Washington, DC 20515 |
| Michigan | Congressman 10 | Lisa C. McClain | 218 Cannon House Office Building Washington, DC 20515 |
| Michigan | Congressman 11 | Haley Stevens | 1510 Longworth House Office Building, Washington, DC 20515 |
| Michigan | Congressman 12 | Debbie Dingell | 116 Cannon House Office Building Washington, DC 20515 |
| Michigan | Congressman 13 | Rashida Tlaib | 1628 Longworth House Office Building, Washington, DC 20515 |
| Michigan | Congressman 14 | Brenda Lawrence | 2463 Rayburn House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| Minnesota | Governor | Tim Walz | 130 State Capitol<br>75 Rev Dr. Martin Luther King Jr. Blvd.<br>St. Paul, MN 55155 |
| Minnesota | Secretary of State | Steve Simon | Office of the Secretary of State<br>Retirement Systems of Minnesota Bldg<br>60 Empire Drive, Suite 100<br>St.. Paul, MN 55103 |
| Minnesota | Senator 1 | Amy Klobuchar | 425 Dirksen Senate Office Building<br>Washington DC 20510 |
| Minnesota | Senator 2 | Tina Smith | 720 Hart Senate Office Building<br>Washington DC 20510 |
| Minnesota | Congressman 1 | Jim Hagedorn | 1433 Longworth House Office Building,<br>Washington, DC 20515 |
| Minnesota | Congressman 2 | Angie Craig | 2442 Rayburn House Office Building<br>Washington, DC 20515 |
| Minnesota | Congressman 3 | Dean Phillips | 2452 Rayburn House Office Building<br>Washington, DC 20515 |
| Minnesota | Congressman 4 | Betty McCollum | 2256 Rayburn House Office Building<br>Washington, DC 20515 |
| Minnesota | Congressman 5 | Ilhan Omar | 1730 Longworth House Office Building,<br>Washington, DC 20515 |
| Minnesota | Congressman 6 | Tom Emmer | 315 Cannon House Office Building<br>Washington, DC 20515 |
| Minnesota | Congressman 7 | Michelle Fischbach | 1237 Longworth House Office Building,<br>Washington, DC 20515 |
| Minnesota | Congressman 8 | Pete Stauber | 461 Cannon House Office Building<br>Washington, DC 20515 |
| Mississippi | Governor | Tate Reeves | P.O. Box 139,<br>Jackson, MS 39205 |
| Mississippi | Secretary of State | Michael Watson | 400 High Street, Room 105<br>New Capitol Bldg<br>Jackson, MS 39201 |
| Mississippi | Senator 1 | Cindy Hyde-Smith | 702 Hart Senate Office Building<br>Washington DC 20510 |
| Mississippi | Senator 2 | Roger F. Wicker | 555 Dirksen Senate Office Building<br>Washington DC 20510 |
| Mississippi | Congressman 1 | Trent Kelly | 2243 Rayburn House Office Building<br>Washington, DC 20515 |
| Mississippi | Congressman 2 | Bennie G. Thompson | 2466 Rayburn House Office Building<br>Washington, DC 20515 |
| Mississippi | Congressman 3 | Michael Guest | 418 Cannon House Office Building<br>Washington, DC 20515 |
| Mississippi | Congressman 4 | Steven Palazzo | 2349 Rayburn House Office Building<br>Washington, DC 20515 |
| Missouri | Governor | Michael L. Parson | Office of Governor Michael L. Parson<br>P.O. Box 720<br>Jefferson City, MO 65102 |
| Missouri | Secretary of State | John R Ashcroft | 600 West Main Street, Room 322<br>Jefferson City, MO 65101 |
| Missouri | Senator 1 | Roy Blunt | 260 Russell Senate Office Building<br>Washington DC 20510 |

| | | | |
|---|---|---|---|
| Missouri | Senator 2 | Josh Hawley | 212 Russell Senate Office Building Washington DC 20510 |
| Missouri | Congressman 1 | Cori Bush | 563 Cannon House Office Building Washington, DC 20515 |
| Missouri | Congressman 2 | Ann Wagner | 2350 Rayburn House Office Building Washington, DC 20515 |
| Missouri | Congressman 3 | Blaine Luetkemeyer | 2230 Rayburn House Office Building Washington, DC 20515 |
| Missouri | Congressman 4 | Vicky Hartzler | 2235 Rayburn House Office Building Washington, DC 20515 |
| Missouri | Congressman 5 | Emanuel Cleaver | 2335 Rayburn House Office Building Washington, DC 20515 |
| Missouri | Congressman 6 | Sam Graves | 1135 Longworth House Office Building, Washington, DC 20515 |
| Missouri | Congressman 7 | Billy Long | 2454 Rayburn House Office Building Washington, DC 20515 |
| Missouri | Congressman 8 | Jason Smith | 2418 Rayburn House Office Building Washington, DC 20515 |
| Montana | Governor | Greg Gianforte | Office of the Governor PO Box 200801 Helena, MT 59620-0801 |
| Montana | Secretary of State | Christi Jacobsen | Secretary of State Capitol Bldg Room 260        Helena, MT 59620-2801 |
| Montana | Senator 1 | Steve Daines | 320 Hart Senate Office Building Washington DC 20510 |
| Montana | Senator 2 | Jon Tester | 311 Hart Senate Office Building Washington DC 20510 |
| Montana | Congressman 1 | Matthew M. Rosendale | 1037 Longworth House Office Building, Washington, DC 20515 |
| Nebraska | Governor | Pete Ricketts | P.O. Box 94848 Lincoln, NE 68509-4848 |
| Nebraska | Secretary of State | John A. Gale | Capitol Office 1445 K Street, Suite 2300 Lincoln, NE 68509 |
| Nebraska | Senator 1 | Deb Fischer | 454 Russell Senate Office Building Washington DC 20510 |
| Nebraska | Senator 2 | Ben Sasse | 107 Russell Senate Office Building Washington DC 20510 |
| Nebraska | Congressman 1 | Jeff Fortenberry | 1514 Longworth House Office Building, Washington, DC 20515 |
| Nebraska | Congressman 2 | Don Bacon | 1024 Longworth House Office Building, Washington, DC 20515 |
| Nebraska | Congressman 3 | Adrian Smith | 502 Cannon House Office Building Washington, DC 20515 |
| Nevada | Governor | Steve Sisolak | State Capitol Building 101 N. Carson Street Carson City, NV 89701 |
| Nevada | Secretary of State | Barbara K. Cegavske | State Capitol Building 101 N. Carson Street, Suite 3 Carson City, NV 89701 |

| Nevada | Senator 1 | Catherine Cortez Masto | 313 Hart Senate Office Building Washington DC 20510 |
|---|---|---|---|
| Nevada | Senator 2 | Jacky Rosen | 713 Hart Senate Office Building Washington DC 20510 |
| Nevada | Congressman 1 | Dina Titus | 2464 Rayburn House Office Building Washington, DC 20515 |
| Nevada | Congressman 2 | Mark Amodei | 104 Cannon House Office Building Washington, DC 20515 |
| Nevada | Congressman 3 | Susie Lee | 365 Cannon House Office Building Washington, DC 20515 |
| Nevada | Congressman 4 | Steven Horsford | 562 Cannon House Office Building Washington, DC 20515 |
| New Hampshire | Senator 1 | Margaret Wood Hassan | 324 Hart Senate Office Building Washington DC 20510 |
| New Hampshire | Senator 2 | Jeanne Shaheen | 506 Hart Senate Office Building Washington DC 20510 |
| New Hampshire | Congressman 1 | Chris Pappas | 319 Cannon House Office Building Washington, DC 20515 |
| New Hampshire | Congressman 2 | Ann Kuster | 320 Cannon House Office Building Washington, DC 20515 |
| New Jersey | Governor | Phil Murphy | Office of Governor PO Box 001 Trenton, NJ 08625 |
| New Jersey | Secretary of State | Tahesha Way | 225 West State Street, 2nd Floor Trenton, NJ 08625 |
| New Jersey | Senator 1 | Cory A. Booker | 717 Hart Senate Office Building Washington DC 20510 |
| New Jersey | Senator 2 | Robert Menendez | 528 Hart Senate Office Building Washington DC 20510 |
| New Jersey | Congressman 1 | Donald Norcross | 2427 Rayburn House Office Building Washington, DC 20515 |
| New Jersey | Congressman 2 | Jefferson Van Drew | 2447 Rayburn House Office Building Washington, DC 20515 |
| New Jersey | Congressman 3 | Andy Kim | 2444 Rayburn House Office Building Washington, DC 20515 |
| New Jersey | Congressman 4 | Chris Smith | 2373 Rayburn House Office Building Washington, DC 20515 |
| New Jersey | Congressman 5 | Josh Gottheimer | 203 Cannon House Office Building Washington, DC 20515 |
| New Jersey | Congressman 6 | Frank Pallone Jr. | 2107 Rayburn House Office Building Washington, DC 20515 |
| New Jersey | Congressman 7 | Tom Malinowski | 1318 Longworth House Office Building, Washington, DC 20515 |
| New Jersey | Congressman 8 | Albio Sires | 2268 Rayburn House Office Building Washington, DC 20515 |
| New Jersey | Congressman 9 | Bill Pascrell Jr. | 2409 Rayburn House Office Building Washington, DC 20515 |
| New Jersey | Congressman 10 | Donald Payne Jr. | 106 Cannon House Office Building Washington, DC 20515 |
| New Jersey | Congressman 11 | Mikie Sherrill | 1414 Longworth House Office Building, Washington, DC 20515 |

| New Jersey | Congressman 12 | Bonnie Watson Coleman | 168 Cannon House Office Building Washington, DC 20515 |
|---|---|---|---|
| New Mexico | Governor | Michelle Lujan Grisham | 490 Old Santa Fe Trail Room 400 Santa Fe, NM 87501 |
| New Mexico | Secretary of State | Maggie Toulouse Oliver | 325 Don Gaspar, Suite 300 Santa Fe, NM 87501 |
| New Mexico | Senator 1 | Martin Heinrich | 303 Hart Senate Office Building Washington DC 20510 |
| New Mexico | Senator 2 | Ben Ray Luján | B40C Dirksen Senate Office Building Washington DC 20510 |
| New Mexico | Congressman 1 | Vacant | |
| New Mexico | Congressman 2 | Yvette Herrell | 1305 Longworth House Office Building, Washington, DC 20515 |
| New Mexico | Congressman 3 | Teresa Leger Fernandez | 1432 Longworth House Office Building, Washington, DC 20515 |
| New York | Governor | Andrew M. Cuomo | The Honorable Andrew M. Cuomo Governor of New York State NYS State Capitol Building Albany, NY 12224 |
| New York | Secretary of State | Rossana Rosado | One Commerce Plaza 99 Washington Ave New Albany, NY 12231-0001 |
| New York | Senator 1 | Kirsten E. Gillibrand | 478 Russell Senate Office Building Washington DC 20510 |
| New York | Senator 2 | Charles E. Schumer | 322 Hart Senate Office Building Washington DC 20510 |
| New York | Congressman 1 | Lee Zeldin | 2441 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 2 | Andrew R. Garbarino | 1516 Longworth House Office Building, Washington, DC 20515 |
| New York | Congressman 3 | Thomas Suozzi | 407 Cannon House Office Building Washington, DC 20515 |
| New York | Congressman 4 | Kathleen Rice | 2435 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 5 | Gregory W. Meeks | 2310 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 6 | Grace Meng | 2209 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 7 | Nydia M. Velázquez | 2302 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 8 | Hakeem Jeffries | 2433 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 9 | Yvette D. Clarke | 2058 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 10 | Jerrold Nadler | 2132 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 11 | Nicole Malliotakis | 417 Cannon House Office Building Washington, DC 20515 |
| New York | Congressman 12 | Carolyn Maloney | 2308 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 13 | Adriano Espaillat | 2332 Rayburn House Office Building Washington, DC 20515 |

| New York | Congressman 14 | Alexandria Ocasio-Cortez | 216 Cannon House Office Building Washington, DC 20515 |
| New York | Congressman 15 | Ritchie Torres | 317 Cannon House Office Building Washington, DC 20515 |
| New York | Congressman 16 | Jamaal Bowman | 1605 Longworth House Office Building, Washington, DC 20515 |
| New York | Congressman 17 | Mondaire Jones | 1017 Longworth House Office Building, Washington, DC 20515 |
| New York | Congressman 18 | Sean Patrick Maloney | 464 Cannon House Office Building Washington, DC 20515 |
| New York | Congressman 19 | Antonio Delgado | 1007 Longworth House Office Building, Washington, DC 20515 |
| New York | Congressman 20 | Paul D. Tonko | 2369 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 21 | Elise Stefanik | 2211 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 22 | Claudia Tenney | 1410 Longworth House Office Building, Washington, DC 20515 |
| New York | Congressman 23 | Tom Reed | 1203 Longworth House Office Building, Washington, DC 20515 |
| New York | Congressman 24 | John Katko | 2428 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 25 | Joseph Morelle | 1317 Longworth House Office Building, Washington, DC 20515 |
| New York | Congressman 26 | Brian Higgins | 2459 Rayburn House Office Building Washington, DC 20515 |
| New York | Congressman 27 | Chris Jacobs | 214 Cannon House Office Building Washington, DC 20515 |
| North Carolina | Governor | Roy Cooper | 20301 Mail Service Center Raleigh, NC 27699-0301 |
| North Carolina | Secretary of State | Elaine F. Marshall | 2 South Salisbury Steet Raleigh, NC 27601-2903 |
| North Carolina | Senator 1 | Richard Burr | 217 Russell Senate Office Building Washington DC 20510 |
| North Carolina | Senator 2 | Thom Tillis | 113 Dirksen Senate Office Building Washington DC 20510 |
| North Carolina | Congressman 1 | G.K. Butterfield | 2080 Rayburn House Office Building Washington, DC 20515 |
| North Carolina | Congressman 2 | Deborah K. Ross | 1208 Longworth House Office Building, Washington, DC 20515 |
| North Carolina | Congressman 3 | Gregory Francis Murphy | 313 Cannon House Office Building Washington, DC 20515 |
| North Carolina | Congressman 4 | David Price | 2108 Rayburn House Office Building Washington, DC 20515 |
| North Carolina | Congressman 5 | Virginia Foxx | 2462 Rayburn House Office Building Washington, DC 20515 |
| North Carolina | Congressman 6 | Kathy E. Manning | 415 Cannon House Office Building Washington, DC 20515 |
| North Carolina | Congressman 7 | David Rouzer | 2333 Rayburn House Office Building Washington, DC 20515 |
| North Carolina | Congressman 8 | Richard Hudson | 2112 Rayburn House Office Building Washington, DC 20515 |

| North Carolina | Congressman 9 | Dan Bishop | 1207 Longworth House Office Building, Washington, DC 20515 |
| North Carolina | Congressman 10 | Patrick T. McHenry | 2004 Rayburn House Office Building Washington, DC 20515 |
| North Carolina | Congressman 11 | Madison Cawthorn | 102 Cannon House Office Building Washington, DC 20515 |
| North Carolina | Congressman 12 | Alma Adams | 2436 Rayburn House Office Building Washington, DC 20515 |
| North Carolina | Congressman 13 | Ted Budd | 103 Cannon House Office Building Washington, DC 20515 |
| North Dakota | Governor | Doug Burgum | 600 East Boulevard Avenue Bismarck, ND 58505-0100 |
| North Dakota | Secretary of State | Al Jaeger | 600 East Boulevard Ave, Dept 108 Bismarck, ND 58505=0500 |
| North Dakota | Senator 1 | Kevin Cramer | 330 Hart Senate Office Building Washington DC 20510 |
| North Dakota | Senator 2 | John Hoeven | 338 Russell Senate Office Building Washington DC 20510 |
| North Dakota | Congressman 1 | Kelly Armstrong | 1740 Longworth House Office Building, Washington, DC 20515 |
| Ohio | Senator 1 | Sherrod Brown | 503 Hart Senate Office Building Washington DC 20510 |
| Ohio | Senator 2 | Rob Portman | 448 Russell Senate Office Building Washington DC 20510 |
| Ohio | Congressman 1 | Steve Chabot | 2408 Rayburn House Office Building Washington, DC 20515 |
| Ohio | Congressman 2 | Brad Wenstrup | 2419 Rayburn House Office Building Washington, DC 20515 |
| Ohio | Congressman 3 | Joyce Beatty | 2303 Rayburn House Office Building Washington, DC 20515 |
| Ohio | Congressman 4 | Jim Jordan | 2056 Rayburn House Office Building Washington, DC 20515 |
| Ohio | Congressman 5 | Robert E. Latta | 2467 Rayburn House Office Building Washington, DC 20515 |
| Ohio | Congressman 6 | Bill Johnson | 2336 Rayburn House Office Building Washington, DC 20515 |
| Ohio | Congressman 7 | Bob Gibbs | 2217 Rayburn House Office Building Washington, DC 20515 |
| Ohio | Congressman 8 | Warren Davidson | 2113 Rayburn House Office Building Washington, DC 20515 |
| Ohio | Congressman 9 | Marcy Kaptur | 2186 Rayburn House Office Building Washington, DC 20515 |
| Ohio | Congressman 10 | Michael Turner | 2082 Rayburn House Office Building Washington, DC 20515 |
| Ohio | Congressman 11 | Vacant | |
| Ohio | Congressman 12 | Troy Balderson | 2429 Rayburn House Office Building Washington, DC 20515 |
| Ohio | Congressman 13 | Tim Ryan | 1126 Longworth House Office Building, Washington, DC 20515 |
| Ohio | Congressman 14 | David Joyce | 2065 Rayburn House Office Building Washington, DC 20515 |

| Ohio | Congressman 15 | Steve Stivers | 2234 Rayburn House Office Building Washington, DC 20515 |
|------|----------------|---------------|--------------------------------------------------------|
| Ohio | Congressman 16 | Anthony Gonzalez | 2458 Rayburn House Office Building Washington, DC 20515 |
| Oklahoma | Governor | Kevin Stitt | The Honorable J. Kevin Stitt Governor, State of Oklahoma Oklahoma State Capitol 2300 N Lincoln Blvd. Oklahoma City, Oklahoma 73105 |
| Oaklahoma | Secretary of State | Brian Bingman | 421 NW 13th St, Suite 210/220 Oklahoma City, OK 73103 |
| Oklahoma | Senator 1 | James M. Inhofe | 205 Russell Senate Office Building Washington DC 20510 |
| Oklahoma | Senator 2 | James Lankford | 316 Hart Senate Office Building Washington DC 20510 |
| Oklahoma | Congressman 1 | Kevin Hern | 1019 Longworth House Office Building, Washington, DC 20515 |
| Oklahoma | Congressman 2 | Markwayne Mullin | 2421 Rayburn House Office Building Washington, DC 20515 |
| Oklahoma | Congressman 3 | Frank Lucas | 2405 Rayburn House Office Building Washington, DC 20515 |
| Oklahoma | Congressman 4 | Tom Cole | 2207 Rayburn House Office Building Washington, DC 20515 |
| Oklahoma | Congressman 5 | Stephanie I. Bice | 1223 Longworth House Office Building, Washington, DC 20515 |
| Oregon | Governor | Kate Brown | Office of the Governor 900 Court Street, Suite 254 Salem, OR 97301-4047 |
| Oregon | Secretary of State | Shemia Fagan | 900 Court St NE Capirtol Room 136 Salem, OR 97310 |
| Oregon | Senator 1 | Jeff Merkley | 531 Hart Senate Office Building Washington DC 20510 |
| Oregon | Senator 2 | Ron Wyden | 221 Dirksen Senate Office Building Washington DC 20510 |
| Oregon | Congressman 1 | Suzanne Bonamici | 2231 Rayburn House Office Building Washington, DC 20515 |
| Oregon | Congressman 2 | Cliff Bentz | 1239 Longworth House Office Building, Washington, DC 20515 |
| Oregon | Congressman 3 | Earl Blumenauer | 1111 Longworth House Office Building, Washington, DC 20515 |
| Oregon | Congressman 4 | Peter DeFazio | 2134 Rayburn House Office Building Washington, DC 20515 |
| Oregon | Congressman 5 | Kurt Schrader | 2431 Rayburn House Office Building Washington, DC 20515 |
| Pennsylvania | Governor | Tom Wolf | Office of the Governor 508 Main Capitol Building Harrisburg, PA 17120 |
| Pennsylvania | Secretary of State | Veronica Degraffenreid | 302 North Office Building, 401 North St. Harrisburg, PA 17120 |
| Pennsylvania | Senator 1 | Robert P. Casey, Jr | 393 Russell Senate Office Building Washington DC 20510 |

| | | | |
|---|---|---|---|
| Pennsylvania | Senator 2 | Patrick J. Toomey | 455 Dirksen Senate Office Building Washington DC 20510 |
| Pennsylvania | Congressman 1 | Brian Fitzpatrick | 271 Cannon House Office Building Washington, DC 20515 |
| Pennsylvania | Congressman 2 | Brendan Boyle | 1133 Longworth House Office Building, Washington, DC 20515 |
| Pennsylvania | Congressman 3 | Dwight Evans | 1105 Longworth House Office Building, Washington, DC 20515 |
| Pennsylvania | Congressman 4 | Madeleine Dean | 120 Cannon House Office Building Washington, DC 20515 |
| Pennsylvania | Congressman 5 | Mary Gay Scanlon | 1227 Longworth House Office Building, Washington, DC 20515 |
| Pennsylvania | Congressman 6 | Chrissy Houlahan | 1218 Longworth House Office Building, Washington, DC 20515 |
| Pennsylvania | Congressman 7 | Susan Wild | 1027 Longworth House Office Building, Washington, DC 20515 |
| Pennsylvania | Congressman 8 | Matt Cartwright | 2102 Rayburn House Office Building Washington, DC 20515 |
| Pennsylvania | Congressman 9 | Daniel Meuser | 414 Cannon House Office Building Washington, DC 20515 |
| Pennsylvania | Congressman 10 | Scott Perry | 2160 Rayburn House Office Building Washington, DC 20515 |
| Pennsylvania | Congressman 11 | Lloyd Smucker | 302 Cannon House Office Building Washington, DC 20515 |
| Pennsylvania | Congressman 12 | Fred Keller | 1717 Longworth House Office Building, Washington, DC 20515 |
| Pennsylvania | Congressman 13 | John Joyce | 1221 Longworth House Office Building, Washington, DC 20515 |
| Pennsylvania | Congressman 14 | Guy Reschenthaler | 409 Cannon House Office Building Washington, DC 20515 |
| Pennsylvania | Congressman 15 | Glenn Thompson | 400 Cannon House Office Building Washington, DC 20515 |
| Pennsylvania | Congressman 16 | Mike Kelly | 1707 Longworth House Office Building, Washington, DC 20515 |
| Pennsylvania | Congressman 17 | Conor Lamb | 1224 Longworth House Office Building, Washington, DC 20515 |
| Pennsylvania | Congressman 18 | Michael Doyle | 270 Cannon House Office Building Washington, DC 20515 |
| Rhode Island | Governor | Daniel J. McKee | Office of the Governor 82 Smith Street Providence, RI 02903 |
| Rhode Island | Secretary of State | Nellie M. Gorbea | 148 West River Street Providence, RI 02904 |
| Rhode Island | Senator 1 | Jack Reed | 728 Hart Senate Office Building Washington DC 20510 |
| Rhode Island | Senator 2 | Sheldon Whitehouse | 530 Hart Senate Office Building Washington DC 20510 |
| Rhode Island | Congressman 1 | David Cicilline | 2233 Rayburn House Office Building Washington, DC 20515 |
| Rhode Island | Congressman 2 | Jim Langevin | 2077 Rayburn House Office Building Washington, DC 20515 |

| | | | |
|---|---|---|---|
| South Carolina | Governor | Henry McMaster | The Honorable Henry McMaster State House 1100 Gervais Street Columbia, South Carolina 29201 |
| South Carolina | Secretary of State | Mark Hammond | 1205 Pendleton Street Suite 525 Columbia, SC 29201 |
| South Carolina | Senator 1 | Lindsey Graham | 290 Russell Senate Office Building Washington DC 20510 |
| South Carolina | Senator 2 | Tim Scott | 104 Hart Senate Office Building Washington DC 20510 |
| South Carolina | Congressman 1 | Nancy Mace | 212 Cannon House Office Building Washington, DC 20515 |
| South Carolina | Congressman 2 | Joe Wilson | 1436 Longworth House Office Building, Washington, DC 20515 |
| South Carolina | Congressman 3 | Jeff Duncan | 2229 Rayburn House Office Building Washington, DC 20515 |
| South Carolina | Congressman 4 | William Timmons | 267 Cannon House Office Building Washington, DC 20515 |
| South Carolina | Congressman 5 | Ralph Norman | 569 Cannon House Office Building Washington, DC 20515 |
| South Carolina | Congressman 6 | James E. Clyburn | 274 Cannon House Office Building Washington, DC 20515 |
| South Carolina | Congressman 7 | Tom Rice | 460 Cannon House Office Building Washington, DC 20515 |
| South Dakota | Governor | Kristi Noem | 500 East Capitol Avenue Pierre, SD 57501 |
| South Dakota | Secretary of State | Steve Barnett | 500 East Capitol Avenue Ste 204 Pierre, SD 57501 |
| South Dakota | Senator 1 | Mike Rounds | 502 Hart Senate Office Building Washington DC 20510 |
| South Dakota | Senator 2 | John Thune | 511 Dirksen Senate Office Building Washington DC 20510 |
| South Dakota | Congressman 1 | Dusty Johnson | 1714 Longworth House Office Building, Washington, DC 20515 |
| Tennessee | Governor | Bill Lee | State Capitol, 1st Floor 600 Dr. Martin L. King, Jr. Blvd. Nashville, TN 37243 |
| Tennessee | Secretary of State | Tre Hargett | State Capitol, Nashville, TN 37243 |
| Tennessee | Senator 1 | Marsha Blackburn | 357 Dirksen Senate Office Building Washington DC 20510 |
| Tennessee | Senator 2 | Bill Hagerty | B11 Russell Senate Office Building Washington DC 20510 |
| Tennessee | Congressman 1 | Diana Harshbarger | 167 Cannon House Office Building Washington, DC 20515 |
| Tennessee | Congressman 2 | Tim Burchett | 1122 Longworth House Office Building, Washington, DC 20515 |
| Tennessee | Congressman 3 | Chuck Fleischmann | 462 Cannon House Office Building Washington, DC 20515 |
| Tennessee | Congressman 4 | Scott DesJarlais | 2304 Rayburn House Office Building Washington, DC 20515 |
| Tennessee | Congressman 5 | Jim Cooper | 1536 Longworth House Office Building, Washington, DC 20515 |

| Tennessee | Congressman 6 | John W. Rose | 1124 Longworth House Office Building, Washington, DC 20515 |
| --- | --- | --- | --- |
| Tennessee | Congressman 7 | Mark Green | 2446 Rayburn House Office Building Washington, DC 20515 |
| Tennessee | Congressman 8 | David Kustoff | 560 Cannon House Office Building Washington, DC 20515 |
| Tennessee | Congressman 9 | Steve Cohen | 2104 Rayburn House Office Building Washington, DC 20515 |
| Utah | Governor | Spencer J. Cox | The Office of Gov. Spencer J. Cox 350 N. State Street, Suite 200 P.O. Box 142220 Salt Lake City, UT 84114-2220 |
| | Secretary of State | NONE | |
| Utah | Senator 1 | Mike Lee | 361A Russell Senate Office Building Washington DC 20510 |
| Utah | Senator 2 | Mitt Romney | 354 Russell Senate Office Building Washington DC 20510 |
| Utah | Congressman 1 | Blake D. Moore | 1320 Longworth House Office Building, Washington, DC 20515 |
| Utah | Congressman 2 | Chris Stewart | 166 Cannon House Office Building Washington, DC 20515 |
| Utah | Congressman 3 | John R. Curtis | 2400 Rayburn House Office Building Washington, DC 20515 |
| Utah | Congressman 4 | Burgess Owens | 1039 Longworth House Office Building, Washington, DC 20515 |
| Vermont | Governor | Phil Scott | Office of Governor Phil Scott 109 State Street, Pavilion Montpelier, VT 05609 |
| Vermont | Secretary of State | James C Condos | 128 State Street Montpelier, VT 05633 |
| Vermont | Senator 1 | Patrick J. Leahy | 437 Russell Senate Office Building Washington DC 20510 |
| Vermont | Senator 2 | Bernard Sanders | 332 Dirksen Senate Office Building Washington DC 20510 |
| Vermont | Congressman 1 | Peter Welch | 2187 Rayburn House Office Building Washington, DC 20515 |
| Virginia | Governor | Ralph S. Northam | P.O. Box 1475 Richmond, VA 23218 |
| Virginia | Secretary of State | Kelly Thomasson | 1111 East Broad Street, 4th Floor Richmond, VA 23219 |
| Virginia | Senator 1 | Tim Kaine | 231 Russell Senate Office Building Washington DC 20510 |
| Virginia | Senator 2 | Mark R. Warner | 703 Hart Senate Office Building Washington DC 20510 |
| Virginia | Congressman 1 | Robert J. Wittman | 2055 Rayburn House Office Building Washington, DC 20515 |
| Virginia | Congressman 2 | Elaine Luria | 412 Cannon House Office Building Washington, DC 20515 |
| Virginia | Congressman 3 | Robert C. Scott | 2328 Rayburn House Office Building Washington, DC 20515 |
| Virginia | Congressman 4 | A. Donald McEachin | 314 Cannon House Office Building Washington, DC 20515 |

| Virginia | Congressman 5 | Bob Good | 1213 Longworth House Office Building, Washington, DC 20515 |
|---|---|---|---|
| Virginia | Congressman 6 | Ben Cline | 2443 Rayburn House Office Building Washington, DC 20515 |
| Virginia | Congressman 7 | Abigail Spanberger | 1431 Longworth House Office Building, Washington, DC 20515 |
| Virginia | Congressman 8 | Don Beyer | 1119 Longworth House Office Building, Washington, DC 20515 |
| Virginia | Congressman 9 | Morgan Griffith | 2202 Rayburn House Office Building Washington, DC 20515 |
| Virginia | Congressman 10 | Jennifer Wexton | 1217 Longworth House Office Building, Washington, DC 20515 |
| Virginia | Congressman 11 | Gerald E. "Gerry" Connolly | 2238 Rayburn House Office Building Washington, DC 20515 |
| Washington | Governor | Jay Inslee | Governor Jay Inslee Office of the Governor PO Box 40002 Olympia, WA 98504-0002 |
| Washington | Secretary of State | Km Wyman | Washington SOS Legislative Building PO Box 40220 Olympia, WA 98540 |
| Washington | Senator 1 | Maria Cantwell | 511 Hart Senate Office Building Washington DC 20510 |
| Washington | Senator 2 | Patty Murray | 154 Russell Senate Office Building Washington DC 20510 |
| Washington | Congressman 1 | Suzan DelBene | 2330 Rayburn House Office Building Washington, DC 20515 |
| Washington | Congressman 2 | Rick Larsen | 2163 Rayburn House Office Building Washington, DC 20515 |
| Washington | Congressman 3 | Jaime Herrera Beutler | 2352 Rayburn House Office Building Washington, DC 20515 |
| Washington | Congressman 4 | Dan Newhouse | 504 Cannon House Office Building Washington, DC 20515 |
| Washington | Congressman 5 | Cathy McMorris Rodgers | 1035 Longworth House Office Building, Washington, DC 20515 |
| Washington | Congressman 6 | Derek Kilmer | 2059 Rayburn House Office Building Washington, DC 20515 |
| Washington | Congressman 7 | Pramila Jayapal | 2346 Rayburn House Office Building Washington, DC 20515 |
| Washington | Congressman 8 | Kim Schrier | 1123 Longworth House Office Building, Washington, DC 20515 |
| Washington | Congressman 9 | Adam Smith | 2264 Rayburn House Office Building Washington, DC 20515 |
| Washington | Congressman 10 | Marilyn Strickland | 1004 Longworth House Office Building, Washington, DC 20515 |
| West Virginia | Governor | Jim Justice | Office of the Governor State Capitol, 1900 Kanawha Blvd. E Charleston, WV 25305 |
| West Virginia | Secretary of State | Mac Warner | Office of the SOS State Captitol Building Charleston, WV 25305 |
| West Virginia | Senator 1 | Shelley Moore Capito | 172 Russell Senate Office Building Washington DC 20510 |

| West Virginia | Senator 2 | Joe Manchin, III | 306 Hart Senate Office Building Washington DC 20510 |
|---|---|---|---|
| West Virginia | Congressman 1 | David McKinley | 2239 Rayburn House Office Building Washington, DC 20515 |
| West Virginia | Congressman 2 | Alex Mooney | 2228 Rayburn House Office Building Washington, DC 20515 |
| West Virginia | Congressman 3 | Carol Miller | 465 Cannon House Office Building Washington, DC 20515 |
| Wisconsin | Governor | Tony Evers | P.O. Box 7863 Madison, WI 53707 |
| Wisconsin | Secretary of State | Doug La Follette | P.O. Box 7848, Madison, WI 53707-7848 |
| Wisconsin | Senator 1 | Tammy Baldwin | 709 Hart Senate Office Building Washington DC 20510 |
| Wisconsin | Senator 2 | Ron Johnson | 328 Hart Senate Office Building Washington DC 20510 |
| Wisconsin | Congressman 1 | Bryan Steil | 1526 Longworth House Office Building, Washington, DC 20515 |
| Wisconsin | Congressman 2 | Mark Pocan | 1727 Longworth House Office Building, Washington, DC 20515 |
| Wisconsin | Congressman 3 | Ron Kind | 1502 Longworth House Office Building, Washington, DC 20515 |
| Wisconsin | Congressman 4 | Gwen Moore | 2252 Rayburn House Office Building Washington, DC 20515 |
| Wisconsin | Congressman 5 | Scott Fitzgerald | 1507 Longworth House Office Building, Washington, DC 20515 |
| Wisconsin | Congressman 6 | Glenn Grothman | 1427 Longworth House Office Building, Washington, DC 20515 |
| Wisconsin | Congressman 7 | Thomas P. Tiffany | 1719 Longworth House Office Building, Washington, DC 20515 |
| Wisconsin | Congressman 8 | Mike Gallagher | 1230 Longworth House Office Building, Washington, DC 20515 |
| Wyoming | Governor | Mark Gordon | Wyoming Governor Mark Gordon State Capitol 200 West 24th Street Cheyenne, WY 82002 |
| Wyoming | Secretary of State | Edward A. Buchanan | Herschler Building East 122 West 25th Street Suite 100 Cheyenne, WY 82002 |
| Wyoming | Senator 1 | John Barrasso | 307 Dirksen Senate Office Building Washington DC 20510 |
| Wyoming | Senator 2 | Cynthia M. Lummis | G12 Dirksen Senate Office Building Washington DC 20510 |
| Wyoming | Congressman 1 | Liz Cheney | 416 Cannon House Office Building Washington, DC 20515 |