# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JENNILYN SALINAS, et al., | |
| Plaintiffs, | Case No.: |
| v. | 6:21-cv-00162-ADA-JCM |
| NANCY PELOSI, et al. | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS BRIAN KEMP AND BRAD RAFFENSPERGER PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that Defendants, Georgia Governor Brian Kemp and Georgia Secretary of State Brad Raffensperger, in the above-captioned action are voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This 28th Day of June 2021.

*/s/ Paul M. Davis*
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlawyer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
5720 Frisco Square Blvd., #2066
Frisco, TX 75034
Phone: 469-850-2930

ATTORNEY FOR PLAINTIFFS

/s/ *Lee M. Stoy, Jr.*
Lee M. Stoy, Jr.
Georgia Bar Number 884654
Assistant Attorney General
Georgia Office of Attorney General
40 Capitol Square SW
Atlanta, Ga 30334
(404) 458-3661
lstoy@law.ga.gov

ATTORNEY FOR DEFENDANTS BRIAN KEMP AND BRAD RAFFENSPERGER

## Certificate of Service

I hereby certify that on this 28th day of June 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. I further certify that a true and correct copy of the forgoing document was sent via the Court's ECF system to all registered parties.

/s/ *Lee M. Stoy, Jr.*
Lee M. Stoy, Jr.    884654
Assistant Attorney General