### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § | |
| Defendants. | § § | JURY TRIAL REQUESTED |

### PLAINTIFFS' NOTICE OF VOLUNTARY
### DISMISSAL OF DEFENDANTS UNDER RULE 41(a)(1)(A)(ii)

COME NOW, Jennilyn Salinas, Lindsey Nguyen, Deanna Lorraine, "P.P.," "D.D.," "T.M.," "S.M.," and "M.L." (collectively, "Plaintiffs"), by and through their attorney, Paul M. Davis, to file this their Notice of Voluntary Dismissal of Defendants Under Rule 41(a)(1)(A)(ii) and respectfully represent the following:

1.      As described in Exhibit B to Plaintiff's Response to the Motion to Strike (Doc. No. 168-2), Plaintiffs have experienced recent severe setbacks regarding their resources to litigate this lawsuit.  Specifically, Plaintiffs had been expecting an influx of financial resources, co-counsel, and staff to litigate this case, which did not materialize.  Moreover, one of their own former staff has now represented that he has destroyed evidence Plaintiffs intended to use to establish personal jurisdiction over various non-resident Defendants.

2.      After further consideration of the matter, it seem unlikely that Plaintiffs will be able to muster the resources they need and recover much of the evidence they lost within a reasonable amount of time.  Accordingly, Plaintiffs have decided to dramatically reduce the scope of this lawsuit to address only the Texas resident Defendants, the DSCC, the DCCC, Mr. Zuckerberg, and Mr. Dorsey for actions specifically directed at Texas, and will leave it to citizens in the other forty-nine states to hold their own officials accountable.

3.      Plaintiffs have conferred with counsel for the following Defendants who have stipulated to being dismissed from the case:

a.  The Republican National Committee;

b.  Arkansas Governor Asa Hutchinson and Secretary of State John Thurston;

c.  Ohio Governor Mike DeWine and Secretary of State Frank LaRose;

d.  New Hampshire Governor Chris Sununu and Secretary of State William H. Gardner;

e.  Kansas Governor Laura Kelly and Secretary of State Scott Schwab.

4.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs hereby voluntarily dismiss the above Defendants pursuant to their stipulations as indicated below.

Respectfully submitted this June 29, 2021.

/s/ *Paul M. Davis*
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlawyer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
5720 Frisco Square Blvd., # 2066

Frisco, TX 75034
Phone: 469-850-2930

ATTORNEY FOR PLAINTIFFS

## STIPULATIONS TO DISMISSAL

Counsel for each Defendant listed below has stipulated to dismissal pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(ii):

/s/ *Arthur S. Chalmers*
Arthur S. Chalmers
Kansas Attorney General's Office
120 SW 10th Ave., Second Floor
Topeka, KS 66612
(785) 368-6244
(785) 291-3767 (fax)
art.chalmers@ag.ks.gov

ATTORNEY FOR KANSAS
GOVERNOR LAURA KELLY AND
SECRETARY OF STATE SCOTT
SCHWAB

/s/ *Caitlyn Johnson*
Caitlyn Nestleroth Johnson
Ohio Attorney General, Constitutional
Offices Section
30 E. Broad Street, 16th Floor
Columbus, OH 43215
(614) 466-1853
(855) 326-1696 (fax)
Caitlyn.Johnson@OhioAGO.gov

ATTORNEY FOR OHIO GOVERNOR
MIKE DEWINE AND SECRETARY OF
STATE FRANK LAROSE

/s/ *Todd Disher*
Todd Lawrence Disher
Lehotsky Keller LLP
919 Congress Ave., Ste. 1100
Austin, TX 78701
(512) 693-8350
todd@lehotskykeller.com

ATTORNEY FOR THE REPUBLICAN
NATIONAL COMMITTEE

/s/ *Vincent P. France*
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-1314
(501) 682-2591 (fax)
Vincent.France@ArkansasAG.gov

ATTORNEY FOR ARKANSAS
GOVERNOR ASA HUTCHINSON AND
SECRETARY OF STATE JOHN
THURSTON

/s/ *Jennifer S. Ramsey*
Jennifer S. Ramsey
NH Dept. of Justice, Civil Bureau
33 Capitol Street
Concord, NH 03301
603-271-1221
jennifer.s.ramsey@doj.nh.gov

ATTORNEY FOR NEW HAMPSHIRE
GOVERNOR CHRIS SUNUNU AND
SECRETARY OF STATE WILLIAM M.
GARDNER

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing motion on all counsel of record who

have made appearances in this action to date via the court's ECF notification system.

/s/ *Paul M. Davis*
Paul M. Davis