UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

**ORDER GRANTING PLAINTIFFS MOTION TO EXTEND DEADLINES**

Came on for consideration, Plaintiffs' Motion to Extend Deadlines (the "Motion"). After considering the Motion, the Court finds that there is good cause to grant the Motion.

IT IS THEREFORE ORDERED THAT:

a) Plaintiffs' deadline to respond to the Motion to Dismiss (Doc. No. 148) filed by the DSCC/DCCC is extended to September 23, 2021.

b) Prior to September 23, 2020, Plaintiffs shall file a motion for leave to file a second amended complaint.

c) If the motion for leave to file a second amended complaint is granted, Defendants named therein who have been served with the First Amended Complaint (Doc. No. 24), shall have 30 days to respond to the same counting from the day that the motion for leave is granted, unless the Defendant is an officer of the United States, in which case that Defendant shall have 60 days to respond to the second amended complaint from the date that the motion for leave is granted.

d) For all Defendants who have not yet responded to the First Amended Complaint, their deadline to respond shall be extended to September 23, 2021.

e) Plaintiffs' deadline to complete service for any Defendant who has not been served or for whom service was in any way defective shall be extended to July 31, 2021.

_____
PRESIDING JUDGE

FORM OF ORDER SUBMITTED BY:

/s/ *Paul M. Davis*  Date: June 29, 2021
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlawyer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
3245 Main St., Suite 235-377
Frisco, TX 75034
Phone: 469-850-2930

ATTORNEY FOR PLAINTIFFS