United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Davis, Paul M. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, June 29, 2021 |
| Re: | 06:21-CV-00162-ADA / Doc # 174 / Filed On: 06/29/2021 09:44 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Dismissal of Defendants must be accomplished via Motion to Dismiss or stipulation of dismissal. As it is done under Rule 41 the Clerk's office can dismiss without an order BUT Plfs must list by name which Defendants are to be dismissed. This cannot be left to the discretion of the Clerk. Please refile as a Motion or Stipulation with individual names listed for dismissal.