UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

**STIPULATION OF VOLUNTARY
DISMISSAL OF DEFENDANTS UNDER RULE 41(a)(1)(A)(ii)**

COME NOW, Jennilyn Salinas, Lindsey Nguyen, Deanna Lorraine, "P.P.," "D.D.," "T.M.," "S.M.," and "M.L." (collectively, "Plaintiffs"), by and through their attorney, Paul M. Davis, to file this Stipulation of Voluntary Dismissal of Defendants Under Rule 41(a)(1)(A)(ii) and respectfully represent the following:

1. As described in Exhibit B to Plaintiff's Response to the Motion to Strike (Doc. No. 168-2), Plaintiffs have experienced recent severe setbacks regarding their resources to litigate this lawsuit. Specifically, Plaintiffs had been expecting an influx of financial resources, co-counsel, and staff to litigate this case, which did not materialize. Moreover, one of their own former staff has now represented that he has destroyed evidence Plaintiffs intended to use to establish personal jurisdiction over various non-resident Defendants.

2. After further consideration of the matter, it seem unlikely that Plaintiffs will be able to muster the resources they need and recover much of the evidence they lost within a reasonable amount of time. Accordingly, Plaintiffs have decided to dramatically reduce the scope of this lawsuit to address only the Texas resident Defendants, the DSCC, the DCCC, Mr. Zuckerberg, and Mr. Dorsey for actions specifically directed at Texas, and will leave it to citizens in the other forty-nine states to hold their own officials accountable.

3. Plaintiffs have conferred with counsel for the following Defendants who have stipulated to being dismissed from the case as reflected by the signature of their counsel further below pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

   a. The Republican National Committee;

   b. Arkansas Governor Asa Hutchinson and Secretary of State John Thurston;

   c. Ohio Governor Mike DeWine and Secretary of State Frank LaRose;

   d. New Hampshire Governor Chris Sununu and Secretary of State William H. Gardner;

   e. Kansas Governor Laura Kelly and Secretary of State Scott Schwab.

4. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs hereby voluntarily dismiss the above Defendants by their stipulations as indicated below.

Respectfully submitted this June 30, 2021.

/s/ *Paul M. Davis*
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlawyer.com

PAUL M. DAVIS & ASSOCIATES, P.C.
5720 Frisco Square Blvd., # 2066
Frisco, TX 75034
Phone: 469-850-2930

ATTORNEY FOR PLAINTIFFS

## STIPULATIONS TO DISMISSAL

Counsel for each Defendant listed below has stipulated to dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

| | |
|---|---|
| /s/ *Arthur S. Chalmers*<br>Arthur S. Chalmers<br>Kansas Attorney General's Office<br>120 SW 10th Ave., Second Floor<br>Topeka, KS 66612<br>(785) 368-6244<br>(785) 291-3767 (fax)<br>art.chalmers@ag.ks.gov<br><br>ATTORNEY FOR KANSAS GOVERNOR LAURA KELLY AND SECRETARY OF STATE SCOTT SCHWAB | /s/ *Caitlyn Johnson*<br>Caitlyn Nestleroth Johnson<br>Ohio Attorney General, Constitutional Offices Section<br>30 E. Broad Street, 16th Floor<br>Columbus, OH 43215<br>(614) 466-1853<br>(855) 326-1696 (fax)<br>Caitlyn.Johnson@OhioAGO.gov<br><br>ATTORNEY FOR OHIO GOVERNOR MIKE DEWINE AND SECRETARY OF STATE FRANK LAROSE |
| /s/ *Todd Disher*<br>Todd Lawrence Disher<br>Lehotsky Keller LLP<br>919 Congress Ave., Ste. 1100<br>Austin, TX 78701<br>(512) 693-8350<br>todd@lehotskykeller.com<br><br>ATTORNEY FOR THE REPUBLICAN NATIONAL COMMITTEE | /s/ *Vincent P. France*<br>Arkansas Attorney General's Office<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>(501) 682-1314<br>(501) 682-2591 (fax)<br>Vincent.France@ArkansasAG.gov<br><br>ATTORNEY FOR ARKANSAS GOVERNOR ASA HUTCHINSON AND SECRETARY OF STATE JOHN THURSTON |

/s/ *Jennifer S. Ramsey*
Jennifer S. Ramsey
NH Dept. of Justice, Civil Bureau
33 Capitol Street
Concord, NH 03301
603-271-1221
jennifer.s.ramsey@doj.nh.gov

ATTORNEY FOR NEW HAMPSHIRE GOVERNOR CHRIS SUNUNU AND SECRETARY OF STATE WILLIAM M. GARDNER

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing motion on all counsel of record who have made appearances in this action to date via the court's ECF notification system.

/s/ *Paul M. Davis*
Paul M. Davis