# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JEREMY BRAVO, LINDSEY NGUYEN, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> NANCY PELOSI, MITCH McCONNELL, *et al.*, <br><br> Defendants. | Case No.: 21-cv-162-ADA-JCM |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT OKLAHOMA GOVERNOR KEVIN STITT UNDER RULE 41(a)(1)(A)(ii)

The Plaintiffs and Defendant Oklahoma Governor Kevin Stitt, by and through their counsel of record, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-entitled action be dismissed without prejudice as to Defendant Oklahoma Governor Kevin Stitt, with each party to be responsible for their own court costs and attorney fees.

/s/ Paul M. Davis
(*signed with permission of counsel*)
**PAUL M. DAVIS, TX BAR#24078401**
Paul M. Davis & Assoc. P.C.
5720 Frisco Square Blvd., #2066
Frisco, TX 75034
Telephone: 469.850.2930
Email: paul@fireduptxlawyer.com
*Attorney for Plaintiffs*

/s/    Lauren Ray
**LAUREN RAY, OBA#22694**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Unit
313 NE 21st St.
Oklahoma City, OK 73105
Telephone: 405.521.3921
Facsimile:   405.521.4518
Email: lauren.ray@oag.ok.gov
*Attorney for Oklahoma Governor Kevin Stitt*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this ** day of July 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the Court's ECF System to all registered parties.

                                      /s/ Lauren Ray
                                      Lauren Ray