## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| JENNILYN SALINAS, ET AL., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) No. 6:21-CV-162 |
| v. | ) |
| | ) |
| NANCY PELOSI, ET AL., | ) |
| | ) |
| *Defendants*. | ) |

### ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT JACK DORSEY

Please take notice that the following attorneys from Vinson & Elkins, L.L.P. enter their appearance as counsel for Defendant Jack Dorsey in the above-referenced matter:

>Thomas S. Leatherbury
>State Bar No. 12095275
>Vinson & Elkins L.L.P.
>2001 Ross Avenue, Suite 3900
>Dallas, Texas 75201-2975
>Telephone:  214.220.7792
>Facsimile:  214.999.7792

>Marc Fuller
>State Bar No. 24032210
>Vinson & Elkins L.L.P.
>2001 Ross Avenue, Suite 3900
>Dallas, Texas 75201-2975
>Telephone: 214.220.7881
>Facsimile: 214.999.7881

Respectfully submitted,

*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury
  State Bar No. 12095275
Marc Fuller
  State Bar No. 24032210
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Phone: (214) 220-7700
Fax: (214) 220-7716
tleatherbury@velaw.com
mfuller@velaw.com

*Attorneys for Jack Dorsey*

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 22, 2021, a true and correct copy of the foregoing document has been forwarded to all parties via the electronic delivery system of the United States District Court for the Western District of Texas.

                                                /s/ *Thomas S. Leatherbury*
                                                *Attorney for Jack Dorsey*

US 8160101