UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | | |
|---|---|---|
| JENNILYN SALINAS, LINDSEY NGUYEN, DEANNA LORRAINE, et al. | § § § § | |
| Plaintiffs. | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-162 |
| NANCY PELOSI, MITCH McCONNELL, CHUCK SCHUMER, MARK ZUCKERBERG, et al. | § § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL OF ALL DEFENDANTS UNDER RULE 41(a)(1)(A)(i)**

COME NOW, Jennilyn Salinas, Lindsey Nguyen, Deanna Lorraine, "P.P.," "D.D.," "T.M.," "S.M.," and "M.L." (collectively, "Plaintiffs"), by and through their attorney, Paul M. Davis, to file this their Notice of Voluntary Dismissal of All Defendants Under Rule 41(a)(1)(A)(i) and respectfully represent the following:

1. Despite best efforts, Plaintiffs have not been able to muster the resources necessary to continue to litigate this lawsuit. For the Defendants who have filed pleadings, these Defendants have already stipulated to dismissal as reflected in Document Nos. 172 and 177. Since none of the remaining Defendants have filed an answer in this lawsuit, Rule 41(a)(1)(A)(i) permits Plaintiffs to voluntarily dismiss this action without a court order by filing a notice of dismissal.

2. Accordingly, Plaintiffs hereby file this notice of dismissal of this action and request that the clerk enter a dismissal of this action in its entirety. However,

to the extent the Court requires a motion for entry of an order of dismissal, Plaintiffs are, of course, willing to do so if so instructed.

3. Plaintiffs and counsel wish to thank the Court, clerks, and staff for their work related to this case and bearing with Plaintiffs in their attempt to fight back against the corruption that is so evident in American government and politics today and to hold the Defendants accountable for the despicable acts described in the complaint.

4. As a final note, Plaintiffs and counsel are encouraged to see other lawsuits being filed around the country to fight for election integrity and against government tyranny. Plaintiffs and counsel have no regrets for doing their best to fight tyranny with this lawsuit and will now devote their modest means to assisting in these other efforts around the country to restore the republic envisioned by our founding fathers in the Constitution and to protect the individual God-given "unalienable rights" as set forth in the Declaration of Independence. May God bless these United States of America, deliver us from evil, and bring us back to our founding principles of equality before God, liberty, and justice for all.

Respectfully submitted this July 27, 2021.

/s/ *Paul M. Davis*
Paul M. Davis
Texas Bar Number 24078401
paul@fireduptxlawyer.com
PAUL M. DAVIS & ASSOCIATES, P.C.
5720 Frisco Square Blvd., # 2066
Frisco, TX 75034
Phone: 469-850-2930

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing notice on all counsel of record who have made appearances in this action to date via the court's ECF notification system.

/s/ *Paul M. Davis*
Paul M. Davis